purposes;

(O) Transact any lawful business; and

(P) Make payments or donations, or do any other act, not inconsistent with law, that furthers the business and affairs of the corporation.

**FOURTH.** The total number of voting common stock authorized that may be issued by the Corporation is an Unlimited number of shares of common stock without nominal or par value. Said shares may be issued by the corporation from time to time for such considerations as may be fixed by the Board of Directors.

**FIFTH.** The governing board of this corporation shall be known as directors, and the number of directors may from time to time be increased or decreased in such manner as shall be provided by the By-Laws of this Corporation, providing that the number of directors shall not be reduced to fewer than one (1).

The name and post office address of the first Board of Directors shall be one (1) in number and listed as follows:

**NAME**

Melissa E. Cesnik

**POST OFFICE ADDRESS**

2424 Pioneer Avenue Suite 405
Cheyenne, Wyoming 82001

**SIXTH.** The capital stock, after the amount of the subscription price, or par value, has been paid in, shall not be subject to assessment to pay the debts of the corporation.

**SEVENTH.** The name and post office address of the Incorporator signing the

3

Articles of Incorporation is as follows:

| NAME | POST OFFICE ADDRESS |
|---|---|
| Melissa E. Cesnik | 2424 Pioneer Avenue Suite 405<br>Cheyenne, Wyoming 82001 |

**EIGHTH.** The registered agent for this corporation shall be:

## CORPORATIONS TODAY, INC.

The address of said agent, and, the registered or statutory address of this corporation in the state of Wyoming, shall be:

2424 Pioneer Avenue Suite 405
Cheyenne, Wyoming 82001

**NINTH.** The corporation is to have perpetual existence.

**TENTH.** In furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized:

Subject to the By-Laws, if any, adopted by the Stockholders, to make, alter or amend the By-Laws of the Corporation.

To fix the amount to be reserved as working capital over and above its capital stock paid in; to authorize and cause to be executed, mortgages and liens upon the real and personal property of this Corporation.

By resolution passed by a majority of the whole Board, to designate one (1) or more committees, each committee to consist of one or more of the Directors of the Corporation, which, to the extent provided in the resolution, or in the By-Laws of the Corporation, shall have and may exercise the powers of the Board of Directors in the management of the business and affairs of the Corporation. Such committee, or committees, shall have such name, or names, as may be stated in

4

the By-Laws of the Corporation, or as may be determined from time to time by resolution adopted by the Board of Directors.

When and as authorized by the affirmative vote of the Stockholders holding stock entitling them to exercise at least a majority of the voting power given at a Stockholders meeting called for that purpose, or when authorized by the written consent of the holders of at least a majority of the voting stock issued and outstanding, the Board of Directors shall have power and authority at any meeting to sell, lease or exchange all of the property and assets of the Corporation, including its good will and its corporate franchises, upon such terms and conditions as its board of Directors deems expedient and for the best interests of the Corporation.

**ELEVENTH.** No shareholder shall be entitled as a matter of right to subscribe for or receive additional shares of any class of stock of the Corporation, whether now or hereafter authorized, or any bonds, debentures or securities convertible into stock, but such additional shares of stock or other securities convertible into stock may be issued or disposed of by the Board of Directors to such persons and on such terms as in its discretion it shall deem advisable.

**TWELFTH.** No director or officer of the Corporation shall be personally liable to the Corporation or any of its stockholders for damages for breach of fiduciary duty as a director or officer involving any act or omission of any such director or officer; provided, however, that the foregoing provision shall not eliminate or limit the liability of a director or officer (i) for acts or omissions which involve intentional misconduct, fraud or a knowing violation of law, or (ii) the payment of dividends in violation of Section 17-16-833 of the Wyoming Statutes; (iii) for any breach of the director's duty of loyalty, as defined by the Wyoming Business Corporation Act, to the corporation or its shareholders; or (iv) for any transaction from which the officer or director

5

derived an improper personal benefit.   Any repeal or modification of this Article by the stockholders of the Corporation shall be prospective only, and shall not adversely affect any limitation on the personal liability of a director or officer of the Corporation for acts or omissions prior to such repeal or modification.

THIRTEENTH.   This Corporation reserves the right to amend, alter, change or repeal any provision contained in the Articles of Incorporation, in the manner now or hereafter prescribed by statute, or by the Articles of Incorporation, and all rights conferred upon Stockholders herein are granted subject to this reservation.

I, THE UNDERSIGNED, being the Incorporator hereinbefore named for the purpose of forming a Corporation pursuant to the General Corporation Law of the State of Wyoming, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this 20th day of August 2004.

Melissa E. Cesnik

6

## CONSENT TO
## APPOINTMENT BY REGISTERED AGENT

1. I, _____ Corporations Today, Inc. _____, voluntarily consent to serve as the registered agent for Meadow Vista Financial Corp on the date shown below.

2. The registered agent certifies that he is: (circle one)

   (a) An individual who resides in this state and whose business office is identical with the registered office;

   (b) A domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office; or

   (c) A foreign corporation or not-for-profit foreign corporation authorized to transact business in this state whose business office is identical with the registered office.

3. I know and understand the duties of a registered agent as set forth in the 1989 Wyoming Business Corporation Act.

Dated this 20th day of August 2004.

Signature of Registered Agent
Corporations Today, Inc.
Manager

Mar 17 2008 2:14PM    HP LASERJET FAX        5149320547

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00003

# CASH ACCOUNT APPLICATION



**WILSON-DAVIS & COMPANY • Investments**
P.O. BOX 11587 • SALT LAKE CITY, UT 84147
(801) 532-1313

110
RR



Please check the box to indicate how you would like to title your account:        Account Number ___ 66102

| | | | |
|---|---|---|---|
| ☑ Individual (in your name only) | ☐ Joint Tenants (JTWROS) | ☐ Trust | ☑ Foreign   ☐ Custodial |
| ☐ Sole Proprietorship* | ☐ Other (please circle): IRA, Corporate, Investment Club, Partnership, Limited Liability Company | | |

| ACCOUNT HOLDER   MC Keown | CO-ACCOUNT HOLDER (if applicable) |
|---|---|
| Name  CAROL McKEOWN | Name  *lust name spaced apart*   Relationship |
| Home Address: (P.O. Box is not sufficient) | Home Address: (P.O. Box is not sufficient)  *(See ID)* |
| 3011 BARAT ST H34 2H4 | H3Y2H4 |
| City MONTREAL  State QUEBEC  Zip | City   State   Zip |
| ☐ Home Phone  ☐ Cellular Phone  514 846 9249  514 513-1966 | ☐ Home Phone  ☐ Cellular Phone |
| U.S. Social Security  (See W8)   Birth Date  8, 1966 | U.S. Social Security   Birth Date |
| Marital Status  MARRIED  No. of Dependents | Marital Status   No. of Dependents |
| Employer (if retired, explain)  DOWNSHIRE CAPITAL | Employer (if retired, explain) |
| Employer Address  1980 SHERBROOKE ST | Employer Address |
| City MONTREAL  State QUE  Zip H3H LEG | City   State   Zip |
| ☐ Business Phone  514-315  3689 ext 201 | ☐ Fax Number  514-932-0547 | | ☐ Business Phone   ☐ Fax Number |
| Position / Title  OWNER | Position / Title |
| Where should we send Mail?  ☑ Home  ☐ Work  ☐ P.O. Box # | Where should we send Mail?  ☐ Home  ☐ Work  ☐ P.O. Box # |
| Is client a U.S. citizen?  ☐ Yes ☑ No | Is client a U.S. citizen?  ☐ Yes  ☐ No |
| Name of Bank  TR BANK  MONTREAL | Name of Bank |
| Bank Location:  289 GREENE AVE | Bank Location: |
| Driver's License Number:  QUEBEC ▓▓▓▓▓▓▓  State  # | Driver's License Number:   State  # |
| Are you an employee of a securities firm, bank, trust, or insurance company?  ☐ Yes  If yes, name and address of the company  6601  ☑ No | Are you an employee of a securities firm, bank, trust, or insurance company?  ☐ Yes  If yes, name and address of the company  ☐ No |
| Are you an officer, director or controlling person of any public company?  ☐ Yes ☑ No  If yes, name of company: | Are you an officer, director or controlling person of any public company?  ☐ Yes  ☐ No  If yes, name of company: |
| ☑ I do not want my name, address and holdings disclosed to requesting company whose shares I own. | Complete the information requested and sign the application agreement on reverse side. |

## FINANCIAL QUESTIONNAIRE

| ACCOUNT HOLDER | | Tax Bracket | CO-ACCOUNT HOLDER | | Tax Bracket |
|---|---|---|---|---|---|
| Approximate Annual Income:  ☐ <$20,000  ☐ $20-50,000  ☐ $50-100,000  ☑ $100,000+ | | N/A % | Approximate Annual Income:  ☐ <$20,000  ☐ $20-50,000  ☐ $50-100,000  ☐ $100,000+ | | % |
| Approximate Net Worth (excl. of residence):  ☐ <$15,000  ☐ $15-50,000  ☐ $50-100,000  ☐ $100-500,000  ☑ $500,000+ | | | Approximate Net Worth (excl. of residence):  ☐ <$15,000  ☐ $15-50,000  ☐ $50-100,000  ☐ $100-500,000  ☐ $500,000+ | | |
| **INVESTMENT EXPERIENCE** | | | **INVESTMENT EXPERIENCE** | | |
| No. of Years  10 YEARS  No. of Transactions Per Year  200 | | | No. of Years   No. of Transactions Per Year | | |

## INVESTMENT OBJECTIVES

☐ Safety  ☐ Income  ☐ Growth  ☑ Speculative  ☐ Bonds  ☐ Liquidation  ☐ Annuity  **See Definitions on Reverse Side**

*mckeown carol @ sympatico.ca*

Under penalties of perjury, I certify (1) that the Social Security number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding. If I have been notified by IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.
I am a U.S. person (including a U.S. Resident Alien)

☐ Mail duplicate confirmations and statements to another party.

Name

Address

## CASH ACCOUNT AGREEMENT

| DATE MARCH 17 2008 | SIGNATURE X C. McKee | CO-ACCOUNT SIGNATURE X |
|---|---|---|

(If this is a joint option account, all account holders must sign.)

_Randy Curls_    3/18/08    _____    3/18/08
Account Executive                    Date    Officer Approved            Date

_____    _____    3/18/08
A.M.L. Officer                      Date

**Investment Objectives (All accounts, except joint, may rank two objectives. Joint accounts may have only one objective.):**

☐ **Safety-Bonds-Annuity:** Preserving the value of your existing assets by investing in securities with a smaller degree of risk of loss of principal. May include investment in government bonds or certificates of deposits.

☐ **Income:** Generating current income by investing in securities with a lower degree of risk of loss of principal. May include investing in investment grade corporate bonds, bond funds or unit investment trusts.

☐ **Growth:** Generating capital appreciation by investing in securities with a higher degree of volitility and risk of loss of principal. May include investing in stocks or mutual funds.

☒ **Speculation:** Trading volatile securities with a higher than average possibility of loss of principal with the hope of achieving commensurate gains. May include investing in low priced securities, options, non-rated bonds or non-investment grade bonds.

