- 4 -

representatives.

8.6.   **English Language.**  The parties hereto have requested that this Agreement and all court proceedings thereto related be drafted in English.

Les parties aux présentes ont demandé que ce contrat et toutes les procédures judiciaires y afférentes soient rédigées en anglais.

IN WITNESS WHEREOF, the parties hereto have duly executed the present Agreement.

Per: _____

**CAROL MCKEOWN**

DOWNSHIRE CAPITAL INC.

Per: _____

Carol McKeown, President

859163_1

## SCHEDULE A

Licensor:   CAROL MCKEOWN

Licensee:   DOWNSHIRE CAPITAL INC.

| Trade-mark | Appl. No. | Services |
|---|---|---|
| PENNYSTOCKCHASER (Canada) | 1460611 | Providing website featuring articles and publications detailing information relating to the stock market |
| PENNYSTOCKCHASER (U.S.) | 77882498 | Providing a website featuring stock market information |

```
2010-05-07                    LE REGISTRAIRE DES ENTREPRISES
H:22:06:42                         SYSTÈME CIDREQ

R-PU-U03-1         ÉTAT DES INFORMATIONS SUR UNE PERSONNE MORALE
                              INFORMATIONS GÉNÉRALES
                        ============================

MATRICULE: 1163821839              NOM: DOWNSHIRE CAPITAL INC.


IMMATRICULATION : 2006-07-04
FORMATION        : 2006-06-23 CONSTITUTION
LOCALITÉ         : CANADA

DERN DÉCL ANNL  : 2009-10-06  2008
MAJ ÉTAT INFO   : 2008-05-02             TRANCHE EMPLOYÉS: AUCUN
CESSATION PRÉVUE:              CONTINUAT:              TRANSFORM:
STATUT IMMATR   : IM  IMMATRICULÉ              2006-07-04
RÉSULTANTE      :
FORME JURDQ     : CIE COMPAGNIE

ADRESSE DOMICILE: 3011, BARAT                   CODE POSTAL: H3Y 2H4
                 MONTRÉAL (QUÉBEC)


RÉG. CONSTITUTIF: 104 LOI SUR LES SOCIÉTÉS PAR ACTIONS (RÉGIME FÉDÉRAL)
RÉG. COURANT    : 104 LOI SUR LES SOCIÉTÉS PAR ACTIONS (RÉGIME FÉDÉRAL)

                        ACTIVITÉS ÉCONOMIQUES
                        ========================


7771 CORPORATE CONSULTANTS


                           ADRESSE POSTALE
                        ==================

DESTINATAIRE    : MCMILLAN BINCH MENDELSOHN

ADRESSE         : 1000, RUE SHERBROOKE OUEST, 27E ÉTAGE   CODE POSTAL: H3A 3G4
                 MONTRÉAL (QUÉBEC)



                           PERSONNES LIÉES
                        ==================

PERSONNES MANQUANTES: NON
            NOM ET ADRESSE              CODE POSTAL       DÉTAIL PERSONNE
    ===================================  ============  =========================
MCKEOWN BABOON BUSINESS FAMILY TRUST                   ACTIONNAIRE

                                                       DEUXIÈME ACTIONNAIRE


3011, RUE BARAT                          H3Y 2H4
MONTRÉAL (QUÉBEC)

----------------------------------------------------------------------------
MCKEOWN, CAROL                                         ADMINISTRATEUR
```

PRÉS.SECR.TRÉSORIER
ACTIONNAIRE MAJORITA

3011, RUE BARAT
MONTRÉAL (QUÉBEC)                    H3Y 2H4

--------------------------------------------------------------------------

NOMS DE L'ASSUJETTI

DATE MAJ INDEX DES NOMS: 2006-07-04

| NOM DE L'ASSUJETTI | DATE DÉBUT | DATE FIN | STATUT |
|---|---|---|---|
| DOWNSHIRE CAPITAL INC. | 2006-06-23 | | EN VIGUEUR |

DOCUMENTS CONSERVÉS

| | TYPE DOCUMENTS | DATE | CAST | IMAGE |
|---|---|---|---|---|
| 108 | DÉCLARATION ANNUELLE 2008 | 2009-10-06 | 0 | 000 |
| 81 | AVIS DE DÉFAUT (art. 29) | 2009-10-05 | 0 | 000 |
| 107 | DÉCLARATION ANNUELLE 2007 | 2008-05-02 | 7597 | 37 034 |
| 19 | DÉCLARATION MODIFICATIVE | 2008-05-02 | 7605 | 24 022 |
| 94 | DÉCLARATION D'IMMATRICULATION | 2006-07-04 | 6728 | 17 043 |

AUTRES NOMS

DATE MAJ INDEX DES NOMS: 2006-07-04

| NOM | DATE DÉBUT | DATE FIN | STATUT |
|---|---|---|---|
| CAPITAL DOWNSHIRE | 2006-07-04 | | EN VIGUEUR |

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed by the U.S. Securities and Exchange Commission as Senior Counsel.  My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibit A is a true, correct, and authentic copy of pages I printed from the www.24-7pressrelease.com website on April 26, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

_____
Michael Riedlinger

Executed on this 22 day of June 2010, in Miami, Florida.

Press Release Distribution from 24-7PressRelease.com                    Page 1 of 3





**April 14, 2009**

## www.pennystockchaser.com - Membership Projected to Rise to 100,000 members in 90 days

*-- www.pennystockchaser.com - Membership projected to rise to 100,000 members in 90 days --*

MONTREAL, QC, April 14, 2009 /24-7PressRelease/ -- Membership at http://www.pennystockchaser.com has hit just over 5100 members since the launch on April 1st, 2009. The site projects that membership will hit 10,000 by month end. It is anticipated that the membership could hit 100,000 people in the first 90 days as the projected advertising budget is deployed.

The team at http://www.pennystockchaser.com is constantly reviewing nanocap and micropcap companies to bring the best opportunities to our members. The members of http://www.pennystockchaser.com have already seen big gainers on the pinksheets, OTCBB, and TSXv market.

Current market conditions give investors the opportunity to invest at very low valuations which have not been seen in the last 20 years. Despite the uncertain environment the team at http://www.pennystockchaser.com continues to uncover unique growth stories which have the potential for both short and long term gain.

Recent profiles on the OTCBB and pinksheets include

FVRL http://www.favrille.com/

COYN http://www.copsync.com/

PPTO http://www.precisionpetroleumcorp.com/

SOCI http://www.southernenergycompany.com/

EQUR http://www.equusresources.com/

All these companies have sound business models and big upside given the right time frame and business development execution. It is our intention to bring the opportunities to our members before the investment public at large.

For more info on these companies and any new picks please join us at http://www.pennystockchaser.com

Contact:

Press Release Distribution from 24-7PressRelease.com                  Page 2 of 3

Editorial Staff
info@pennystockchaser.com

# # #

Read more Press Releases from Carol McKeown:

- www.pennystockchaser.com - HYGN Soars 500% in One Week
- www.pennystockchaser.com - Watching HYGN, GLTA and PAPA this week
- www.pennystockchaser.com - THE Newest and Hottest Penny Stock Site on the Web
- www.pennystockchaser.com The newest and Hottest Penny Stock Site on the Web

**Other Press Release Headlines:**

- XDepth R&D Team is Working on HDR Video Camera Technology and Releases XDepth Raw Converter Update
- Mortgage Lender Total Mortgage Unveils New Website
- JB Goodwin Agent Rocky Breon Sees New Capital MetroRail As A Boost To Leander And Cedar Park Living
- Bon Vivant Sees Membership Numbers Soar as Londoners Start Spending Wisely Again
- Have A Healthy Mind's Richard P. Brown MD Teaches Breath~Body~Mind Techniques for Stress Reduction to Therapists and Healthcare Practitioners at New York City's Open Center on May 7, 2010
- Longmont Machining joins the leading edge of companies helping the USA get back on her feet and regain her competitive manufacturing advantage.
- Titanium Kay Moves Men's Jewelry Fashion Forward with the Innovative Style of a Titanium Wheat Link Chain Necklace
- The Value of Experienced Counsel Following Maritime Disasters
- Snooping on Your Mate: Finding the Truth or a Criminal Act?
- Incredible Immigration Attorney Is Imported Into The Distinguished Ranks Of Stanford Who's Who

## Press Release Contact Information:
Carol McKeown
www.pennystockchaser.com
Owner
1980 Sherbrooke Street West Suite 1110
Montreal, Quebec
Canada H3Y2H4
Voice: 514-513-1966
E-Mail: Email us Here

**Disclaimer:**
If you have any questions regarding information in this press release, please contact the person listed in the contact module of this page. Please do not attempt to contact 24-7 Press Release. We are unable to assist you

with any information regarding this release. 24-7 Press Release disclaims any content contained in this press release. Please see our complete Terms of Use disclaimer for more information.

**This News Release can be viewed online at:** http://www.24-7pressrelease.com



## DECLARATION OF MICHAEL JACOBS

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.     My name is Michael Jacobs.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.     I am employed as a registered representative of Forge Financial Group, Inc. ("Forge"), a broker-dealer, in Forge's Boca Raton, Florida office.

3.     In Spring 2009, while working as an independent investment consultant, a former co-worker named Andrew Garbarini introduced me to an individual named Dan Ryan.  Garbarini's introduction occurred shortly before I joined Forge as a registered representative.  Ryan told me that he wanted me to be a consultant and provide content for his website, PennyStockChaser.com ("PSC").  Ryan told me that he wanted web content regarding stocks that were active movers.

4.     I had a written agreement, which I drafted, between myself and Ryan regarding the consultation services I was to provide to PSC.  Ryan paid me a small consulting fee for one month's worth of consulting for PSC.  While I provided Ryan with my name and CRD number, I did not actually provide Ryan with any consultation.

5.      After I joined Forge, I informed Ryan that I could no longer consult for

PSC.  I later learned that my name and CRD number, which I had provided to Ryan, had

been published on PSC and also in press releases related to PSC without my knowledge.

I demanded that Ryan remove my name and CRD number from PSC.  Ryan agreed and

my name and CRD number were subsequently removed from PSC and its press releases.


I declare under penalty of perjury that the foregoing is true and correct.


_____
Michael Jacobs

Executed on this 16 day of June 2010, in Boca Raton, Florida.



## DECLARATION OF ANDREW GARBARINI

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.  My name is Andrew Garbarini. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am employed as a registered representative and Vice President of Sales of Forge Financial Group, Inc. ("Forge"), a broker-dealer, in Forge's Boca Raton, Florida office.

3.  In April 2009, shortly after I became a registered representative of Forge, I contacted an individual named Dan Ryan to discuss services I could provide him.

4.  At that time, because of the fact that I had been soliciting Ryan's business for several months as a potential client, I was aware that Ryan owned or controlled two companies, which he identified as Downshire Capital and First Summit. Ryan asked me to provide him with stock selections which I identified as "market movers" based on a number of factors such as volume or volatility. Ryan asked me to provide him with the names of five "market movers" per day. While he did not tell me at that time why he wanted these names, I subsequently learned that Ryan wanted to publish the names of these "market mover" stock selections on his companies' website and that he would identify Forge and me as the sources of the stock selections on the website.

5.  Forge entered into a written agreement with Ryan, for Forge to act as a consultant to Ryan's website named PennyStockChaser.com ("PSC"). A copy of that agreement is attached hereto as Exhibit A.

6.  I learned the details of the agreement between Ryan and Forge around May 2009. It was around that time that I first learned that Ryan's companies' website

was called PSC. Around that same time I learned that my name and CRD number had been published on PSC and in a news release without prior approval by me or as required by Forge's agreement with Ryan. The news release also inaccurately connected me to PSC and discussed stocks that were not the "market mover" selections I had provided Ryan.

7.      After learning that my name and CRD number had been used on PSC in a manner which was inconsistent with my understanding or Forge's agreement with Ryan, I demanded that Ryan remove my name and CRD number from PSC. Ryan agreed and my name and CRD number were subsequently removed from PSC and its press releases. Forge also returned to Ryan the money Ryan had paid it for my consulting work.


I declare under penalty of perjury that the foregoing is true and correct.

Andrew Garbarini

Executed on this ___ day of June 2010, in Boca Raton, Florida.

2



# Forge Financial Group, LLC

# 7682 N. Federal Highway, Suite 1

# Boca Raton, FL 33487

Mr. Dan Ryan
Penny Stock Chaser

Dear Dan:

Please accept this letter as confirmation that Forge Financial LLC ("Forge") will act as a consultant and advisor to www.pennysystockchaser.com. Our services will include: (i) contribution of content to the site; (ii) marketing to introduce potential Featured Clients to the site; and (iii) provision of market information to the site, including the most active stocks of the day.  In connection with such services, Penny Stock Chaser will pay Forge, $1,500 per month, payable on the 1st of each month. This contract is cancelable at any time by either party prior to the 1st of the month.

In connection with this Agreement, Penny Stock Chaser may reference Andrew Garbarini and his CRD #██6469. However, Forge must approve any reference to Mr. Garbarini in advance and have the unilateral right to approve or remove such content.

We look forward to being Value Added to your site.

Forge Financial Group, LLC



**PASSPORT APPLICATION**

S. De Castr... for Canadians 16 years of age or over (in Canada)

Aussi disponible en français
PPTC 044 (05-11) MK2

Print in block letters using black or dark blue ink.

## Personal Information

Date of Travel
☐ 07/1/31  Month / Day
☐ Unknown

**Surname**
R Y A N

**Given Name(s)** *(See instruction No. 1)*
D A N I E L

**Surname at Birth** *(See instruction No. 1)*

**Former Surname** *(See instruction No. 1)*

If passport requested in spousal surname, enter

Year of Marriage

Surname of Spouse *(See instruction No. 1)*

**Date of Birth**
1 9 6 6

**Place of Birth**
City: LACHINE
Province/Territory (if applicable): QUEBEC
Country: CANADA

**Sex**: ☐ Female  ☒ Male
**Marital Status**: DIVORCED
**Eye Colour**: BROWN
**Hair Colour**: BROWN
**Height**: 5'10"
**Weight**: 215 lbs

**Permanent Address**
Number: 3011  Street: BARAT  City: MONTREAL  Province/Territory: QUEBEC  Postal Code: H3Y 2H4

**Mailing Address (if different from above)**

**Home Telephone Number**: 514 846-9749
**Business Telephone Number/Extension**: 514 583-0350
**Fax Number or E-Mail Address (Optional)**: danielryan@consultant.com

**DECLARATION** - I solemnly declare that I am a Canadian citizen, that the photos enclosed are a true likeness of me and that all of the statements made in this application are true.

**Date**: 2010 07 07

**Signed at**: City: MONTREAL  Province/Territory: (QC)

## Declaration of Guarantor

**Surname**: TSOUKAS
**Given Name**: GEORGE

**Occupation** *(See instruction No. 2)*: Physician
**Name of Firm/Organization**: McGill University

**Business Telephone Number/Extension**: (514) 270 4384
**Home Telephone Number**: (514) 482 9503
**Fax Number (Optional)**: (514) 272 2278

**Business Address**
Number: 804 D.  Street: JEAN TALON  City: MONTREAL  Province/Territory: QC  Postal Code: H3N 1S2

**DECLARATION** - I solemnly declare that I am a Canadian citizen and, to the best of my knowledge and belief, all of the statements made in this application are true. I have known the applicant personally for at least TWO years and have certified, on the back of one photo, that the image is a true likeness of the applicant. If applicable, I have also certified on the photocopy of the supplementary documentation that, to the best of my knowledge, the photocopy is a true likeness of the original.

**Knowledge of applicant**
Number of years: 25

Georges Tsoukas

**Date**: 2008 07 07

**Signed at**: City: Montreal  Province/Territory: QC

Passeport Canada / Passport Canada
Copie conforme / Certified Copy
Signature: _Isabelle Blondeau_
Date: 15 juin 2010

View Passport - M992828 - RYAN,DANIEL-1966-01-18 (JQ516323-2006-07-10-2011-07-10)

PPTC 044 (05-11) M02

## Previous Canadian Passport

- Enclose any Canadian passport or travel document issued to you within the last FIVE years.
- Would you like the passport to be returned to you?  Yes ☐   No ☐
- If the passport has been lost, stolen, damaged, destroyed or is inaccessible, you must include with this application form a completed "Statutory Declaration" form PPT 203, available from any Passport Canada office. The maximum validity of a passport is FIVE years.

