## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibits A through C are true, correct, and authentic copies of pages I printed from the www.pennystockchaser.com website on January 5, 2010.

4.      Attached as Exhibit D is a true, correct, and authentic copy of a page I printed from the www.pennystockchaser.com website on June 15, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

_____
Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ...  Page 1 of 12

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us





- Articles
- Contest
- Daily Alerts
- Featured Profiles
- Past Winners
- Safe Sender Instructions
- Weekly Alerts

SUBSCRIBE NOW to get our

Email [_____]  Submit

*Categorized* | **Weekly Alerts**

# AWSL closed at $2.10 yesterday and it is poised to go into break out mode

**Posted on 14 October 2009**
**Tags: AWSL, pennystockchaser.com**



**AWSL closed at $2.10 yesterday and it is poised to go into break out mode, THIS PICK IS HEADED TO $10.00**

AWSL closed up **17%** yesterday @ **$2.00**.  Volume was strong @ **200,087 shares** and momentum on the stock is improving every day.  Volume was **577%** than the 10 day average on Tuesday.

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 2 of 12



www.stockta.com  is pegging **AWSL** as very bullish. Once we break **$2.10** on the stock, **AWSL** could double and then move to $10.00



AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 3 of 12

The company put out strong news yesterday and we anticipate more news which will continue to drive the stock higher.

**Atlantic Wind & Solar Inc. Accelerates Process to Achieve Stock Listing Status Upgrade**

2009-10-13 16:39 ET - News Release

MIAMI, FL — (MARKET WIRE) — 10/13/09

Atlantic Wind & Solar Inc. (PINKSHEETS: AWSL) is pleased to announce that it has retained SEC auditor Sam Kan & Company to move AWSL forward towards achieving a listing status upgrade whereby the Company can elevate its share listing to a larger, higher profile stock exchange. Management has chosen to upgrade its listing status in light of significant corporate progress in the Renewable Energy (RE) industry in recent months, including a key acquisition, as well as joint ventures and a strategic alliance that enhance the near term outlook for Atlantic Wind & Solar's business, especially the launching of its promising rooftop solar business in RE-friendly Ontario.

Sam Kan, CPA

Sam Kan & Company Certified Public Accountant

1151 Harbor Bay Pkwy., Suite 101

Alameda, CA 94502

http://www.skancpa.com

**The Rooftop Opportunity**

Countless rooftops across Ontario are well positioned to avail themselves of the wealth of solar power via PV solar array electricity generating systems such as Atlantic Wind & Solar's advanced Micro Energy Park rooftop solar systems. The Ontario Government's newly introduced Green Energy Act with its lucrative Feed-in-Tariff program strongly supports the rapid introduction and growth of rooftop solar energy projects across the province. Through widespread media coverage, society is becoming increasingly appreciative of the fact that Clean Renewable Energy is economic, unlimited and environmentally friendly. AWSL is poised to achieve significant progress in this exciting business in the months ahead. Recently, Atlantic Wind & Solar Inc. and leading Real Estate and Property Management Company Cushman & Wakefield Ltd. formed a strategic alliance aimed at securing rooftop leases in Ontario for AWSL's photovoltaic (PV) renewable energy systems.

**Distinct Advantages of AWSL's Micro Energy Park Rooftop Solar Systems**

The Company's Rooftop Solar Division will apply superior technology to maximize power generation and profits under the new Ontario FIT incentives for expanding Renewable Energy use. It will use and exclusively benefit from the technological advancements, close strategic corporate relationships, and IP technology licenses offered and afforded by associate Hybridyne Power Systems Canada Inc. With its high-efficiency converter/inverter (CIT) technology and other leading edge technologies, Atlantic will build the most efficient Solar Photovoltaic (PV) electricity generation facilities designed for rooftops.

**About Atlantic Wind & Solar Inc.:**

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 4 of 12

Through focused management, strong R&D, state-of-the-art proprietary technology, exclusive licenses, and joint ventures, Atlantic Wind & Solar Inc. is poised for rapid growth at the forefront of the massive global shift towards environmentally friendly, economical renewable energy. The Company is positioned to achieve significant inroads into key sectors of the annual $200 billion renewable energy boom that is accelerating across North America and around the world.

For more information and/or to subscribe for regular news updates from Atlantic Wind & Solar, visit: www.atlanticwindandsolar.com

Investor Relations Contact:
Geneva Bancorp.
Mr. Brent O'Connor
+1 647 343-2549
Email: Email Contact

This up listing news is a signal to the market and it should be the spark for institutional buyers to come into **AWSL**.

Please remember to do your due diligence on **AWSL**.

+ Share / Bookmark

Related posts:

1. AWSL ON TOP OF MOUNT OF PROFIT AWSL is making loads of cash for members who are in the game AWSL ON TOP OF MOUNT OF PROFIT AWSL is...
2. AWSL, The climb is just beginning, THIS STOCK COULD MOVE 100% OR MORE AWSL, The climb is just beginning, THIS STOCK COULD...
3. AWSL, The company is ticking along like a Swiss watch, THIS COULD BE THE PRELUDE TO EVEN BIGGER ANNOUNCEMENTS AWSL, The company is ticking along like a Swiss...
4. AWSL, BARGAIN, BARGAIN, BARGAIN, The last time AWSL was at $1.45 it moved to $2.10 AWSL, BARGAIN, BARGAIN, BARGAIN, The last time AWSL was...
5. AWSL - THE GIFT THAT KEEPS ON GIVING, Big news out at the close AWSL - THE GIFT THAT KEEPS ON GIVING, Big...

Related posts brought to you by Yet Another Related Posts Plugin.

« IMSU is up 145% since our initial alert, The company is in a $150 Billion market, IMSU is going higher
KNDR, BIG NEWS LAST NIGHT, KNDR is cracking the market in one of the biggest green states in the union »

Comments are closed.

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 5 of 12



  



- Featured Profiles
- Comments
- Tags
- RSS Feeds

- CINNABAR VENTURES - CNBR.ob
- Vega Biofuels - VGPR.pk
- Beverage Plus - CLNP.pk
- REGISTERED EXPRESS - RGTX.pk
- LEGACY WINE & SPIRITS
  INTERNATIONAL LTD. - LWSP.ob
- MSE Enviro-Tech Corp - MEVT.pk
- PulmoBioTech Inc - PLMO.ob
- Turbine Truck Engines, Inc. -
  TTEG.OB
- dvansciver: i would just like to say you
  guys are on the MONEY...

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 6 of 12

- khanw3: Question for Admin. Even though today news came ou...
- Rancher5: I'm new to this but the fundamentals are sound, P...
- delmarabu: Europe drives on $6-7 per gallon we are still luck...
- delmarabu: Don't bother with IDTA one thing you will have - l...

Allana Resources Inc Atlantic Wind and Solar atlanticwindandsolar.com AVOE AWSL BEHL bio centric energy biocentricenergy.com BLVI BOCL BRYN CNBR England EXP Frankfurt Frankfurt Stock Exchange Gain Germany growth HRRN HSCO IFUS innovative technology interactive media KNDR London London stock exchange Metro One Development Inc MHYS MTRO navstarinc.com NavStar Technologies NVSR OPSY pennystockchaser

pennystockchaser.com pennystocks potash PSC RGTX Trading Barter Corp TTEG UK volume WDAS

- ## Stay up to date



- Subscribe to the RSS Feed
- Subscribe to the feed via email

# Subscribe to SMS Daily Stocks

First Name

Last Name

Your Mobile Number

Your Mobile Carrier

Choose Your Carrier ▾

By confirming my cell number, I agree that I am responsible for all of my carrier text messaging charges.

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 7 of 12

I Agree

Resend Code

Unsubscribe

# WatchList



CNBR.OB    3.30    9.59%

BOCL.OB    0.15    +6.94%

CSRFF.PK    2.26    3.41%

HSCO.PK    1.03    6.36%

PMAH.PK    0.19    24.00%

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 8 of 12



HRAL.PK     0.06     +0.00%

UTRM.PK     0.03     +0.00%

CLNP.PK     0.13     7.14%

VGPR.PK     0.01     +0.00%

BRYN.PK     0.27     13.11%

PLMO.OB     0.11     +0.00%

DOLV.OB     0.83     +0.00%

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FREE ... Page 9 of 12



AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FRE...   Page 10 of 12



| | |
|---|---|
| MRIB.OB | 0.02 |
| | +0.00% |
| IMSU.OB | 0.23 |
| | +0.00% |
| EGOH.OB | 0.09 |
| | +28.53% |
| TTEG.OB | 0.37 |
| | 2.63% |
| AVOE.OB | 0.17 |
| | +0.00% |
| MTRO.PK | 0.02 |
| | +0.00% |
| IFUS.PK | 0.02 |
| | +0.00% |
| ZENG.PK | 0.01 |

AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FRE...   Page 11 of 12



AWSL closed at $2.10 yesterday and it is poised to go into break out mode | Daily FRE...   Page 12 of 12



| | |
|---|---|
| MMRF.OB | 0.10 |
| | +0.00% |
| EGM.V | 0.07 |
| | +16.67% |
| SRSR.PK | 0.05 |
| | +0.00% |
| DUTV.PK | 0.01 |
| | +0.00% |

2010-01-05 15:49

# Friends

- AllPennyStocks.com
- College Stock
- Investing Stock Market
- OTC Journal
- Penny Stocker
- Perfect PennyStocks
- Small Cap Network
- Super Stock Plays
- SureFire Penny Stocks

© 2009 Daily FREE Stock Alerts. Penny Stock Chaser - Hot Daily Stock Alerts Jim Cramer Style

| Enter your search keywo | Search ○ |

AWSL ON TOP OF MOUNT OF PROFIT AWSL is making loads of cash for members ...  Page 1 of 13