☐ **Liquidation:** Complete liquidation of account assets.

### Cash Account Agreement

In consideration of the acceptance of my account by WILSON-DAVIS & CO., I authorize subject to applicable provision of law Wilson-Davis whenever I or my personal representatives do not, on or before the settlement date, pay for any security purchased by Wilson-Davis for my account or deliver any security sold by Wilson-Davis for my account, until such payment or delivery is made in full:

(a) to pledge or hypothecate any securities which Wilson-Davis may hold for me either individually or jointly with others, separately or in common with other securities or any other property, for the sum then due or for such greater sum as may be fair and reasonable and without retaining in its possession and control for delivery a like amount of similar securities, and/or

(b) to sell any securities which Wilson-Davis may so hold for me either individually or jointly with other or to buy any securities required to make delivery pursuant to any order entered for my account or to cancel any outstanding orders in order to close out my account or to close out any commitment made on my behalf. Such sale, purchase, or cancellation may be made at Wilson-Davis' sole discretion, on the exchange or other market where such business is then usually transacted, or at public auction or at private sale without advertising the same and without notice to me or may personal representatives, and without prior tender, demand or call of any kind upon me or my personal representatives, and Wilson-Davis may purchase the whole or any part thereof free from any right of redemption, and I and my personal representatives shall remain liable for any deficiency, together with a reasonable attorneys fee, if this deficiency be placed with attorney for collection if suit be instituted for its collection. It is further understood that a prior tender, demand or call or any kind from Wilson-Davis, or prior notice from Wilson-Davis, of the time and place of such sale, purchase of cancellation shall not be considered a waiver of Wilson-Davis' right to sell or buy any securities held by Wilson-Davis, or owed to Wilson-Davis by me, at any time as herein before provided.

Wilson-Davis is hereby authorized, in its discretion, if it for any reason whatever deems it necessary for its protection, to cancel any outstanding orders in order to close out my account, in whole or in part, or to close out any commitment made on may behalf. Written communications to me shall be deemed to have been delivered to me, if sent by first class mail, postage prepaid, to my last designated address.

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.

▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

- A U.S. citizen or other U.S. person, including a resident alien individual ............................................. Instead, use Form
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States .......................................... W-9
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) ................ W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) ............... W-8ECI or W-8EXP

Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

- A person acting as an intermediary .................................................................. W-8IMY

Note: *See instructions for additional exceptions.*

### Part I — Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner

CAROL McKEOWN

**2** Country of incorporation or organization

CANADA

**3** Type of beneficial owner:
☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.

3011 BARAT

City or town, state or province. Include postal code where appropriate.

MONTREAL   QC   H3Y 2H4

Country (do not abbreviate)

CANADA

**5** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN  ☐ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)

### Part II — Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☑ The beneficial owner is a resident of _____Canada_____ within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____% rate of withholding on (specify type of income): _____.

Explain the reasons the beneficial owner meets the terms of the treaty article: _____

### Part III — Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

**1** I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates;

**2** The beneficial owner is not a U.S. person,

**3** The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and

**4** For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ *C. McKeo* _____

Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

✪ Printed on Recycled Paper

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00006



Jul 09 2008 8:36AM    HP LASERJET FAX            5149320547

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00007

# CASH ACCOUNT APPLICATION

 **WILSON-DAVIS & COMPANY** • Investments
P.O. BOX 11587 • SALT LAKE CITY, UT 84147
(801) 532-1313

_110_
RR

EXHIBIT
**3**

Please check the box to indicate how you would like to title your account:

Account Number **9116**

| | | | |
|---|---|---|---|
| ☐ Individual (in your name only) | ☐ Joint Tenants (JTWROS) | ☐ Trust | ☑ Foreign | ☐ Custodial |
| ☐ Sole Proprietorship* | ☑ Other (please circle): IRA, Corporate, Investment Club, Partnership, Limited Liability Company | | |

| ACCOUNT HOLDER  _Company Info_ | CO-ACCOUNT HOLDER (if applicable)  _Personal Info_ |
|---|---|
| Name  **DOWNSHIRE CAPITAL INC** | Name  **CAROL MCKEOWN** |
| Home Address: (P.O. Box is not sufficient)  **1980 SHERBROOK WEST SUITE 1110** | Home Address: (P.O. box is not sufficient)  **3011 BARAT** |
| City **MONTREAL**  State **QC**  Zip **H3H1E8** | City **MONTREAL**  State **QC**  Zip **H3H2H4** |
| ☑ Home Phone **514 513 1966**  ☐ Cellular Phone ( ) | ☑ Home Phone **514 846 9745**  ☐ Cellular Phone ( ) |
| Tax I.D. Number  _Incorporation date_  **W-8 ATTACHED**  **06/23/06** | U.S. Social Security  Birth Date  **/ 66** |
| Marital Status **N/A**  No. of Dependents **N/A** | Marital Status **M**  No. of Dependents **1** |
| Employer (if retired, explain)  **N/A** | Employer (if retired, explain)  **DOWNSHIRE CAPITAL** |
| Employer Address | Employer Address  **1980 SHERBROOKE WEST 1110** |
| City **N/A**  State  Zip | City **MONTREAL**  State **QC**  Zip **H3H2H4** |
| ☐ Business Phone  ☐ Fax Number | ☑ Business Phone **514 513 1966** ☐ Fax Number |
| Position / Title  **OWNER / BUSINESS** | Position / Title  **OWNER** |
| Where should we send Mail? ☐ Home ☑ Work ☐ P.O. Box # | Where should we send Mail? ☐ Home ☑ Work ☐ P.O. Box # |
| Is client a U.S. citizen? ☐ Yes ☑ No | Is client a U.S. citizen? ☐ Yes ☑ No |
| Name of Bank **TD BANK** | Name of Bank **TD BANK** |
| Bank Location  **GREENE AVE MONTREAL** | Bank Location  **GREENE AVE MONTREAL** |
| Driver's License Number:  State  #  **N/A** | Driver's License Number:  State  #  **PASSPORT ATTACHED** |
| Are you an employee of a securities firm, bank, trust, or insurance company?  ☐ Yes  if yes, name and address of the company  ☑ No | Are you an employee of a securities firm, bank, trust, or insurance company?  ☐ Yes  if yes, name and address of the company  ☑ No |
| Are you an officer, director or controlling person of any public company?  ☐ Yes ☑ No  If yes, name of company: | Are you an officer, director or controlling person of any public company?  ☐ Yes ☑ No  If yes, name of company: |
| ☐ I do not want my name, address and holdings disclosed to requesting company whose shares I own. | Complete the information requested and sign the application agreement on reverse side. |

## FINANCIAL QUESTIONNAIRE

| ACCOUNT HOLDER | Tax Bracket **N/A** % | CO-ACCOUNT HOLDER | Tax Bracket **N/A** % |
|---|---|---|---|
| Approximate Annual Income: ☐ <$20,000 ☐ $20-50,000 ☐ $50-100,000 ☑ $100,000+ | | Approximate Annual Income: ☐ <$20,000 ☐ $20-50,000 ☐ $50-100,000 ☑ $100,000+ | |
| Approximate Net Worth (excl. of residence): ☐ <$15,000 ☐ $15-50,000 ☐ $50-100,000 ☑ $100-500,000 ☐ $500,000+ | | Approximate Net Worth (excl. of residence): ☐ <$15,000 ☐ $15-50,000 ☐ $50-100,000 ☐ $100-500,000 ☑ $500,000+ | |
| **INVESTMENT EXPERIENCE** | | **INVESTMENT EXPERIENCE** | |
| No. of Years **2**  No. of Transactions Per Year **100** | | No. of Years **10**  No. of Transactions Per Year **100** | |

### INVESTMENT OBJECTIVES

☐ Safety  ☐ Income  ☐ Growth  ☑ Speculative  ☐ Bonds  ☐ Liquidation  ☐ Annuity   **See Definitions on Reverse Side**

| Under penalties of perjury, I certify (1) that the Social Security number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding. If I have been notified by IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.<br>I am a U.S. person (including a U.S. Resident Alien) | ☐ Mail duplicate confirmations and statements to another party.<br><br>Name _____<br><br>Address _____ |

## CASH ACCOUNT AGREEMENT

| DATE 8/7/08 | SIGNATURE X  C. McK   FOR DOWNSHIRE CAPITAL | CO-ACCOUNT SIGNATURE X  C. Ma |

(If this is a joint option account, all account holders must sign.)

Account Executive _Randy Cash_   7/9/08 Date   Officers Approval _Will Wa_   7-9-08 Date

A.M.L. Officer _____   7/11/08 Date   6/5/W

**Investment Objectives (All accounts, except joint, may rank two objectives. Joint accounts may have only one objective.):**

☐ **Safety-Bonds-Annuity:** Preserving the value of your existing assets by investing in securities with a smaller degree of risk of loss of principal. May include investment in government bonds or certificates of deposits.

☐ **Income:** Generating current income by investing in securities with a lower degree of risk of loss of principal. May include investing in investment grade corporate bonds, bond funds or unit investment trusts.

☐ **Growth:** Generating capital appreciation by investing in securities with a higher degree of volatility and risk of loss of principal. May include investing in stocks or mutual funds.

☒ **Speculation:** Trading volatile securities with a higher than average possibility of loss of principal with the hope of achieving commensurate gains. May include investing in low priced securities, options, non-rated bonds or non-investment grade bonds.

☐ **Liquidation:** Complete liquidation of account assets.

### Cash Account Agreement

In consideration of the acceptance of my account by WILSON-DAVIS & CO., I authorize subject to applicable provision of law Wilson-Davis whenever I or my personal representatives do not, on or before the settlement date, pay for any security purchased by Wilson-Davis for my account or deliver any security sold by Wilson-Davis for my account, until such payment or delivery is made in full:

(a) to pledge or hypothecate any securities which Wilson-Davis may hold for me either individually or jointly with others, separately or in common with other securities or any other property, for the sum then due or for such greater sum as may be fair and reasonable and without retaining in its possession and control for delivery a like amount of similar securities, and/or

(b) to sell any securities which Wilson-Davis may so hold for me either individually or jointly with other or to buy any securities required to make delivery pursuant to any order entered for my account or to cancel any outstanding orders in order to close out my account or to close out any commitment made on my behalf. Such sale, purchase, or cancellation may be made at Wilson-Davis' sole discretion, on the exchange or other market where such business is then usually transacted, or at public auction or at private sale without advertising the same and without notice to me or may personal representatives, and without prior tender, demand or call of any kind upon me or my personal representatives, and Wilson-Davis may purchase the whole or any part thereof free from any right of redemption, and I and my personal representatives shall remain liable for any deficiency, together with a reasonable attorneys fee, if this deficiency be placed with attorney for collection if suit is instituted for its collection. It is further understood that a prior tender, demand or call of any kind from Wilson-Davis, or prior notice from Wilson-Davis, of the time and place of such sale, purchase of cancellation shall not be considered a waiver of Wilson-Davis' right to sell or buy any securities held by Wilson-Davis, or owed to Wilson-Davis by me, at any time as herein before provided.