## Proof of Canadian Citizenship

If you were born in Canada, provide ONE of the two documents listed below (No copies):

| | | Registration Number | Date of issue |
|---|---|---|---|
| ☑ | Birth Certificate in Canada (See Instruction No. 4) | ____ 7002 | JUNE 29 |
| ○ | Certificate of Canadian Citizenship (See Instruction No. 4) | Certificate Number ___ 7147 | Date of issue 06/06/27 |

If you were born outside of Canada, provide ONE of the four documents listed below (No copies):

| | | | Date of issue |
|---|---|---|---|
| ○ | Certificate of Canadian Citizenship (See Instruction No. 4) | Certificate Number | |
| ○ | Certificate of Naturalization | Certificate Number | |
| ○ | Certificate of Retention of Canadian Citizenship | Certificate Number | |
| ○ | Certificate of Registration of Birth Abroad (issued by the Registrar of Canadian Citizenship) | Certificate Number | |

Did you acquire citizenship of another country before FEBRUARY 15, 1977?

☑ No
○ Yes (Specify)   ○ By birth   ○ By naturalization

| Country | Effective Date | | |
|---|---|---|---|
| | Year | Month | Day |

After becoming a Canadian citizen, did you reside outside of Canada for 10 consecutive years or more before July 1967?

○ No
○ Yes (Specify)

| From | | | To | | |
|---|---|---|---|---|---|
| Year | Month | Day | Year | Month | Day |

## Documents to Support Identity

Provide the following information. Include signed copies or original documents (See Instruction No. 5).

| Type of Document | Document Number | Date of Issue | | | Name of bearer as it appears on the document |
|---|---|---|---|---|---|
| | | Year | Month | Day | |
| NAS | 260 909 899 | | | | DANIEL RYAN |
| Type of Document | Document Number | Date of Issue | | | Name of bearer as it appears on the document |
| | | Year | Month | Day | |

## Declaration of Applicant

DECLARATION - I solemnly declare that the statements made in this application are true.

| Signature of Applicant | Date | | | Signed at | Province/Territory |
|---|---|---|---|---|---|
| | Year | Month | Day | | |
| | 2006 | 07 | 07 | MONTREAL | (QC) |

## Credit Card Information

COMPLETE ONLY if you are not appearing in person and you wish to pay by credit card.

| | Name Appearing On Card | | | FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| ☐ | | | | Authorization Number |
| ☐ | Card Number | | Date of Expiry | |
| ☐ | | | Month   Year | |

AUTHORIZATION - I authorize Passport Canada to charge
$ ____ to my credit card.

| Signature of Cardholder | Date | | |
|---|---|---|---|
| | Year | Month | Day |

Passport Canada / Passport Canada
Copie conforme / Certified Copy
Signature: _____
15 juin 2010

PPTC D44 (05-11) M02

## Additional Personal Information

Addresses in the last TWO years (If different from current address. If insufficient space, attach a separate sheet.)

1. 2859   CONSTABLE RD     From 2003 03   To 2005 01

2. MISS   ON     From     To

Number   Street   Apartment   City   Province/Territory   Country

Occupation (If insufficient space, attach a separate sheet.)

In the last TWO years, [ ] my employers were and/or [ ] I was attending educational institutions as follows:

| Employer/School | Address | Business Telephone No. | Nature of Employment/Studies | Dates From | To |
|---|---|---|---|---|---|
| SELF | | | FINANC. | 1996 | 2006 |
| EMPLOYED | | | Consult. | | |

Mother's Maiden Name   (Provide your mother's surname at the time of her birth.)   SCANLON

## References

Provide the following information with respect to TWO persons who are not relatives and have known you for at least TWO years. They will be contacted to confirm your identity.

1. Surname AKRINIOS   Given Name BILL

Relationship FRIEND   Address 2859   CONSTABLE RD   MISS   ON

Number   Street   Apartment   City   Province/Territory   Country

Home Telephone No. 905 855-8169   Business Telephone No./Extension ( )   Fax No. or E-Mail Address (Optional)   Has known me for 7 YEARS

2. Surname BULACK   Given Name JAMIE

Relationship FRIEND   Address 79   DOWNSHIRE ST   HAMPSTEAD   QUE

Number   Street   Apartment   City   Province/Territory   Country

Home Telephone No. 514 487-4544   Business Telephone No./Extension (514) 835-2917   Fax No. or E-Mail Address (Optional)   Has known me for 2 YEARS

## Emergency Contact

We recommend that you provide the name of someone who would not normally travel with you. This information is helpful if you have an accident or become ill while travelling outside of Canada.

Surname AKRINIOS   Given Name BILL

Relationship to Applicant FRIEND   Home Telephone Number 905 855-8169   Business Telephone No./Extension ( )

Address 2859   CONSTABLE RD   MISS   ON

Number   Street   Apartment   City   Province/Territory   Postal Code

## Declaration of Applicant

DECLARATION - I solemnly declare that the statements made in this application are true.

Signature of Applicant   Date 2006 07 07   Signed at MONTREAL   QUE

Province/Territory

Passport Canada / Passport Canada
Copie conforme / Certified Copy

Signature: Saul A Blondeau

15 juin 2010



Passport Canada / Passport Canada
Copie conforme / Certified Copy

Signature: _Isabella Bladeau_

Date: _15 juin 2010_

PJC JEAN COUTU #252
1222, ave Greene
Westmount, Quebec
H3Z 2A3
Tél.: (514) 937-2836

Photo prise le:

**05 JUIL. 2006**

J'atteste l'authenticité de
cette photo de: *Daniel*
*Ryan*

*George Soulias*

Passeport Canada / Passport Canada
Copie conforme / Certified Copy
Signature: *Isabelle Blondeau*
Date: 15 juin 2010

## China VoIP & Digital Telecom Inc · 8-K · For 7/26/07 · EX-99.1

Filed On 7/26/07 12:59pm ET · SEC File 333-131017 · Accession Number 1137171-7-1024

Find | in this entire Filing. Show Docs searched and every "hit".
Help... Wildcards: ? (any letter), * (many). Logic: for Docs: & (and), | (or); for Text | (anywhere), "(&)" (near).

| As Of | Filer | Filing | As/For/On Docs:Pgs | Issuer | Agent |
|---|---|---|---|---|---|
| 7/26/07 | China VoIP & Digital Telecom Inc | 8-K(1,9) | 7/26/07   2:7 | | Filing S |

### Current Report · Form 8-K
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 8-K | China Voip & Digital Telecom Form 8-K | HTML | 9K |
| 2: EX-99.1 | Term Sheet | HTML | 11K |

EX-99.1 · Term Sheet

4/26/2010

SEC Info - China VoIP & Digital Telecom Inc - 8-K - For 7/26/07 - EX-99.1   Page 2 of 5

*This is an EDGAR HTML document rendered as filed. [ Alternative Formats ]*

| Sponsored Ads... |

**Stock Loss Recovery**
Former SEC Prosecutor (888) 337-8825

**Earn 40%+ Yearly w/ Gold**
Rollover Your IRA: Retire Securely!
Free Investor Kit. $10,000 Minimum.

**Hot Stock Alert - EHSI**
Profit from Healthcare Explosion.
Millionaires Created Today

Ads by Google

CC Filed by Filing Services Canada Inc. 403-717-3898

 Downshire

### THE TERM SHEET FOR FINANCING OF CHINA VOIP & DIGITAL TELECOM INC.

This term sheet will set out the terms of a proposed financing of China VoIP & Digital Telecom Inc. (the *"Company"*). Downshire Capital Inc. (www.downshirecapital.com) (*"Downshire"*) will provide $3,000,000 of capital on the terms provided herein:

1. Downshire or its assigned parties will subscribe 3.2 million common stock of the Company for US$3,000,000 subject to its satisfactory due diligence result. Downshire or its assigned parties shall complete the due diligence and send the company a written confirmation letter of the result of that before 17:00 PM of July 17, 2007 (Beijing Time).

2. The financing of $3 million USD will be close no later than by August 15, 2007.

3. The 1.2 million restricted 144 shares of the 3,200,000 shares of the Company need to be issued to Downshire or its assigned parties before July 19, 2007 as a security of the commitment of the term sheet and due diligence. If the financing of US$3 million are not received by the Company by August 15, 2007 in whatever reasons, the 1.2 million shares need to be returned to the Company and cancelled accordingly. Mortgage, sale or any other disposition of the 1.2 million restricted 144 shares by the Downshire or its assigned parties are not allowed before the Company receiving financing.

4. The remaining 2,000,000 shares of the 3,200,000 shares of the Company will be issued to Downshire after $3 million USD received by August 15, 2007.

5. The Company shall be responsible for and cover the cost of the registration to SEC under SB-2 of aforementioned 3,200,000 shares.

6. The following matters require the Downshire's prior approval, which shall be acted upon within 10 days:

(i) any material change of business;

(ii) the sale of business; and

(iii) any appointment of a new president.



7. Assuming satisfactory completion of due diligence and timely acceptance of this Term Sheet, Downshire expects to execute the term sheet and fund upon the completion of the 1.2 million restricted 144 shares, but no later than July 19, 2007. The financing provided by Downshire is subject to the following:

(a) Downshire will complete due diligence on all aspects of the Company before 17:00 PM of July 17, 2007 (Beijing Time), including references and background checks on senior management. During due diligence, the Company agrees to provide Downshire and its accountants, attorneys and other representatives complete access to the Company's accountants, attorneys, facilities, employees, books, records, customers, backlog and vendors and such other individuals and information as needed;

(b) The Company will provide to Downshire (i) audited financial statements for the years ended December 31, 2004, 2005 and 2006 and (ii) unaudited fiscal 2007 year-to-date financial statements;

Downshire will be under no obligation to continue with its due diligence or to extend the financing contemplated herein, if at any time, the results of its due diligence are not satisfactory to Downshire for any reason in its sole discretion. In such event, Downshire will immediately notify the Company, in which case, the Term Sheet will no longer be binding.

8. Termination: (a) Anything contained in this Term Sheet to the contrary notwithstanding, the financing of the Company may be terminated at any time prior to the Funding Date:

(1) by the mutual written consent of the Company and Downshire;

(2) by the Company and by Downshire in the event of any material breach of Clause 3 and Clause 4.

9. The above mentioned terms are binding. However, the financing will be dependent upon numerous conditions including completion of satisfactory due diligence and market conditions.

2



10. The Company will keep confidential the existence and terms of this Term Sheet.  However, after issuance of 1.2 million shares, the Company will file 8-K with SEC to disclose the Term Sheet.

11. This Term Sheet shall be governed in all respects by the laws of the State of Nevada as such laws are applied to agreements between Nevada residents entered into.

Agreed and Accepted:

For Downshire Capital Inc.

For China Voip & Digital Telecom

**Please return a PDF copy to:**

Daniel F. Ryan
Managing Partner
Downshire Capital Inc.
1980 Sherbrooke St West, , Suite 1110
Montreal, Quebec, H3B 1B8
Office: (514) 315-3669 ext. 201
Mobile : (514) 583-0350
dan@downshirecapital.com

3

SEC Info - China VoIP & Digital Telecom Inc - 8-K - For 7/26/07 - EX-99.1   Page 5 of 5

**Dates Referenced Herein** *and* **Documents Incorporated By Reference**

| *This 8-K Filing* | *Date* | *Other Filings* |
|---|---|---|
| | 12/31/04 | |
| | 12/31/05 | |
| | 12/31/06 | 10KSB, 5, NT 10-K |
| | 7/17/07 | |
| | 7/19/07 | |
| Filed On / Filed As Of / For The Period Ended | 7/26/07 | 5 |
| | 8/15/07 | |

Top                                                                          List All Filings

---

Filing Submission   -   Alternative Formats (Word / Rich Text, HTML, Plain Text, SGML, XML, et al.)

Sponsored Ads...

**Complete Your Private Offering**
Get the Private Offering Template that
has helped raise MILLIONS of dollars...   Read more...        www.Private-Placement-Template.com

Copyright © 2010 Fran Finnegan & Company. All Rights Reserved.
*About* – *Privacy* – *Redactions* – *Help* — Mon, 26 Apr 18:16:38.0 GMT

**EXHIBIT**
12

Apr 03 2008 9:05PM   SMH                                          5614168480                    P.1

*To: Alice*

# SMH CAPITAL

BROKERAGE ACCOUNT APPLICATION

Account Number (for broker/dealer use only) 

**Account Type**
☑ Cash   ☐ ProCash Plus™
☐ Margin*   ☐ Retirement Account*
☐ Option*

**Account Registration (check one)**
☐ Community Property   ☐ Estate*   ☐ IRA*
☐ Corporation*   ☐ Individual   ☐ Joint Tenants by Entirety
☐ Custodial   ☐ Investment Club   ☐ Joint (With Right of Survivorship)
☐ Partnership   ☐ Trust (ERISA ☐)
☐ Proprietorship   ☐ Other:
☐ Tenants in Common

**Account Status**
☐ New Application
☐ Update

Name: MEADOW VISTA FINANCIAL CORP

Mailing Address: 2710 THOMES AVE SUITE 630
City, State Zip Code: CHEYENNE WY 82001

Legal Residence (if different than mailing address): 3200 9011 BARAT
City, State Zip Code: MONTREAL QC H3H 2H4

Business Phone: 514 131 9606   Home Phone: 514 849 9749   Cell Phone:
E-mail: MCKEOWN.CAROL@SYMPATICO.CA
Social Security Number/Tax ID: ___ 0562   Date of Birth: ___ 166   Marital Status: ___   No. Dependents: 1   Citizenship: CDN

Employment: ☐ Employed (EMPL) ☐ Self Employed (SEMP) ☐ Retired (RETD)
☐ Student (STDT) ☐ Unemployed (UEMP) ☐ Homemaker (HOME)
Occupation/Type of Business (most recent if retired): FINANCIAL
Name of Employer: MEADOW VISTA FINANCIAL   Years Employed: 2
Employer Address (address, city, state zip code):

**Mailing Address**
City, State Zip Code:
Legal Residence (if different than mailing address):
City, State Zip Code:
Business Phone:   Home Phone:   Cell Phone:
E-mail:
Social Security Number/Tax ID:   Date of Birth:   Citizenship:
Employment: ☐ Employed (EMPL) ☐ Self Employed (SEMP) ☐ Retired (RETD)
☐ Student (STDT) ☐ Unemployed (UEMP) ☐ Homemaker (HOME)
Occupation/Type of Business (most recent if retired):
Name of Employer:   Years Employed:
Employer Address (address, city, state zip code):

**Annual Income**
☐ $0-$19,999
☐ $20,000-$49,999
☐ $50,000-$99,999
☐ $100,000-$199,999
☑ $200,000-$499,999
☐ $500,000-$999,999
☐ $1,000,000+

**Liquid Net Worth (Excluding Residence)**
☐ $0-$49,999
☐ $50,000-$99,999
☐ $100,000-$199,999
☑ $200,000-$499,999
☐ $500,000-$999,999
☐ $1,000,000-$4,999,999
☐ $5,000,000+

**Effective Tax Rate**
☐ 0-15% (LWTB)
☐ 15.1-28% (MDTB)
☐ 28.1-36% (HGTB)
☐ 35.1%+ (TPTB)

**Objective (check one)**
☐ Income
☐ Short-Term Growth
☐ Long-Term Growth
☑ Trading

**Risk Exposure (check one)**
☐ Low
☐ Moderate
☐ High Risk
☐ Speculation

**Investment Experience**
|  | No. of Years | Size and Frequency |
|---|---|---|
| Stocks | 10 | |
| Bonds | 10 | |
| Mutual Funds | 10 | |
| Options | 10 | |

**Proceeds**
☐ Remit
☐ Hold
☐ Hold and sweep into Money Market Fund
Money Market Fund:

**Dividends/Interest**
☐ Hold
☐ Remit

☐ Reinvest only
☐ Quarterly
☐ Monthly
☐ Semiannually
☐ Annually
Method:
Start Date:

**Periodic Distribution**
☐ Semiannually
☐ Monthly
☐ Bimonthly
☐ Quarterly
☐ Semiannually
☐ Annually
Method:
Amount $
Start Date:

Name:   Address:
☐ Statements
☐ Confirmations

☐ Yes ☐ No   Do you have related accounts at Sanders Morris Harris that you would like linked into this account?
☐ Yes ☐ No   Will you be giving discretion over this account to anyone? If yes, what is the person's name and relationship to you?
☐ Yes ☐ No   Are you maintaining any other brokerage accounts? If yes, what firm(s)?
☐ Yes ☐ No   Are you an employee of a broker/dealer? If yes, what firm?
☐ Yes ☐ No   Are you related to an employee of a broker-dealer? If yes, give the name of the broker-dealer, employee and relationship to you.
☐ Yes ☐ No   Are you or any member of your immediate family affiliated with or employed by a member of a Stock Exchange or The National Association of Securities Dealers? (Explanatory authorization is required to open this account.) If yes, what is the firm affiliation?
☐ Yes ☐ No   Are you an officer, a director or 10% shareholder of a public company? If yes, what company?
☐ Yes ☐ No   Are you or anyone with an interest in this account either (1) a senior military, governmental or political official in a non-U.S. country, or (2) closely associated with an immediate family member of such an official? If yes, identify the name of the official, office held and country.