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us



**PENNYSTOCK**CHASER

- Articles
- Contest
- Daily Alerts
- Featured Profiles
- Past Winners
- Safe Sender Instructions
- Weekly Alerts

SUBSCRIBE NOW to get our

Email [ ]  Submit

*Categorized* | **Weekly Alerts**

# AWSL ON TOP OF MOUNT OF PROFIT AWSL is making loads of cash for members who are in the game

**Posted on 21 October 2009**
**Tags: AWSL, pennystockchaser.com**



**ATLANTIC**
WIND & SOLAR INC

**AWSL ON TOP OF MOUNT OF PROFIT AWSL is making loads of cash for members who are in the game, NEW 52 WEEK HIGH TODAY**

AWSL continued the steady climb higher today.  The stock was up another 14.2% today and closed at a **52 week high of $3.70.** We alerted this stock this **summer @ .84** and we have seen massive gains so far as the stock has hit **new highs for three days in a row.**

AWSL ON TOP OF MOUNT OF PROFIT AWSL is making loads of cash for members ...  Page 2 of 13



**PSC SPOKE TO THE COMPANY TODAY AND THEY TELL US THAT MEMBERS SHOULD BUCKLE IN.  BIG NEWS IS COMING AT THE CLOSE OF THIS WEEK.**

Freecharts.com loves the action on AWSL.  They are calling the stock a **100% buy on a short, medium and long term basis.**

AWSL, The company is ticking along like a Swiss watch, THIS COULD BE THE PREL... Page 1 of 12

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us





- Articles
- Contest
- Daily Alerts
- Featured Profiles
- Past Winners
- Safe Sender Instructions
- Weekly Alerts

SUBSCRIBE NOW to get our

Email [_____] [Submit]

*Categorized* | **Weekly Alerts**

## AWSL, The company is ticking along like a Swiss watch, THIS COULD BE THE PRELUDE TO EVEN BIGGER ANNOUNCEMENTS

**Posted on 02 December 2009**
Tags: AWSL, pennystockchaser.com



**AWSL, The company is ticking along like a Swiss watch, THIS COULD BE THE PRELUDE TO EVEN BIGGER ANNOUNCEMENTS**

AWSL closed @ **$3.51.** The stock is up a massive **317.86%** since our initial alert of **.84** two months ago.

AWSL, The company is ticking along like a Swiss watch, THIS COULD BE THE PREL... Page 2 of 12



AWSL has moved higher on the back of LOIs for their products and services. Today's announcement is a clear example of the company's ability to fatten up the top line.

### 2010 COULD BE THE YEAR FOR AWSL. A MOVE PAST $10 (PRE-SPLIT) ON NEWS COULD BE JUST AROUND THE CORNER.

If they deliver a string of deals, AWSL could catch the shorts and cause the stock to spike.

Members need to re-read today's news.

### Atlantic Wind and Solar's Ontario Divisions Receive Additional LOIs Regarding Rooftop Solar Parks

2009-12-01 16:08 ET - News Release

TORONTO — (MARKET WIRE) — 12/01/09

Atlantic Wind and Solar Inc. (PINKSHEETS: AWSL) is pleased to report the signing of two Letters of Interest (LOI) encompassing the following rooftop solar projects:

– An LOI signed by AWSL and a pharmaceutical manufacturing company

covering the prospective sales and installation of two (2) 250 kW rooftop

solar systems located in a suburb east of Toronto. These discussions are

entered into with the express purpose of investigating and exploring the

feasibility both technologically and financially of a custom designed

Renewable Energy Power System which is intended by design to ultimately
allow us to sell energy to the Ontario power grid, through the Ontario
Power Authority's Feed-In-Tariff (FIT) program for our facility. The
project has a potential business transaction value of approximately $6
million. These two systems will be owned and operated by the building
owner.

-- A leading Ontario commercial real estate developer and AWSL have
signed an LOI for five (5) 250 kW rooftop solar projects in various Ontario
locations representing a business transaction value exceeding $12 million.
These five systems will also be owned and operated by the building owner.
As well, this large real estate developer is considering several additional
properties for "rooftop leased premises" whereby AWSL will fund, construct,
operate and retain ownership of the solar systems, thereby enjoying an
estimated net revenue stream potentially in excess of $5 million in the
first twenty years of operation based on the FIT program revenues for each
project under consideration.

These LOIs cover new projects totaling some $18 million in potential revenues. When added to
previously announced LOIs, the aggregate potential revenues from rooftop solar projects for which
AWSL and its Canadian operating divisions, 100% owned Atlantic Solar Inc., and 47.5% owned
Hybridyne Power Systems Canada Inc., have now received Purchase Orders (1) or signed LOIs (5)
amount to approximately $27 million.

**About Atlantic Wind and Solar Inc:**

Through focused management, strong R&D, state-of-the-art proprietary technology, exclusive licenses
and joint ventures, Atlantic Wind & Solar Inc. is poised for rapid growth at the forefront of the massive
global shift towards environmentally friendly, economical Renewable Energy. The Company is working
with parties in the Real Estate and Property Management sectors in Ontario to secure rooftop leases
suitable for AWSL's photovoltaic (PV) renewable energy systems.

Since the Ontario Government's paradigm-changing Green Energy Act with its lucrative Feed-In-Tariff
program was introduced, Atlantic Wind and Solar has received several Letters of Intent/Interest
regarding deployment of its Micro Energy Park Rooftop Solar Systems in Ontario as the province-wide
interest in rooftop solar systems has rapidly moved to a new level. Discussions are currently underway

AWSL, The company is ticking along like a Swiss watch, THIS COULD BE THE PREL... Page 4 of 12

with various parties regarding additional rooftop solar projects.

**Sales and Marketing Contacts**

For companies wishing to make Renewable Energy sales enquiries, please call +1 800 891 1657 ext.
230. Property owners and managers with unobstructed commercial rooftops of 30,000 s/f or bigger in
the province of Ontario, Canada, and for which they are interested in possibly leasing to AWSL, are
invited to call Mr. Geoff Moffat, Cushman & Wakefield Ltd. at 416-359-2534.

For further corporate information and/or to subscribe for regular news updates from Atlantic Wind &
Solar, please visit: www.atlanticwindandsolar.com

Investor Relations Contact:
Geneva Bancorp.
Mr. Brent O'Connor
+1 647 343-2549
Email: Email Contact

+ Share / Bookmark

Related posts:

1. AWSL, The climb is just beginning, THIS STOCK COULD MOVE 100% OR MORE AWSL, The
   climb is just beginning, THIS STOCK COULD...
2. AWSL closed at $2.10 yesterday and it is poised to go into break out mode AWSL closed at $2.10
   yesterday and it is poised...
3. AWSL ON TOP OF MOUNT OF PROFIT AWSL is making loads of cash for members who are
   in the game AWSL ON TOP OF MOUNT OF PROFIT AWSL is...
4. AWSL, BARGAIN, BARGAIN, BARGAIN, The last time AWSL was at $1.45 it moved to $2.10
   AWSL, BARGAIN, BARGAIN, BARGAIN, The last time AWSL was...
5. AWSL – News out this morning – The stock is up 13% to $1.70 AWSL – News out this morning – The
   stock...

Related posts brought to you by Yet Another Related Posts Plugin.

« PGCX, UTRM and BRYN - our triple play has been tricky so far but members are still making money
PGCX, The last PR from PGCX has them entering a $600 million market, THE COMPANY COULD
BE THE NEXT CYAN OR HLF »

Comments are closed.



# CSRFF, AWSL, CNBR, HSCO – SUPER HARD NEWS ON ALL THESE PICKS IS MAKING MONEY FOR MEMBERS

January 5th, 2010
Posted in Daily Alerts, Weekly Alerts | Tags: pennystockchaser.com

## CSRFF, AWSL, CNBR, HSCO – SUPER HARD NEWS ON ALL THESE PICKS IS MAKING MONEY FOR MEMBERS – More to come

The street loves PSC and we love them back. **We have brought some seriously high octane stock picks to our members and it looks like the world is catching on.** All these companies are putting out solid news which is going to make them all shine. **You cannot own too much of a good thing.**

CSRFF, AWSL, CNBR, and HSCO all have had monster news recently which is going to make them super hot stocks in 2010. **We like all four for moves of 300% to 500%.**

## THE ONLY ADVICE WE HAVE IS TO BUY BEFORE THE CROWDS.

We told you to buy these stocks last year and you made money. We are telling you now to keep buying.



CSRFF (http://www.canadianshieldresources.com/s/Home.asp) has been a super star pick for PSC since last March. The stock also trades on the TSXv (www.tsx.ca). We first alerted at .30 CDN in March and it closed today at an **all time of $2.43 CDN.** When we get drill results from CRSFF (EXP) the stock could go nuts.

**EXHIBIT**
**21**

## <u>DECLARATION OF MICHAEL RIEDLINGER</u>

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed by the U.S. Securities and Exchange Commission as Senior Counsel.  My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibits A through C are true, correct, and authentic copies of pages I printed from the www.pennystockchaser.com website on January 5, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.

MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .5... Page 1 of 12

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us





- Articles
- Contest
- Daily Alerts
- Featured Profiles
- Past Winners
- Safe Sender Instructions
- Weekly Alerts

SUBSCRIBE NOW to get our

Email [ ]  Submit

*Categorized* | **Weekly Alerts**

# MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .50 for a move of 400% to 900%

**Posted on 22 October 2009**
**Tags: MEVT, pennystockchaser.com**



**MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .50 for a move of 400% to 900%**

MEVT is on watch @ .50.  The stock jumped **35%** today on huge volume.