Wilson-Davis is hereby authorized, in its discretion, if it for any reason whatever deems it necessary for its protection, to cancel any outstanding orders in order to close out my account, in whole or in part, or to close out any commitment made on may behalf. Written communications to me shall be deemed to have been delivered to me, if sent by first class mail, postage prepaid, to my last designated address.

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00009

Account Number _____

### Corporate Resolution and Certification of Sole Officer/Sole Director

I, *CAROL MCKEOWN*, hereby certify that I am the sole officer and

sole director of *DOWNSHIRE CAPITAL*, a corporation duly

organized and existing under the laws of the State of *QUEBEC*, that the laws
of the said state expressly permit the same person to hold the offices of president,
secretary and director of a corporation, and that I presently hold those offices of the
corporation named above.

BE IT RESOLVED THAT: I am hereby authorized to sell, assign, and endorse for
transfer, certification representing stocks, bonds, or other securities now registered and/or
hereafter registered in the name of this corporation.

I HEREBY CERTIFY THAT: the foregoing is a true copy of a resolution duly adopted
by the Board of Directors of said corporation at a meeting duly held the _1_ day of
_som_, _08_ at which a quorum was present and voting, and the same has not
been repealed or amended, and remains in full force and effect and does not conflict with
the by-laws of said corporation.

IN WITNESS WHEREOF, I have executed this **Resolution and Certification** this
_9_ day of _July_, 20 _08_, understanding that **Wilson-Davis & Co.,
Inc.** will rely upon this **Resolution and Certification** in accepting documents executed
by me in such dual capacities.

*C. McK*
_____
Signature
*CAROL MCKEOWN*
_____
Type or print name of signer

Corporate Seal

NO SEAL

*Cr*  I hereby certify that there is no corporate seal
_____
(Initials)



Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00016
90052

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00011

## CORPORATE AUTHORIZATION TO TRADE

To: Wilson-Davis & Co.
    236 S. Main Street
    Salt Lake City, UT 84101

**Be It Resolved**: That this Corporation   DOWNSHIRE   CAPITAL

Be, and it hereby is, authorized and empowered to open and maintain an account with Wilson-Davis & Co., hereinafter called the brokers, for the purchase and sale of stocks, bonds or securities, and that any of the officers hereinafter are named are authorized to give instructions, written or verbal, to the brokers to buy or sell stocks, bonds, or securities, either for immediate or future delivery, and if he deems proper to secure payment therefore with property of this corporation; and he shall at all times have authority in every way to bind and obligate this corporation for the carrying out of any contract, arrangement or transaction which shall, for or on behalf of this corporation, be entered into or made with or through the brokers.

The officer (s) herein referred to are named as follows, to wit:

- CAROL MCKEOWN

- _____

- _____

I, CAROL MCKEOWN , Secretary of this corporation hereby certify that the foregoing is a full, true and correct copy of a resolution duly and regularly passed and adopted by the meeting thereof duly called and held at the office of said corporation on the _____ day of JAN , 20 0Y , at which resolution appears in the minutes of said meeting, and that the same has not been rescinded of modified and is now in full force and effect.

C. McK

_____                    B/0Y/08
Secretary                                   Dated

## SECRETARY'S CERTIFICATE REGARDING
## CORPORATE RESOLUTION

Account Number
_____

I hereby certify that I am the Secretary of **DOWNSHIRE CAPITAL**, a corporation duly organized and existing under the laws of the State of **QUEBEC**, and that the following is a true copy of a resolution duly adopted by the Board of Directors of said corporation at a meeting held the ___ day of **SEP**, 20**08**, at which meeting a quorum was present and acting throughout, or by unanimous consent of the Board of Directors dated as the ___ day of **JAN**, 20 **08**, and that such resolution has not been rescinded or modified and is in full force and effect:

RESOLVED, that the President, Vice President and the Treasurer of this Corporation, or any of such officers, he and they hereby are fully authorized and empowered to open a brokerage account, transfer, endorse, sell, assign, set over and deliver any and all shares of stocks, bonds, debentures, notes, evidences of indebtedness or other securities (including short sales) now or hereafter standing in the name of or owned by this Corporation, to purchase stocks, bonds, debentures, notes, evidences of indebtedness and other securities, on margin or otherwise and to make, execute, and deliver, under the corporate seal of this Corporation any and all written instruments necessary or proper to effectuate the authority hereby conferred.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation and that the following is a true and correct list of the officers of this Corporation as of the present date and a record of the officers' signatures:

| | Name | Signature |
|---|---|---|
| President: | CAROL MCKEOWN | C MCk |
| Vice President: | | |
| Secretary: | CAROL MCKEOWN | C MCk |
| Treasurer: | | |

IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Corporation this ___ day of ___, 20 **08**.

Corporate Seal                                    C. MCk
                                                  _____
NO SEAL                                           Secretary.

Jul 09 2008 8:36AM    HP LASERJET FAX    ___    5149320547

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00013

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

**Certificate of Foreign Status of Beneficial Owner
for United States Tax Withholding**

► Section references are to the Internal Revenue Code.  ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

Do not use this form for:

| | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |
| Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary | W-8IMY |

Note: See instructions for additional exceptions.

**Part I    Identification of Beneficial Owner (See instructions.)**

1  Name of individual or organization that is the beneficial owner

DOWNSHIRE CAPITAL

2  Country of incorporation or organization

CANADA

3  Type of beneficial owner:  ☐ Individual  ☒ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.

1980 SHERBROOKE WEST  SUITE 1110

City or town, state or province. Include postal code where appropriate.

MONTREAL    QUEBEC    H3H 1G8

Country (do not abbreviate)

CANADA

5  Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

6  U.S. taxpayer identification number, if required (see instructions)    ☐ SSN or ITIN  ☐ EIN

7  Foreign tax identifying number, if any (optional)

8  Reference number(s) (see instructions)

**Part II    Claim of Tax Treaty Benefits (if applicable)**

9  I certify that (check all that apply):

a  ☒ The beneficial owner is a resident of ... CANADA ... within the meaning of the income tax treaty between the United States and that country.

b  ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☒ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ............................
Explain the reasons the beneficial owner meets the terms of the treaty article: ............................

**Part III    Notional Principal Contracts**

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

Sign Here ► Q. Mou  FOR  DOWNSHIRE CAPITAL    8/07/08    PRESIDENT

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

Printed on Recycled Paper

Jul 09 2008 8:37AM    HP LASERJET FAX              5149320547        Atlantic Wind & Solar, Inc.
                                                                    SEC Matter No. FL-3524)
                                                                    WDCO 00014

**I+I Industry Canada** **Industrie Canada**                      Form 6 – Formulaire 6
   Corporations Canada     Corporations Canada

## Changes Regarding Directors - Changements concernant les administrateurs
*(Sections 106 and 113(1) of the CBCA - article 106 et paragraphe 113(1) de la LCSA)*

| | |
|---|---|
| **Processing Type – Mode de traitement:** | E-Commerce / Commerce-É |

**Date Filed - Date de dépôt:**          2008-04-29

| 1 | **Corporation name - Dénomination sociale de la société**<br>DOWNSHIRE CAPITAL INC. | 2 | **Corporation No. - N° de la société**<br>437215-8 |
|---|---|---|---|

3 **The following person(s) is (are) newly appointed director(s):**
La(les) personne(s) suivante(s) est(sont) nouvellement nommée(s) administrateur(s):

   Name - Nom                                    Effective Date - Date d'entrée en vigueur

4 **The following person(s) ceased to be director(s):**
La(les) personne(s) suivante(s) cesse(nt) d'agir à titre d'administrateur(s):

   Name - Nom                                    Effective Date - Date d'entrée en vigueur
   DAVID HERBERT                                 2008-04-01

5 **Members of the board of directors (list all board members including newly appointed director(s)):**
Membres du conseil d'administration (liste de tous les membres du conseil, y compris les administrateurs nouvellement nommés):

| Name - Nom | Residential Address - Adresse domiciliaire | Canadian Resident (Y/N)<br>Résident canadien (O/N) |
|---|---|---|
| CAROL MCKEOWN | 3011 BARAT  MONTREAL, QUEBEC CANADA H3Y 2H4 | Y |

6 **Change of address of a director:**
Changement d'adresse d'un administrateur:

   Name - Nom                    Residential Address - Adresse domiciliaire

7 **Declaration - Déclaration:**
I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

   Print Name - Nom en lettres moulées
   CAROL MCKEOWN
   Telephone number - Numéro de téléphone                 *C M Ch*
   514-513-1966                                            Signature

**Note:** Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).
**Nota:** Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

CERTIFIED TRUE COPY
**TD Canada Trust**              47721-004
   1280 GREENE AVENUE         1280 GREENE AVENUE    47721-004
   WESTMOUNT, QUEBEC H3Z 2A4   WESTMOUNT, QUEBEC H3Z 2A4
                MANAGER                    MANAGER

## Canadä

Jul 09 2008 8:37AM    HP LASERJET FAX           5149320547         Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00015

**Industry Canada  Industrie Canada**
Corporations Canada   Corporations Canada

Form 3 – Formulaire 3

## Change of Registered Office Address - Changement d'adresse du siège social
(Section 19 of the CBCA - article 19 de la LCSA)

| | |
|---|---|
| Processing Type – Mode de traitement: | E-Commerce / Commerce-É |
| | Date Filed – Date de dépôt: 2008-04-29 |

| 1 | Corporation name – Dénomination sociale de la société | 2 | Corporation No. – N° de la société |
|---|---|---|---|
| | DOWNSHIRE CAPITAL INC. | | 437215-8 |

**3  Registered office address (must be a street address):**
Adresse du siège social (doit être une adresse municipale):

Number and Street Name – Numéro et nom de la rue
**3611 BARAT**

City - Ville
**MONTREAL**

Prov./Terr.
**QUEBEC**

Postal Code - Code Postal
**H3Y 2H4**

**4  Mailing address (if different from the registered office):**
Adresse postale (si elle est différente de l'adresse du siège social):

Attention Of - À l'attention de
**McMILLAN BINCH MENDELSOHN**

Number and Street Name - Numéro et nom de la rue
**1000 Sherbrooke Street West
27th Floor**

City - Ville
Montreal

Prov./Terr.
**QUEBEC**

Postal Code - Code Postal
**H3A 3G4**

**5  Declaration - Déclaration:**
I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

Print Name - Nom en lettres moulées
**CAROL MCKEOWN**

Telephone number - Numéro de téléphone
**514-513-1966**

Signature  *C. McK*

Note: Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).
Nota: Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

CERTIFIED TRUE COPY
**Canada Trust**
1289 GREENE AVENUE    47721-004
WESTMOUNT, QUEBEC H3Z 2A4
MANAGER

1289 GREENE AVENUE    47721-004
WESTMOUNT, QUEBEC H3Z 2A4
MANAGER

**Canada**

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00016

**Industry Canada  Industrie Canada**
Corporations Canada    Corporations Canada

Form 22 - Formulaire 22

**Annual Return - Rapport annuel**
*(Section 263 of the CBCA - article 263 de la LCSA)*

| Processing Type - Mode de traitement: | E-Commerce / Commerce-É | Date Filed - Date de dépôt: | 2008-04-29 |

| **1** Corporation name - Dénomination sociale de la société | **2** Corporation No. - Nº de la société |
| DOWNSHIRE CAPITAL INC. | 437215-8 |

**3** Year of filing - Année de dépôt      2007

**4** Date of last annual meeting of shareholders or date of written resolution in lieu of meeting (YYYY-MM-DD):
Date de la dernière réunion annuelle des actionnaires ou date de la résolution écrite tenant lieu d'assemblée (AAAA-MM-JJ):      2006-06-23

**5** Which of the following boxes meets your situation?
Laquelle des situations suivantes correspond à la vôtre?

[x] Non-distributing corporation with 50 or fewer shareholders
Société n'ayant pas fait appel au public, de 50 actionnaires ou moins

[ ] Non-distributing corporation with more than 50 shareholders
Société n'ayant pas fait appel au public, de plus de 50 actionnaires

[ ] Distributing corporation
Société ayant fait appel au public

**IMPORTANT REMINDER**
Change of registered office address?
Complete and file a Change of Registered Office Address (Form 3).