I am not subject to backup withholding under the provisions listed in Internal Revenue Code Subsection 3406 and/or my Client Agreement. Under penalties of perjury, I certify the information on this form is correct and complete.

PLEASE ATTACH COPY OF PHOTO ID. The US Patriot Act requires that all account participants or individuals who have authority over the account provide a copy of a government issued photo ID to verify identity.

By signing below, I acknowledge that I have received, read, understand and agree to abide by all the terms and conditions set forth in the Client Agreement incorporated herein by reference. The Client Agreement contains a binding arbitration clause and other provisions substantially affecting my rights.

Account Holder Signature: C. McKeown   Date: 04/2/08   Joint Account #:

**FOR BROKER/DEALER USE ONLY**
Account Professional Signature: ___   Date: 4/2/08   ☐ Accepted
Principal Signature: ___   Date: 4/3/08   ☐ Accepted   Initial Transact   Amount/Security:

NACTNAW9

REVISED 06/2007

ATTENTION TO  ELSA LOUGE              FROM Suzie Ma

Operative

## ABSHIER WEBB DONNELLY & BAKER
INVESTMENT BANKERS

Account Number ● ● | ● | - ● | ● | ● | ● | 7 | a | a | 0 | | |   AE Number | Account Category

☑ New Application    ☐ Update

### ACCOUNT TYPE
☒ Cash   ☐ Margin*   ☐ Option*   ☐ ProCash Plus™ *   ☐ Retirement Account*

### ACCOUNT REGISTRATION
☐ Individual  ☐ Estate*  ☒ Corporation  ☐ Community Property  ☐ Investment Club  ☐ Joint (WROS)  ☐ Proprietorship (Name:_____)

☐ Custodial  ☐ IRA*  ☐ Partnership  ☐ Tenants in Common  ☐ Trust (ERISA)  ☐ Joint Tenants by Entirety  ☐ Other:_____

### ACCOUNT TITLE AND INFORMATION
Meadow Vista Financial Corp

| FIRST NAMED ACCOUNT HOLDER | JOINT NAMED ACCOUNT HOLDER |
|---|---|
| Name Carol McKeown | Name |
| Mailing Address 2710 Thomes Ave | Mailing Address |
| City, State Zip Code Cheyenne , WY, 82001 | City, State Zip Code |
| Legal Residence (if different from mailing) | Legal Residence (if different from mailing) |

| Telephone (Day) 614-315.3669 | Telephone (Evening) 514-913-1966 | Fax 514-932-0743 | Telephone (Day) | Telephone (Evening) | Fax |

| E-mail mckeown.carol@sympatico.ca | Marital Status Married | No. Dependents 1 | E-mail | | Marital Status | No. Dependents |

| Social Security/Tax ID # ████2565 | Date of Birth | Country of Citizenship | Social Security/Tax ID # | Date of Birth | Country of Citizenship |

Employment ☐ Employed – EMPL  ☒ Self-Employed – SEMP  ☐ Retired – RTID  ☐ Student – STDT  ☐ Unemployed – UEMP  ☐ Homemaker – HOME

Employment ☐ Employed – EMPL  ☐ Self-Employed – SEMP  ☐ Retired – RTID  ☐ Student – STDT  ☐ Unemployed – UEMP  ☐ Homemaker – HOME

| Occupation Self Investment | Occupation |
| Name of Employer N/A | Years Empl | Name of Employer | Years Empl |
| Employer Address N/A | Employer Address |

### FINANCIAL INFORMATION/ ACCOUNT EXPERIENCE AND OBJECTIVES

| Annual Income | Liquid Net Worth | Effective Tax Rate | Account Objective | Risk Exposure | Prior Experience, if any | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | None | Limited | Moderate | Extensive |
| ☐ $0-$19,999 | ☐ $0-$ 49,000 | ☐ 0-15% —— LWIB | (check one) | (check one) | | | | | |
| ☐ $20,000-$ 49,999 | ☒ $ 50,000-$ 99,999 | ☒ 15.1-32% – MDTB | ☐ Income | ☐ Low | Stocks | ☐ | ☐ | ☐ | ☒ |
| ☐ $ 50,000-$ 99,999 | ☐ $ 100,000-$ 199,999 | ☐ 32.1-50% —— HTB | ☒ Short-Term Growth | ☒ Moderate | Bonds | ☐ | ☐ | ☒ | ☐ |
| ☒ $ 100,000-$ 199,999 | ☐ $ 200,000-$ 499,999 | ☐ 50.1%+ —— TPTB | ☐ Long-Term Growth | ☐ High | Margin Trading ☐ | ☐ | ☒ | ☐ | ☐ |
| ☐ $ 200,000-$ 499,999 | ☐ $ 500,000-$ 999,999 | | ☐ Trading | | Mutual Funds ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ $ 500,000-$ 999,999 | ☐ $ 1,000,000-$ 4,999,999 | | | | Option  ☐ | ☐ | ☐ | ☐ | ☒ |
| ☐ $ 1,000,000+ | ☐ $ 5,000,000+ | | | | 401K | ☐ | ☐ | ☐ | ☒ |

### TRANSACTION PROCESSING

| Proceeds | Dividends/Interest | Periodic Distributions |
|---|---|---|
| ☐ Remit Proceeds | ☒ Hold | If remit, indicate frequency, method and start date below | Amount $_____ |
| ☒ Hold Proceeds in Account | ☐ Remit  ☐ Semimonthly  ☐ Bimonthly  ☐ Semiannually | ☐ Semimonthly  ☐ Bimonthly  ☐ Semiannually |
| ☐ Hold and sweep proceeds | ☐ Monthly  ☐ Quarterly  ☐ Annually | ☐ Monthly  ☐ Quarterly  ☐ Annually |
| Into  Money Market Fund: | Method_____  Start Date:_____ | First Payment Date:_____ |

Sep. 25. 2009 11:20AM    Abshier Webb Donnelly & Baker              No. 9641    P. 2

| Account Number | AE Number | Account Category |
|---|---|---|
| ▨ ▨ ▨ ▨ ▨ ▨ 7 | 2 2 0 | |

## DUPLICATE STATEMENTS / CONFIRMATIONS

| Name | Address | ☐ Statements |
|---|---|---|
| | | ☐ Confirmations |

## ADDITIONAL INFORMATION

☐ Yes ☑ No  Do you have any other accounts here at Abshier Webb Donnelly & Baker L.L.C.?

☑ Yes ☐ No  Will you be giving discretion over this account to another? If yes, what is the name and relationship to you.
*Dan Ryan  Husband*

☐ Yes ☐ No  Are you maintaining any other brokerage accounts? If Yes, what firm(s)?
*Oppenheimer*

☐ Yes ☑ No  Are you an employee of a broker-dealer? If yes, what firm?

☐ Yes ☑ No  Are you related to an employee of a broker-dealer? If yes, give the name of dealer, employee and relationship to you

☐ Yes ☑ No  Are you or any member of your immediate family affiliated with or employed by a member of a Stock Exchange or the National Association of Securities Dealers? (Employer authorization is required to open this account.) If yes, who is the affiliation?

☐ Yes ☑ No  Are you an officer, a director or 5% shareholder of a public company? If yes, what company?

☐ Yes ☑ No  Are you (1) a senior military, government or political official in a non-U.S. country, or (2) closely associated with an immediate family member of such an official? If yes, identify the official, office held and country.

☑ Client does not wish to have their name, address or security position disclosed to requested companies in which they hold securities under Rule 14(c) - 1 of Securities and Exchange Commission.

☑ Client has received a copy of the Privacy Policy.

## IDENTIFICATION VERIFICATION AND W-9 CERTIFICATION

The USA PATRIOT Act requires that all account participants or individuals who have authority over the account provide a copy of government issued ID to verify identity.
☑ Yes ☐ No   Copy of ID attached?

☐ I am ☐ I am not, subject to backup withholding under the provisions listed in the Internal Revenue Code §3406(a)(1)(c) and / or the Client Agreement.

W-9 Certification:
(1) Under penalties of perjury, I certify that the information shown on this form is correct and complete.
(2) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
(3) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding.

## SIGNATURES

By signing below, I acknowledge that I have received, understand and agree to abide by all the terms and conditions set forth in the Client Agreement incorporated herein by reference. The Client Agreement contains a binding arbitration clause and other provisions substantially affecting my rights.

| Account Holder Signature | Date | Joint Account Holder Signature | Date |
|---|---|---|---|
| *C Muk* | 09/24/09 | | |
| Printed Name: | | Printed Name: | |

## FOR BROKER DEALER USE ONLY

| Account Professional Signature | Date | ☑ Accepted: Investment Professional is registered in the state of customer's residence |
|---|---|---|
| | 9/28/09 | ☑ Accepted: Applicant(s) not on US Treasury List of Terrorists/Blocked Persons |
| Principal Signature | Date | Initial Transaction: ☐ Buy ☐ Sell ☐ Deposit ☐ Transfer |
| | 9/28/09 | Amount / Security |



Page 1 of 1

**Hall, DeeDee**

| | |
|---|---|
| **From:** | mitchell shapiro [bentleygroup@yahoo.com] |
| **Sent:** | Tuesday, October 13, 2009 10:28 AM |
| **To:** | Hall, DeeDee |
| **Cc:** | Daniel Ryan |
| **Subject:** | daniel ryan |

daniel ryan account name meadow vista financial corp acc# █████0916 is to receive a dwac from transfer agent interwest symbol plmo 375000 shares.contact person at interwest is melinda thank you for your consideration in this matter.www.interwesttc.com if you need to call them.

516 - 565 - 1984

Cell 516 - 818 - 9118

10/13/2009

Page: 1  Document Name: Oppenheimer & Co. Inc.

```
 SECURITY DISPLAY INQUIRY      OPPENHEIMER AND CO.INC. 10/13/09 10:37:41  SMD101
 CUSIP: 745846107 SYMBOL: PLMO          ISIN: US7458451074 SEDOL: BIFQTJ1
 DESCR1: PULMO BIOTECH INC              DESCR2:
 CLASS: SS   - COMMON STOCK       CLOSED PRCE:     00.4000 ON 10/12/09 IDSI/B
 S1-MAIN S2-DESCRIPTION S3-SCHEDULES S4-PRICING S5-COMPLIANCE S6-DIVHIST S7-LOG
 STATE/CNTRY.: DOMESTIC     DTC ELIGIBLE: YES        EXCHANGE..: NASD
 SERIES......:              DTC CHILL...: *          MARGINABLE: NO
 CLASS.......:              CNS ELIGIBLE: YES        PREV TICKR:
                            TAX CODE....: YES        PREV CUSIP:
                            25K/MULT....: 0          UNIT OF TRD
                            REINVESTMENT: NO         INSIGHT ID: $852346
                            EST YERL DIV:            UNDERLYING:
                            DIV QUAL....:            ADDED.....: 03/19/08
                                                    UPDATED...: 10/09/09
                                                    USER ID...: SECB240K




 CUSIP/SYMBOL/ISIN/SEDOL: PLMO
 <F11>PREV <F12>MENU
```

Name: halldi - Date: 10/13/2009  Time: 10:38:09 AM

## Hall, DeeDee

| | |
|---|---|
| **From:** | Thornton, Brian |
| **Sent:** | Monday, November 23, 2009 12:38 PM |
| **To:** | Hall, DeeDee |
| **Subject:** | RE: DWAC FOR ████0916 MEADOW VISTA FINANCIAL |

DeeDee,

The DWAC was approved.

Brian

---

**From:** Collins, Teresa
**Sent:** Monday, November 23, 2009 11:15 AM
**To:** Thornton, Brian
**Subject:** FW: DWAC FOR ████0916 MEADOW VISTA FINANCIAL

---

**From:** Hall, DeeDee
**Sent:** Friday, November 20, 2009 12:31 PM
**To:** Collins, Teresa
**Cc:** Eisler, Scott; Lowe, Russell
**Subject:** FW: DWAC FOR ████0916 MEADOW VISTA FINANCIAL

---

**From:** Hall, DeeDee
**Sent:** Friday, November 20, 2009 12:30 PM
**To:** Thornton, Brian
**Cc:** Eisler, Scott; Lowe, Russell
**Subject:** DWAC FOR ████0916 MEADOW VISTA FINANCIAL

Please be on lookout 14,000,000 shares of VGPR (cusip 922516309) Vega Promotional Systems for above account from Action Stock Transfer . Please advise when approved. Thank you.

DeeDee Hall
*Registered Client Service Associate*
Oppenheimer & Co., Inc.
561-620-3101
561-620-3140 Fax

## Hall, DeeDee

| | |
|---|---|
| **From:** | Hall, DeeDee |
| **Sent:** | Friday, November 20, 2009 12:31 PM |
| **To:** | Collins, Teresa |
| **Cc:** | Eisler, Scott; Lowe, Russell |
| **Subject:** | FW: DWAC FOR █████0916 MEADOW VISTA FINANCIAL |

**From:** Hall, DeeDee
**Sent:** Friday, November 20, 2009 12:30 PM
**To:** Thornton, Brian
**Cc:** Eisler, Scott; Lowe, Russell
**Subject:** DWAC FOR █████20916 MEADOW VISTA FINANCIAL

Please be on lookout 14,000,000 shares of VGPR (cusip 922515309) Vega Promotional Systems for above account from Action Stock Transfer . Please advise when approved. Thank you.

DeeDee Hall
*Registered Client Service Associate*
Oppenheimer & Co., Inc.
561-620-3101
561-620-3140 Fax

11/20/2009

**DWAC INSTRUCTION**
**Meadow Vista Financial Corp.**
**2710 Thomas Ave**
**Cheyenne, WY 82001**
**1-307-633-9869**

November 20th 2009

To: Oppenheimer & Co., Inc.
    Boca Village Corporate Center
    4855 Techonology Way Suite 400
    Boca Raton, Florida 334131

Please receive via DWAC the following:                    $V \in PR$

| Stock | Name Company | Number of Shares | Cusip |
|-------|--------------|------------------|-------|
| VGPR.PK | Vega Promotional Systems | 14,000,000 | 922515309 |

Brokerage Account Number: (███████0916)

Transfer Agent Information:
Action Stock Transfer
7069 Highland Drive Suite 300
Salt Lake City, UT 84121

Telephone: (801) 274-1088
Fax: (801) 274-1099
Email: justblank2000@yahoo.com

If there are any questions about this transfer of stock please call Carol Mckeown at 514-513-1966
or mc.keown@sympatico.ca  Thank you for your prompt attention to this request.

Date: November 20th, 2009

_____
Carol McKeown
Owner of Meadow Vista Financial Inc.

514-513-1986
Daytime Telephone Number

**Hall, DeeDee**

| | |
|---|---|
| **From:** | Suzie Ma [ma.suzie@gmail.com] |
| **Sent:** | Tuesday, September 01, 2009 11:08 PM |
| **To:** | Hall, DeeDee |
| **Subject:** | Meadow Vista Financial |

Hi DeeDee,

Hope you're doing well. I just want to check to see the status of Meadow Vista application at Oppenheimer.

We also send you an ASWL certificate along with the Meadow Vista Application. Can you let me know when the stock will be cleared.

We are supposed to receive 400K shares of TTEG certificate that was sent directly to oppenheimer firm. Let me know if you received and when will it be cleared.

Thanks,

Suzie ma



| SEND TO: | FROM: |
|---|---|
| SCOTT | DAN RYAN |
| **ATTENTION:** | **OFFICE LOCATION:** |
| **OFFICE LOCATION:** | **DATE:** |
| **FAX NUMBER:** | **PHONE NUMBER:** |

Hi Scott,

They are going to FEDEX

150,000 AWSL &

500,000 MEVT,

Cheers

Dan.

1980 Sherbrooke St. W 1110 Montreal Quebec H3H 1E8

# YAHOO! MAIL
CANADA Classic

**Shares update re AWSL and MEVT**

From: "Brent" <brentoconnor@rogers.com>                    Friday, September 25, 2009 11:50 AM
To: "Dan Ryan" <fvstsummitcapital@yahoo.ca>

Dan,

Gilles is cutting another 150,000 shares of AWSL for you to keep things going...