**MEVT HAD AN INITIAL BREAKOUT TODAY AND WE THINK THE MOVE HIGHER IS UNDERWAY.**

MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .5... Page 2 of 12



This company was introduced to us by the same guys who brought us **AWSL**.



ATLANTIC
WIND & SOLAR INC

AWSL made members over **400%** if they acted on our initial alert of **.84. AWSL** closed @ **$4.70** today which was up another **24.3%. AWSL** has closed up on eight consecutive days. This shows you that there is no dilution in **AWSL**. These guys have built real value for shareholders and delivered massive gains for members who got a position early.

MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .5... Page 3 of 12



**WE ARE LOOKING FOR $10.00 ON THE AWSL STOCK PRICE. AWSL IS STILL THE KING BUT MEVT IS THE CROWN PRINCE.**

The chart on **AWSL** is a beautiful thing and we think **MEVT** will be an instant replay. The team @ **MEVT** tells us that the company has steady news flow pending. These guys are getting ready to deliver value to **MEVT** and we want our members to get in now and make the most possible profit.

We think **MEVT** will move **400% to 900%**. Our long term target is **$5.00**.

**GET IN THE GAME ON MEVT AND GET SOME STOCK EARLY.**

Please remember to do your due diligence on MEVT and AWSL.

For more information on MEVT or AWSL, please join us.

[ + Share / Bookmark ]

Related posts:

1. AVOE and MEVT BUY THESE WINNERS AND GET READY TO PROFIT Both these stocks could move 400% AVOE made a gigantic leap higher yesterday and move...
2. MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into MEVT and we really like what we see MEVT The stock went crazy today and closed up...
3. MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEVT MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT...
4. MEVT, PLMO and WDAS, These Morning Updates Are a Must Read For Another Big Day Today MEVT, PLMO and WDAS, These Morning Updates Are a Must...
5. WDAS, BUY LOW AND SELL HIGH, Now is the time to load the boat on WDAS WDAS, BUY LOW AND SELL HIGH, Now is the...

MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEV... Page 1 of 12

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us



## PENNYSTOCKCHASER

- Articles
- Contest
- Daily Alerts
- Featured Profiles
- Past Winners
- Safe Sender Instructions
- Weekly Alerts

SUBSCRIBE NOW to get our

Email [                    ] [ Submit ]

*Categorized* | **Weekly Alerts**

# MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEVT

**Posted on 22 October 2009**
**Tags: MEVT, pennystockchaser.com**

**MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEVT, This pick could go nuts and make everyone big money**



MSE Enviro-Tech Corp

MEVT is on watch @ **.50** today.  The same team that brought us **AWSL @ .84** is now bringing us **MEVT @ .50**.  We have seen the **MEVT** product demo and we like the stock for a move higher to the **$2.00** plus level for starters.   In the next two months we could see a much higher stock price than **$2.00**.

The stock really perked up today as volume zoomed to **542,200 shares** and the stock price shot up **35.1%** and closed @ **.50**. The volume today was up **499%** from the ten day average.

MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEV... Page 2 of 12



☐ The investment bankers behind **MEVT** also brought us **AWSL**. Members who followed our initial alert on **AWSL** have seen their investment rise from **.84** to a close of **$4.70**. AWSL has made members a fortune and we are sure **MEVT** will do the same. Check out this chart on **AWSL**. We think **MEVT** will move like this and we expect all members will clean up as stock goes bananas.



**THINK ABOUT IT. WE FULLY EXPECT AWSL TO GO TO $10.00 OR MORE. WHEN THAT HAPPENS SOME OF THOSE PROFITS WILL FIND THEIR WAY INTO MEVT.**

**MEVT's** suite of technologies is unique and has strong demand from all over the planet.

Earlier this month, **MEVT** announced another addition to their product line.

**THINGS ARE STARTING TO HEAT UP.** Expect more PRs like this one and a much higher **PPS for MEVT.**

**MSE Enviro-Tech Corp. Awarded Exclusive Rights to Distribute Specialty Concrete Coating Products Throughout the Caribbean**

2009-10-09 08:00 ET - News Release
TORONTO — (MARKET WIRE) — 10/09/09

MSE ENVIRO-TECH CORP. (PINKSHEETS: MEVT) (FRANKFURT: MEH) is pleased to announce that it has acquired from IMCO Technologies Inc. the exclusive rights to distribute IMCO's patented products designed to protect and enhance the performance of concrete structures, which covers the vast majority of residential and commercial buildings in the Caribbean. In keeping with the Company's goal of expanding its product offerings in light of rising demand for environmentally friendly, technology based products, this exclusive distributorship compliments MEVT's primary business and offers additional potential for growth and enhancement of corporate value.

**About IMCO Technologies Inc.**

Since 1982, IMCO products have solved concrete and steel maintenance problems worldwide. With a background as engineers and industrial contractors, and equipped with unique chemical technologies, the company set out to develop protective coating systems and concrete repair materials and has exceeded those goals. Each product has been developed to meet a particular challenge within the construction, plant maintenance and building restoration businesses. Over the years, IMCO® products have earned a rising profile in construction and engineering companies across North America and around the globe, owing to their ability to vastly improve the performance of concrete across a broad range of applications. Importantly, IMCO® products address the industry's critical needs more cost effectively and with lower ongoing maintenance costs than conventional products.

For more information about IMCO Technologies Inc. - http://www.imcotechnologies.com/

**MSE Enviro-Tech Corp.**

MEVT owns the United States marketing rights to the Hartindo line of anti-fire products that represent an extraordinary and proven technology for fighting and preventing accidental fires. The environmentally friendly Fire Extinguishing and Fire Inhibiting properties of Hartindo products address a wide range of critical needs in fire prevention, including the overall goal of lowering the enormous losses, in both life and property, caused by accidental fires across North America each year. MEVT is planning a marketing campaign and the establishment of a nationwide network of agents and distributors for the exciting Hartindo product line.
Throughout the Caribbean, the IMCO® concrete preservation and maintenance products will be distributed by MEVT in the same manner of marketing being planned for its specialized fire inhibiting coatings to the construction industry.
"Successful acquisition of the rights to distribute the IMCO® products expands MEVT's marketing and growth potential through the addition of another important dimension to the Company's line of building protection products. We are increasingly optimistic regarding the outlook for the Company's marketing plans given this exciting new addition." ... Mr. Gilles Trahan, CEO-President of MSE Enviro-Tech Corp.

MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEV...  Page 4 of 12

For more information and/or to subscribe for regular news updates from MSE Enviro-Tech, please visit: http://www.mseenviro-tech.com

Investor Relations Contact:
Mr. Brent O'Connor
+1 647 343-2549
Email Contact

We are expecting more news from **MEVT** to cause a hard rally in the stock. **The stock could see a move to the $5.00 and make members big money if they move fast.**

**NOW IS THE TIME TO GET YOUR POSITION IN MEVT.**

Please remember to do your due diligence on MEVT.

For more information on MEVT, please join us @ www.pennystockchaser.com

+ Share / Bookmark

Related posts:

1. MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into MEVT and we really like what we see MEVT The stock went crazy today and closed up...
2. MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .50 for a move of 400% to 900% MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE,...
3. MEVT, PLMO and WDAS, These Morning Updates Are a Must Read For Another Big Day Today MEVT, PLMO and WDAS, These Morning Updates Are a Must...
4. MEVT and AVOE, Both these hot plays are racking up big gains today MEVT and AVOE, Both these hot plays are racking up...
5. DOLV, We know mining, WE BROUGHT YOU CVRG at .022 and it went to .445, We brought you BRYN at .029 and it went to .50, NOW IS THE TIME FOR DOLV DOLV, We know mining, WE BROUGHT YOU CVRG at...

Related posts brought to you by Yet Another Related Posts Plugin.

« MSE Enviro-Tech Corp - MEVT.pk
WDAS, This Steam Roller Can't Be Stopped, We closed up 46.8 Percent at $1.85 »

Comments are closed.

MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into M... Page 1 of 11

- Home
- About PSC
- Join Now
- Disclaimer
- Contact Us





- Articles
- Contest
- Daily Alerts
- Featured Profiles
- Past Winners
- Safe Sender Instructions
- Weekly Alerts

SUBSCRIBE NOW to get our

Email [_____] [Submit]

*Categorized* | **Weekly Alerts**

## MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into MEVT and we really like what we see

Posted on 23 October 2009
Tags: MEVT, pennystockchaser.com



MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into MEVT and we really like what we see

MEVT was alerted by us yesterday @ .50 and the stock shot up .49 to close @ .99. This was a major breakout for the stock. Today, the stock had a new 52 week high and the volume of 1,521,700 shares was the highest this year. The MEVT chart came to life today in a big way.

MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into M...Page 2 of 11



The company's chemical process to fire proof materials is going to drive the MEVT story and move the stock price higher.  You can read some interesting statistics on fires from this link on the MEVT website.

http://www.mseenviro-tech.com/technologies.html

Fire deaths are a problem across the world.  MEVT is totally focused on brining the best product to market that can reduce those deaths.

Statistics are mind boggling as evidenced by this link.

http://rankingamerica.wordpress.com/2009/05/05/the-us-ranks-10th-in-fire-deaths/

The CDC has some even scarier stats. **THE FIRE PROBLEM IS DEADLY AND COSTLY.**

http://www.cdc.gov/HomeandRecreationalSafety/Fire-Prevention/fires-factsheet.html

MEVT can help and we expect that their product will be well received by consumers and businesses.

**We are putting the company on news watch.**

**Again, MEVT is a company with a very small float.  Any strong news will drive the stock much higher.**

The company is working on an awareness campaign which will bring MEVT in front of many eyeballs in North America and Europe.