Change of directors or change of address of a current director?
Complete and file a Changes Regarding Directors (Form 6).

These changes can be done electronically, free of charge, via Corporations Canada Online Filing Centre at:
http://corporationscanada.ic.gc.ca

**General**
If you require more information, please visit the Forms, Policies, Fees and Legislation section of our Web site at http://corporationscanada.ic.gc.ca or contact us at (613) 941-9042 or toll-free at 1 866 333-5556.

**RAPPEL IMPORTANT**
Changement d'adresse du siège social?
Remplissez le formulaire "Changement d'adresse du siège social" (Formulaire 3) et déposez-le auprès de Corporations Canada.

Changement des administrateurs ou changement d'adresse d'un administrateur actuel?
Remplissez le formulaire "Changements concernant les administrateurs" (Formulaire 6) et déposez-le auprès de Corporations Canada.

Ces changements peuvent être effectués électroniquement, sans frais, par l'entremise du Centre de dépôt des formulaires en ligne de Corporations Canada, à http://corporationscanada.ic.gc.ca.

**Généralités**
Pour obtenir de plus amples renseignements, veuillez consulter la section Formulaires, politiques, frais et législation de notre site Web, à l'adresse http://corporationscanada.ic.gc.ca ou communiquez avec nous au (613) 941-9042 ou au 1 866 333-5556 (ligne sans frais).

**6** Declaration - Déclaration:
I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

Print Name - Nom en lettres moulées
CAROL MCKEOWN

Telephone number - Numéro de téléphone
514-513-1966

Signature      *O. McK*

Note: Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).
Nota: Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5 000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

CERTIFIED TRUE COPY
**TD Canada Trust**
1289 GREENE AVENUE    47721-004
WESTMOUNT, QUEBEC  H3Z 2A4

MANAGER

**Canada**

Jul 09 2008 8:38AM   HP LASERJET FAX          5149320547          Atlantic Wind & Solar, Inc.
                                                                    SEC Matter No. FL-3524)
                                                                         WDCO 00017

- 514 282 8870        YANOFSKY GELBER M                     13:07:22   10-07-2006      3 /7

**Industry Canada**              **Industrie Canada**

**Certificate**                          **Certificat**
**of Incorporation**                     **de constitution**

**Canada Business**                      **Loi canadienne sur**
**Corporations Act**                     **les sociétés par actions**

---

DOWNSHIRE CAPITAL INC.                          437215-8

Name of corporation-Dénomination de la société          Corporation number-Numéro de la société

I hereby certify that the above-named          Je certifie que la société susmentionnée, dont
corporation, the articles of incorporation of  les statuts constitutifs sont joints, a été
which are attached, was incorporated under     constituée en société en vertu de la
the *Canada Business Corporations Act.*        *Loi canadienne sur les sociétés par actions.*

                              **YANOFSKY GELBER MANCUSO**
                              YANOFSKY GELBER MANCUSO
                              **COPIE CONFORME / TRUE COPY**

Richard G. Shaw                    June 23, 2006 / le 23 juin 2006
Director - Directeur
                              Date of Incorporation - Date de constitution

                      CERTIFIED TRUE COPY
                      **Canada Trust**
                      1289 GREENE AVENUE     47721-004
                      WESTMOUNT, QUEBEC H3Z 2A4
                                              MANAGER

**Canada**

Jul 09 2008 8:38AM    HP LASERJET FAX          5149320547          Atlantic Wind & Solar, Inc.
                                                                  SEC Matter No. FL-3524)
                                                                          WDCO 00018
514 282 8870        YANOFSKY GELBER M                    13:07:29   10-07-2006        4 /7

**Registraire
des entreprises
Québec** 🍁 ▮

## Déclaration d'immatriculation
## Déclaration initiale
### Personne morale

*Loi sur la publicité légale des entreprises individuelles, des sociétés et des personnes morales (L.R.Q., c. P-45)*

Remplir les deux exemplaires du formulaire.
Consulter au besoin vos documents constitutifs.

Marquer la case appropriée d'un X:    Immatriculation [X]    Initiale [ ]

**1 - Identification -** Inscrire le nom et domicile de la personne morale.

Pour la personne morale non constituée au Québec dont le nom est dans une autre langue que le français, déclarer la version française de ce nom s'il en existe une, sinon voir la section 4E. Tous les établissements doivent être déclarés à la section 4D.

| A) Nom et domicile de la personne morale | Numéro d'entreprise du Québec (NEQ) |
|---|---|
| Nom<br>DOWNSHIRE CAPITAL INC. | Si l'immatriculation est radiée sur demande, inscrire le NEQ déjà attribué. 1 1 **638 21 839** |
| Version du nom dans une autre langue, s'il y a lieu | Date d'immatriculation  Année / Mois / Jour  **2006 07 04** |
| | Inscrire l'adresse à laquelle vous désirez recevoir votre correspondance. |
| N°  Nom de la rue, app./bureau<br>3011    Barat | **B) Domicile élu (adresse de correspondance)**<br>Nom du destinataire |
| Municipalité/ville  Province/État<br>Montreal    Quebec | |
| Code postal  Pays<br>H 3 Y 2 H 4    Canada | |
| Pour la personne morale produisant une déclaration initiale, inscrire, s'il y a lieu, les modifications à l'adresse préimprimée ci-dessus. | REQ - Déposé le<br>0 4 JUIL. 2006 |
| N°  Nom de la rue, app./bureau | N°  Nom de la rue, app./bureau  Registre des entrep... |
| Municipalité/ville  Province/État | Municipalité/ville  Province/État |
| Code postal  Pays | Code postal  Pays |

**2 - Forme juridique -** Inscrire le code correspondant à la forme juridique, la loi constitutive, le lieu ainsi que la date de constitution.

Codes :  CIE Compagnie    MUT Mutuelle d'assurance    SYC Syndicat de copropriété    Si autre, le détailler obligatoirement.
         COP Coopérative   APE Association personnalisée   AU Autre

| Code  Loi constitutive | Lieu de constitution (province/État/pays) | Date de constitution (année/mois/jour) |
|---|---|---|
| C I E  Loi canadienne sur les sociétés par actions | Canada | 2 0 0 6 0 6 2 3 |

**3 - Dispositions particulières, s'il y a lieu**

**A) Continuation ou transformation -** Marquer la case appropriée d'un X et inscrire l'information requise.

| | | Nouvelle loi applicable | Lieu (province/État/pays) | Année | Mois | Jour |
|---|---|---|---|---|---|---|
| Continuation [ ] | Transformation [ ] | | | | | |

**B) Fusion ou scission -** Marquer d'un X si la personne morale est issue d'une fusion ou d'une scission et inscrire l'information requise. Si requis, ne pas compléter l'annexe 1.

| | | | Lieu (province/État/pays) | Année | Mois | Jour |
|---|---|---|---|---|---|---|
| Fusion ordinaire [ ] | Fusion simplifiée [ ] | Scission [ ] | | | | |

Inscrire le nom, le domicile et le numéro d'entreprise du Québec (NEQ), s'il y a lieu, de toutes les personnes morales partie à cette fusion (les composantes) ou à cette scission.

| Numéro d'entreprise du Québec (NEQ)  1 1 | Numéro d'entreprise du Québec (NEQ)  1 1 |
|---|---|
| Nom | Nom |
| N°  Nom de la rue  App./bureau | N°  Nom de la rue  App./bureau |
| Municipalité/ville  Province/État | Municipalité/ville  Province/État |
| Code postal  Pays | Code postal  Pays   R.E.0.27 JUN'06 |

11101-1 (2006-01) ▮  Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires et inscrire la section correspondante.                                    1 de 4

**TD  Canada Trust**
47721-004
1290 GREENE AVENUE
WESTMOUNT, QUEBEC H3Z 2A4
MANAGER

Jul 09 2008 8:38AM   HP LASERJET FAX          5149320547

514 282 8870      YANOFSKY GELBER M                          13:07:50

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00019

| Numéro d'entreprise du Québec (NEQ) | |
|---|---|
| NEQ | 1  1  6 3 8 2 1 8 3 9 |

## 4 - Informations générales

### A) Nature des deux principaux secteurs d'activité de la personne morale

| | Réservé à l'administration |
|---|---|
| 1ᵉʳ secteur d'activité<br>Corporate consultants | Code d'activité |
| 2ᵉ secteur d'activité (s'il y a lieu) | Code d'activité |

### B) Nombre de salariés au Québec - Marquer la case appropriée d'un X.

| | | |
|---|---|---|
| O  Aucun [X] | A  De 1 à 5 ☐ | C  De 11 à 25 ☐ | E  De 50 à 99 ☐ | G  De 250 à 499 ☐ | J  De 750 à 999 ☐ | K  De 2 500 à 4 999 ☐ |
| | B  De 6 à 10 ☐ | D  De 26 à 49 ☐ | F  De 100 à 249 ☐ | H  De 500 à 749 ☐ | J  De 1 000 à 2 499 ☐ | L  5 000 et plus ☐ |

### C) Période d'existence

| | Année | Mois | Jour |
|---|---|---|---|
| Si l'existence légale de la personne morale est limitée dans le temps, inscrire la date de cessation prévue. | | | |

### D) Identification des établissements au Québec

- L'établissement principal doit être déclaré dans la section prévue à cette fin.
- Inscrire l'adresse des établissements en précisant le nom qui les désigne et les deux principaux secteurs d'activité qui y sont exercés.