And,

500,000 shares of MEVT....if you prefer, we can easily buy MEVT up to .50 cents before you start, or if you prefer, you can start down here in order to take the credit.

Please let us know where you would prefer to start MEVT.

*Certs are being prepared today.

Please call me when you get a chance.

Thanks,

Brent.

Good.Morning -- Scott Elsler  Oppenheimer & Company · Boca Village Corporate Center  4855 Technology Way  Suite 400  Boca Raton, Fl, 33431.  Have a nice day.

DeeDee Hall

*Registered Client Service Associate*

Oppenheimer & Co., Inc.

561-620-3101

561-620-3140 Fax

Sep 25 2009 10:18AM   HP LASERJET FAX              5149320547              p.2
Please send all the shares to this account - 'Yahoo! Mail'        http://ca.mol125.mail.yahoo.com/mc/showMessage?sMid=57&fid=Se.


YAHOO! MAIL
CANADA   Classic

| Please send all the shares to this account | Tuesday, September 22, 2009 4:22 PM |
| From: "Daniel Ryan" <firstsummitcapital@yahoo.ca> | |
| To: "Adam Broskus" <blackcatcorp@earthlink.net> | |

Hi Adam,

David Zazzoff asked for this info for DTCs to Meadow Vista Financial Corp.

Can u send to him buddy.

Cheers,

Dan

Good Morning Carol  -  Our DTC number is 571 and your account number is ██████0916.  You give this information to the other firm and let us know thru E-mail or fax how many shares are coming and from what firm.  If you have any questions, please let us know and have a nice day.

DeeDee Hall
*Registered Client Service Associate*
Oppenheimer & Co., Inc.
561-620-3101
561-620-3140 Fax

All new Yahoo! Mail - Get a sneak peek at messages with a handy reading pane.

500,000  Shares  of  OPYS (cert)

1.5 M  shares  of  STZU

(DTC)

1 of 1                                                                      9/25/2009 11:08 AI

**YAHOO! MAIL** CANADA Classic

Certs for PSC deals should be made to Meadow Vista Financial Corp & sent here

Friday, September 25, 2009 11:00 AM

From: "Daniel Ryan" <firstsummitcapital@yahoo.ca>
To: "Kevin Carson" <kevinjcarson@yahoo.com>

Good Morning -- Scott Eisler Oppenheimer & Company Boca Village Corporate Center 4855 Technology Way Suite 400 Boca Raton, Fl. 33431. Have a nice day.

DeeDee Hall
*Registered Client Service Associate*
Oppenheimer & Co., Inc.
561-620-3101
561-620-3140 Fax

Looking for the perfect gift? **Give the gift of Flickr!**

2 Million shares of
SMVI ( cert)

Sep 25 2009 10:18AM   HP LASERJET FAX                    5149320547                P.1



| SEND TO: Scott Eisler | FROM: Dan Ryan |
|---|---|
| ATTENTION: | OFFICE LOCATION: |
| OFFICE LOCATION: | DATE: |
| FAX NUMBER: | PHONE NUMBER: |

Hi Scott,

These cents are coming
in for Meadow Vista
next week.

Just wanted to give
you the heads up.

Cheers

Dan

1980 Sherbrooke St. W 1110 Montreal Quebec H3H 1E3

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.  My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.  Attached as Exhibit A is a true, correct, and authentic copy of pages I printed from the www.downshirecapital.com website on April 26, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.

DownShire Capital





Home    About Us    Services▾    Latest News    Accredited Investors    Contact Us





**LATEST NEWS**

Investors Presentation

Going Public on the US OTCBB

Canadian Public Venture Capital

Going Public in the UK

Downshire Capital is a private Investment Banking group providing top-quality services to a select group of entrepreneurial corporate clients, and assisting them in developing and implementing their capital and financial goals.

Downshire Capital works with a corporate client's goals or opportunities, like public offerings, private placements or other investment options. By PARTNERING with cooperating underwriters, and by utilizing the extensive Downshire Capital network, we are well positioned to create the type of demand that will maximize the return on the product that we structure with our clients.

**What we look for:** Revenue and Profitability, Growth Potential, and Strong Management Teams.

**Revenue and Profitability:** We look for companies with existing revenue and profitability or the potential to become profitable in the short term.

**Growth Potential:** Working in a business sector with growth opportunities either by internal growth or by aquisition.

**Management:** Strong management with experience in the sector and the energy and excitement to continue to grow the business and become a leader in its sector.

Copyright © 2006 DownShire Capital. All rights reserved.

Disclaimer | Designed by One Impression

http://www.downshirecapital.com/

4/26/2010

DownShire Capital



Home     About Us     Services▾     Latest News     Accredited Investors     Contact Us

 

### LATEST NEWS

Thanks for stopping by. Here you will
see all of the latest news and changes
that have been made.

## ___Our Team

## ____Past Transactions

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression

DownShire Capital



Home    About Us    Services▾    Latest News    Accredited Investors    Contact Us

**LATEST NEWS**

Investors Presentation

Going Public on the US OTCBB

Canadian Public Venture Capital

Going Public in the UK

**Investment Banking Services:** Downshire Capital is a private Investment Banking group providing top-quality services to a select group of entrepreneurial corporate clients, and assisting them in developing and implementing their capital and financial goals.

Our breadth of capabilities allows us to serve our corporate clients well in a number of ways:

**Corporate Services :**
Initial & Secondary Public Offerings, Private Placements of Both Debt and/or Equity, Spin-offs & RTO Services

**Financial Advisory Services :**
Mergers & Acquisitions, Management Buy Outs, Turnarounds & Restructuring, Financial Consulting Advice & Services, Exit Strategies & Sales, Management & Compensation Advice

**International Business Advisory Services:**
Offshore Incorporation Services, Tax Planning, Corporate & Tax Structure Planning

**Term Finance :**
Leasing, Term Loans, Asset-Backed Financings, Subordinate & Mezzanine Debt, Bridge Financing, Inventory Financing

**Venture Capital :**
Venture Capital, Investor & Partner Sourcing, Joint Venture Initiatives

**Working Capital :**
Accounts Receivable Financing, Letters of Credit & Financial Guarantees, Revolving Lines of Credit

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression

http://www.downshirecapital.com/investment_banking.html

4/26/2010

DownShire Capital

Page 1 of 1



Home     About Us     Services▾     Latest News     Accredited Investors     Contact Us

 

### LATEST NEWS

Investors Presentation

Going Public on the US OTCBB

Canadian Public Venture Capital

Going Public in the UK

**Public Corporate Services:**
Our breadth of capabilities allows us to serve our public corporate clients well in a number of ways:

**Reverse Merger Services:**
Turnkey RTO Program, Public Shell Selection, Capital Structure Planning, Due Diligence, SEC filings

**Exchange Listing Services:**
USA - OTCBB, NASDAQ, AMEX; Canada - TSX, TSX-V, CNQ; Europe - AIM; Australia - ASX

**After-Market Support Services:**
Independent Research Reports, Investor Relations, D&O Insurance, M&A Advisory, Audit Committee Structure, Sarbanes-Oxley Compliance Matters

**SEC & Other Public Disclosure Filing Services:**
8k, 10-SB, SB-2, 1-A, 15C211 Disclosure Statements, Form 211

**Offering Document Preparation Services:**
Reg A, Reg D, Reg S, SB-2 and other private placement memorandums

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression



Home    About Us    Services▾    Latest News    Accredited Investors    Contact Us

 

**LATEST NEWS**

Thanks for stopping by. Here you will
see all of the latest news and changes
that have been made.

**Latest News**

**Going Public on the US OTCBB**
http://www.smallbusinessnewz.com/smallbusinessnewz-13-20060504GoingPublicviaInitialorDirectPublicOffering.html

**Canadian Public Venture Capital**
http://www.canadianbusiness.com/entrepreneur/financing/article.jsp?content=20060627_122038_2452#adSkip

**Going Public in the UK**
http://www.plusmarketsgroup.com/

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression

http://www.downshirecapital.com/latest_news.html

4/26/2010

DownShire Capital

Page 1 of 1





**Home     About Us     Services▾     Latest News     Accredited Investors     Contact Us**

**LATEST NEWS**

Investors Presentation

Going Public on the US OTCBB

Canadian Public Venture Capital

Going Public in the UK

Our company Downshire Capital, we provide accredited investors with information about companies seeking investment capital.

Downshire Capital will provide accredited investors and qualifying institutions with a corporate or project description of private placements, initial public offerings, secondary financings and other investment opportunities periodically.

To receive information about upcoming opportunities you must qualify as an accredited or sophisticated investor based on rules and regulations in your country and consult with a broker/dealer if necessary to determine if you comply. In the U.S., an "Accredited Investor" is defined in Rule 501(a) of Regulation D. This definition includes certain institutional investors and (a) any natural person whose individual net worth, or joint net worth with that person's spouse, exceeds $1,000,000 at the time of purchase; or (b) any natural person who had an individual income in excess of $200,000 in each of the two most recent years or joint income with that person's spouse in excess of $300,000 in each of those years and who reasonably expects reaching the same income level or greater in the current year. To proceed further you must qualify as an Accredited Investor.

I qualify                     I do not qualify

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression

DownShire Capital



Home    About Us    Services▾    Latest News    Accredited Investors    Contact Us

### LATEST NEWS

Investors Presentation

Going Public on the US OTCBB

Canadian Public Venture Capital

Going Public in the UK

**Downshire Capital Inc.**
1980 Sherbrooke St. W
Suite 1110
H3H 1E8
Montreal, Quebec

Phone: 514-315-3669 Ext: 203
Email: info@downshirecapital.com

| | |
|---|---|
| **Your Name:** | |
| **Company Name:** | |
| **Services:** | Please Select One |
| **Phone Number:** | |
| **Email:** | |

**Method of Contact:** Email: ☒ Phone: ☐
**Message:**

Submit

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression

4/26/2010

**DownShire Capital**                                                                                   Page 1 of 2



Home    About Us    Services▾    Latest News    Accredited Investors    Contact Us




**LATEST NEWS**

Investors Presentation

Going Public on the US OTCBB

Canadian Public Venture Capital

Going Public in the UK

**Disclaimer**

PLEASE READ BEFORE USING THIS SITE

By using this site, you agree to these terms of use stated below. If you do not agree to these terms of use, please do not use this site.

**Data Protection**

This Web site is maintained in Montreal, Canada and is intended for use by visitors from Canada and other countries around the world. If you provide us personal information, that information will be stored and used in accordance with the Personal Information Protection and Electronic Documents Act (PIPEDA) in Canada.

**Copyrights**

© Copyright 2006 Downshire Capital Inc., Montreal, Canada. All rights reserved. This site is owned and operated by Downshire Capital Inc., (referred to as "Downshire Capital", "we", "us", or "our" herein). The text, images, graphics, sound files, animation files, video files, and their arrangement on the Downshire Capital, Inc site are all subject to copyright and other intellectual property protection. These objects may not be copied for commercial use or distribution, nor may these objects be modified or reposted to other sites.

**Trademarks**

You may view, copy and distribute the material on this site for personal use only, provided that you keep intact all copyright and other proprietary notices. You may not modify or resell the information, or include it in anything you sell or license to third parties. Except as otherwise indicated on this site and except for the trademarks, service marks and trade names of other companies that are displayed on this site, all trademarks, service marks and trade names are property of Downshire Capital, Inc.

**DISCLAIMER**

THE INFORMATION ON THIS SITE IS PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, Downshire Capital, Inc DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, NONINFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE. Downshire Capital, Inc DOES NOT WARRANT THAT THE INFORMATION WILL BE ERROR-FREE. YOUR USE OF THE INFORMATION IS AT YOUR SOLE RISK. Downshire Capital, Inc IS NOT RESPONSIBLE FOR THE COMMENTS OF THE WEB SITES THAT ARE MAINTAINED BY THIRD PARTIES AND THEREFORE WAIVES ITS LIABILITY FOR ANY LINKS FROM THIS WEB SITE TO OTHER WEB SITES.

**Licenses**

Downshire Capital, Inc has sought to achieve an innovative and informative Web site. However, you also need to understand that we must protect our intellectual property, including trademarks, and copyrights. Accordingly, please appreciate that no license to use the intellectual property of Downshire Capital, Inc or the intellectual property of third parties has been granted by this Web site.

**Other**

All claims, disputes or disagreements which may arise out of the interpretation, performance or in any way relating to your use of this site and any and all other Downshire Capital, Inc site(s), shall be governed by the laws of the province of Quebec and the laws of Canada.

Please contact us if you have any further questions or concerns at: info@downshirecapital.com

**Privacy Policy**

Your privacy on the Internet is extremely important to us at Downshire Capital , Inc. This is why we take an active approach to safeguarding your privacy online. Your confidentiality, security, and individual right to privacy is respected and upheld at all

**DownShire Capital**

times. This Privacy Policy has been prepared to inform you of our policy and practices concerning the collection, use and disclosure of Personal Information.

By providing us with personal information you accept the terms of this Privacy Policy and consent to allow us to collect, use, disclose and dispose of your personal information in accordance with the terms of this Privacy Policy.

If you do not accept the terms of this Privacy Policy, please do not provide us with any Personal Information.

## Collection and Your Consent to the Disclosure and Use of Personal Information

You consent to the collection of the personal information you send to us such as your name, mailing address, e-mail address, telephone number, or other personal information through the submission of a new business inquiry or general inquiry. We may use this information for marketing research and other marketing and service-related purposes like sending materials you request or keeping in touch by e-mail. Any personal information you choose to share with us will not be disclosed to anyone outside of Downshire Capital , Inc. We will never exchange or sell your personal information to any other company or third parties.

By checking "Submit" and submitting a form on our Web site you are giving us permission to collect and disclose to each other all of your personal information for the purposes of responding to your requests.

## Site Traffic Monitoring

We may collect certain information about visitors to this site; we do not link IP addresses to any personal information associated with the individual visitor. We use this information only to determine how to make future visits to our site more convenient, engaging and productive by collecting anonymous information such as:

• your IP address (a unique number assigned to every computer that connects to the Internet)
• your domain type (e.g., .ca, .com, .net, .org)
• standard information included with every communication sent on the Internet, such as browser type, geographical location, referral URL, operating system, service provider and local time.

## Cookies

A cookie is a text file that is placed on your hard disk by a Web page server. Cookies cannot be used to run programs or deliver viruses to your computer. Cookies are uniquely assigned to you, and cookies set by Downshire Capital , Inc can only be read by Downshire Capital , Inc. One of the primary purposes of cookies is to provide a convenience feature to save you time. You have the ability to accept or decline cookies. Most Web browsers automatically accept cookies, but you can usually modify your browser setting to decline cookies if you prefer. If you choose to decline cookies, you will not be able to fully experience the interactive features of this or other Web sites that you visit.

## Links

Although our site may contain links to other sites, we are not responsible for content, links, or privacy on any of those sites.

## Questions

Downshire Capital , Inc welcomes your comments regarding our Privacy Policy. If you believe that we have not adhered to this Privacy Policy, please contact us by e-mail and we will try to identify and fix the problem respectively. You may review and update or correct the personal information that you provide to us through this site, request it be deleted, or change or withdraw your consent to its use and disclosure by contacting us at: info@downshirecapital.com

## Legal

By visiting this site you are agreeing to the terms as outlined above and in the Legal Terms & Condition section. We reserve the right to change our Privacy Policy at any time.

Copyright © 2006 DownShire Capital. All rights reserved.

Designed by One Impression

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.     My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.     I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.     Attached as Exhibit A is a true, correct, and authentic copy of pages I printed from the "About Us" page on the www.pennystockchaser.com website on June 20, 2010.

4.     Attached as Exhibit B is a true, correct, and authentic copy of pages I printed from the "Featured Profiles" page on the www.pennystockchaser.com website on June 21, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.


_____
Michael Riedlinger


Executed on this 22 day of June 2010, in Miami, Florida.



Search keywords... **search**

# About PSC

### Who we are

**PennyStockChaser** is composed of a team of research analysts, stock brokers, investment bankers and traders. With over 40 years of experience amongst us, we work hard to ensure you receive accurate information on our stock picks in a timely manner. PSC focuses on OTCBB, OTC, penny stocks, big board stocks and stock alerts. In addition, we provide companies with investor relation services.