We like the upside on MEVT and we think the stock will put some serious cash in your pocket.

MEVT The stock went crazy today and closed up 98% @ .99 We are digging deep into M... Page 3 of 11

Now is the time to buy the stock and wait for the move we expect. **The team @ PSC can see momentum carrying this stock to the $5.00 level.**

[+ Share / Bookmark]

Related posts:

1. MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT US MEVT MEVT, THE SAME GUYS WHO BROUGHT US AWSL HAVE BROUGHT...
2. MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE, We like MEVT at .50 for a move of 400% to 900% MEVT, SELL YOUR LOOSING STOCKS AND LOAD UP HERE,...
3. MEVT and AVOE, Both these hot plays are racking up big gains today MEVT and AVOE, Both these hot plays are racking up...
4. MEVT, PLMO and WDAS, These Morning Updates Are a Must Read For Another Big Day Today MEVT, PLMO and WDAS, These Morning Updates Are a Must...
5. AVOE and MEVT BUY THESE WINNERS AND GET READY TO PROFIT Both these stocks could move 400% AVOE made a gigantic leap higher yesterday and move...

Related posts brought to you by Yet Another Related Posts Plugin.

« AWSL - THE GIFT THAT KEEPS ON GIVING, Big news out at the close
AVOE and MEVT BUY THESE WINNERS AND GET READY TO PROFIT Both these stocks could move 400% »

Comments are closed.





**Riedlinger, Michael**

**Subject:**                    RE: Aclh

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Monday, May 03, 2010 10:01 AM
**To:** Eisler, Scott
**Subject:** Re: Aclh

We twitted it out yesterday and today. Now @ .0405
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Mon, 3 May 2010 13:59:26
To: <mckeown.carol@sympatico.ca>
Subject: RE: Aclh

?? What?

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, May 03, 2010 9:57 AM
To: Eisler, Scott
Subject: Aclh

We twittered out @ .035.
Sent from my BlackBerry device on the Rogers Wireless Network

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures for important information and further disclosures pertaining to this transmission.

1

**EXHIBIT 23**

## DECLARATION OF TIMOTHY J. GALDENCIO

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Timothy J. Galdencio.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am a certified public accountant in the State of Florida and am employed as a Staff Accountant for the Miami Regional Office of the U.S. Securities and Exchange Commission ("Commission").

3.      This declaration is based upon my personal review and analysis of certain trading records of Meadow Vista Financial Corp ("Meadow Vista") and Downshire Capital Inc. ("Downshire") and certain stock transfer records maintained by Pacific Stock Transfer.

### Review of Meadow Vista and Downshire Trading Records

4.      My review and analysis of trading by Meadow Vista shows that Meadow Vista traded various stocks, including those of Atlantic Wind & Solar, Inc., Avro Energy, Inc., Bluewave Group, Inc., and MSE Enviro-Tech Corp., in at least two brokerage accounts, Scottsdale Capital Advisors and Oppenheimer & Co., Inc.  As to Meadow Vista's trading in Atlantic, Avro, Bluewave, and MSE the table attached as Exhibit A details, among other things, the number of shares transferred in, shares sold, the proceeds from sales, and the net proceeds (sales proceeds less cost of purchases).

5.      My review and analysis of trading by Downshire shows that Downshire traded various stocks including those of Biocentric Energy Holdings, Inc. ("Biocentric") and Converge Global, Inc ("Converge") in at least three brokerage accounts, Alpine Securities, Bernard Herold & Co., and Wilson Davis & Company.  As to Downshire's trading in Biocentric and Converge the table attached as Exhibit B details, among other things, the number of shares transferred in, shares sold, the proceeds from sales, and the net proceeds (sales proceeds less cost of purchases).

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.  Executed on this _21ˢᵗ_ day of June 2010, in New York, New York.


Timothy J. Galdencio



## MEADOW VISTA TRADING

| Stock | Review Dates | Shares Transferred In | Shares Purchased | Cost of Shares Purchased | Shares Sold | Proceeds From Shares Sold | Shares Transferred Out | Net Proceeds |
|---|---|---|---|---|---|---|---|---|
| Atlantic | 9/01/09 to 1/27/10 | 430,333 (430,000 from Atlantic affiliate named Mind Tec Group Ltd. from 9/01/09 to 1/27/10) | | | 360,000 (from 9/01/09 to 1/22/10) | $780,690 | | $780,690 |
| Avro | 4/19/10 to 4/20/10 | | 220,000 (4/19/10) | $23,922 | 220,000 (4/20/10) | $39,685 | | $15,763 |
| Bluewave | 3/19/10 to 4/21/10 | 1,000,000 (3/19/10) | 68,000 (35,000 shares on 4/16/10 and 33,000 shares on 4/21/10) | $27,502 | 468,000 (4/16/10 to 4/19/10) | $212,979 | 2,500 | $185,477 |
| MSE | 10/21/09 to 11/12/09 | 483,334 (From MSE Affiliate named Mind Tec Group Ltd on 10/21/09.) | 55,000 (50,000 shares on 10/26/09 and 5,000 shares on 11/13/09) | $28,591 | 533,334 (10/22/09-11/12-09) | $268,137 | | $239,546 |



## DOWNSHIRE TRADING

| Stock | Review Dates | Shares Transferred In | Shares Sold | Proceeds From Shares Sold | Shares Transferred Out | Shares Purchased | Cost of Shares Purchased | Net Proceeds |
|---|---|---|---|---|---|---|---|---|
| Biocentric | 7/13/09 to 7/21/09 | 50,000,000 (7/10/09) | 23,895,849 (7/13/09 to 7/21/09) | $569,220 | | | | $569,220 |
| Converge | 5/11/09 to 7/6/09 | 9,700,000 (7,000,000 transferred in on 5/12/09, 2,500,000 transferred in on 6/8/09 and 200,000 transferred in on 6/30/09) | 6,285,000 (5/11/09 to 7/6/09) | $603,455 | 3,700,000 | 50,000 (5/11/09) | $1,703 | $601,752 |

**EXHIBIT**
**24**

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibits A through F are true, correct, and authentic copies of pages I printed from www.pinksheets.com on June 21, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

_____
                 Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.

|  |  |  |  |  | converge |  |
|---|---|---|---|---|---|---|
| Date | Open | High | Low | Close | Volume |  |
| 7/20/2009 | | 0.033 | 0.035 | 0.033 | 0.033 | "591,416" |
| 7/17/2009 | | 0.04 | 0.041 | 0.032 | 0.0345 | "831,957" |
| 7/16/2009 | | 0.0365 | 0.0365 | 0.03 | 0.0335 | "546,085" |
| 7/15/2009 | | 0.04 | 0.0427 | 0.0345 | 0.0345 | "614,067" |
| 7/14/2009 | | 0.03 | 0.04 | 0.025 | 0.04 | "3,887,786" |
| 7/13/2009 | | 0.03 | 0.035 | 0.03 | 0.03 | "411,240" |
| 7/10/2009 | | 0.038 | 0.038 | 0.03 | 0.031 | "324,675" |
| 7/9/2009 | | 0.04 | 0.043 | 0.033 | 0.035 | "4,110,375" |
| 7/8/2009 | | 0.03 | 0.04 | 0.028 | 0.034 | "4,774,697" |
| 7/7/2009 | | 0.033 | 0.033 | 0.027 | 0.03 | "1,143,895" |
| 7/6/2009 | | 0.04 | 0.044 | 0.029 | 0.035 | "2,229,499" |
| 7/2/2009 | | 0.0471 | 0.0475 | 0.038 | 0.043 | "962,167" |
| 7/1/2009 | | 0.05 | 0.05 | 0.045 | 0.047 | "381,014" |
| 6/30/2009 | | 0.05 | 0.055 | 0.042 | 0.05 | "3,133,896" |
| 6/29/2009 | | 0.085 | 0.085 | 0.05 | 0.057 | "2,317,281" |
| 6/26/2009 | | 0.07 | 0.074 | 0.056 | 0.057 | "2,581,858" |
| 6/25/2009 | | 0.07 | 0.078 | 0.062 | 0.07 | "1,224,866" |
| 6/24/2009 | | 0.09 | 0.09 | 0.07 | 0.075 | "1,648,134" |
| 6/23/2009 | | 0.083 | 0.09 | 0.079 | 0.0889 | "1,330,419" |
| 6/22/2009 | | 0.072 | 0.0875 | 0.072 | 0.083 | "3,176,225" |
| 6/19/2009 | | 0.06 | 0.07 | 0.06 | 0.06 | "677,674" |
| 6/18/2009 | | 0.085 | 0.0875 | 0.06 | 0.065 | "1,577,191" |
| 6/17/2009 | | 0.091 | 0.095 | 0.077 | 0.0819 | "1,775,783" |
| 6/16/2009 | | 0.07 | 0.089 | 0.068 | 0.082 | "2,496,599" |
| 6/15/2009 | | 0.06 | 0.07 | 0.06 | 0.0661 | "2,356,307" |
| 6/12/2009 | | 0.0619 | 0.0619 | 0.05 | 0.055 | "1,131,047" |
| 6/11/2009 | | 0.07 | 0.07 | 0.055 | 0.0611 | "1,678,955" |
| 6/10/2009 | | 0.07 | 0.07 | 0.06 | 0.068 | "734,024" |
| 6/9/2009 | | 0.075 | 0.075 | 0.062 | 0.07 | "580,099" |
| 6/8/2009 | | 0.08 | 0.08 | 0.06 | 0.07 | "812,063" |
| 6/5/2009 | | 0.058 | 0.09 | 0.058 | 0.07 | "2,462,176" |
| 6/4/2009 | | 0.078 | 0.08 | 0.058 | 0.0626 | "1,488,469" |
| 6/3/2009 | | 0.08 | 0.087 | 0.065 | 0.075 | "1,656,365" |
| 6/2/2009 | | 0.085 | 0.097 | 0.076 | 0.087 | "1,731,592" |
| 6/1/2009 | | 0.111 | 0.111 | 0.0871 | 0.095 | "1,814,261" |
| 5/29/2009 | | 0.105 | 0.111 | 0.1 | 0.11 | "1,640,899" |
| 5/28/2009 | | 0.125 | 0.125 | 0.0911 | 0.105 | "2,530,848" |
| 5/27/2009 | | 0.15 | 0.17 | 0.11 | 0.125 | "5,040,232" |
| 5/26/2009 | | 0.115 | 0.187 | 0.115 | 0.14 | "5,250,425" |
| 5/22/2009 | | 0.119 | 0.12 | 0.082 | 0.1 | "640,307" |
| 5/21/2009 | | 0.08 | 0.12 | 0.08 | 0.111 | "2,084,218" |
| 5/20/2009 | | 0.145 | 0.15 | 0.09 | 0.11 | "3,380,301" |
| 5/19/2009 | | 0.235 | 0.24 | 0.122 | 0.15 | "3,316,454" |
| 5/18/2009 | | 0.39 | 0.445 | 0.111 | 0.22 | "16,098,530" |
| 5/15/2009 | | 0.29 | 0.38 | 0.28 | 0.38 | "6,153,543" |
| 5/14/2009 | | 0.18 | 0.3 | 0.15 | 0.25 | "11,518,933" |
| 5/13/2009 | | 0.09 | 0.145 | 0.071 | 0.13 | "11,253,817" |
| 5/12/2009 | | 0.04 | 0.06 | 0.04 | 0.0565 | "10,565,994" |
| 5/11/2009 | | 0.03 | 0.039 | 0.03 | 0.034 | "5,701,060" |
| 5/8/2009 | | 0.025 | 0.025 | 0.021 | 0.022 | "311,160" |
| 5/7/2009 | | 0.017 | 0.019 | 0.017 | 0.019 | "109,000" |
| 5/6/2009 | | 0.016 | 0.019 | 0.015 | 0.019 | "96,000" |
| 5/5/2009 | | 0.015 | 0.02 | 0.01 | 0.02 | "154,500" |
| 5/4/2009 | | 0.019 | 0.019 | 0.019 | 0.019 | "1,500" |