**Établissement principal au Québec**

| Nom de l'établissement | | Nᵒ | Nom de la rue, app./bureau |
|---|---|---|---|
| | | Municipalité/Ville | |
| | | Province | Code postal |

**Principaux secteurs d'activité de cet établissement**

| | Réservé à l'administration |
|---|---|
| 1ᵉʳ secteur d'activité | Code d'activité |
| 2ᵉ secteur d'activité (s'il y a lieu) | Code d'activité |

➜ **Activité à déclaration obligatoire : Marquer d'un X si vous exploitez un point de vente de tabac au détail (001).** ☐

**Autres établissements**

| Nom de l'établissement | | Nᵒ | Nom de la rue, app./bureau |
|---|---|---|---|
| | | Municipalité/Ville | |
| | | Province | Code postal |

**Principaux secteurs d'activité de cet établissement**

| | Réservé à l'administration |
|---|---|
| 1ᵉʳ secteur d'activité | Code d'activité |
| 2ᵉ secteur d'activité (s'il y a lieu) | Code d'activité |

➜ **Activité à déclaration obligatoire : Marquer d'un X si vous exploitez un point de vente de tabac au détail (001).** ☐

### E) Autres noms utilisés au Québec

Inscrire tout autre nom utilisé dans l'exercice de vos activités, dans l'exploitation de votre entreprise ou aux fins de la possession d'un droit réel immobilier autre qu'une priorité ou une hypothèque. Cela comprend notamment les noms d'emprunt utilisés, les noms de marchandises ou de services (marques de commerce) dont la personne morale est propriétaire ou usagère au Québec. S'il s'agit d'une marque de commerce, le préciser. Une version française est obligatoire pour chacun des noms déclarés dans une autre langue.

| Nom |
|---|
| CAPITAL DOWNSHIRE |
| Nom |
| Nom |

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires

11101-2 (2006-01)                                                                                2 de 4

CERTIFIED TRUE COPY
[TD] Canada Trust
1289 GREENE AVENUE      47721-004
WESTMOUNT, QUEBEC  H3Z 2A1
MANAGER

Jul 09 2008 8:39AM   HP LASERJET FAX          5149320547

514 282 8870      YANOFSKY GELBER M

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00020

13:08:05    10-07-2006       6/7

NEQ  1 1 0 3 8 2 1 8 3 0

## 5 - Identification des actionnaires - Inscrire, par ordre d'importance, le nom et le domicile des trois actionnaires qui détiennent le plus grand nombre de voix.

Est-ce que le premier actionnaire détient plus de 50 % des voix?   Marquer la case appropriée d'un X.   Oui [X]   Non [ ]

| Nom du premier actionnaire | | N° | Nom de la rue, app./bureau |
|---|---|---|---|
| McKeown, Carol | | 3011 | Barat |
| Municipalité/Ville Montreal | Province/État Quebec | Code postal H 3 Y 2 H 4 | Pays Canada |
| Nom du deuxième actionnaire Herbert, David | | N° 23 | Nom de la rue, app./bureau Tillplain Road |
| Municipalité/Ville Toronto | Province/État Ontario | Code postal M 3 H 5 R 1 | Pays Canada |
| Nom du troisième actionnaire | | N° | Nom de la rue, app./bureau |
| Municipalité/Ville | Province/État | Code postal | Pays |

## 6 - Identification des administrateurs (qui sont membres du conseil d'administration)

Inscrire le code de fonction approprié, le nom et le domicile de tous les administrateurs. Plus d'un code peut être attribué à une même personne.

Codes de fonction des administrateurs :  PR Président  VP Vice-président  SE Secrétaire  TR Trésorier  ST Secrétaire-trésorier  AD Administrateur  AU Autre

| Code(s) AD PR | Si code AU, le détailler obligatoirement. | Code(s) AD VP ST | Si code AU, le détailler obligatoirement. |
|---|---|---|---|
| Nom et prénom Herbert, David | | Nom et prénom McKeown, Carol | |
| N° 23 | Nom de la rue, appartement Tillplain Road | N° 3011 | Nom de la rue, appartement Barat |
| Municipalité/Ville Toronto | Province/État Ontario | Municipalité/Ville Montreal | Province/État Quebec |
| Code postal M 3 H 5 R 1 | Pays Canada | Code postal H 3 Y 2 H 4 | Pays Canada |

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.

CERTIFIED TRUE COPY
TD Canada Trust
1260 GREENE AVENUE   47721-004
WESTMOUNT, QUEBEC H3Z 2A4
MANAGER

11101-3 (2006-01)            3 de 4

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00021

514 282 6870     YANOFSKY GELBER M                          13:08:20   10-07-2006        7 /7

| Numéro d'entreprise du Québec (NEQ) | |
|---|---|
| NEQ | 1 1 6 3 8 2 1 8 3 9 |

**7 - Fondé de pouvoir -** Si la personne morale n'a ni domicile ni établissement au Québec ou est dispensée par règlement de déclarer l'adresse de son domicile et/ou de ses établissements, inscrire le nom et l'adresse complète d'un fondé de pouvoir résidant au Québec.

| Nom | | | |
|---|---|---|---|
| N° | Nom de la rue | | App./bureau |
| Municipalité/ville | | Province | Code postal |

**8 - Identification des personnes qui ne sont pas membres du conseil d'administration (président, secrétaire, principal dirigeant)**
Inscrire le nom et le domicile du président, du secrétaire et du principal dirigeant seulement.

Codes de fonction : PR Président     SE Secrétaire     PO Principal dirigeant

| Code P R | Nom et prénom | | N° | Nom de la rue, appartement |
|---|---|---|---|---|
| Municipalité/ville | | Province/État | Code postal | Pays |
| Code S E | Nom et prénom | | N° | Nom de la rue, appartement |
| Municipalité/ville | | Province/État | Code postal | Pays |
| Code P O | Nom et prénom | | N° | Nom de la rue, appartement |
| Municipalité/ville | | Province/État | Code postal | Pays |

**9 - Administrateur du bien d'autrui -** Si la personne morale est représentée par une personne chargée d'administrer l'ensemble de ses biens, marquer la case appropriée d'un X à la qualité de cette personne et inscrire son nom et son adresse complète. Cette personne a les droits et obligations que la Loi sur la publicité légale des entreprises individuelles, des sociétés et des personnes morales confère à la personne morale.

| CU Curateur ☐ | FI Fiduciaire ☐ | LI Liquidateur ☐ | SQ Séquestre ☐ | SY Syndic ☐ |
|---|---|---|---|---|
| AU Autre ☐ | Si autre, le détailler obligatoirement. | | | |
| Nom | | | | |
| N° | Nom de la rue | | | App./bureau |
| Municipalité/ville | | Province/État | | |
| Code postal | Pays | | | |

**10 - Certification**

Je       James Smith
                              Prénom et nom de la personne autorisée (en lettres moulées)

domicilié(e) au  651 Notre-Dame Street West, 3rd Floor, Montreal, Quebec, H3C 1J1, Canada
                              N°, rue, app./bureau, municipalité/ville, province, code postal et pays

atteste que je suis la personne autorisée par la personne morale à signer la présente déclaration, que les renseignements déclarés sont vrais et que le paiement requis, le cas échéant, accompagne la présente déclaration.

_James Smith_

Signature obligatoire                                    2006/06/23
                                                         Date (année/mois/jour)

SIGNER ET RETOURNER AVEC VOTRE PAIEMENT S'IL Y A LIEU.
NE PAS TÉLÉCOPIER.

11101-4 (2006-01)                                        4 de 4

CERTIFIED TRUE COPY
**TD Canada Trust**
1205 GREENE AVENUE   47721-004
WESTMOUNT, QUEBEC, H3Z 2A4
                              MANAGER

EXHIBIT 4

## STATE OF WYOMING * SECRETARY OF STATE
## MAX MAXFIELD
## BUSINESS DIVISION

200 West 24th Street, Cheyenne, WY 82002-0200
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@state.wy.us

### Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | |
|---|---|
| Name | **Meadow Vista Financial Corp** |
| Filing Type | Profit Corporation |
| Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Fictitious Name | | ID | 2004-000472309 |
| Old Name | | Standing - Tax | Good |
| Sub Status | Current | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formation Locale | Wyoming | Name Consent | N |
| Filing Date | 08/20/2004 12:00 AM | Term of Duration | Perpetual |
| Delayed Effective Date | | Expiration Date | |
| Inactive Date | | | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | UNLIMITED | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Registered Agent Address

Wyoming Corporate Services, Inc.
2710 Thomes Ave
Cheyenne, WY 82001 USA

### Mailing Address

Wyoming Corporate Services, Inc.
2710 Thomes Ave
Cheyenne, WY 82001 USA

### Parties

| Type | Name / Organization / Address |
|---|---|
| | |

# Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | |
|---|---|
| Name | **Meadow Vista Financial Corp** |
| Filing Type | Profit Corporation |
| Status | Active |

## Most Recent Annual Report Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | Original | | | | AR Year | 2009 |
| License Tax | $50.00 | AR Exempt | N | | AR ID | 01031292 |
| AR Date | 7/16/2009 1:32 PM | | | | | |
| Web Filed | N | | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| President | Carol McKeown |

**Principal Address**

Wyoming Corporate Services, Inc.
2710 Thomes Ave
Cheyenne, WY 82001 USA

**Mailing Address**

Wyoming Corporate Services, Inc.
2710 Thomes Ave
Cheyenne, WY 82001 USA

# Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| Name | **Meadow Vista Financial Corp** |
|------|------|
| Filing Type | Profit Corporation |
| Status | Active |

## Amendment History

| Num | Type | Date | Delayed Date | Status | Username |
|-----|------|------|--------------|--------|----------|
| 2008-000693261 | Reinstatement - Admin. Diss. Tax | 08/07/2008 | | Active | CDILLM |
| 2008-000682692 | System Amendment | 06/04/2008 | | Active | SYSTEM.USER |
| 2007-000631560 | System Amendment | 08/02/2007 | | Active | SYSTEM.USER |
| | RA Name Change | 04/06/2006 | | Active | CRANDA |
| | RA Address Change | 04/06/2006 | | Active | CRANDA |

Mar 19 2008 9:47AM HP LASERJET FAX 5149320547

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00022

**EXHIBIT 5**

# CASH ACCOUNT APPLICATION

 **WILSON-DAVIS & COMPANY • Investments**
P.O. BOX 11587 • SALT LAKE CITY, UT 84147
(801) 532-1313

11D
RR

Account Number ▓▓(474

Please check the box to indicate how you would like to title your account:

☐ Individual (in your name only)   ☐ Joint Tenants (JTWROS)   ☐ Trust   ☐ Foreign   ☐ Custodial
☒ Sole Proprietorship*   ☐ Other (please circle): IRA, Corporate, Investment Club, Partnership, Limited Liability Company

| ACCOUNT HOLDER *Company Info* | CO-ACCOUNT HOLDER (if applicable) *Personal Info* |
|---|---|
| Name MEADOW VISTA FINANCIAL | Name CAROL MCKEOWN |
| Home Address: P.O. Box is not sufficient) 2424 PIONEER AVE SUITE 405 | Home Address: P.O. Box is not sufficient) 3011 BARAT |
| City CHEYENNE State WY Zip 82001 | City MONTREAL State QC Zip H3424H |
| ☐ Home Phone ☐ Cellular Phone 514 513-1966 ( ) | ☐ Home Phone ☐ Cellular Phone 514 846 9749 513 513 1966 |
| Tax I.D. Number ▓▓▓2565 INCORPORATION date 00,20,04 | U.S. Social Security W8 Birth Date ▓▓▓1966 |
| Marital Status N/A No. of Dependents N/A | Marital Status M No. of Dependents 1 |
| Employer (if retired, explain) N/A | Employer (if retired, explain) DOWNSHIRE CAPITAL |
| Employer Address | Employer Address 1480 SHERBROOKE |
| City See State Zip | City MONTREAL State QC Zip H342H9 |
| ☐ Business Phone ☐ Fax Number | ☐ Business Phone ☐ Fax Number |
| Position / Title N/A | Position / Title OWNER |
| Where should we send Mail? ☒ Home ☐ Work ☐ P.O. Box # | Where should we send Mail? ☒ Home ☐ Work ☐ P.O. Box # |
| Is client a U.S. citizen? ☐ Yes ☒ No | Is client a U.S. citizen? ☐ Yes ☒ No |
| Name of Bank HSBC | Name of Bank TD BANK |
| Bank Location Montreal Quebec | Bank Location GREEN AVE. |
| Driver's License Number State N/A | Driver's License Number State ▓▓ Amagh V |
| Are you an employee of a securities firm, bank, trust, or insurance company? ☐ Yes if yes, name and address of the company ☒ No | Are you an employee of a securities firm, bank, trust, or insurance company? ☐ Yes if yes, name and address of the company ☒ No |
| Are you an officer, director or controlling person of any public company? ☐ Yes ☒ No If yes, name of company: | Are you an officer, director or controlling person of any public company? ☐ Yes ☒ No If yes, name of company: |
| ☐ I do not want my name, address and holdings disclosed to requesting company whose shares I own. | Complete the information requested and sign the application agreement on reverse side. |