### Our goal

**PSC** aims to ease your investing endeavors by conducting thorough research on the stocks and their companies. It is our goal to ensure all our members are first to receive information on the best stock picks. **At PSC, our members' best interest is always our first priority!**

### Climbing the Ladder

2009 was a great year for PSC. We alerted to more than 65 stocks with an average gain of more than **380%**; with some picks making gains of **4600%**!! With new and innovative ways to get the information to you first, we predict 2010 to be a greater success. For your convenience, we have made our picks available to you through our daily email alerts, Twitter, Facebook, and new SMS alerts!

**Join PennyStockChaser now and be the FIRST to know about the BEST stocks!**

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer

© 2010 PennyStockChaser.com. All rights reserved.

 

 

 



Search keywords... **search**

## Secure Path Technology – SPHT.ob

*June 3rd, 2010*

Secure Path is the primary North American ISAN Registration Agency and the only full service content identification and metadata services company on the continent. Founded in Los Angeles in 2005, the company provides digital media asset registration and data management solut...
Continue Reading »

## Avro Energy – AVOE.ob

*May 30th, 2010*

Avro Energy Inc. is an independent energy company engaged in the acquisition, exploration and development of oil and natural gas properties in North America, with current operations in the ArkLaTex region of Louisiana and Arkansas. Avro's objective is to seek out and develop...
Continue Reading »

## Blue Wave Group – BLEW.ob

*April 17th, 2010*

Blue Wave Group is a full service multi-media digital distribution company focused on delivering premium designed musical products and unique musical experiences. Our focus is to build momentum around our brands that will have a globally appealing online presence. Blue Wave ...
Continue Reading »

## Far Vista Studios – FVSTA.ob

*April 4th, 2010*

Far Vista Interactive Corporation (OTC.BB:FVSTA - News) is a dynamic online entertainment company in Canada. The company plans to move from just offline PC games into the more unique and appealing online tournament version. This approach allows Far Vista Interactive Corporat...
Continue Reading »

## Attitude Drink – ATTD.ob

*March 14th, 2010*

Designed for Positive Living Attitude remains a premium brand development company providing beverages that meet the uncompromising high standards of the consumer. Encouraging potential and achieving long-term profitable growth drives the Attitude team to making the best u...
Continue Reading »

## Hot Stock Alerts via SMS & Instant Messenger

*February 19th, 2010*

Enter your first name & mobile number to receive our free stock alerts via SMS & Instant Messenger. Join Today! Don't miss out on our winning stock picks. Visit our signup page now - http://trumpia.com/exsignup/PennyStockChaser/signup...
Continue Reading »

# Join Us Today For Your Chance To Win A Brand New 2010 Ford Focus

*February 15th, 2010*

Each month for the rest of 2010 one lucky member will win a brand new 2010 Ford Focus   Sign up for our FREE newsletter to be automatically entered into the contest.   All members, existing and new, are eligible to win each month. *Void where prohibited. *PSC will ...

Continue Reading »

# Green LED Solutions – HSCO.pk

*January 11th, 2010*

It is our primary aim at GLS to show our clients how to save energy and money by utilizing safe, efficient, solid state lighting. This provides cost effective alternatives to current commercial use of fluorescent and incandescent bulbs. In the next decade, everyone ( includi...

Continue Reading »

# REGISTERED EXPRESS – RGTX.pk

*October 29th, 2009*

Registered Express is an innovative solution that directly meets the need for a secure and safe delivery system of valued electronic documents. The format is user friendly allowing any sender/recipient to have a clear understanding of how to use the system and immediately se...

Continue Reading »

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners

- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer

© 2010 PennyStockChaser.com. All rights reserved.

## DECLARATION OF STEPHEN J. BILEZIKJIAN

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Stephen J. Bilezikjian I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed as a staff accountant with the New York Regional Office of the United States Securities and Exchange Commission ("SEC"). My office is located at 3 World Financial Center, Suite 400 New York, NY 10281-1022. At the time of the events described herein, I was employed as a staff accountant with the SEC's Miami Regional Office located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      On September 4, 2009 I searched the internet, as part of my examination of the Florida broker-dealer named Forge Financial Group, Inc. I searched on the website named PennyStockChaser.com for documents relating to the stock issuer Biocentric Energy Holdings, Inc. (stock ticker symbol BEHL)(hereinafter "Biocentric"). My search resulted in my discovery of certain internet links found on PennyStockChaser.com relating to Biocentric. In continuation of my search, I clicked those certain links which provided me with documents relating to Biocentric, and I printed those documents off the internet. True, correct and authentic copies of those certain documents, found on the website PennyStockChaser.com relating to Biocentric, found on the internet on September 4, 2009 are attached hereto as Exhibit A.

4.      On November 3, 2009 I searched the internet, as part of my examination of the Florida broker-dealer named Forge Financial Group, Inc. I searched using the website www.google.com for documents relating to a website named PennyStockChaser.com and the stock issuer Converge Global, Inc. (stock ticker symbol CVRG)(hereinafter "Converge"). My search resulted in my discovery of certain internet links relating PennyStockChaser.com and

Converge. In continuation of my search, I clicked those certain links which provided me with documents relating to PennyStockChaser.com and Converge, and I printed those documents off the internet. True, correct and authentic copies of those certain documents, relating to PennyStockChaser.com and Converge, found on the internet on November 3, 2009 are attached hereto as Exhibits B - E.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

_____
Stephen J. Bilezikjian

Executed on this 21st day of June 2010, in New York, New York.

2

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ... Page 1 of 11

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us





- Articles
- Contest
- Featured Profiles
- Past Winners
- Weekly Alerts



Email [            ]   [ Submit ]

*Categorized* | **Weekly Alerts**

# BEHL is building a solid base @ .03 for lift off

**Posted on 10 July 2009**
**Tags:** BEHL, Biocentric Energy, pennystockchaser.com



**BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH OUT, .10 + IS NEAR**

**We think BEHL could be our best pick effort.** The algae technology owned by the company is miles ahead of competitors. The company is committed to releasing solid news to shareholders with five press releases in three weeks.

The last PR shows us that revenue is around the corner for BEHL. Once revenue starts these guys could gross $30 million + per calendar year.

BioCentric Energy Holdings to License Algae Equipment Distributors

2009-07-08 06:00 ET - News Release

SAN JUAN CAPISTRANO, CA — (MARKET WIRE) — 07/08/09

BioCentric Energy Holdings, Inc.(PINKSHEETS: BEHL) Press Release:

Dennis Fisher, CEO, BioCentric Energy Holdings, Inc. today announced: "The company has been receiving a significant increase in the number of inquiries regarding the process of producing specific strains of Algae and the availability of the company's patent pending closed loop photobioreactor equipment."

Mr. Dennis Shen the company's COO commented, "In light of the recent worldwide exposure via the media networks for Algae solutions, and after a number of serious inquires for potential franchise opportunities, we decided to open negotiations with several interested parties. As a result of the negotiations the company now has two West Coast entities who have shown a serious interest in moving forward with distributorship agreements for licensing the company's closed loop photobioreactor systems and the purchase of the raw Algae materials needed to commence farming operations." BioCentric Energy Holdings is in the process of finalizing draft licensing agreements, which will potentially lead to a larger worldwide opportunity for

**BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ...** Page 2 of 11

the company to license more distributors and simultaneously increase the sales of photobioreactor systems along with a supplier network for the purchase of the company's strains of raw Algae materials.

Mr. Shen further commented, "The licensing fees for dealers in discussion start at $250,000 per license for a 5 year license. This gives the dealer the right to re-sell a closed loop Algae bioreactor at $86,000 per acre and still make a good profit margin on the investment."

BioCentric Energy Holdings, Inc. has recently received several celebrity endorsements for the company's motivation and dedication to help build a worldwide "Green" environment which can be viewed on the website. The company was recently featured on the homepage of www.emergingGreencompanies.com a media company also dedicated to public awareness of companies who are "Going Green."

About BioCentric Energy Holdings, Inc. www.biocentricenergy.com & www.biocentricalgae.com

BioCentric Energy Holdings, Inc. is dedicated to the development of new technologies as well as acquiring and fostering companies with innovative technologies designed to provide unique and effective green energy solutions for the 21st century. Along with the cultivation of important relationships and partnerships with synergistic entities, BioCentric Energy has devoted substantial time and effort in research and development in order to bring a range of innovative green alternatives to the marketplace.

Contact:
Dale Baeten
BioCentric Investor Relations
Office: 920-273-7941

The chart on BEHL shows that we have been building a base here @ .03.



This stock was only .0078 last Friday and now we are up over 200%.
**Seeing BEHL consolidate at .03 IS INCREDIBLE.**

We think this is confirmation that the company is not diluting.

## THE FLOAT ON BEHL IS ALMOST GONE.

## THE STOCK LOOKS LIKE IT WANTS TO GO TO .10.

www.stockta.com says there is no resistance point on BEHL. Strong news could be the spark which send us to .10.

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ... Page 3 of 11



BEHL looks like GPRE #2.  GPRE went from .05 to $9.45.

**BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ... Page 4 of 11**



**BEHL has the same potential.**

**IF BEHL DOES A GPRE, WE WILL ALL MAKE CRAZY PROFITS.**

| + Share / Bookmark |

Related posts:

1. BEHL is heading up on a significant update this morning! BEHL is back on the RADAR BEHL is heading up on a significant update this...
2. BEHL talks GREEN at the National Clean Energy Summit BEHL - BIG NEWS OUT TODAY - BEHL talks...
3. BEHL picked up HUGE volume today! BEHL picked up HUGE volume today! BEHL closed green...
4. NVSR and BEHL looking great at the close-Our members are looking at big profits on both these plays NVSR had big news today. They are moving forward...
5. Algae has kept BEHL green two days in a row closing up 3.8 Percent at $0.065 Algae has kept BEHL green two days in a...

Related posts brought to you by Yet Another Related Posts Plugin.

« Pennystockchaser.com soars to a rank of 193,450 on www.alexa.com
Metro One Development Inc - MTRO.pk »

Comments are closed.

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ...  Page 5 of 11



SOUTHERN ENERGY



- Featured Profiles
- **Comments**
- **Tags**
- **RSS Feeds**

- Turbine Truck Engines, Inc. - TTEG.OB
- Intact Nutrition - IFUS.pk
- Sun Tzu Corporation - STZU.pk
- Optical Systems, Inc. - OPSY.pk
- Zenergy International - ZENG.pk
- AVRO Energy - AVOE.ob
- Atlantic Wind & Solar Inc - AWSL.pk
- Trading Barter Bank - HRRN.pk
- Metro One Development Inc - MTRO.pk
- Southern Energy Company Inc. - SOCI

- dvansciver: i would just like to say you guys are on the MONEY...
- kbanw3: Question for Admin. Even though today news came ou...
- Rancher5: I'm new to this but the fundamentals are sound . P...
- delmarabu: Europe drives on $6-7 per gallon we are still luck...
- delmarabu: Don't bother with IDTA one thing you will have - l...

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ...  Page 6 of 11

Allana Resources Inc AVOE avroenergy.com Avro
Energy Inc AWSL BEHL bio centric energy
biocentricenergy.com chilie England Frankfurt
Frankfurt Stock Exchange Gain Germany gold growth
HRRN IFUS impact fusion impactfusionintl.com
innovative technology interactive media London
London stock exchange Lota Bay Coal Concessions
Metro One Development Inc MTRO navstarinc.com
NavStar Technologies NVSR OPSY
pennystockchaser

## pennystockchaser.com pennystocks
potash SOCI Southern Energy
southernenergycompany.com Southern Energy
Company Inc Trading Barter Corp TTEG tt engines
ttengines.com UK volume

- ## Stay up to date



- Subscribe to the RSS Feed
- Subscribe to the feed via email

# Subscribe to SMS Daily Stocks

First Name

Last Name

Your Mobile Number

Your Mobile Carrier
Choose Your Carrier

By confirming my cell number, I agree that I am responsible for all of my carrier text messaging charges.

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ...  Page 7 of 11



**Resend Code**

**Unsubscribe**

## WatchList



| | |
|---|---|
| TTEG.OB | 0.62 |
| OPSY.PK | 0.03 |
| STZU.PK | 0.07 |
| NVSR.PK | 0.03 |
| HRRN.PK | 0.01 |
| AWSL.PK | 1.38 |

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ... Page 8 of 11



BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATCH ...   Page 9 of 11



FWDG.PK        0.08

EWRC.PK        0.00

WDRP.PK        0.01

EXP.V          0.90

AAA.V          0.17

BISU.OB        0.70

ML.TO          2.50

BRYN.PK        0.03

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATC...   Page 10 of 11



LM.V          1.00

ERHE.OB       0.73

DPDW.OB       0.11

HPSO.OB       0.10

MMRF.OB       0.10

EGM.V         0.09

SRSR.PK       0.08

BEHL is building a solid base @ .03 for lift off - News is coming on BEHL and when it does, WATC...    Page 11 of 11



+0.00%

2009-09-04 13:41

## Blogroll

- AllPennyStocks.com
- College Stock
- Investing Stock Market
- OTC Journal
- Penny Stocker
- Small Cap Network
- SureFire Penny Stocks
- Vod Newswire
- Wall Street Grand

© 2009 Daily FREE Stock Alerts. Penny Stock Chaser - Hot Daily Stock Alerts Jim Cramer Style

Enter your search keywor [Search]

www.pennystockchaser.com - CVRG - Last @ .022 - Up 16% on Friday - Ready to Move...   Page 1 of 2

This is Google's cache of http://blogmad.net/v/www-pennystockchaser-com-cvrg-last-022-up-16-on-friday-ready-to-move-higher/id-492530/. It is a snapshot of the page as it appeared on Oct 26, 2009 06:37:14 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: cvrg pennystockchaser com            Text-only version

# Click Here For

# RED HOT Content

# www.pennystockchaser.com - CVRG - Last @ .022 - Up 16% on Friday - Ready to Move Higher

Published: May 11, 2009, 2:23 am

Blog link



Related Posts

   1.   Prices up again on Friday, despite 'sales'

A supermarket continued to sell goods at higher prices on Friday, even though they were tagged with...

2. www.pennystockchaser.com - Why HYGN is worth over .10?
   ....

3. www.pennystockchaser.com - SOCI is our next pick to move higher.
   ....

4. www.pennystockchaser.com - CVRG has the potential to jump 500%
   ....

5. www.pennystockchaser.com - CVRG - Last @ .022 - Up 16% on Friday - Ready to Move Higher
   ....

6. Jim Parsons on Friday Night Lights? If he had his way...
   If Jim Parsons wins the Emmy tonight for The Big Bang Theory, you better believe he'll be in a...

PennyStockChaser.com Announces Stock Alerts: CVRG, CBS, PLD, TLAB, NWS and A...  Page 1 of 3

This is Google's cache of **http://www.prnewswire.com/cgi-bin/stories.pl?
ACCT=109&STORY=/www/story/05-14-2009/0005026248&EDATE=**. It is a snapshot of the page as it
appeared on Sep 9, 2009 10:47:04 GMT. The **current page** could have changed in the meantime. **Learn
more**

These search terms are highlighted: **cvrg pennystockchaser com**                    **Text-only version**



PR Newswire
United Business Media

News & Informa
We tell your story to

**Industry News**

company snapshot   print   e-mail   link        RSS   Technorati   Blog Search   share it   blo

## PennyStockChaser.com Announces Stock Alerts: CVRG, CBS, PLD, TLAB, NWS and ATML

MONTREAL, May 14 /PRNewswire/ - PennyStockChaser.com is pleased to provide a hot market movers alert service.
We scan through thousands of stocks daily to identify stocks that will spike in a couple of days. Some of our past deals
were up over 200%. At PennyStockChaser, we are dedicated to bringing you winning stocks on a daily basis. To receive
more hot stock alerts investors simply need to visit and join our FREE newsletter service by clicking the following link:
http://www.pennystockchaser.com/join-now/

Today's stock alerts include: Converge Global Inc. (PINKSHEETS:**CVRG**) shares rose over 400% since our last alert.
We recommended **CVRG** to our members at $0.022 and **CVRG** closed yesterday at $0.13. This was a up 490%. Never
miss another HOT INVESTMENT OPPORTUNITY, subscribe to PennyStockChaser's newsletter service.

Other current hot stocks include: CBS Corp. (NYSE: **CBS**), Prologis (NYSE: PLD), Tellabs Inc. (NASDAQ: TLAB),
News Corp. (NASDAQ: NWS), Atmel Corp. (NASDAQ: ATML).

About PennyStockChaser.com

PennyStockChaser.com's alerts are sent as daily e-mail on hot stocks that are hot in the market. These include stocks
with huge volume, penny stocks, new 52 week highs or lows, stocks with positive technical indicators and much more.