Page 1



EXHIBIT

A

tabbies

| Date | Open | High | Low | Close | biocentric Volume | |
|---|---|---|---|---|---|---|
| 8/14/2009 | | 0.058 | 0.06 | 0.047 | 0.06 | "10,180,359" |
| 8/13/2009 | | 0.058 | 0.06 | 0.0425 | 0.057 | "46,953,276" |
| 8/12/2009 | | 0.069 | 0.069 | 0.059 | 0.059 | "11,063,104" |
| 8/11/2009 | | 0.07 | 0.072 | 0.06 | 0.067 | "9,423,234" |
| 8/10/2009 | | 0.08 | 0.08 | 0.061 | 0.07 | "10,059,963" |
| 8/7/2009 | | 0.057 | 0.08 | 0.05 | 0.0722 | "36,673,984" |
| 8/6/2009 | | 0.075 | 0.075 | 0.055 | 0.0555 | "50,339,432" |
| 8/5/2009 | | 0.095 | 0.1 | 0.07 | 0.079 | "30,263,948" |
| 8/4/2009 | | 0.149 | 0.155 | 0.05 | 0.1 | "81,712,976" |
| 8/3/2009 | | 0.118 | 0.14 | 0.11 | 0.134 | "36,801,032" |
| 7/31/2009 | | 0.081 | 0.102 | 0.0781 | 0.1 | "35,356,428" |
| 7/30/2009 | | 0.058 | 0.075 | 0.054 | 0.073 | "34,386,232" |
| 7/29/2009 | | 0.038 | 0.052 | 0.0049 | 0.052 | "29,670,568" |
| 7/28/2009 | | 0.0295 | 0.0385 | 0.0295 | 0.0365 | "21,523,464" |
| 7/27/2009 | | 0.03 | 0.03 | 0.027 | 0.0295 | "12,344,640" |
| 7/24/2009 | | 0.0265 | 0.0265 | 0.025 | 0.0265 | "4,756,867" |
| 7/23/2009 | | 0.025 | 0.0255 | 0.021 | 0.0255 | "9,211,242" |
| 7/22/2009 | | 0.026 | 0.026 | 0.024 | 0.025 | "4,175,832" |
| 7/21/2009 | | 0.029 | 0.029 | 0.025 | 0.025 | "10,341,144" |
| 7/20/2009 | | 0.027 | 0.028 | 0.026 | 0.028 | "12,403,113" |
| 7/17/2009 | | 0.025 | 0.029 | 0.023 | 0.026 | "10,072,991" |
| 7/16/2009 | | 0.029 | 0.029 | 0.025 | 0.026 | "11,965,831" |
| 7/15/2009 | | 0.0245 | 0.028 | 0.0245 | 0.0265 | "19,299,776" |
| 7/14/2009 | | 0.027 | 0.0295 | 0.02 | 0.023 | "25,409,552" |
| 7/13/2009 | | 0.033 | 0.033 | 0.0265 | 0.028 | "10,043,257" |
| 7/10/2009 | | 0.031 | 0.031 | 0.026 | 0.0295 | "13,290,865" |
| 7/9/2009 | | 0.035 | 0.035 | 0.025 | 0.03 | "15,748,233" |
| 7/8/2009 | | 0.034 | 0.035 | 0.025 | 0.03 | "22,954,200" |
| 7/7/2009 | | 0.03 | 0.03 | 0.022 | 0.025 | "30,087,540" |
| 7/6/2009 | | 0.012 | 0.03 | 0.012 | 0.022 | "73,141,232" |



| Date | Open | High | Low | Close | bluewave Volume |
|---|---|---|---|---|---|
| 6/18/2010 | | 0.12 | 0.12 | 0.12 | 0.12 | "2,500" |
| 6/17/2010 | | 0.12 | 0.12 | 0.12 | 0.12 | "4,865" |
| 6/16/2010 | | 0.1625 | 0.1625 | 0.12 | 0.12 | "6,575" |
| 6/15/2010 | | 0.13 | 0.16 | 0.12 | 0.135 | "36,498" |
| 6/14/2010 | | 0.15 | 0.15 | 0.13 | 0.13 | "13,333" |
| 6/11/2010 | | 0.15 | 0.15 | 0.12 | 0.15 | "76,677" |
| 6/10/2010 | | 0.15 | 0.15 | 0.13 | 0.15 | "145,537" |
| 6/9/2010 | | 0.1 | 0.14 | 0.1 | 0.12 | "20,364" |
| 6/8/2010 | | 0.11 | 0.15 | 0.09 | 0.14 | "47,798" |
| 6/7/2010 | | 0.15 | 0.15 | 0.0701 | 0.11 | "106,960" |
| 6/4/2010 | | 0.15 | 0.15 | 0.12 | 0.15 | "3,300" |
| 6/3/2010 | | 0.15 | 0.15 | 0.15 | 0.15 | "26,200" |
| 6/2/2010 | | 0.11 | 0.1701 | 0.11 | 0.15 | "35,750" |
| 6/1/2010 | | 0.16 | 0.18 | 0.16 | 0.18 | "35,200" |
| 5/28/2010 | | 0.17 | 0.18 | 0.16 | 0.175 | "36,865" |
| 5/27/2010 | | 0.185 | 0.2 | 0.13 | 0.17 | "474,844" |
| 5/26/2010 | | 0.216 | 0.216 | 0.19 | 0.19 | "63,447" |
| 5/25/2010 | | 0.19 | 0.21 | 0.19 | 0.21 | "40,085" |
| 5/24/2010 | | 0.24 | 0.24 | 0.19 | 0.19 | "191,927" |
| 5/21/2010 | | 0.28 | 0.28 | 0.19 | 0.21 | "394,946" |
| 5/20/2010 | | 0.25 | 0.3 | 0.21 | 0.27 | "474,931" |
| 5/19/2010 | | 0.16 | 0.25 | 0.16 | 0.2 | "420,739" |
| 5/18/2010 | | 0.21 | 0.21 | 0.16 | 0.16 | "35,650" |
| 5/17/2010 | | 0.21 | 0.23 | 0.21 | 0.2271 | "59,330" |
| 5/14/2010 | | 0.27 | 0.27 | 0.2271 | 0.2271 | "11,835" |
| 5/13/2010 | | 0.25 | 0.2501 | 0.2271 | 0.23 | "18,781" |
| 5/12/2010 | | 0.28 | 0.28 | 0.25 | 0.25 | "18,928" |
| 5/11/2010 | | 0.26 | 0.32 | 0.2271 | 0.28 | "39,900" |
| 5/10/2010 | | 0.311 | 0.32 | 0.26 | 0.29 | "28,455" |
| 5/7/2010 | | 0.21 | 0.389 | 0.21 | 0.311 | "17,185" |
| 5/6/2010 | | 0.39 | 0.4 | 0.32 | 0.32 | "26,204" |
| 5/5/2010 | | 0.37 | 0.39 | 0.32 | 0.39 | "16,450" |
| 5/4/2010 | | 0.37 | 0.37 | 0.3 | 0.32 | "27,806" |
| 5/3/2010 | | 0.38 | 0.42 | 0.3 | 0.3 | "125,308" |
| 4/30/2010 | | 0.44 | 0.44 | 0.35 | 0.399 | "83,698" |
| 4/29/2010 | | 0.28 | 0.44 | 0.28 | 0.35 | "83,378" |
| 4/28/2010 | | 0.3 | 0.3 | 0.23 | 0.28 | "44,969" |
| 4/27/2010 | | 0.3 | 0.3 | 0.26 | 0.29 | "50,425" |
| 4/26/2010 | | 0.28 | 0.28 | 0.25 | 0.28 | "89,586" |
| 4/23/2010 | | 0.32 | 0.32 | 0.215 | 0.26 | "170,022" |
| 4/22/2010 | | 0.39 | 0.39 | 0.28 | 0.32 | "292,661" |
| 4/21/2010 | | 0.5 | 0.5 | 0.38 | 0.385 | "404,066" |
| 4/20/2010 | | 0.5 | 0.5 | 0.36 | 0.49 | "254,570" |
| 4/19/2010 | | 0.68 | 0.68 | 0.36 | 0.48 | "1,976,815" |
| 4/16/2010 | | 0.22 | 0.58 | 0.22 | 0.54 | "2,305,017" |
| 4/15/2010 | | 0.27 | 0.32 | 0.26 | 0.32 | "40,100" |
| 4/14/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/13/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/12/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/9/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/8/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/7/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/6/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/5/2010 | | 0.71 | - | - | 0.71 | 0 |
| 4/1/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/31/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/30/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/29/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/26/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/25/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/24/2010 | | 0.71 | - | - | 0.71 | 0 |
| 3/23/2010 | | 0.71 | - | - | 0.71 | 0 |