## FINANCIAL QUESTIONNAIRE

| ACCOUNT HOLDER | Tax Bracket | CO-ACCOUNT HOLDER | Tax Bracket |
|---|---|---|---|
| Approximate Annual Income: ☐ <$20,000 ☐ $20-50,000 ☐ $50-100,000 ☒ $100,000+ | N/A % | Approximate Annual Income: ☐ <$20,000 ☐ $20-50,000 ☐ $50-100,000 ☒ $100,000+ | N/A % |
| Approximate Net Worth (excl. of residence): ☐ <$15,000 ☐ $15-50,000 ☐ $30-100,000 ☒ $100-500,000 ☐ $500,000+ | | Approximate Net Worth (excl. of residence): ☐ <$15,000 ☐ $15-50,000 ☐ $50-100,000 ☒ $100-500,000 ☐ $500,000+ | |

| INVESTMENT EXPERIENCE | | INVESTMENT EXPERIENCE | |
|---|---|---|---|
| No. of Years 5 | No. of Transactions Per Year 25 | No. of Years 15 | No. of Transactions Per Year 50 to 100 |

## INVESTMENT OBJECTIVES

☐ Safety   ☐ Income   ☐ Growth   ☒ Speculative   ☐ Bonds   ☐ Liquidation   ☐ Annuity   **See Definitions on Reverse Side**

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00023



Mar 19 2008 9:47AM    HP LASERJET FAX          5149320547

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00024

Under penalties of perjury, I certify (1) that the Social Security number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding, & I have been notified by IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.
I am a U.S. person (Including a U.S. Resident Alien)

☐ Mail duplicate confirmations and statements to another party.

Name

Address

## CASH ACCOUNT AGREEMENT

| DATE 3/19/08 | SIGNATURE x C. mcleon | CO-ACCOUNT SIGNATURE x |
|---|---|---|

(If this is a joint option account, all account holders must sign.)

Account Executive          3/19/08          Officer Approval          3/19/08
Date                                          Date

E.M.T. Officer          3/19/08
Date

**Investment Objectives (All accounts, except joint, may rank two objectives. Joint accounts may have only one objective.):**

☐ **Safety-Bonds-Annuity:** Preserving the value of your existing assets by investing in securities with a smaller degree of risk of loss of principal. May include Investment in government bonds or certificates of deposits.

☐ **Income:** Generating current income by investing in securities with a lower degree of risk of loss of principal. May include investing in investment grade corporate bonds, bond funds or unit investment trusts.

☐ **Growth:** Generating capital appreciation by investing in securities with a higher degree of volatility and risk of loss of principal. May include investing in stocks or mutual funds.

☑ **Speculation:** Trading volatile securities with a higher than average possibility of loss of principal with the hope of achieving commensurate gains. May include investing in low priced securities, options, non-rated bonds or non-investment grade bonds.

☐ **Liquidation:** Complete liquidation of account assets.

## Cash Account Agreement

In consideration of the acceptance of my account by WILSON-DAVIS & CO., I authorize subject to applicable provision of law Wilson-Davis whenever I or my personal representatives do not, on or before the settlement date, pay for any security purchased by Wilson-Davis for my account or deliver any security sold by Wilson-Davis for my account, until such payment or delivery is made in full:

(a) to pledge or hypothecate any securities which Wilson-Davis may hold for me either individually or jointly with others, separately or in common with other securities or any other property, for the sum then due or for such greater sum as may be fair and reasonable and without retaining in its possession and control for delivery a like amount of similar securities, and/or

(b) to sell any securities which Wilson-Davis may so hold for me either individually or jointly with other or to buy any securities required to make delivery pursuant to any order entered for my account or to cancel any outstanding orders in order to close out my account or to close out any commitment made on my behalf. Such sale, purchase, or cancellation may be made at Wilson-Davis' sole discretion, on the exchange or other market where such business is then usually transacted, or at public auction or at private sale without advertising the same and without notice to me or may personal representatives, and without prior tender, demand or call of any kind upon me or any personal representatives, and Wilson-Davis may purchase the whole or any part thereof free from any right of redemption, and I and my personal representatives shall remain liable for any deficiency, together with a reasonable attorneys fee, if this deficiency be placed with attorney for collection if suit be instituted for its collection. It is further understood that a prior tender, demand or call of any kind from Wilson-Davis, or prior notice from Wilson-Davis, of the time and place of such sale, purchase of cancellation shall not be considered a waiver of Wilson-Davis' right to sell or buy any securities held by Wilson-Davis, or owed to Wilson-Davis by me, at any time as herein before provided.

Wilson-Davis is hereby authorized, in its discretion, if it for any reason whatever deems it necessary for its protection, to cancel any outstanding orders in order to close out my account, in whole or in part, or to close out any commitment made on my behalf. Written communications to me shall be deemed to have been delivered to me, if sent by first class mail, postage prepaid, to my last designated address.

Mar 19 2008 9:47AM    HP LASERJET FAX                5149320547          Atlantic Wind & Solar, Inc.
                                                                         SEC Matter No. FL-3524)
                                                                         WDCO 00025

## CORPORATE AUTHORIZATION TO TRADE

To: Wilson-Davis & Co.
    236 S. Main Street
    Salt Lake City, UT 84101

**Be It Resolved:** That this Corporation MEADOW VISTA FINANCIAL CORP

Be, and it hereby is, authorized and empowered to open and maintain an account with Wilson-Davis & Co., hereinafter called the brokers, for the purchase and sale of stocks, bonds or securities, and that any of the officers hereinafter are named are authorized to give instructions, written or verbal, to the brokers to buy or sell stocks, bonds, or securities, either for immediate or future delivery, and if he deems proper to secure payment therefore with property of this corporation; and he shall at all times have authority in every way to bind and obligate this corporation for the carrying out of any contract, arrangement or transaction which shall, for or on behalf of this corporation, be entered into or made with or through the brokers.

The officer (s) herein referred to are named as follows, to wit:

- CAROL McKEOWN
- _____
- _____

I, CAROL McKEOWN Secretary of this corporation hereby certify that the foregoing is a full, true and correct copy of a resolution duly and regularly passed and adopted by the meeting thereof duly called and held at the office of said corporation on the _____ day of _____, 20____, at which resolution appears in the minutes of said meeting, and that the same has not been rescinded of modified and is now in full force and effect.

C. McKe___                                        3/19/08
_____                           _____
Secretary                                         Dated

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00026

Mar 19 2008 9:48AM   HP LASERJET FAX   5149320547

## SECRETARY'S CERTIFICATE REGARDING
## CORPORATE RESOLUTION

Account Number

*130474*

I hereby certify that I am the Secretary of *MEADOW VISTA FINANCAL CORP*, a corporation duly organized and existing under the laws of the State of *NV*, and that the following is a true copy of a resolution duly adopted by the Board of Directors of said corporation at a meeting held the *1* day of *MAR*, 2008, at which meeting a quorum was present and acting throughout, or by unanimous consent of the Board of Directors dated as the *1* day of *MAR*, 2008, and that such resolution has not been rescinded or modified and is in full force and effect:

RESOLVED, that the President, Vice President and the Treasurer of this Corporation, or any of such officers, he and they hereby are fully authorized and empowered to open a brokerage account, transfer, endorse, sell, assign, set over and deliver any and all shares of stocks, bonds, debentures, notes, evidences of indebtedness or other securities (including short sales) now or hereafter standing in the name of or owned by this Corporation, to purchase stocks, bonds, debentures, notes, evidences of indebtedness and other securities, on margin or otherwise and to make, execute, and deliver, under the corporate seal of this Corporation any and all written instruments necessary or proper to effectuate the authority hereby conferred.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation and that the following is a true and correct list of the officers of this Corporation as of the present date and a record of the officers' signatures:

| | Name | Signature |
|---|---|---|
| President: | CAROL MCKEOWN | C. McKeo |
| Vice President: | | |
| Secretary: | CAROL MCKEOWN | C. McKe |
| Treasurer: | | |

*19* IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Corporation this *19* day of *Mar*, 2008.

Corporate Seal                                      *C. McKee*
                                                    Secretary

NO SEAL

Mar 19 2008 9:48AM    HP LASERJET FAX            5149320547            Atlantic Wind & Solar, Inc.
                                                                      SEC Matter No. FL-3524)
                                                                      WDCO 00027

Account Number 150474

## Corporate Resolution and Certification of Sole Officer/Sole Director

I, CAROL MCKEOWN , hereby certify that I am the sole officer and

sole director of MEADOW VISTA FINANCIAL CORP. , a corporation duly

organized and existing under the laws of the State of _____ WY , that the laws
of the said state expressly permit the same person to hold the offices of president,
secretary and director of a corporation, and that I presently hold those offices of the
corporation named above.

BE IT RESOLVED THAT: I am hereby authorized to sell, assign, and endorse for
transfer, certification representing stocks, bonds, or other securities now registered and/or
hereafter registered in the name of this corporation.

I HEREBY CERTIFY THAT: the foregoing is a true copy of a resolution duly adopted
by the Board of Directors of said corporation at a meeting duly held the 1 day of
Jan , 8 at which a quorum was present and voting, and the same has not
been repealed or amended, and remains in full force and effect and does not conflict with
the by-laws of said corporation.

IN WITNESS WHEREOF, I have executed this Resolution and Certification this
19 day of March , 20 08 understanding that Wilson-Davis & Co.,
Inc. will rely upon this Resolution and Certification in accepting documents executed
by me in such dual capacities.

C. McKn
Signature                                        Corporate Seal
CAROL MCKEOWN
Type or print name of signer

CM  I hereby certify that there is no corporate seal
(Initials)

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00028

# ARTICLES OF INCORPORATION

## OF

### Meadow Vista Financial Corp.

FILED: 08/20/2004
CID: 2004-00472309
WY Secretary of State

**FIRST.** The name of the corporation is:

**Meadow Vista Financial Corp**

**SECOND.** Its registered office in the State of Wyoming is located at 2424 Pioneer Avenue Suite 405, Cheyenne, Wyoming 82001. This Corporation may maintain an office, or offices, in such other place within or without the State of Wyoming as may be from time to time designated by the Board of Directors, or by the By-Laws of said Corporation, and that this Corporation may conduct all Corporation business of every kind and nature, including the holding of all meetings of Directors and Stockholders, outside the State of Wyoming as well as within the State of Wyoming.