**PennyStockChaser.com** is a leading stock website that provides free daily alerts on stocks that are moving up.
**PennyStockChaser.com** also tracks small cap stocks that are on the brink of exploding. We also feature companies on
our website with research report, analysis, and newsletters. To feature a company on our web site please contact us at
editorial@pennystockchaser.com

**PennyStockChaser.com** is an independent electronic publication that provides information on selected publicly traded
companies. **PennyStockChaser.com** is not a registered investment advisor or broker-dealer. PennyStockChaser.com's
affiliates, officers, directors and employees may buy and sell shares in any company mentioned herein and may profit in
the event those shares rise in value. Please do your own Due Diligence before investing in any of the stocks mentioned
above.

Andrew Garbami of **PennyStockChaser.com** is a member of the National Association of Securities Dealers, CRD
number 2706469.

PennyStockChaser.com Announces Stock Alerts: CVRG, CBS, PLD, TLAB, NWS and A...   Page 2 of 3

For further information, please contact:

PennyStockChaser Editorial Staff

Email: editorial@pennystockchaser.com

http://www.pennystockchaser.com

SOURCE PennyStockChaser.com

---

 back to top

---

**POWERED BY**
**Technorati**   ◯ **Blogs Discussing This News Release**

---

## Industry & Market Focus

Choose links below to browse the latest Industry News and related resources from PR Newsv

**Auto & Transportation News**
**Banking & Financial Services News**
**Business Services & Consultancy News**
**Energy News**
**Entertainment & Media News**
**Government & Policy News**
**Health News**
**Heavy Industry News**
**Retail News**
**Sports News**
**Technology News**
**Travel News**

**International News**
**Multicultural News**
**News For Investors**
**Trade Shows**

Add your news release

PR Toolkit for Communicators

Submit Feedback

> Roll over the links at left to see what's included on each page, then click the link to get there.
>
> **Auto & Transportation includes:**
> - Aerospace & Defense
> - Airlines & Aviation
> - Automotive
> - Maritime & Shipping
> - Retail & Automotive Sales Reports
> - Transportation
> - Travel News

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Copyright © 1996- 2009 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

PR Newsw

Bloomberg Printer-Friendly Page                                         Page 1 of 2

# Bloomberg.com



## PennyStockChaser.com Presents: The Potential of Penny Stocks

Share              | Email | Print | A A A

PennyStockChaser.com Presents: The Potential of Penny Stocks

PR Newswire

MONTREAL, June 1

MONTREAL, June 1 /PRNewswire/ - Penny stocks are shares that are priced under $5 and can trade as low as fractions of a penny each. There is a huge potential for profit when trading in penny stocks. Other stock markets have can be valuable over time, but penny stocks can make incredible gains - gains that are unheard of in other markets- in a matter of hours, days or weeks! It takes a lot of work to bring a stock from $50 to $100 making a 100% gain, but to go from $0.50 to $1.00 can happen quickly with the same 100% gain in your investment.

Penny stocks react quickly to changes in the market allowing for a gain of several hundred and even several thousand percent in a short period of time. However, they are not without risk - but like any stock, risk is part of the game. Because they are so quick to react to changes in the market, they do have the potential to decrease in value as quickly as they increased. Remember it is important to do your own due diligence, monitor your investments frequently, and set a sell price. Keep in mind; these stocks often shoot up hundreds of percent in a few days which is then followed by a decline, a pull back, before they have the ability to climb back up to an even higher price. Through analysis, PennyStockChaser.com is able to alert our members to stocks that have the potential to earn them significant profit.

At PennyStockChaser, we want to provide investors with some general guidance in penny stocks trading. Here are some of PennyStockChaser's recent alerts that exploded: CVRG shares moved from our recommendation at $0.02 to a high of $0.44 that is a 2100% increase; HYGN shares moved from $0.01 to a high of $0.21, that is a 2000% increase.

Do you want to be well informed and never miss opportunities like these? Subscribe NOW to our newsletters by clicking on the following link: http://www.pennystockchaser.com/join-now/

PennyStockChaser has been watching the following stocks: Huntington Bancshares Inc. (NASDAQ:HBAN), Novell Inc. (NASDAQ:NOVL), On Semiconductor Corp. (NASDAQ:ONNN), General Moly Inc. (AMEX:GMO), Rentech Inc. (AMEX:RTK) and

Allied Nevada Gold Corp. (AMEX:ANV).

About PennyStockChaser.com

PennyStockChaser.com is an independent electronic publication that provides
information on selected publicly traded companies. PennyStockChaser.com is not
a registered investment advisor or broker-dealer. PennyStockChaser.com's
affiliates, officers, directors and employees may buy and sell shares in any
company mentioned herein and may profit in the event those shares rise in
value. Please do your own Due Diligence before investing in any of the stocks
mentioned above.

Mike Jacob of PennyStockChaser.com is a member of the National Association of
Securities Dealers, CRD number 1818665.

For further information, please contact:

PennyStockChaser Editorial Staff

Email: editorial@pennystockchaser.com

http://www.pennystockchaser.com

SOURCE PennyStockChaser.com

Contact: Suzie Ma, 1-866-469-8524

*Last Updated: June 1, 2009 07:57 EDT*



©2009 BLOOMBERG L.P. ALL RIGHTS RESERVED. Terms of Service | Privacy Policy | Trademarks

This is Google's cache of http://www.prlog.com/10257478-pennystockchasercom-alerts-cvrg-the-stock-is-low-and-ready-to-move-watch-for-coming-news.html. It is a snapshot of the page as it appeared on Sep 15, 2009 05:07:23 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: cvrg pennystockchaser com Text-only version

PRLog Free Press Release | + Bookmark This Pa

Home Latest Press Releases Submit Press Releases

PR Home News Archive By Category By Location By Date By Tag Newsletter 40,000 RSS Fe

Filter News

Category

Accounting
Advertising
Aerospace
Affiliate Program
Agriculture
Apparel
Architecture
Arts
Automotive
Banking

Country

Afghanistan
Aland Islands
Albania
Algeria
American Samoa
Andorra
Anguilla
Antarctica
Antigua & Barbuda
Argentina

State / Province
Select Country First

City / Town
Select State First

# PennyStockChaser.com Alerts: CVRG the s low and ready to move watch for coming r

**PennyStockChaser.com alerts to hot penny stocks around the world. Today, ( too low and ready to move quickly when news is released - keep a watch out.**

*FOR IMMEDIATE RELEASE*

*PRLog (Press Release) – Jun 13, 2009* – Every trading day **PennyStockChaser.com** s thousands of stocks to identify those stocks that are poised and ready to move up. Why Penny Stocks? Penny Stocks are the only investments that can give a quick return of 100-1000%.

600% Penny Stock
The Best Penny Stoc Online Receive your newsletter today
www.PennyStockGains.com

Today's Top 3 Stoc
What are today's top stocks? Top 3 hot st gaining fast
www.TheHotPennyStocks.con

Ac

Newark, Delaware - At PennyStockChaser, we are dedicated to bringing you winning stocks on a daily basis. To receive more hot stock alerts investors simply need to visit and join our FREE newsletter service by clicking the following link:http://www.pennystockchaser.cc

PENNYSTOCKCHASER
FREE ALERTS WEEKLY

**Attachment**

Today's news alerts include: **CVRG**

www.pennytsockchaser.com – **CVRG** IS WAY TO LOW – The last time we slid this far ba rebounded and moved 2000% on news – **CVRG** IS ON NEWS WATCH !!!

**CVRG** (http://www.convergeglobalinc.com/) is on our watch list for a 100%-300% move. ? Friday @ .055.

The stock is nearing a support line here on a technical basis.

www.stockta.com tells that support point here is @ .05.
http://www.stockta.com/cgi-bin/analysis.pl?symb=CVRG&num ...

EXHIBIT E

The volume is dramatically down from the heavy volume days when the stock ran to .44. selling is EXHAUSTED.
http://www.stockscores.com/quickreport.asp?ticker=cvrg

This stock has had two waves of news. On one of those waves the stock jumped 500% a second wave the stock jumped 2000%.

The last piece of news was on May 26, 2009. In the PR they tell us to expect HUGE news time has come.

Converge Global Provides Further Details on the Benson Lake Gold Property

TORONTO, CANADA--(MARKET WIRE)--May 26, 2009 -- Converge Global, Inc. (Other ( News) is pleased to provide historical assay results and further details on the Benson Lak The Benson Lake Gold Property, consisting of 19 claims and 105 units, is situated in Ske miles southeast of Kirkland Lake, Ontario, Canada. The Kirkland Lake Mining Area is con the number one gold mining area in Ontario.

Historical Assays on the Benson Lake Gold Property

In 1993, grab samples of sulphide stringer veins were taken. The sample rock types inclu breccia, massive dacite and minor massive andesite. The dacite breccia unit appeared to northeasterly trending flow, with massive dacite flows to the north and similarly to the sou faults and fractures trend easterly and northeasterly. The breccia, and less commonly the was crossed by narrow, sulphide bearing stringers containing massive to semi-massive p chalcopyrite, and arsenopyrite. These stringers contained gold with assay results as high

High-grade gold values in narrow semi-massive pyretic veins were also previously identifi Benson Lake Gold Property in 1994. Limited surface stripping, sampling and shallow diar indicated that significant gold values were present in narrow pyritic veins or breaks in a va tuffaceous rock units but commonly in brecciated structures enriched with sulphides. The obtained in these drill samples were 1.69 oz Au/1.5 feet and .248 oz Au/3 feet.

A summer diamond-drilling program on the Benson Lake Gold Property to be supervised Cheriton, P.E. Eng. is currently being considered.

Converge Global, Inc. is also pursuing additional acquisitions and joint venture opportunit producing mining operations, as well as exploration properties, in North and South Ameri

Safe Harbor

This press release contains statements, which may constitute "forward-looking statement meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934, as amen Private Securities Litigation Reform Act of 1995. Those statements include statements re: intent, belief or current expectations of Converge Global, Inc., and members of its manag the assumptions on which such statements are based. Prospective investors are cautione forward-looking statements are not guarantees of future performance and involve risks ar and that actual results may differ materially from those contemplated by such forward-loo Important factors currently known to management that could cause actual results to differ those in forward-statements include fluctuation of operating results, the ability to compete and the ability to complete before-mentioned transactions. The company undertakes no c update or revise forward-looking statements to reflect changed assumptions, the occurrer unanticipated events or changes to future operating results.
Visit: www.convergeglobalinc.com

Contact:

EXHIBIT

17

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.     My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.     I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.     Attached as Exhibit A through C are true, correct, and authentic copies of pages I printed from the stockreads.com website on May 20, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

_____

Michael Riedlinger

Executed on this 22nd day of June 2010, in Miami, Florida.

BEHL - Looks like we have found another penny stock whi - Saturday, July 04, 2009 : St...   Page 1 of 2

 **StockReads.com**
browse and search stock newsletters

NEW! <u>Track Stocks on Your Homepage</u>


EXHIBIT
A

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

Ads by Google      Hot Penny Stock      Stock Picks      Day Trading Stock      Stock Marl

 **RSS Subscribe to Penny Stock Chaser**

Buy **BEHL** Online for $0. Trade stocks for free on Zecco.com,


1 Month Price - BEHL

| | 0.015 |
| | 0.010 |
| | 0.005 |
| | 0.000 |
26   May   10   17

■ Volume

May 20, 2010                    © quotemedia.com

| | | | |
|---|---|---|---|
| BEHL | 0.0061 | — 0.00 | 0.00%) |
| XYNH | 0.0007 | — 0.00 | 0.00%) |
| XYHN | N/A | — N/A | N/A) |
| MOVES | N/A | — N/A | N/A) |
| LIKES | N/A | — N/A | N/A) |

**More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

**Recent Newsletters**

NTRO, - It is in the Middle of a Rall...
Today 11:50 AM by PennyOmega

## BEHL - Looks like we have found another peni 1000% - BEHL COU

7/4/2009 6:49 PM   **Penny Stocks** by: <u>Penny Stock Chaser</u>

**#1 Oil Stock for 2010**
( PDGO ) Why investors consider this the next BIG oil play!
www.EnergyStockAlerts.com

Hi , <u>BEHL</u> - Looks like we have found another penny stock which could rise alert this week @ .01.

The stock has been under heavy accumulation for the past month. Thursda shares and closed up 28%.

Last week we alerted <u>XYNH</u> @ .005 and it gained 440% on that alert.

<u>BEHL</u> COULD MOVE JUST LIKE <u>XYHN</u>. IF <u>BEHL</u> MOVES LIKES <u>XYNH</u>, OUR N GET A GOOD POSITION.

The chart on <u>BEHL</u> is amazing.

THE CHART CROSSED .01. THE LAST TIME IT WAS AT .01 WAS IN JANUAI

THIS IS A BREAKOUT. VOLUME WAS UP 222% ON THURSDAY.

There were 315 individual trades on Thursday. This tells us that <u>BEHL</u> is or

<u>BEHL</u> is a PR machine. They have delivered steady news flow to shareholdi weeks they have delivered three PRs to the market.

June 30 http://ca.us.biz.yahoo.com/iw/090630/0515151.html.v=1 June 19 http://ca.us.biz.yahoo.com/iw/090619/0512418.html.v=2 June 15 http://ca <u>BEHL</u> should deliver more news to the market. When they do, it will add fu higher.

The market wants to see <u>BEHL</u> higher. The technology behind the compan bigger.

We will be bringing more due diligence to members this weekend and all w

BEHL - Looks like we have found another penny stock whi - Saturday, July 04, 2009 : St...   Page 2 of 2

CNEX, the market is CRASHING and our ...
Today 11:30 AM by Stock Rock and Roll

HotOtc.com - Mid Day Update for Thurs...
Today 11:30 AM by HotOTC

False Information on TADF - Must Read
Today 11:08 AM by Monster Stox

StockEgg.com - Mid Day Alert 5-20-201...
Today 11:08 AM by Stock Egg

Thurs. May 20, 2010 HotShotStocks AT ...
Today 10:49 AM by Hot Shot Stocks

SC Daily: Big News Day MFLI AERS VIDA
Today 10:49 AM by Small Cap Voice

Target (TGT) Surpasses Estimates; Cit...
Today 10:29 AM by Beacon Equity

Vodafone (VOD) Full-year Profit more ...
Today 10:07 AM by Beacon Equity

Update BRZM News
Today 10:07 AM by Whisper from Wall Street

BEHL is the real deal and we think buying the stock at these low prices will

This stock already has HUGE VOLUME and it will only get better.

If you need more information on BEHL, please join us @ www.pennystockc BEHL.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI

**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!

**Hot Stock Alert - EHSI**
Profit from Healthcare Explosion. Millionaires Created Today
EmergingHealthcareSolutionsInc.com

**Hot Stock Alerts**
Free Explicit Picks Newsletter Only Stocks about to take off
www.ExplicitPennyPicks.com

**Top 10 Penny Stocks**
Hand-Picked Top Penny Stock Lists Delivered Directly to Your Inbox!
www.PennyPic.com

**Top Penny Stocks**
Profiting Top Penny Stock! Top Penny Stocks Alert Over 600%
PennyStockPickAlert.com/TopPick

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe
Penny Stock Picks

BEHL is on a roll - The stock is up 271 % last week and - Sunday, July 12, 2009 : StockR... Page 1 of 2

 **StockReads.com**
browse and search stock newsletters

**NEW! Track Stocks on Your Homepage**



| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google·    List of Penny Stocks        OTC Stock Picks        Best Penny Picks        Penny Stock to

 **RSS Subscribe to Penny Stock Chaser**

Buy **BEHL** Online for $0. Trade stocks for free on Zecco.com.



1 Month Price - BEHL
0.015
0.010
0.005
0.000
26  May  10  17

■ Volume
20.00m
10.00m
0.000
May 20, 2010          @ quotemedia.com
BEHL  0.006 ▼ -0.0001  (-1.64%)

## More PennyChaser

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

View More...

## Recent Newsletters

HotOtc.com - Mid Day Update for Thurs...
Today 11:30 AM by HotOTC

CNEX, the market is CRASHING and our ...

# BEHL is on a roll - The stock is up 271 % last

# photo bio

7/12/2009 4:29 PM  **Penny Stocks** by: Penny Stock Chaser

**#1 Oil Stock for 2010**
( PDGO ) Why investors consider this the next BIG oil play!
www.EnergyStockAlerts.com

HI , BEHL is on a roll - The stock is up 271 % last week and the building of BEHL last week @ .0078 and it closed @ .029 for a gain of 271% in a wee!