Page 1



EXHIBIT

C

| Date | | | | bluewave | |
|---|---|---|---|---|---|
| 3/22/2010 | 0.71 | – | – | 0.71 | 0 |
| 3/19/2010 | 0.71 | – | – | 0.71 | 0 |
| 3/18/2010 | 0.71 | 1.32 | 0.1 | 0.71 | 0 |
| 3/17/2010 | 0.55 | 0.55 | 0.55 | 0.55 | "2,500" |
| 3/16/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/15/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/12/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/11/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/10/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/9/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/8/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/5/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/4/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/3/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/2/2010 | 1.32 | – | – | 1.32 | 0 |
| 3/1/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/26/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/25/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/24/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/23/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/22/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/19/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/18/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/17/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/16/2010 | 1.32 | 1.32 | 1.32 | 1.32 | 500 |
| 2/12/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/11/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/10/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/9/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/8/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/5/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/4/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/3/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/2/2010 | 1.32 | – | – | 1.32 | 0 |
| 2/1/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/29/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/28/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/27/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/26/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/25/2010 | 1.32 | 1.32 | 1.32 | 1.32 | "7,000" |
| 1/22/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/21/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/20/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/19/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/15/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/14/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/13/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/12/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/11/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/8/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/7/2010 | 1.32 | 1.32 | 1.32 | 1.32 | "7,000" |
| 1/6/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/5/2010 | 1.32 | – | – | 1.32 | 0 |
| 1/4/2010 | 1.32 | – | – | 1.32 | 0 |
| 12/31/2009 | 1.32 | 1.32 | 1.32 | 1.32 | "2,000" |
| 12/30/2009 | 1.24 | – | – | 1.24 | 0 |
| 12/29/2009 | 1.24 | – | – | 1.24 | 0 |

| Date | Open | High | Low | Close | avro Volume | |
|------|------|------|-----|-------|-------------|---|
| 6/18/2010 | | 0.13 | 0.13 | 0.111 | 0.125 | "82,048" |
| 6/17/2010 | | 0.18 | 0.18 | 0.135 | 0.135 | "40,708" |
| 6/16/2010 | | 0.16 | 0.16 | 0.145 | 0.15 | "42,150" |
| 6/15/2010 | | 0.17 | 0.18 | 0.145 | 0.145 | "74,650" |
| 6/14/2010 | | 0.19 | 0.19 | 0.15 | 0.15 | "18,275" |
| 6/11/2010 | | 0.16 | 0.18 | 0.15 | 0.15 | "139,451" |
| 6/10/2010 | | 0.18 | 0.2 | 0.16 | 0.16 | "114,295" |
| 6/9/2010 | | 0.17 | 0.2 | 0.151 | 0.173 | "300,330" |
| 6/8/2010 | | 0.2 | 0.21 | 0.165 | 0.195 | "223,674" |
| 6/7/2010 | | 0.25 | 0.25 | 0.19 | 0.2 | "431,009" |
| 6/4/2010 | | 0.22 | 0.25 | 0.21 | 0.25 | "185,528" |
| 6/3/2010 | | 0.25 | 0.25 | 0.201 | 0.21 | "220,322" |
| 6/2/2010 | | 0.25 | 0.25 | 0.21 | 0.23 | "64,708" |
| 6/1/2010 | | 0.25 | 0.25 | 0.23 | 0.23 | "243,197" |
| 5/28/2010 | | 0.18 | 0.25 | 0.17 | 0.25 | "392,073" |
| 5/27/2010 | | 0.29 | 0.29 | 0.165 | 0.17 | "1,101,762" |
| 5/26/2010 | | 0.26 | 0.27 | 0.17 | 0.26 | "1,069,440" |
| 5/25/2010 | | 0.165 | 0.27 | 0.165 | 0.2502 | "515,902" |
| 5/24/2010 | | 0.19 | 0.19 | 0.165 | 0.165 | "34,506" |
| 5/21/2010 | | 0.19 | 0.19 | 0.16 | 0.19 | "213,768" |
| 5/20/2010 | | 0.19 | 0.19 | 0.15 | 0.19 | "47,895" |
| 5/19/2010 | | 0.15 | 0.19 | 0.15 | 0.19 | "124,086" |
| 5/18/2010 | | 0.171 | 0.19 | 0.15 | 0.19 | "138,244" |
| 5/17/2010 | | 0.171 | 0.175 | 0.171 | 0.171 | "72,959" |
| 5/14/2010 | | 0.2 | 0.2 | 0.171 | 0.175 | "64,516" |
| 5/13/2010 | | 0.18 | 0.2 | 0.171 | 0.171 | "35,156" |
| 5/12/2010 | | 0.171 | 0.2 | 0.171 | 0.18 | "52,050" |
| 5/11/2010 | | 0.17 | 0.18 | 0.17 | 0.171 | "38,870" |
| 5/10/2010 | | 0.18 | 0.21 | 0.17 | 0.17 | "41,122" |
| 5/7/2010 | | 0.19 | 0.21 | 0.19 | 0.19 | "117,839" |
| 5/6/2010 | | 0.21 | 0.21 | 0.17 | 0.17 | "281,024" |
| 5/5/2010 | | 0.22 | 0.22 | 0.2 | 0.2 | "67,095" |
| 5/4/2010 | | 0.195 | 0.24 | 0.19 | 0.19 | "198,067" |
| 5/3/2010 | | 0.26 | 0.27 | 0.19 | 0.2 | "316,947" |
| 4/30/2010 | | 0.25 | 0.25 | 0.2 | 0.25 | "504,790" |
| 4/29/2010 | | 0.19 | 0.25 | 0.19 | 0.23 | "184,083" |
| 4/28/2010 | | 0.21 | 0.24 | 0.19 | 0.19 | "257,649" |
| 4/27/2010 | | 0.265 | 0.269 | 0.21 | 0.22 | "469,873" |
| 4/26/2010 | | 0.3 | 0.301 | 0.235 | 0.27 | "767,385" |
| 4/23/2010 | | 0.18 | 0.33 | 0.18 | 0.305 | "1,292,890" |
| 4/22/2010 | | 0.25 | 0.25 | 0.155 | 0.17 | "763,105" |
| 4/21/2010 | | 0.33 | 0.35 | 0.205 | 0.245 | "2,418,351" |
| 4/20/2010 | | 0.175 | 0.321 | 0.16 | 0.321 | "3,049,887" |
| 4/19/2010 | | 0.07 | 0.165 | 0.07 | 0.155 | "1,077,691" |
| 4/16/2010 | | 0.075 | 0.081 | 0.055 | 0.07 | "346,300" |
| 4/15/2010 | | 0.081 | 0.09 | 0.081 | 0.083 | "27,330" |
| 4/14/2010 | | 0.09 | 0.0999 | 0.081 | 0.081 | "37,900" |
| 4/13/2010 | | 0.078 | 0.082 | 0.078 | 0.082 | "27,500" |
| 4/12/2010 | | 0.078 | 0.078 | 0.078 | 0.078 | "28,540" |
| 4/9/2010 | | 0.08 | 0.08 | 0.077 | 0.078 | "23,780" |
| 4/8/2010 | | 0.08 | 0.08 | 0.08 | 0.08 | "19,550" |
| 4/7/2010 | | 0.08 | 0.085 | 0.08 | 0.08 | "42,300" |
| 4/6/2010 | | 0.08 | 0.09 | 0.08 | 0.09 | "13,415" |
| 4/5/2010 | | 0.08 | 0.088 | 0.08 | 0.088 | "6,850" |