**THIRD.** The objects for which this Corporation is formed are:

(A) To do all things necessary or convenient to carry out its business and affairs, including without limitation power to:

(B) Sue and be sued, complain and defend in its corporate name;

(C) Have a corporate seal, which may be altered at will, and to use it, or a facsimile of it, by impressing or affixing it or in any other manner reproducing it;   (D) Make and amend bylaws, not inconsistent with its articles of incorporation or with the laws of this state, for managing the business and regulating the affairs of the corporation;

(E) Purchase, receive, lease, or otherwise acquire, and own, hold, improve, use, and otherwise deal with, real or personal property, or any legal or equitable interest in property,

1

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00029

wherever located;

(F) Sell, convey, mortgage, pledge, lease, exchange, and otherwise dispose of all or any part of its property;

(G) Purchase, receive, subscribe for, or otherwise acquire; own, hold, vote, use, sell, mortgage, lend, pledge, or otherwise dispose of; and deal in and with shares or other interests in, or obligations of, any other entity;

(H) Make contracts and guarantees, incur liabilities, borrow money, issue its notes, bonds, and other obligations which may be convertible into or include the option to purchase other securities of the corporation, and secure any of its obligations by mortgage or pledge of any of its property, franchises, or income;

(I) Lend money, invest and reinvest its funds, and receive and hold real and personal property as security for repayment;

(J) Be a promoter, partner, member, associate, or manager of any partnership, joint venture, trust, or other entity;

(K) Conduct its business, locate offices, and exercise the powers granted by this act within or without this state;

(L) Elect directors and appoint officers, employees, and agents of the corporation, define their duties, fix their compensation, and lend them money and credit;

(M) Pay pensions and establish pension plans, pension trusts, profit sharing plans, share bonus plans, share option plans, and benefit or incentive plans for any or all of its current or former directors, officers, employees, and agents;

(N) Make donations for the public welfare or for charitable, scientific, or educational

2

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00030

purposes;

(O) Transact any lawful business; and

(P) Make payments or donations, or do any other act, not inconsistent with law, that furthers the business and affairs of the corporation.

FOURTH. The total number of voting common stock authorized that may be issued by the Corporation is an Unlimited number of shares of common stock without nominal or par value. Said shares may be issued by the corporation from time to time for such considerations as may be fixed by the Board of Directors.

FIFTH. The governing board of this corporation shall be known as directors, and the number of directors may from time to time be increased or decreased in such manner as shall be provided by the By-Laws of this Corporation, providing that the number of directors shall not be reduced to fewer than one (1).

The name and post office address of the first Board of Directors shall be one (1) in number and listed as follows:

**NAME**

Melissa E. Cesnik

**POST OFFICE ADDRESS**

2424 Pioneer Avenue Suite 405
Cheyenne, Wyoming 82001

SIXTH. The capital stock, after the amount of the subscription price, or par value, has been paid in, shall not be subject to assessment to pay the debts of the corporation.

SEVENTH. The name and post office address of the Incorporator signing the

3

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00031

Articles of Incorporation is as follows:

**NAME**                                          **POST OFFICE ADDRESS**

Melissa E. Cesnik                                 2424 Pioneer Avenue Suite 405
                                                  Cheyenne, Wyoming 82001

**EIGHTH**. The registered agent for this corporation shall be:

**CORPORATIONS TODAY, INC.**

The address of said agent, and, the registered or statutory address of this corporation in the state of Wyoming, shall be:

2424 Pioneer Avenue Suite 405
Cheyenne, Wyoming 82001

**NINTH**. The corporation is to have perpetual existence.

**TENTH**. In furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized:

Subject to the By-Laws, if any, adopted by the Stockholders, to make, alter or amend the By-Laws of the Corporation.

To fix the amount to be reserved as working capital over and above its capital stock paid in; to authorize and cause to be executed, mortgages and liens upon the real and personal property of this Corporation.

By resolution passed by a majority of the whole Board, to designate one (1) or more committees, each committee to consist of one or more of the Directors of the Corporation, which, to the extent provided in the resolution, or in the By-Laws of the Corporation, shall have and may exercise the powers of the Board of Directors in the management of the business and affairs of the Corporation. Such committee, or committees, shall have such name, or names, as may be stated in

4

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00032

the By-Laws of the Corporation, or as may be determined from time to time by resolution adopted by the Board of Directors.

When and as authorized by the affirmative vote of the Stockholders holding stock entitling them to exercise at least a majority of the voting power given at a Stockholders meeting called for that purpose, or when authorized by the written consent of the holders of at least a majority of the voting stock issued and outstanding, the Board of Directors shall have power and authority at any meeting to sell, lease or exchange all of the property and assets of the Corporation, including its good will and its corporate franchises, upon such terms and conditions as its board of Directors deems expedient and for the best interests of the Corporation.

**ELEVENTH.** No shareholder shall be entitled as a matter of right to subscribe for or receive additional shares of any class of stock of the Corporation, whether now or hereafter authorized, or any bonds, debentures or securities convertible into stock, but such additional shares of stock or other securities convertible into stock may be issued or disposed of by the Board of Directors to such persons and on such terms as in its discretion it shall deem advisable.

**TWELFTH.** No director or officer of the Corporation shall be personally liable to the Corporation or any of its stockholders for damages for breach of fiduciary duty as a director or officer involving any act or omission of any such director or officer; provided, however, that the foregoing provision shall not eliminate or limit the liability of a director or officer (i) for acts or omissions which involve intentional misconduct, fraud or a knowing violation of law, or (ii) the payment of dividends in violation of Section 17-16-833 of the Wyoming Statutes; (iii) for any breach of the director's duty of loyalty, as defined by the Wyoming Business Corporation Act, to the corporation or its shareholders; or  (iv) for any transaction from which the officer or director

5

Atlantic Wind & Solar, Inc.
SEC Matter No. FL-3524)
WDCO 00033

**Form W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**                                                                                      **Instead, use Form:**
- A U.S. citizen or other U.S. person, including a resident alien individual ................................. W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States ......................................................... W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) .. W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) ........... W-8ECI or W-8EXP
  Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to
  claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary ............................................................... W-8IMY

Note: See instructions for additional exceptions.

### Part I  Identification of Beneficial Owner (See instructions.)

1  Name of individual or organization that is the beneficial owner
MEADOW VISTA FINANCIAL CORP

2  Country of incorporation or organization
U.S.

3  Type of beneficial owner:
☐ Individual   ☒ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
2710 THOMES AVE  Suite 363
City or town, state or province. Include postal code where appropriate.
CHEYENNE  WY  82001
Country (do not abbreviate)

5  Mailing address (if different from above)
City or town, state or province. Include postal code where appropriate.
Country (do not abbreviate)

6  U.S. taxpayer identification number, if required (see instructions)
___ 2565   ☐ SSN or ITIN   ☐ EIN

7  Foreign tax identifying number, if any (optional)

8  Reference number(s) (see instructions)

### Part II  Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):
a ☐ The beneficial owner is a resident of ..................................... within the meaning of the income tax treaty between the United States and that country.
b ☒ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a .......... % rate of withholding on (specify type of income): ...................
Explain the reasons the beneficial owner meets the terms of the treaty article: ...................

### Part III  Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶
Signature of beneficial owner (or individual authorized to sign for beneficial owner)    C. Mch
Date (MM-DD-YYYY)  3/19/68
Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

⊕ Printed on Recycled Paper





# Spiegel Sohmer

a v o c a t s
l a w y e r s

Jean-François Brière
☎ Direct Line: 514.875.8449
Email: jfbriere@spiegelsohmer.com

Montreal, May 12th, 2010

**VIA E-MAIL**  (FatovichE@SEC.GOV)

**"WITHOUT PREJUDICE"**

ELIZABETH D. FATOVICH, Esq.
Senior Counsel
**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
MIAMI REGIONAL OFFICE
801 Brickell Avenue
Suite 1800
MIAMI, Florida   33131
U.S.A.

RE:   Quri Resources, Inc.
SEC File Nᵒ : FL-03497
Our File Nᵒ : 92531-14

Dear Colleague:

    We are the attorneys representing the parties having an interest in the trade mark known as *"PennyStockChaser®"*, which have given us the mandate to reply to your letter of April 27th, 2010, as well as to your subsequent e-mail dated April 28th, 2010, as follows:-

1. *"A list of PennyStockChaser's current and former officers, directors, and employees, including each person's name, title, address, telephone number, job description, and dates of employment;"*

    **REPLY:** *PennyStockChaser®* is a trade mark and not a company.   Consequently, *PennyStockChaser* has no officers, directors nor employees.

Spiegel Sohmer Inc.

5, Place Ville-Marie
Bureau 1203
Montréal, Québec
H3B 2G2
Tél.: (514) 875-2100
Fax : (514) 875-8237

...⁄2

Elizabeth D. Fatovich, Esq.
UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
May 12th, 2010                                                    Page 2

2.   *"A list of PennyStockChaser's associated entities,
     including the names, officers, directors, shareholders,
     and contact information of all present and former
     subsidiaries, affiliates, predecessors, successors, partner-
     ships, and any aliases, codenames, trade names, or
     business names used by any of the foregoing;"*

**REPLY:** Ms. Carol McKeown is the owner in Canada as
well as in the United States of Trade Mark Applications
for the trade name *"PennyStockChaser"*, as more fully
appears from copies of said Applications are enclosed
herewith for ready reference. Ms. McKeown's personal
address is 3011 Barat, Montreal, Quebec, H3Y 2H4,
Canada.

Moreover, in virtue of a Licence Agreement entered into
between Carol McKeown and Downshire Capital Inc.,
Ms. McKeown has granted to Downshire Capital Inc. the
right to use the trade mark *"PennyStockChaser®"* in
Canada and in the United States, the whole as more fully
appears from a copy of said Licence Agreement enclosed
herewith for your perusal and records.

In addition, as appears from the print-out of the Quebec
Registrar of Enterprises (CIDREQ) for the company
known as "Downshire Capital Inc.", its shareholders are
Ms. Carol McKeown and the McKeown Baboon Business
Family Trust. Ms. Carol McKeown is the sole director as
well as the President and Secretary of Downshire Capital
Inc. As also indicated thereon, the address of Downshire
Capital Inc. is situated at 3011 Barat, Montreal, Quebec,
H3Y 2H4, Canada.

3.   *"The location of PennyStockChaser's principal office,
     including the office's address and main telephone
     number;"*

...../3



Elizabeth D. Fatovich, Esq.
UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
May 12th, 2010

Page 3

**REPLY**:  Once again, *PennyStockChaser* is a trade mark, and not a company.  The head office of Downshire Capital Inc. is situated at 1980 Sherbrooke Street West, Suite 1110, Montreal, Quebec, H3H 1E8, Canada.  The main telephone number of Downshire Capital Inc. is 514.315.3669.