The company is moving quickly to complete their first photo bioreactor.

The move in BEHL`s price tells us that something is up.

This picture was taken last week at the BEHL site.

We think BEHL could move past .10 and then .20.

This could be our best pick ever.

Members should be buying this stock @ .029 and socking the stock away f

THIS WILL BE A HUGE WINNER.

If you need more information on BEHL, please join us @ www.pennystock
BEHL,

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. Di

**FREE Stock Alerts By Email!**

enter email address here

BEHL is on a roll - The stock is up 271 % last week and - Sunday, July 12, 2009 : StockR...   Page 2 of 2

Today 11:30 AM by Stock Rock and Roll

**False Information on TADF – Must Read**
Today 11:08 AM by Monster Stox

StockEgg.com - Mid Day Alert 5-20-201...
Today 11:08 AM by Stock Egg

Thurs. May 20, 2010 HotShotStocks AT ...
Today 10:49 AM by Hot Shot Stocks

SC Daily: Big News Day MFLI AERS VIDA
Today 10:49 AM by Small Cap Voice

Target (TGT) Surpasses Estimates; Cit...
Today 10:29 AM by Beacon Equity

Vodafone (VOD) Full-year Profit more ...
Today 10:07 AM by Beacon Equity

Update BRZM News
Today 10:07 AM by Whisper from Wall Street

News Alert: YesDTC Holdings Inc. (YES...
Today 10:07 AM by OTC Picks

**JOIN NOW!**

**Hot Stock Alert - EHSI**
Profit from Healthcare Explosion. Millionaires
Created Today
EmergingHealthcareSolutionsInc.com

**Blockbuster Penny Picks**
Aggressive 500-3,000% Returns Absolutely Free
Newsletter
www.ExplicitPennyPicks.com

**Weird Penny Stock Trick**
We Found the #1 Way to Spot Penny Stocks That
Explode Each Day!
www.BeaconEquity.com

**Top 10 Penny Stocks**
Hand-Picked Top Penny Stock Lists Delivered
Directly to Your Inbox!
www.PennyPic.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe
Penny Stock Picks

Exxon is getting into the same business as BEHL - This - Sunday, July 19, 2009 : StockR...   Page 1 of 2

 **StockReads.com**
browse and search stock newsletters

NEW! Track Stocks on Your Homepage


EXHIBIT

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma

· Ads by Google     Hot Penny Stock          OTC Stock Picks          Stock Investment          Fuel Cell St

 **RSS Subscribe to Penny Stock Chaser**

Buy **BEHL** Online for $0. Trade stocks for free on Zecco.com.


1 Month Price - BEHL

| | | |
|---|---|---|
| BEHL | 0.0061 | − 0.00 | 0.00%) |
| ALGAE | N/A | − N/A | N/A) |
| GPRE | 10.47 | ▼ -0.76 | (-6.77%) |

## More PennyChaser

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

View More...

## Recent Newsletters

HotOtc.com - Mid Day Update for Thurs...
Today 11:30 AM by HotOTC

CNEX, the market is CRASHING and our ...

# Exxon is getting into the same business as BE

## BEHL

7/19/2009 8:29 PM     **Penny Stocks** by: Penny Stock Chaser

**#1 Oil Stock for 2010**
( PDGO ) Why investors consider this the next BIG oil play!
www.EnergyStockAlerts.com

HI , Exxon is getting into the same business as BEHL - THIS IS AMAZING N @ .0078 two weeks ago. On Friday BEHL closed @ .0026. Members who b BEHL should move to the .10 level on strong news. A nice base has been b would signal a move to .10.

BEHL is the right industry at the right time. Oil is climbing and the US is lo

Exxon is even getting into BEHL`s backyard. They like the prospect of the million to get a foot hold.

THIS IS GREAT NEWS FOR THE ALGAE BIOFUELS INDUSTRY.

BEHL could become a takeover target for a company like Exxon.

Tuesday, July 14, 2009, 7:09am PDT | Modified: Tuesday, July 14, 2009, 2 fuel program San Francisco Business Times - by Steven E.F. Brown Oil giar on a program to make biofuel from algae.

The Irving, Texas company (NYSE: XOM) will work with Synthetic Genomic of the project. Synthetic Genomics stands to receive up to $300 million in t

Exxons move follows those of rivals like BP plc (NYSE: BP), Royal Dutch Sh Valero (NYSE: VLO), who have all made moves into the biofuel area, either small energy businesses or buying them outright.

Synthetic Genomics was started in 2005 by Craig Venter, who is its CEO.

The research will use photosynthetic algae, which get their carbon from CC

Other types of biofuel production require a carbon source like sugar for mi doing the work, said U.C. Berkeley researcher Brad Zamft, who works in th

Exxon is getting into the same business as BEHL - This - Sunday, July 19, 2009 : StockR...   Page 2 of 2

Today 11:30 AM by Stock Rock and Roll

False Information on TADF - Must Read
Today 11:08 AM by Monster Stox

StockEgg.com - Mid Day Alert 5-20-201...
Today 11:08 AM by Stock Egg

Thurs. May 20, 2010 HotShotStocks AT ...
Today 10:49 AM by Hot Shot Stocks

SC Daily: Big News Day MFLI AERS VIDA
Today 10:49 AM by Small Cap Voice

Target (TGT) Surpasses Estimates: Cit...
Today 10:29 AM by Beacon Equity

Vodafone (VOD) Full-year Profit more ...
Today 10:07 AM by Beacon Equity

Update BRZM News
Today 10:07 AM by Whisper from Wall Street

News Alert: YesDTC Holdings Inc. (YES...
Today 10:07 AM by OTC Picks

Thus algae are naturally attractive for biofuel production because they use And there are other advantages.

Algae is a logical choice since you can grow it in huge tanks, instead of hav

But the algae do need sunlight for photosynthesis, so the tanks cant be too project. The algae can be grown in flexible tubes, but that system cant be

We like BEHL as a core holding for all our members.

The move from .0078 to .026 is nothing in our opinion. BEHL could move li from .05 to $9.35.

It is time to buckle up on BEHL as more news flow hits the market, we exp

If you need more information on BEHL, please join us @ www.pennystock BEHL.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI

**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!

**Hot Stock Alert - EHSI**
Profit from Healthcare Explosion. Millionaires
Created Today
EmergingHealthcareSolutionsInc.com

**Top Penny Stock Alerts**
#1 Penny Stock Trading Newsletter. Huge Profits,
100% Free, Join Now!
WhisperFromWallStreet.com

**BP $100 Million Verdict**
BP Trial Attorney Only attorney with BP verdict
www.bxattorneys.com

**3 Stocks Set to Explode**
Get my 3 stock picks I believe could move up 200%
this week!
www.pennyinvest.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe
Penny Stock Picks

EXHIBIT
19

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibit A is a true, correct, and authentic copy of pages I printed from the www.pennystockchaser.com website on April 22, 2010.

4.      Attached as Exhibits B and C true, correct, and authentic copies of pages I printed from the www.pennystockchaser.com website on June 16, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.

Free Penny Stock Alerts, Penny Stocks, Pennystock newsletter, Best Penny Stocks          Page 4 of 6

 

 





Search keywords...          search

## BLEW saw gains of 209% since our alert, $7 million LOI is driving BLEW forward...

*April 21st, 2010*

BLEW saw gains of 209% since our alert, $7 million LOI is driving BLEW forward   BLEW closed @ 0.49 today, trading the day between 0.36 and 0.50.  This stock is gaining traction as people are getting in on this story.   PSC alerted members to BLEW on Friday when the day's low was @ 0.22.  Yesterday BLEW hit a high of 0.68.  Those following the stock were sitting on gains of 209% in just a few days. PSC is gonna go hard on BLEW as we are expecting the stock to trade near the $...
Continue Reading »

## AVOE, The stock has rocketed higher by 359% in just two days from our alert @ .0...

*April 21st, 2010*

AVOE, The stock has rocketed higher by 359% in just two days from our alert @ .07 to a .321 close today AVOE IS THE LATEST PSC SUPERSTAR STOCK. ON MONDAY AVOE WAS UP 121% AND TODAY IT WAS UP 107%. PSC is all over AVOE.  We alerted the stock yesterday @ .07 and the stock has moved higher by 359% to a .321 close today. The chart is in definite breakout mode. News is driving this stock price higher and we think there is more to come. There was news today @ the close of a new acq...
Continue Reading »

## BLEW, The shorts are on BLEW and when they cover it is going to be nuts...

*April 20th, 2010*



EXHIBIT
A

BLEW closed @ .48 on Monday.  The stock closed 33% higher than the .36 low.  PSC knows that BLEW has been heavily shorted by market makers.  This link shows that another 617,000 BLEW shares were sold short yesterday. http://regsho.finra.org/FORFshvol20100419.txt Since Friday, over 35% of the volume has been sold short on BLEW. THAT IS INCREDIBLE !! This short is creating an in built catalyst for a move higher. Everything sold short has to be bought back and when they buy thi...
Continue Reading »

# BLEW, THE SHORTS ARE PILING IT ON, WHEN THEY COVER THIS STOCK WILL SOAR...

BLEW, THE SHORTS ARE PILING IT ON, WHEN THEY COVER THIS STOCK WILL SOAR   *April 20th, 2010*
BLEW closed at .48 today on volume of nearly 2 million shares. Since our alert the stock has traded just about 4 million shares. From the low Friday of .22 the stock has climbed 118% to the .48 close. Intra day today the stock traded as low as .36 before snapping back 33% again to the .48 close.  What all this action tells us is that market makers are scrambling to buy shares in BLEW and they are trying to...
Continue Reading »

# AVOE, The stock was up 121% and it is going higher, These are just some of the r...

AVOE went crazy today and zoomed 121% from .07 to .155.  PSC was a buyer today on AVOE and we   *April 20th, 2010*
will continue to add tomorrow. PSC is looking for a short term target of .30 and a longer term (3 month) target of $1.00 or more. You can follow the action on AVOE on our twitter link. http://twitter.com/stockchaser Members were asking on our twitter link why we are buying AVOE and we thought we would throw some of the key reasons we are going to buy a big position in the stock. It...
Continue Reading »

# PSC got in the market today and started buying shares in AVOE...

PSC got in the market today and started buying shares in AVOE. The shares in AVOE started the day   *April 20th, 2010*
@ .07 and closed @ .155. AVOE's intraday chart shows that the buying was consistent all day. The yearly high on AVOE was $2.46.  You can clearly see that the upside pressure on the stock last year was heavy and it lasted for over 3 months. The company has the stated objective of buying proven reserves with exploration potential.  Their recent PR shows that they are deliveri...
Continue Reading »

# BLEW, NEWS, NEWS, NEWS – BLEW delivered a whopper last Friday – Investors ar...

BLEW crushed the DOW last Friday when the stock soared 68.8% as the DOW fell 125.91 points. This   *April 19th, 2010*
company has got it going on.  They released a PR on Friday about a deal to produce the title track on Dr.Dre`s latest album, DETOX. Dr.Dre (http://www.dr-dre.com/) is one of the biggest names in hip hop

Free Penny Stock Alerts, Penny Stocks, Pennystock newsletter, Best Penny Stocks        Page 6 of 6

and this news is going to put BLEW on the map and make BLEW shareholders a truck load of money. DR.DRE IS A LEGEND AND BLEW IS TIED DIRECTLY TO HIM. THIS IS GOING TO BE HUGE. DR.DRE AND...
Continue Reading »

# BLEW, This story is going viral, BLEW is on everyones lips, Monday morning is go...

*April 19th, 2010*

BLEW was alerted by PSC on Friday and the stock soared 68.8% to a .54 close. Our initial alert on BLEW came through our twitter link. http://twitter.com/stockchaser There are over 54,000 members on our twitter link and word about BLEW spread like wildfire and the stock zoomed higher. Just based on the feedback from our twitter members, BLEW is headed higher.  We are looking for a double or a triple and so are our members. timothyjohnlee @stockchaser Wow, thats huge! thanks for ...
Continue Reading »

# Blue Wave Group – BLEW.ob...

*April 17th, 2010*

Blue Wave Group is a full service multi-media digital distribution company focused on delivering premium designed musical products and unique musical experiences. Our focus is to build momentum around our brands that will have a globally appealing online presence. Blue Wave Group strives to maximize business opportunities by utilizing three key components- "The Spot" a digital distribution platform, "The Point" an MP3 player designed by world-renowned designer Franco Ladato and "HMG", a cutting ...
Continue Reading »
1 2 3 4 »Last »

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer

© 2010 PennyStockChaser.com. All rights reserved.

Case 1:10-cv-80748-JIC Document 4-3 Entered on FLSD Docket 07/02/2010 Page 89 of 110

PSC knows how to pick a winner! VIVK, BLEW, and AVOE are set to rake in the big bu...    Page 1 of 5



- home
- About Us
- Daily Newsletter
- Featured Profiles
- Chaser Report
- Past Winners
- Join Now
- Contact Us



FEA
PSC F



PAS
PSC TRACK RECORD UP TO DATE



PSC UP AND COMING STOCKS



INVESTING **101**
LEARN HOW TO INVEST LIKE A PRO



TRADING **CENTER**
RECOMMENDED BROKERS



PSC **LIVE HELP**
LIVE SUPPORT 9:30-4 PM EST DAILY



PSC **MOBILE**
BLACKBERRY & IPHONE DOWNLOAD



PSC **CONTEST**
JOIN OUR FREE CONTESTS



MEDIA **CENTER**
PSC SPONSORSHIPS



CONTACT **US**
ALL INQUIRIES HERE

Case 9:09-cv-80746-KLR Document 94-1 Entered on FLSD Docket 07/02/2010 Page 90 of 110

Search keywords...    **search**

# PSC knows how to pick a winner, VIVK, BLEW, and AVOE are set to rake in the big bucks next week

May 3rd, 2010
Posted in Daily Alerts | Tags: AVOE, BLEW, pennystockchaser.com, VIVK

**PSC knows how to pick a winner, VIVK, BLEW, and AVOE are set to rake in the big bucks next week**

VIVK, BLEW, and AVOE are where you want to be this week.  The stage is set to make big money.



VIVK was a monster on Friday when it gained **110.8% and it closed @ .171.**



Case 2:10-cv-80748-JIC Document 4-3 Entered on FLSD Docket 07/02/2010 Page 91 of 110

The action seem to foreshadow a spike on Monday and PSC is solidly behind the company waiting for news. The last PR from VIVK said that one of the divisions is going to do 20 million USD in revenue.

**Vivakor Expands Market for VivaThermic Technologies to Genetic and Stem Cell Reagent Consumables and Further Increases Revenue Outlook**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-z0190437-U%3aVIVK-20100430&symbol=VIVK&region=U



The best news on BLEW was late last week. The stock closed up **14% @ .399 on Friday and PSC thinks we are headed to $1.00. The chart clearly shows that BLEW is about to spike higher. The stock is up 81% since our initial alert since our initial alert @ .22.**



BLEW is fighting the shorts. Members need to be in BLEW to make serious dollars.

**Bluewave Group, Inc. Announces Plan to Fight the Active Shorting of the Company's Stock**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-i0613412-U%3aBLEW-20100428&symbol=BLEW&region=U



AVOE was up **257% in the last two weeks and closed @ .25.**  Members need to be in AVOE as the price of oil keeps climbing.  The bull market in oil is real and we think AVOE is going to react in a very positive manner and AVOE will go over $1.00.



**Avro Energy Continues Work Over Operations on Muslow and Caddo Levee Board Wells to Increase Production and Continues Negotiations on New Properties**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-z0190135-U%3aAVOE-20100428&symbol=AVOE&region=U

PSC thinks VIVK, BLEW, and AVOE  are triples  or more from this point.

Members need be in these stocks.

**DON'T SIT AND WATCH, GET IN ON THE ACTION.**

Please remember to do your due diligence on VIVK, BLEW, and AVOE.

Related posts:

1. PSC wants you to make money, We are looking for hard bounces in VIVK and BLEW
2. AVOE and BLEW – More profits and new profits

3. VIVK – PSC makes a Friday splash with our VIVK pick
4. BLEW and AVOE, Time to make some money, Let's trade and let the tail wag the dog
5. BLEW, This story is going viral, BLEW is on everyones lips, Monday morning is going to be amazing for BLEW

**Share and Enjoy:**


Comments are closed.

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer


© 2010 PennyStockChaser.com. All rights reserved.