EXHIBIT

D

| Date | Open | High | Low | Close | atlantic Volume | |
|------|------|------|-----|-------|-----------------|---|
| 10/27/2009 | 2.4 | 2.7 | 2.36 | 2.7 | "141,192" | |
| 10/26/2009 | 3.24 | 3.3 | 2.37 | 2.74 | "435,277" | |
| 10/23/2009 | 3.99 | 4.35 | 3.31 | 3.5 | "350,689" | |
| 10/22/2009 | 4.83 | 4.84 | 3.02 | 3.89 | "1,000,441" | |
| 10/21/2009 | 3.85 | 4.79 | 3.76 | 4.61 | "629,513" | |
| 10/20/2009 | 3.4 | 3.7 | 3.25 | 3.7 | "218,488" | |
| 10/19/2009 | 2.85 | 3.44 | 2.8 | 3.24 | "344,376" | |
| 10/16/2009 | 2.5 | 2.7 | 2.36 | 2.67 | "93,962" | |
| 10/15/2009 | 2.45 | 2.5 | 2.02 | 2.5 | "171,869" | |
| 10/14/2009 | 2.05 | 2.7 | 2.05 | 2.4 | "371,801" | |
| 10/13/2009 | 1.76 | 2 | 1.74 | 2 | "200,087" | |
| 10/12/2009 | 1.6 | 1.71 | 1.58 | 1.71 | "73,134" | |
| 10/9/2009 | 1.55 | 1.67 | 1.45 | 1.45 | "46,096" | |
| 10/8/2009 | 1.67 | 1.69 | 1.5 | 1.58 | "44,670" | |
| 10/7/2009 | 1.75 | 1.75 | 1.66 | 1.67 | "6,624" | |
| 10/6/2009 | 1.76 | 1.8 | 1.66 | 1.77 | "31,206" | |
| 10/5/2009 | 1.7 | 1.75 | 1.66 | 1.66 | "24,078" | |
| 10/2/2009 | 1.66 | 1.69 | 1.66 | 1.69 | "13,600" | |
| 10/1/2009 | 1.66 | 1.75 | 1.66 | 1.66 | "6,225" | |
| 9/30/2009 | 1.7 | 1.7 | 1.66 | 1.66 | "1,191" | |
| 9/29/2009 | 1.7 | 1.74 | 1.66 | 1.69 | "10,280" | |
| 9/28/2009 | 1.8 | 1.8 | 1.65 | 1.75 | "18,734" | |
| 9/25/2009 | 1.75 | 1.8 | 1.66 | 1.8 | "15,851" | |
| 9/24/2009 | 1.8 | 1.8 | 1.66 | 1.7 | "18,330" | |
| 9/23/2009 | 1.5 | 1.8 | 1.5 | 1.8 | "22,513" | |
| 9/22/2009 | 1.46 | 1.8 | 1.46 | 1.66 | "19,453" | |
| 9/21/2009 | 1.6 | 1.8 | 1.45 | 1.45 | "48,306" | |
| 9/18/2009 | 1.57 | 1.75 | 1.55 | 1.7 | "60,080" | |
| 9/17/2009 | 1.89 | 1.95 | 1.55 | 1.64 | "45,592" | |
| 9/16/2009 | 1.94 | 1.95 | 1.89 | 1.89 | "45,182" | |
| 9/15/2009 | 1.9 | 2 | 1.89 | 1.9 | "9,630" | |
| 9/14/2009 | 1.9 | 1.95 | 1.89 | 1.95 | "53,944" | |
| 9/11/2009 | 2 | 2 | 1.7 | 1.9 | "47,607" | |
| 9/10/2009 | 1.95 | 2.1 | 1.86 | 2 | "70,187" | |
| 9/9/2009 | 1.7 | 1.9 | 1.6 | 1.85 | "31,744" | |
| 9/8/2009 | 1.6 | 1.75 | 1.5 | 1.67 | "76,269" | |
| 9/4/2009 | 1.38 | 1.5 | 1.35 | 1.5 | "33,278" | |
| 9/3/2009 | 1.18 | 1.39 | 1.18 | 1.32 | "6,571" | |
| 9/2/2009 | 1.35 | 1.35 | 1.27 | 1.3 | "5,575" | |
| 9/1/2009 | 1.4 | 1.4 | 1.19 | 1.25 | "34,248" | |
| 8/31/2009 | 1.4 | 1.4 | 1.2 | 1.4 | "37,664" | |
| 8/28/2009 | 1.4 | 1.45 | 1.25 | 1.4 | "22,291" | |
| 8/27/2009 | 1.35 | 1.42 | 1.35 | 1.42 | "9,924" | |
| 8/26/2009 | 1.4 | 1.4 | 1.36 | 1.4 | "9,934" | |
| 8/25/2009 | 1.45 | 1.69 | 1.34 | 1.35 | "26,047" | |
| 8/24/2009 | 1.45 | 1.56 | 1.3 | 1.45 | "53,696" | |
| 8/21/2009 | 1.4 | 1.45 | 1.39 | 1.4 | "35,601" | |
| 8/20/2009 | 1.35 | 1.4 | 1.3 | 1.38 | "26,520" | |
| 8/19/2009 | 1.29 | 1.4 | 1.29 | 1.35 | "20,211" | |
| 8/18/2009 | 1.4 | 1.42 | 1.15 | 1.28 | "24,075" | |
| 8/17/2009 | 1.4 | 1.5 | 1.26 | 1.4 | "38,252" | |
| 8/14/2009 | 1.39 | 1.4 | 1.31 | 1.38 | "37,610" | |
| 8/13/2009 | 1.26 | 1.39 | 1.26 | 1.38 | "49,633" | |
| 8/12/2009 | 1.25 | 1.27 | 1.1 | 1.26 | "91,902" | |
| 8/11/2009 | 1.25 | 1.25 | 1.18 | 1.24 | "133,252" | |
| 8/10/2009 | 1.15 | 1.15 | 0.9 | 1.08 | "49,389" | |
| 8/7/2009 | 1.25 | 1.25 | 0.9 | 1.14 | "43,377" | |
| 8/6/2009 | 1.12 | 1.21 | 1.1 | 1.17 | "135,871" | |
| 8/5/2009 | 0.91 | 1.2 | 0.91 | 1.12 | "312,327" | |
| 8/4/2009 | 0.84 | 0.84 | 0.71 | 0.84 | "33,427" | |
| 8/3/2009 | 0.75 | 0.84 | 0.75 | 0.84 | "4,950" | |
| 7/31/2009 | 0.84 | 0.84 | 0.75 | 0.8 | "19,562" | |



EXHIBIT

E

|           |      |       |       | atlantic |          |
|-----------|------|-------|-------|----------|----------|
| 7/30/2009 | 0.75 | 0.87  | 0.75  | 0.8      | "16,243" |
| 7/29/2009 | 0.8  | 0.9   | 0.75  | 0.87     | "16,682" |
| 7/28/2009 | 0.91 | 0.91  | 0.75  | 0.82     | "35,931" |
| 7/27/2009 | 0.88 | 0.93  | 0.75  | 0.91     | "36,288" |
| 7/24/2009 | 0.8  | 0.92  | 0.8   | 0.88     | "24,828" |
| 7/23/2009 | 0.8  | 0.87  | 0.795 | 0.87     | "86,915" |
| 7/22/2009 | 0.78 | 0.795 | 0.7   | 0.75     | "13,812" |

| Date | Open | High | Low | Close | MSE Volume | |
|---|---|---|---|---|---|---|
| 11/6/2009 | 0.45 | 0.45 | 0.33 | 0.43 | 950 | |
| 11/5/2009 | 0.28 | 0.4 | 0.28 | 0.4 | "22,470" | |
| 11/4/2009 | 0.45 | 0.45 | 0.31 | 0.31 | "2,920" | |
| 11/3/2009 | 0.36 | 0.45 | 0.3 | 0.3 | "29,473" | |
| 11/2/2009 | 0.45 | 0.45 | 0.35 | 0.37 | "45,428" | |
| 10/30/2009 | 0.5 | 0.5 | 0.4 | 0.45 | "74,782" | |
| 10/29/2009 | 0.45 | 0.5 | 0.37 | 0.5 | "59,166" | |
| 10/28/2009 | 0.45 | 0.51 | 0.45 | 0.45 | "67,377" | |
| 10/27/2009 | 0.5 | 0.5 | 0.37 | 0.5 | "126,147" | |
| 10/26/2009 | 0.7 | 0.7 | 0.32 | 0.44 | "165,798" | |
| 10/23/2009 | 1.02 | 1.02 | 0.7 | 0.8 | "458,100" | |
| 10/22/2009 | 0.72 | 1.3 | 0.72 | 0.99 | "1,521,738" | |
| 10/21/2009 | 0.37 | 0.5 | 0.35 | 0.5 | "542,166" | |
| 10/20/2009 | 0.38 | 0.38 | 0.37 | 0.37 | "712,897" | |
| 10/19/2009 | 0.36 | 0.38 | 0.36 | 0.38 | "37,229" | |
| 10/16/2009 | 0.39 | 0.39 | 0.32 | 0.38 | "12,896" | |
| 10/15/2009 | 0.38 | 0.38 | 0.35 | 0.35 | "45,090" | |
| 10/14/2009 | 0.38 | 0.38 | 0.37 | 0.38 | "25,314" | |
| 10/13/2009 | 0.38 | 0.38 | 0.37 | 0.37 | "33,088" | |
| 10/12/2009 | 0.38 | 0.38 | 0.37 | 0.37 | "16,630" | |



EXHIBIT
F

EXHIBIT
25

## DECLARATION OF MICHAEL RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

     1.     My name is Michael Riedlinger and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

     2.     I am employed by the U.S. Securities and Exchange Commission as Senior Counsel. My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

     3.     Attached as Exhibit A is a true, correct, and authentic copy of pages I printed from the www.pennystockchaser.com website on April 22, 2010.

     I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

                                      Michael Riedlinger

Executed on this 21st day of June 2010, in Miami, Florida.



Search keywords...   **search**

# Disclaimer

**Please Read carefully before buying any stock.**

PennyStockChaser has a no tolerance spam policy, we will not sell or re distribute your email to any 3rd party.
If applicable, please also unsubscribe from the newsletter using the link at the bottom of the email if you no longer wish to receive our emails. We only send our newsletters to opt-in members.