4.  *"Any and all communications to, from, or between PennyStockChaser, or anyone affiliated with, related to, or on behalf of PennyStockChaser, and Quri Resources, Inc. ("Quri"), or anyone affiliated with, related to, or on behalf of Quri;"*

   **REPLY**:  Non-existing.

5.  *"Any and all communications to, from, or between PennyStockChaser, or anyone affiliated with, related to, or on behalf of PennyStockChaser, and G&G Mining Corp. ("G&G Mining"), or anyone affiliated with, related to, or on behalf of G&G Mining;"*

   **REPLY**:  Non-existing.

6.  *"Any and all documents, including any and all communications, concerning the Oatman Gold Mines, purportedly located in Arizona, including but not limited to, ownership rights, location, and value of mine;"*

   **REPLY**:  Non-existing.

7.  *"Any and all documents, including any and all communications, concerning the Emerald Isle Mines, purportedly located in Arizona, including but not limited to, ownership rights, location, and value of mine;"*

   **REPLY**:  Non-existing.

...*/4*



Elizabeth D. Fatovich, Esq.
UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
May 12th, 2010                                                                 Page 4

8.      *"Any and all documents, including any and all communications, concerning the Wellington Mine, purportedly located in Ecuador, including but not limited to, ownership rights, location, and value of mine;"*

REPLY: Non-existing.

9.      *"Any and all documents, including any and all communications, concerning La Conquista Gold Mine, purportedly located in Ecuador, including but not limited to, ownership rights, location, and value of mine;"*

REPLY: Non-existing.

10.     *"Any and all documents, including any and all communications, concerning the Melina Mine, purportedly located in Ecuador, including but not limited to, ownership rights, location, and value of mine; and"*

REPLY: Non-existing.

11.     *"Any and all documents reflecting any compensation paid or promised to PennyStockChaser, or anyone affiliated with, related to, or on behalf of PennyStockChaser, by Quri, or anyone affiliated with, related to, or on behalf of Quri."*

REPLY:       Neither   Downshire   Capital   Inc.   nor *PennyStockChaser* received any compensation whatsoever paid or promised to them nor to anyone affiliated with, related to or on behalf of Downshire Capital Inc. or *PennyStockChaser*, by Quri, nor to anyone affiliated with, related to, or on behalf of Quri.

...5



Elizabeth D. Fatovich, Esq.
UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
May 12th, 2010

Page 5

Finally, Downshire Capital has been compensated by a third party by way of 5,000,000 free-trading shares of Quri Resources Inc. in order to put the latter's profile on *PennyStockChaser's* website, as disclosed on the website of www.pennystockchaser.com.

Finally, in reply to the additional question contained in your e-mail dated April 28th, 2010 addressed to the undersigned, wherein you enquired whether or not *PennyStockChaser* has an address in Delaware, more specifically, an office address or location at 220 E. Delaware Avenue, Newark, Delaware, 19711, U.S.A., said address is simply a mail drop-off address.

We trust the foregoing complies fully and adequately to your questions and in the meantime, we remain at your disposal should you require further clarifications and/or details regarding the information provided herein.

Trusting the whole meets with your approval, we remain,

Yours very truly,

SPIEGEL SOHMER INC.

Per:

Jean-François Brière

JFB/clp
Enclosures



CIPO — Canadian Trade-marks Database

Page 1 of 2

 **Canadian Intellectual Property Office**
An Agency of Industry Canada

**Office de la propriété intellectuelle du Canada**
Un organisme d'Industrie Canada

Canadä

Home > Canadian Trade-marks Database> Advanced Search

⇨ Search Page

## CANADIAN TRADE-MARK DATA

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2010-05-04

| | |
|---|---|
| **APPLICATION NUMBER:** 1460611 | **REGISTRATION NUMBER:** not registered |
| **STATUS:** | SEARCHED |
| **FILED:** | 2009-11-26 |
| **FORMALIZED:** | 2009-11-30 |

**APPLICANT:**
Carol McKeown
3011 Barat
Montreal
H3Y 2H4
QUEBEC
     **AGENT:**
     SPIEGEL SOHMER, LLP
     5 PLACE VILLE MARIE
     SUITE 1203
     MONTREAL
     QUEBEC H3B 2G2
     REPRESENTATIVE FOR SERVICE:
     SPIEGEL SOHMER, LLP
     5 PLACE VILLE MARIE
     SUITE 1203
     MONTREAL
     QUEBEC H3B 2G2

**TRADE-MARK:**

# PENNYSTOCKCHASER

**INDEX HEADINGS:**
PENNYSTOCKCHASER
STOCKCHASER, PENNY
CHASER, PENNYSTOCK
**SERVICES:**
(1) Providing website featuring articles and publications detailing information relating to the stock market.
**CLAIMS:**
Used in CANADA since at least as early as April 01, 2009.

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 26 November 2009 | | |
| Created | 26 November 2009 | | |

| | | |
|---|---|---|
| Formalized | 30 November 2009 | |
| Translation Requested | 01 December 2009 | 30 January 2010 |
| Translation Received | 23 December 2009 | |
| Search Recorded | 30 March 2010 | |
| Examiner's First Report | 30 March 2010 | 30 September 2010 |

| Back to search | Back |
|---|---|

Last updated 2010-05-04

Trademark Electronic Search System (TESS)　　　　　　　　　　　　　　Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 8 04:02:21 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# PENNYSTOCKCHASER

| | |
|---|---|
| **Word Mark** | PENNYSTOCKCHASER |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Providing a website featuring stock market information. FIRST USE: 20090401. FIRST USE IN COMMERCE: 20090401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77882498 |
| **Filing Date** | November 30, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;44D |
| **Owner** | (APPLICANT) Carol McKeown INDIVIDUAL CANADA 3011 Barat Montreal, Quebec CANADA H3Y2H4 |
| **Attorney of Record** | Scott W. Smillie |
| **Priority Date** | November 26, 2009 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## LICENSE AGREEMENT

BY AND BETWEEN:

CAROL   MCKEOWN,   a   businessperson, domiciled   and   residing   at   3011   Barat, Montreal,   Quebec,   H3Y   2H4   (hereinafter referred to as the "Licensor") or

### PARTY OF THE FIRST PART

AND:

DOWNSHIRE CAPITAL INC., a body politic and   corporate,   duly   incorporated   under   the laws of Canada, and having a principal place of business at 1980 Sherbrooke St. West, Suite   1110,   Montreal,   Quebec,   H3H   1E8 (hereinafter referred to as the "Licensee") or

### PARTY OF THE SECOND PART

WHEREAS the Licensor is the owner of the trade-mark PENNYSTOCKCHASER in Canada and the U.S. (the "Trade-mark") in association with the services listed in Schedule A hereto (the "Services");

WHEREAS the Licensee wishes to acquire a license to use the Trade-mark in Canada and the U.S. (the "Territory") with respect to the Services;

WHEREAS the Licensor is willing to grant such a license upon the following terms and conditions:

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING AND OF THE MUTUAL COVENANTS AND AGREEMENTS HEREIN CONTAINED, THE PARTIES HAVE AGREED AS FOLLOWS:

1.    PREAMBLE

1.1.   The preamble shall form an integral part hereof, as if recited herein at length.

2.    GRANT OF LICENSE

2.1.   The Licensor hereby grants to the Licensee the right to use the Trade-mark in the Territory with respect to the Services (the services associated with the Trade-mark are hereinafter referred to as the "Licensed Services", which may be amended, expanded or modified from time to time by agreement of the parties), subject to the terms and conditions hereof.

- 2 -

2.2.    The Licensee acknowledges that the present Agreement does not in any way prohibit the Licensor from using the Trade-mark anywhere in the world.

2.3.    The Licensee acknowledges that it shall not acquire any right, title or interest in the Trade-mark, save and except for the specific rights granted herein.

2.4.    The Licensee acknowledges that all goodwill associated with the Trade-mark is the sole property of the Licensor, whether generated before or after the execution of this Agreement.

3.    TERM

3.1.    This Agreement shall commence effective March 27, 2009 and shall continue in full force and effect for an indefinite period, provided always that the Licensee is not in breach of any of the provisions hereof and subject to termination in accordance herewith.

4.    MAINTENANCE OF STANDARDS

4.1.    The Licensee hereby acknowledges that the Licensor has established certain standards for the character and quality of the Licensed Services, and that the Licensor may notify the Licensee from time to time of a change in the standards. The Licensee hereby covenants and agrees that it shall maintain such standards in the Territory.

4.2.    The Licensor hereby agrees that the Licensed Services performed by the Licensee at the date hereof in association with the Trade-mark are in conformity with such standards.

4.3.    The Licensee hereby agrees that it shall allow duly authorized representatives of the Licensor to inspect, at all reasonable times, on the Licensee's premises the advertisement and performance of the Licensed Services by Licensee to ensure that the standards are being met. If the Licensor notifies the Licensee that certain standards are not being met, the Licensee hereby agrees to rectify the situation on a timely basis.

5.    COVENANTS BY LICENSEE

5.1.    The Licensee hereby covenants and agrees that it shall do all such acts and execute all such documents as may be necessary or desirable in order to give full force and effect to this Agreement or to protect the validity of the Trade-mark.

5.2.    The Licensee further agrees that during the term hereof and after the termination for any reason whatsoever of this Agreement it shall not contest the validity or

- 3 -

ownership of the Trade-mark and agrees that it shall take no proceedings of such nature.

6.  **NO ASSIGNMENTS OR SUBLICENSING**

6.1.  This Agreement shall not be assigned or sublicensed in whole or in part by the Licensee to any third party without the prior written consent of the Licensor. Any assignment or sublicense shall be subject to a further condition that the assignee or sublicensee agree to be bound by this Agreement.

7.  **TERMINATION**

7.1.  In addition to any other rights of termination that the Licensor may have hereunder, Licensor shall have the right to terminate this Agreement 10 days following a written notice to the Licensee setting forth any defaults of the Licensee hereunder or that the Licensee has failed to fulfill any of its obligations hereunder, provided that such defaults or failures are not cured within such 10 day period.

8.  **GENERAL PROVISIONS**

8.1.  **Non Waiver.** No waiver by the Licensor of any breach hereunder shall constitute a waiver of any subsequent breach nor shall any forebearance or delay or failure to proceed to litigation or seek a remedy for any breach constitute a waiver or renunciation of any right or remedy with respect to such breach or any subsequent breach under this Agreement.

8.2.  **Severability.** Each term, clause and provision of this Agreement is severable and independent of the others and in the event that any term, clause and provision of this Agreement is declared invalid, illegal or unenforceable, then the remaining terms, clauses and provisions shall not be affected by such declaration and shall remain valid, binding and enforceable.

8.3.  **Entire Agreement.** This Agreement constitutes the entire Agreement between the parties with respect to the subject matter and supercedes all prior negotiations and understandings.

8.4.  **Governing Law.** This Agreement shall be governed by and interpreted in accordance with the internal laws of the Province of Quebec (without recourse to conflict of laws principles) and, if applicable, the laws of Canada, and the parties attorn to the jurisdiction of the civil courts of Quebec.

8.5.  **Effect.** This Agreement shall be binding upon and enure to the benefit of the parties hereto and their respective successors, permitted assigns and legal