Email

- home
- About Us
- Daily Newsletter
- Featured Profiles
- Chaser Report
- Past Winners
- Join Now
- Contact Us

 **FEATURED PROFILES**
PSC FEATURED COMPANIES

 **PLATINUM PICKS**
SHORT & LONG PICKS

 **PAST WINNERS**
PSC TRACK RECORD UP TO DATE

 **OUR WATCHLIST**
PSC UP AND COMING STOCKS

 **INVESTING 101**
LEARN HOW TO INVEST LIKE A PRO

 **TRADING CENTER**
RECOMMENDED BROKERS

 PSC **LIVE HELP**
LIVE SUPPORT 9:30-4 PM EST DAILY

 **PSC MOBILE**
BLACKBERRY & IPHONE DOWNLOAD

 PSC **CONTEST**
JOIN OUR FREE CONTESTS

 **MEDIA CENTER**
PSC SPONSORSHIPS

 **CONTACT US**
ALL INQUIRIES HERE

Search keywords...    **search**

# PSC wants you to make money, We are looking for hard bounces in VIVK and BLEW

May 4th, 2010
Posted in <u>Daily Alerts</u> | Tags: <u>BLEW</u>, <u>pennystockchaser.com</u>, <u>VIVK</u>

**PSC wants you to make money, We are looking for hard bounces in VIVK and BLEW**

**BUYING STOCKS BEFORE THEY BOUNCE CAN MAKE YOU QUICK TRADING PROFITS.**



VIVK (<u>http://www.vivakor.com/</u>) closed @ **.141 on Monday.  The stock is up 67% from the bottom
of .085** on Friday.  There was a pullback on VIVK yesterday and we think it represents a buying
opportunity.



PSC likes the news flow from the company and thinks the stock is geared up for a bounce from these levels. They announced a big deal as a distributor for VWR International LLC. (http://www.vwr.com/) which is a multi-billion player in laboratory supplies.

**Vivakor Receives Reseller Distribution Agreement From VWR International LLC, a Multi Billion Dollar Global Laboratory Supply and Distribution Company, for Its VivaThermic Vials**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-z0190678-U%3aVIVK-20100503&symbol=VIVK&region=U



BLEW closed @ **.30** on Monday. We think BLEW should be @ the least triple the stock price we are @ right now. PSC is still long a ton of stock and we are waiting for big news from the company.



BLEW has got a string of huge initiatives and they keep steady news coming which is always a plus for a public company. Their last PR is about a deal with Oscar De La Hoya's Golden Boy Production. This is huge.

**Bluewave Group, Inc. Is Sponsoring Showtime Sports Series, "Shobox"**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-i0614348-U%3aBLEW-20100430&symbol=BLEW&region=U

**We think members can make some big bucks here by buying stocks for a bounce.**

Please remember to do your due diligence on VIVK and BLEW.

Related posts:

1. PSC knows how to pick a winner, VIVK, BLEW, and AVOE are set to rake in the big bucks next week
2. VIVK – PSC makes a Friday splash with our VIVK pick
3. BLEW, The shorts are on BLEW and when they cover it is going to be nuts
4. BLEW and AVOE, Time to make some money, Let's trade and let the tail wag the dog
5. BLEW, This story is going viral, BLEW is on everyones lips, Monday morning is going to be amazing for BLEW

**Share and Enjoy:**


Comments are closed.

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer


© 2010 PennyStockChaser.com. All rights reserved.



## <u>DECLARATION OF MICHAEL RIEDLINGER</u>

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibit A is a true, correct, and authentic copy of pages I printed from the www.pennystockchaser.com website on April 22, 2010.

4.      Attached as Exhibits B through D are true, correct, and authentic copies of pages I printed from the www.pennystockchaser.com website on June 16, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

_____
Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.

Free Penny Stock Alerts, Penny Stocks, Pennystock newsletter, Best Penny Stocks                 Page 4 of 6

 

 

 



## BLEW saw gains of 209% since our alert, $7 million LOI is driving BLEW forward...

*April 21st, 2010*

BLEW saw gains of 209% since our alert, $7 million LOI is driving BLEW forward  BLEW closed @ 0.49 today, trading the day between 0.36 and 0.50.  This stock is gaining traction as people are getting in on this story.   PSC alerted members to BLEW on Friday when the day's low was @ 0.22.  Yesterday BLEW hit a high of 0.68.  Those following the stock were sitting on gains of 209% in just a few days. PSC is gonna go hard on BLEW as we are expecting the stock to trade near the $...
Continue Reading »

## AVOE, The stock has rocketed higher by 359% in just two days from our alert @ .0...

*April 21st, 2010*

AVOE, The stock has rocketed higher by 359% in just two days from our alert @ .07 to a .321 close today AVOE IS THE LATEST PSC SUPERSTAR STOCK. ON MONDAY AVOE WAS UP 121% AND TODAY IT WAS UP 107%. PSC is all over AVOE.  We alerted the stock yesterday @ .07 and the stock has moved higher by 359% to a .321 close today. The chart is in definite breakout mode. News is driving this stock price higher and we think there is more to come. There was news today @ the close of a new acq...
Continue Reading »

## BLEW, The shorts are on BLEW and when they cover it is going to be nuts...

*April 20th, 2010*

http://pennystockchaser.com/                                            4/22/2010

BLEW closed @ .48 on Monday. The stock closed 33% higher than the .36 low. PSC knows that BLEW has been heavily shorted by market makers. This link shows that another 617,000 BLEW shares were sold short yesterday. http://regsho.finra.org/FORFshvol20100419.txt Since Friday, over 35% of the volume has been sold short on BLEW. THAT IS INCREDIBLE !! This short is creating an in built catalyst for a move higher. Everything sold short has to be bought back and when they buy thi...
Continue Reading »

# BLEW, THE SHORTS ARE PILING IT ON, WHEN THEY COVER THIS STOCK WILL SOAR...

BLEW, THE SHORTS ARE PILING IT ON, WHEN THEY COVER THIS STOCK WILL SOAR          *April 20th, 2010*
BLEW closed at .48 today on volume of nearly 2 million shares. Since our alert the stock has traded just about 4 million shares. From the low Friday of .22 the stock has climbed 118% to the .48 close. Intra day today the stock traded as low as .36 before snapping back 33% again to the .48 close. What all this action tells us is that market makers are scrambling to buy shares in BLEW and they are trying to...
Continue Reading »

# AVOE, The stock was up 121% and it is going higher, These are just some of the r...

AVOE went crazy today and zoomed 121% from .07 to .155. PSC was a buyer today on AVOE and we          *April 20th, 2010*
will continue to add tomorrow. PSC is looking for a short term target of .30 and a longer term (3 month) target of $1.00 or more. You can follow the action on AVOE on our twitter link. http://twitter.com/stockchaser Members were asking on our twitter link why we are buying AVOE and we thought we would throw some of the key reasons we are going to buy a big position in the stock. It...
Continue Reading »

# PSC got in the market today and started buying shares in AVOE...

PSC got in the market today and started buying shares in AVOE. The shares in AVOE started the day          *April 20th, 2010*
@ .07 and closed @ .155. AVOE's intraday chart shows that the buying was consistent all day. The yearly high on AVOE was $2.46. You can clearly see that the upside pressure on the stock last year was heavy and it lasted for over 3 months. The company has the stated objective of buying proven reserves with exploration potential. Their recent PR shows that they are deliveri...
Continue Reading »

# BLEW, NEWS, NEWS, NEWS – BLEW delivered a whopper last Friday – Investors ar...

BLEW crushed the DOW last Friday when the stock soared 68.8% as the DOW fell 125.91 points. This          *April 19th, 2010*
company has got it going on. They released a PR on Friday about a deal to produce the title track on Dr.Dre's latest album, DETOX. Dr.Dre (http://www.dr-dre.com/) is one of the biggest names in hip hop

Free Penny Stock Alerts, Penny Stocks, Pennystock newsletter, Best Penny Stocks          Page 6 of 6

and this news is going to put BLEW on the map and make BLEW shareholders a truck load of money. DR.DRE IS A LEGEND AND BLEW IS TIED DIRECTLY TO HIM. THIS IS GOING TO BE HUGE. DR.DRE AND...
Continue Reading »

## BLEW, This story is going viral, BLEW is on everyones lips, Monday morning is go...

*April 19th, 2010*

BLEW was alerted by PSC on Friday and the stock soared 68.8% to a .54 close. Our initial alert on BLEW came through our twitter link. http://twitter.com/stockchaser There are over 54,000 members on our twitter link and word about BLEW spread like wildfire and the stock zoomed higher. Just based on the feedback from our twitter members, BLEW is headed higher.  We are looking for a double or a triple and so are our members. timothyjohnlee @stockchaser Wow, thats huge! thanks for ...
Continue Reading »

## Blue Wave Group – BLEW.ob...

*April 17th, 2010*

Blue Wave Group is a full service multi-media digital distribution company focused on delivering premium designed musical products and unique musical experiences. Our focus is to build momentum around our brands that will have a globally appealing online presence. Blue Wave Group strives to maximize business opportunities by utilizing three key components- "The Spot" a digital distribution platform, "The Point" an MP3 player designed by world-renowned designer Franco Ladato and "HMG", a cutting ...
Continue Reading »
1 2 3 4 »Last »

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer

© 2010 PennyStockChaser.com. All rights reserved.



EXHIBIT B

- home
- About Us
- Daily Newsletter
- Featured Profiles
- Chaser Report
- Past Winners
- Join Now
- Contact Us



FEA
PSC F



PAS
PSC TRACK RECORD UP TO DATE



PSC UP AND COMING STOCKS



INVESTING **101**
LEARN HOW TO INVEST LIKE A PRO



TRADING **CENTER**
RECOMMENDED BROKERS



PSC **LIVE HELP**
LIVE SUPPORT 9:30-4 PM EST DAILY



PSC **MOBILE**
BLACKBERRY & IPHONE DOWNLOAD



PSC **CONTEST**
JOIN OUR FREE CONTESTS



MEDIA **CENTER**
PSC SPONSORSHIPS



CONTACT **US**
ALL INQUIRIES HERE

Search keywords...    **search**

# PSC knows how to pick a winner, VIVK, BLEW, and AVOE are set to rake in the big bucks next week

May 3rd, 2010
Posted in Daily Alerts | Tags: AVOE, BLEW, pennystockchaser.com, VIVK

**PSC knows how to pick a winner, VIVK, BLEW, and AVOE are set to rake in the big bucks next week**

VIVK, BLEW, and AVOE are where you want to be this week.  The stage is set to make big money.



VIVK was a monster on Friday when it gained **110.8% and it closed @ .171.**



The action seem to foreshadow a spike on Monday and PSC is solidly behind the company waiting for news.  The last PR from VIVK said that one of the divisions is going to do 20 million USD in revenue.

**Vivakor Expands Market for VivaThermic Technologies to Genetic and Stem Cell Reagent Consumables and Further Increases Revenue Outlook**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-z0190437-U%3aVIVK-20100430&symbol=VIVK&region=U



The best news on BLEW was late last week.  The stock closed up **14% @ .399 on Friday and PSC thinks we are headed to $1.00. The chart clearly shows that BLEW is about to spike higher. The stock is up 81%** since our initial alert since our initial alert @ .22.



BLEW is fighting the shorts.  Members need to be in BLEW to make serious dollars.

**Bluewave Group, Inc. Announces Plan to Fight the Active Shorting of the Company's Stock**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-i0613412-U%3aBLEW-20100428&symbol=BLEW&region=U



AVOE was up **257% in the last two weeks and closed @ .25.**  Members need to be in AVOE as the
price of oil keeps climbing.  The bull market in oil is real and we think AVOE is going to react in a very
positive manner and AVOE will go over $1.00.



**Avro Energy Continues Work Over Operations on Muslow and Caddo Levee Board Wells to
Increase Production and Continues Negotiations on New Properties**

http://www.stockwatch.com/newsit/newsit_newsit.aspx?bid=U-z0190135-U%3aAVOE-
20100428&symbol=AVOE&region=U

PSC thinks VIVK, BLEW, and AVOE  are triples  or more from this point.

Members need be in these stocks.

## DON'T SIT AND WATCH, GET IN ON THE ACTION.

Please remember to do your due diligence on VIVK, BLEW, and AVOE.

Related posts:

1.  PSC wants you to make money, We are looking for hard bounces in VIVK and BLEW
2.  AVOE and BLEW – More profits and new profits

3. <u>VIVK – PSC makes a Friday splash with our VIVK pick</u>
4. <u>BLEW and AVOE, Time to make some money, Let's trade and let the tail wag the dog</u>
5. <u>BLEW, This story is going viral, BLEW is on everyones lips, Monday morning is going to be</u>
   <u>amazing for BLEW</u>

**Share and Enjoy:**

Comments are closed.

- <u>home</u>
- <u>Safe Sender Instructions</u>
- <u>Daily Newsletter</u>
- <u>Featured Profiles</u>
- <u>Past Winners</u>
- <u>Contact Us</u>
- <u>Platinum Picks</u>
- <u>Our Watchlist</u>
- <u>Investing 101</u>
- <u>PSC Mobile</u>
- <u>PSC Contest</u>
- <u>Disclaimer</u>

© 2010 PennyStockChaser.com. All rights reserved.



- home
- About Us
- Daily Newsletter
- Featured Profiles
- Chaser Report
- Past Winners
- Join Now
- Contact Us

About the ArkLaTex Oil-Producing RegionThe ArkLaTex is a U.S. socio-economic region where Arkansas, Louisiana, Texas, and Oklahoma intersect. The region is centered on the Shreveport/Bossier metropolitan area in Northwest Louisiana. The region's history is heavily linked with the oil industry. The geology associated with the deposition of sediments from the Mississippi River, in particular, makes this area an abundant source for the oil and gas industries, which leads to the high levels of oil production within the region.

About Avro Energy, Inc.Avro Energy, Inc. is an independent energy company engaged in the acquisition, exploration and development of oil and natural gas properties, and providing oilfield services, primarily in the ArkLaTex region of North America. Avro's objective is to seek out and develop opportunities in the oil and natural gas sectors that represent low risk opportunities for the Company and its shareholders. In addition, Avro aims to seek larger projects that can be developed and produced with Joint Venture partners, with the eventual goal of becoming a junior oil and gas company.

More information about the Company is available at its corporate website at http://www.avroenergy.com. Alternatively, shareholders can call the Company directly at 318-734-4737 or send an email to info@avroenergy.com.

CONTACT: Avro Energy, Inc.
Donny Fitzgerald, Director
Louisiana number: 318-734-4737
info@avroenergy.com
www.avroenergy.com

AVOE has been a strong player on the chart. The resistance sits @ 0.35. Once AVOE moves past the resistance we should be seeing volume and news push the stock to the 0.50 range.

Members should look at the O&G play because the potential here is huge. Oil is the black gold.

Please remember to do your due diligence on AVOE.

Related posts:

1. AVOE and WMTM – Past performance should foretell what is going to happen to AVOE
2. AVOE, PSC just keeps nibbling, We bought 50,000 more shares AVOE today and we are up 228.57% since mid April – Looking for $1.00
3. AVOE, PLEASE BUY SOME STOCK AND STASH IT AWAY, AVOE could be a huge winner at these levels
4. AVOE, The stock is inching up and we are expecting a breakout, AVOE IS GETTING READY TO MAKE YOU BIG BUCKS
5. AVOE, The stock was up 121% and it is going higher, These are just some of the reason why members should be buying AVOE.

**Share and Enjoy:**

Comments are closed.

- home
- Safe Sender Instructions
- Daily Newsletter

aims to seek larger projects that can be developed and produced with Joint Venture partners, with the eventual goal of becoming a junior oil and gas company.

More information about the Company is available at its corporate website at http://www.avroenergy.com. Alternatively, shareholders can call the Company directly at 318-734-4737 or send an email to info@avroenergy.com.

CONTACT: Avro Energy, Inc.

 Donny Fitzgerald, Director
 Louisiana Number: 318-734-4737
 info@avroenergy.com
 www.avroenergy.com
Please remember to do your due diligence on AVOE.



Related posts:

1. AVOE rallied over 93% in May as June kicks peak season for oil demand into high gear
2. AVOE and WMTM – Past performance should foretell what is going to happen to AVOE
3. AVOE, All members need to own some oil stocks, Oil could move to $300 per barrel and when it does you will happy you bought AVOE
4. PSC got in the market today and started buying shares in AVOE
5. AVOE, PSC was a buyer on Friday and the stock jumped 47.1% and closed @ .25, We are looking for a move past .35 and then to $1.00

**Share and Enjoy:**

Comments are closed.

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks

- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer

© 2010 PennyStockChaser.com. All rights reserved.