Verify all claims and do your own due diligence. PennyStockChaser.com profiles are not a solicitation or recommendation to buy, sell or hold securities. PennyStockChaser.com is not offering securities for sale.

An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. All statements and expressions are the sole opinion of the editor and are subject to change without notice. PennyStockChaser.com is not liable for any investment decisions by its readers or subscribers. It is strongly recommended that any purchase or sale decision be discussed with a financial adviser, or a broker-dealer, or a member of any financial regulatory bodies.

The information contained herein has been provided as an information service only. The accuracy or completeness of the information is not warranted and is only as reliable as the sources from which it was obtained. It should be understood there is no guarantee that past performance will be indicative of future results. Investors are cautioned that they may lose all or a portion of their investment in this or any other company.

In order to be in full compliance with the Securities Act of 1933, Section 17(b), PennyStockChaser.com is owned and operated by PennyStockChaser.com. Neither PennyStockChaser.com nor any of its affiliates, or employees shall be liable to you or anyone else for any loss or damages from use of this e-mail, caused in whole or part by its negligence or contingencies beyond its control in procuring, compiling, interpreting, reporting, or delivering this Web Site or e-mail and any contents.

Since PennyStockChaser.com receives compensation and its employees or members of their families may hold stock in the profiled companies, there is an inherent conflict of interest in PennyStockChaser.com statements and opinions and such statements and opinions cannot be considered independent. PennyStockChaser.com and its management may benefit from any increase in the share prices of the profiled companies. Information contained herein contains "forward looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities and Exchange Act of 1934. Any statements that express or involve discussions with respect to predictions, expectations, beliefs, plans, projections, objectives, goals, assumptions or future events or performance are not statements of historical facts and may be "forward looking statements".

Forward looking statements are based on expectations, estimates and projections at the time the statements are made that involve a number of risks and uncertainties which could cause actual results or

events to differ materially from those presently anticipated. PennyStockChaser.com services are often paid for using free-trading shares. PennyStockChaser.com may be selling shares of stock at the same time the profile is being disseminated to potential investors; this should be viewed as a definite conflict of interest and as such, the reader should take this into consideration.

**Contest Terms and Conditions:**

**Eligibility:** To be eligible participants must be 18 years of age or older. Employees of PennyStockChaser.com and any other organizations affiliated with the sponsorship, fulfillment, administration, prize support, advertisement or promotion of the Sweepstake and/or their agents, affiliates, subsidiaries and members of their immediate families or persons residing at the same address are not eligible for entry. This shall include parents, step-parents, children, step-children, siblings, step-siblings, spouses or people who share the same residence.

Contest is open to legal residents of the United States and Canada. Residents of Quebec, New York, Rhode Island, Florida, Guam, Puerto Rico and all other US foreign territories and possessions are excluded.

Canadian residents are subject to a skill testing question.

Participation in this promotion is deemed acceptance of these Terms and Conditions.

**Prize:** Each month starting in March, 2010 and until the end of 2010 one (1) prize of a 2010 Ford Focus will be awarded. The approximate cash value of this prize is $15,000 – $18,000 USD.

If the prize is not available, PennyStockChaser.com, in its discretion, reserves the right to substitute the prize with a prize to the equal value.

The prize is not transferable or exchangeable and cannot be taken as cash.

**Winner Selection:** To enter participants must sign up to receive the free email newsletter at PennyStockChaser.com. No Purchase is necessary for entry. Only one entry per person. All members, current and new, who meet the eligibility requirements, are automatically entered into the Sweepstakes.

Each month on the first day, starting on or about April 1st, 2010 and ending on or about January 1st, 2011 a winner will be selected from the previous month's entries. The exact date is subject to change based on statutory holidays/weekends.

Winners will be notified by email and will have up to 10 business days to reply and claim the prize. In the case where a winner does not claim the prize in the appropriate time a new winner will be selected. Winners must retain a valid driver(s) license.

Winners are required to obtain sufficient drivers insurance prior to the distribution of the Ford Focus. Failure to provide sufficient proof of insurance at the time of the prize distribution may result in the forfeit of the prize and the selection of a new winner. The winner accepts all costs for titling and registering the vehicle. The winner is responsible for ensuring the vehicle complies with his/her state and local motor vehicle regulations, including all safety and emissions regulations.

Winners are required to claim the prize in accordance with any regional tax regulations. PennyStockChaser.com is in no way responsible for any fees regarding the Ford Focus. These fees

include, but are not limited to, taxes, gas, insurance and maintenance.

To claim any prize the winner may be requested to present appropriate identification. Failure to do so will invalidate the winner's status and a new winner will be selected. Entrants who do not meet the eligibility criteria or who violate the Official Terms and Conditions will forfeit the prize and a new winner will be selected.

PennyStockChaser.com reserves the right, at any time, to verify the validity of entries and entrants and to disqualify any entrant who submits an entry that is not in accordance with these Terms and Conditions. If there is a dispute as to the identity of an entrant, PennyStockChaser.com reserves the right, in its sole discretion, to determine the identity of the entrant.

As a condition of accepting the prize, the winner may be required to sign legal documentation as and in the form required by PennyStockChaser.com in their absolute discretion.

The awarding of any prize is contingent upon full compliance with these Official Rules. Entrants agree to be bound by these official rules.

Odds of winning the prize are determined by and dependent upon the total number of eligible entries received.

**Additional:** Except for any liability that cannot be excluded by law, PennyStockChaser.com, including its officers, employees and agents, excludes all liability for any personal injury; or any loss or damage; whether direct, indirect, special or consequential, arising in any way out of the promotion, including but not limited to, where arising out of the following: (a) any technical difficulties or equipment malfunction (whether or not under the Promoter's control); (b) any theft, unauthorised access or third party interference; (c) any variation in prize value to that stated in these Terms and Conditions, (d) any tax liability incurred by a winner; or (f) use or misuse of the prize including but not limited to personal injury, death and/or property damage.

PennyStockChaser.com assumes no responsibility for entries it is unable to process due to technical, network or hardware failures.

**Privacy:** Registration for PennyStockChaser.com website is required to enter the Sweepstakes. By entering an email address entrants are consenting to receive free email newsletters from PennyStockChaser.com. Email information collected will not be sold to any third party.

Except where prohibited by law, entry constitutes permission to use the winners name, city, photograph and any statements regarding this sweepstakes for editorial, public relations, promotional and advertising purposes on behalf of PennyStockChaser.com without compensation to the winner.

All Terms and Conditions void where prohibited.

PennyStockChaser.com has been compensated by the following companies for their profile:

SOCI:  700,000 shares free trading by Third Party
PPTO: 1,000,000 shares free trading by Third Party
HYGN: 13, 000, 000 shares free trading by Third Party
CVRG: 7,000,000 shares free trading by Third Party
USCN: 400, 000 shares free trading by Third Party

UPTR: $100,000 by Third Party for Two Weeks
ILVC: 921,000 shares free trading by Third Party
CGAQ: 1,000.000 shares free trading by Third Party
CTHP: $100,000 by Third Party for Two Weeks
TAMO:$50,000 by Third Party for One Week
QURI: 5,000,000 shares free trading by Third Party
XYNH: 30,000,000 shares free trading by Third Party
EVRN: 4,500,000 shares free trading by Third Party
BEHL: 50,000,000 shares free trading by Third Party
C35: 5,000,000 shares free trading by Third Party
MTRO: 250,000 shares free trading by Third Party
COYN: 500,000 shares free trading by Third Party
DUTV:1,200,000 shares free trading by Third Party
NVSR:3,000,000 shares free trading by Third Party
HRRN:20,000,000 shares free trading by Third Party
AWSL:140,000 shares free trading by Third Party
AVOE: 500,000 shares free trading by Third Party
ZENG: 3,000,000 shares free trading by Third Party
BLVI: $50,000 by Third Party for One Day
OPSY: 2,800,000 shares free trading by Third Party
XCEL: $150,000 by Third Party for One Month
STZU: 500,000 shares free trading by Third Party
IFUS: 5,000,000 shares free trading by Third Party
TTEG: 400, 000 shares free Trading by Third Party
MHYS: 500,000 shares free trading by Third Party
NGHI: $100,000 by Third Party for Two Days
BLVI: 2,000, 000 shares free Trading by Third Party
EGOH: 350, 000 shares free Trading by Third Party
MRIB: 1,000,000 shares free Trading by Third Party
VRED: 20,000,000 shares free Trading by Third Party
APDN: 800,000 shares free Trading by Third Party
MDGC: $150,000 by Third Party for One Month
WDAS: $80,000 by Third Party for One Month
OPXS: 300, 000 shares free Trading by Third Party
PLMO: 350, 000 shares free Trading by Third Party
MEVT: 350, 000 shares free Trading by Third Party
LWSP: 375, 000 shares free Trading by Third Party
HDUP: 550, 000 shares free Trading by Third Party
PNTV: $50,000 by Third Party for One Week
RGTX: 500, 000 shares free Trading by Third Party
BRYN: 1,000,000 shares free Trading by Third Party
DRGZ: $75,000 by Third Party for One Week
LUXE: $75,000 by Third Party for One Week
CLNP: 500,000 shares free Trading by Third Party
VGPR: 6,000,000 shares free Trading by Third Party
DOLV: $80,000 by Third Party for One Week
VGPR: 19,000,000 shares free Trading by Third Party
KNDR: 2,000,000 shares free Trading by Third Party
PGCX: 250, 000 shares free Trading by Third Party
UTRM: 500, 000 shares free Trading by Third Party
EVII: $75,000 by Third Party for Two Weeks