BOCL: $75,000 by Third Party for Two Weeks
ENTK: 400,000 shares free Trading by Third Party
PMAH: 200,000 shares free Trading by Third Party
HRAL: 2,500,000 shares free Trading by Third Party
WBRE: $75,000 by Third Party for One Week
HSCO: 380,000 shares free Trading by Third Party
RVBF: $50,000 by Third Party for One Week
ALTO: 400,000 shares free Trading by Third Party
AGCZ: 400,000 shares free Trading by Third Party
GDHI: 100,000,000 shares free Trading by Third Party
MXGD: 1,000,000 shares free Trading by Third Party
BYSD: 200,000 shares free Trading by Third Party
DGRI: 1,000,000 shares free Trading by Third Party
EXPU: 2,000,000 shares free Trading by Third Party
HYII: 8,000,000 shares free Trading by Third Party
MYSL: 300,000 shares free Trading by Third Party
WDRP: 10,000,000 shares free Trading by Third Party
AMCG: $400,000 by Third Party for One Month
PPII: 400,000 shares free Trading by Third Party
IKTO: 300,000 shares free Trading by Third Party
SMLK: 600,000 shares free Trading by Third Party
BONZ: $50,000 by Third Party for One Day
EVPH: 500,000 shares free Trading by Third Party
WMBI: 1,100,000 shares free Trading by Third Party
FVSTA: 1,400,000 shares free trading by Third Party
LHPT:15,000,000 shares free trading by Third Party
CCGC: 1,500,000 shares free trading by Third Party
BLEW: Purchased $100,000 of stock through Third Party Investor

- home
- Safe Sender Instructions
- Daily Newsletter
- Featured Profiles
- Past Winners
- Contact Us
- Platinum Picks
- Our Watchlist
- Investing 101
- PSC Mobile
- PSC Contest
- Disclaimer

© 2010 PennyStockChaser.com. All rights reserved.

  

EXHIBIT

26

Search all o...

## Utah Department of Commerce — Business Entity Search

?Help

| Name | Type | City | Status |
|---|---|---|---|
| CONVERGE GLOBAL, INC. | Corporation | | Active |

**Business Name:** CONVERGE GLOBAL, INC.
**Entity Number:** 7204185-0142
**Registration Date:** 12/02/2008
**State of Origin:**

### Address

M5X1C7, TORONTO ON
Canada

### Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 12/03/2009
**Last Renewed:** 02/17/2010
**License Type:** Corporation - Domestic - Profit
**Delinquent Date:** 12/02/2010

### Registered Agent

**Registered Agent:** PRENTICE-HALL CORPORATION SYSTEM, INC., THE
[Search BES]  [Search RPS]
**Address Line 1:** 2180 SOUTH 1300 EAST, SUITE 650
**Address Line 2:**
**City:** Salt Lake City
**State:** UT
**Zip:** 84106

### Additional Information

**Duration Time:** PERPETUAL
**Stock Class 1 Amount:** 250,000,000
**Stock Class 1 Type:** COMMON
**Stock Class 2 Amount:** 5,000,000
**Stock Class 2 Type:** PREFERRED

With this information, you can...

| Search for Images | If you would like to view images of paper filings for this business entity, se button to the left. You will be assessed a $ 2.00 fee per image of a docum service. |

| Purchase Certificate of Existence | If you would like to purchase a Certificate of Existence for this business e the button to the left. You will be assessed a $ 12.00 fee for this service. need Adobe Reader to view this certificate. If you do not have Adobe Rea the button below and download it. |

 Get Adobe Reader

| Access Principal Information | If you would like to receive information on the principal individuals associa entity, click the button on the left. You will be assessed a $ 1.00 fee for th information. |

[ Back to search results ]   [ Do Another Search ]

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy | Translate l
Copyright © 2010 State of Utah - All rights reserved.



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

| Previous on List | Next on List | Return To List | | Entity Na |
| Events | Name History | | | |



# Detail by Entity Name

## Florida Profit Corporation

BIOCENTRIC ENERGY HOLDINGS, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P07000098713 |
| **FEI/EIN Number** | 371533594 |
| **Date Filed** | 09/04/2007 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 04/20/1999 |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 06/02/2010 |
| **Event Effective Date** | NONE |
| **DOMESTICATED** | |

## Principal Address

2400 S GARNSEY ST
SANTA ANA CA 92707

Changed 01/27/2010

## Mailing Address

624 11TH ST.
HUNTINGTON BEACH CA 92648

Changed 02/25/2009

## Registered Agent Name & Address

INCORP SERVICES, INC
17888 67TH COURT NORTH
LOXAHATCHEE FL 33470 US

Name Changed: 07/02/2009

Address Changed: 07/02/2009

## Officer/Director Detail

**Name & Address**

Title CEO

FISHER, DENNIS
624 11TH ST.
HUNTINGTON BEACH CA 92648

Title EVP

BERRY, MONIQUE
2400 S GARNSEY STREET
SANTA ANA CA 92707

Title DIR

PADILLA, ALEC
2400 S GARNSEY STREET
SANTA ANA CA 92707

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 09/22/2008 |
| 2009 | 07/02/2009 |
| 2010 | 01/27/2010 |

## Document Images

| | |
|---|---|
| 06/02/2010 -- Amendment | View image in PDF format |
| 02/12/2010 -- Amendment | View image in PDF format |
| 01/27/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/02/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2009 -- Amendment | View image in PDF format |
| 09/22/2008 -- ANNUAL REPORT | View image in PDF format |
| 09/11/2008 -- Amendment and Name Change | View image in PDF format |
| 12/11/2007 -- Amendment and Name Change | View image in PDF format |
| 11/27/2007 -- Amendment and Name Change | View image in PDF format |
| 09/04/2007 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List   Entity Na

Events   Name History   St

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 27, 2010**
**Secretary of State**

DOCUMENT# P07000098713

**Entity Name:** BIOCENTRIC ENERGY HOLDINGS, INC.

**Current Principal Place of Business:**

32592 VALLE
SAN JUAN CAPISTRANO, CA 92675

**New Principal Place of Business:**

2400 S GARNSEY ST
SANTA ANA, CA 92707

**Current Mailing Address:**

624 11TH ST.
HUNTINGTON BEACH, CA 92648

**New Mailing Address:**

**FEI Number: 37-1533594**    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

INCORP SERVICES, INC
17888 67TH COURT NORTH
LOXAHATCHEE, FL 33470    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

          Electronic Signature of Registered Agent                        Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

Title:      CEO
Name:    FISHER, DENNIS
Address:  624 11TH ST.
City-St-Zip:  HUNTINGTON BEACH, CA 92648

Title:      EVP
Name:    BERRY, MONIQUE
Address:  2400 S GARNSEY STREET
City-St-Zip:  SANTA ANA, CA 92707

Title:      DIR
Name:    PADILLA, ALEC
Address:  2400 S GARNSEY STREET
City-St-Zip:  SANTA ANA, CA 92707

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   DENNIS FISHER                  CEO            01/27/2010
            Electronic Signature of Signing Officer or Director                          Date

# BLUEWAVE GROUP, INC.

**EXHIBIT 29**

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Active** | File Date: | **1/30/2008** |
| Type: | **Domestic Corporation** | Entity Number: | **E0072072008-5** |
| Qualifying State: | **NV** | List of Officers Due: | **1/31/2011** |
| Managed By: | | Expiration Date: | |
| NV Business ID: | **NV20081485216** | Business License Exp: | **2/28/2011** |

## Additional Information

| | |
|---|---|
| Central Index Key: | **0001439142** |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **INCORP SERVICES. INC.** | Address 1: | **375 N STEPHANIE ST STE 1411** |
| Address 2: | | City | **HENDERSON** |
| State: | **NV** | Zip Code: | **89014-8909** |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | **NV** |
| Mailing Zip Code: | | | |
| Agent Type: | **Commercial Registered Agent - Other** | | |
| Jurisdiction: | **NEVADA** | Status: | **Active** |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | **0** | Capital Amount: | **$ 500,000.00** |
| Par Share Count: | **475,000,000.00** | Par Share Value: | **$ 0.001** |
| Par Share Count: | **25,000,000.00** | Par Share Value: | **$ 0.001** |

## Officers

☐ Include Inactive Officers

**President - DEREK C JACKSON**

| | | | |
|---|---|---|---|
| Address 1: | **888 E.LAS OLAS BLVD., SUITE 601** | Address 2: | |
| City: | **FORT LAUDERDALE** | State: | **FL** |
| Zip Code: | **33308** | Country: | **USA** |
| Status: | **Active** | Email: | |

**Secretary - DEREK C JACKSON**

| | | | |
|---|---|---|---|
| Address 1: | **888 E. LAS OLASLBLVD., SUITE 601** | Address 2: | |
| City: | **FORT LAUDERDALE** | State: | **FL** |
| Zip Code: | **33308** | Country: | **USA** |
| Status: | **Active** | Email: | |

**Treasurer - DEREK C JACKSON**

| | | | |
|---|---|---|---|
| Address 1: | **888 E. LAS OLAS BLVD., SUITE 601** | Address 2: | |
| City: | **FORT LAUDERDALE** | State: | **FL** |
| Zip Code: | **33308** | Country: | **USA** |
| Status: | **Active** | Email: | |

**Director - DEREK C JACKSON**

| | | | |
|---|---|---|---|
| Address 1: | **888 E. LAS OLAS BLVD., SUITE 601** | Address 2: | |
| City: | **FORT LAUDERDALE** | State: | **FL** |

| Zip Code: | 33308 | Country: | USA |
|---|---|---|---|
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | 20080075612-51 | # of Pages: | 1 |
| File Date: | 1/30/2008 | Effective Date: | |

Initial Stock Value: Par Value Shares: 100,000,000 Value: $ 0.001 No Par Value Shares: 0 --------------------------------- --------------------------- Total Authorized Capital: $ 100,000.00.

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20080113919-74 | # of Pages: | 1 |
| File Date: | 2/20/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Registered Agent Address Change | | |
|---|---|---|---|
| Document Number: | 20080296150-43 | # of Pages: | 222 |
| File Date: | 4/29/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20080854678-58 | # of Pages: | 1 |
| File Date: | 12/31/2008 | Effective Date: | |

09/10

| Action Type: | Admin Status Change | | |
|---|---|---|---|
| Document Number: | 20090806017-73 | # of Pages: | 1 |
| File Date: | 2/18/2010 | Effective Date: | 11/20/2009 |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20100115730-90 | # of Pages: | 1 |
| File Date: | 2/24/2010 | Effective Date: | |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 20100117318-34 | # of Pages: | 2 |
| File Date: | 2/24/2010 | Effective Date: | 3/17/2010 |

Previous Stock Value: Par Value Shares: 100,000,000 Value: $ 0.001 No Par Value Shares: 0 ----------------------------- --------------------------------- Total Authorized Capital: $ 100,000.00 New Stock Value: Par Value Shares: 475,000,000 Value: $ 0.001 Par Value Shares: 25,000,000 Value: $ 0.001 No Par Value Shares: 0 --------------------------------------- --------------------- Total Authorized Capital: $ 500,000.00

# AVRO ENERGY INC.

EXHIBIT
29

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Active** | File Date: | 1/31/2007 |
| Type: | **Domestic Corporation** | Entity Number: | E0064722007-3 |
| Qualifying State: | **NV** | List of Officers Due: | 1/31/2011 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | **NV20071631024** | Business License Exp: | 3/31/2011 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **CSC SERVICES OF NEVADA, INC.** | Address 1: | **502 EAST JOHN STREET** |
| Address 2: | | City: | **CARSON CITY** |
| State: | **NV** | Zip Code: | **89706** |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | **NV** |
| Mailing Zip Code: | | | |
| Agent Type: | **Commercial Registered Agent - Corporation** | | |
| Jurisdiction: | **NEVADA** | Status: | **Active** |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | **1,500.00** | Capital Amount: | **$ 100,000.00** |
| Par Share Count: | **100,000,000.00** | Par Share Value: | **$ 0.001** |

## Officers

☐ Include Inactive Officers

### Secretary - DONNY FITZGERALD

| | | | |
|---|---|---|---|
| Address 1: | **502 EAST JOHN STREET** | Address 2: | |
| City: | **CARSON CITY** | State: | **NV** |
| Zip Code: | **89706** | Country: | **USA** |
| Status: | **Active** | Email: | |

### President - MIKE P KURTANJEK

| | | | |
|---|---|---|---|
| Address 1: | **502 E JOHN ST** | Address 2: | |
| City: | **CARSON CITY** | State: | **NV** |
| Zip Code: | **89706** | Country: | |
| Status: | **Active** | Email: | |

### Treasurer - MIKE P KURTANJEK

| | | | |
|---|---|---|---|
| Address 1: | **502 EAST JOHN STREET** | Address 2: | |
| City: | **CARSON CITY** | State: | **NV** |
| Zip Code: | **89706** | Country: | **US** |
| Status: | **Active** | Email: | |

### Director - HEENAN MICHAEL

| | | | |
|---|---|---|---|
| Address 1: | **502 EAST JOHN STREET** | Address 2: | |
| City: | **CARSON CITY** | State: | **NV** |
| Zip Code: | **89706** | Country: | **USA** |
| Status: | **Active** | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | 20070067667-11 | # of Pages: | 1 |
| File Date: | 1/31/2007 | Effective Date: | |
| Initial Stock Value: Par Value Shares: 100,000,000 Value: $ 0.001 No Par Value Shares: 1,500 ------------------------------------------------------------ Total Authorized Capital: $ 100,000.00 | | | |
| Action Type: | Initial List | | |
| Document Number: | 20070512344-68 | # of Pages: | 1 |
| File Date: | 7/26/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080212319-18 | # of Pages: | 1 |
| File Date: | 3/27/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090545415-55 | # of Pages: | 1 |
| File Date: | 7/14/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100161675-89 | # of Pages: | 1 |
| File Date: | 3/16/2010 | Effective Date: | |
| (No notes for this action) | | | |



## West Virginia Secretary of State
# Business Organization Information Sy



EXHIBIT
30

| Home | On-Line Reference | | | | | |
|---|---|---|---|---|---|---|
| Name: | ATLANTIC WIND & SOLAR, INC. | | | | | |
| Type: | C | Eff Date: | 1/13/1977 | Ch Type: | D | Term Date: |
| Sec Type: | | Fil Date: | 1/13/1977 | Class: | P | Term Reas: |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Main

| Ch County: | 0 | Bus Purp: | | | AW/Term: | | Par Val: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | Ch State: | WV | Ex Acres: 0 | Term Yrs: | | Auth Shrs. | 5000 |
| | | | | Ctrl Num: 0 | Mgmt: | | Cap Stck: | 5000 |



# West Virginia Secretary of State
# Business Organization Information Sy

| Home | On-Line Reference | | | | | |
|------|------|------|------|------|------|------|
| Name: | ATLANTIC WIND & SOLAR, INC. | | | | | |
| Type: | C | Eff Date: | 1/13/1977 | Ch Type: | D | Term Date: |
| Sec Type: | | Fil Date: | 1/13/1977 | Class: | P | Term Reas: |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|------|-----------|----------|------|-------|---------|--------------|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Address Information

| Principal Office Address | Mailing Address |
|--------------------------|-----------------|
| 3109 GRAND AVENUE #484 | . |

| City | State/Pr | Country | Zip | City | State/Pr | Country | Zip |
|------|----------|---------|-----|------|----------|---------|-----|
| COCONUT GROVE | FL | USA | 33133 | | | | |

| Local Office Address | USPS Revised Address |
|----------------------|----------------------|
| . | . |

| City | State/Pr | Country | Zip | City | State/Pr | Country | Zip |
|------|----------|---------|-----|------|----------|---------|-----|
| . | | | | | | | |

| Notice of Process Address | Mailing Address |
|---------------------------|-----------------|
| INCORP SERVICES, INC. | . |
| 1113 POCA RIVER ROAD NORTH | |

| City | State/Pr | Country | Zip | City | State/Pr | Country | Zip |
|------|----------|---------|-----|------|----------|---------|-----|
| POCA | WV | USA | 25159 | | | | |



# West Virginia Secretary of State
## Business Organization Information Sy

| Home | On-Line Reference | | | | |
|---|---|---|---|---|---|
| Name: | ATLANTIC WIND & SOLAR, INC. | | | | |
| Type: | C | Eff Date: | 1/13/1977 | Ch Type: | D | Term Date: |
| Sec Type: | | Fil Date: | 1/13/1977 | Class: | P | Term Reas: |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Officer Information

| Incorporator GREGOR KLURFIELD | Secretary |
|---|---|
| City State/Pr Country Zip | City State/Pr Country Zip |
| **Incorporator** | **Treasurer** MARTIN BALDWIN (CFO) 3109 GRAND AVENUE, #484 |
| City State/Pr Country Zip | City State/Pr Country Zip<br>COCONUT GROVE FL USA 33133 |
| **President** VENECIA GAFTER 3109 GRAND AVENUE, #484 | **Director** VENECIA GAFTER 3109 GRAND AVENUE, #484 |
| City State/Pr Country Zip<br>COCONUT GROVE FL USA 33133 | City State/Pr Country Zip<br>COCONUT GROVE FL USA 33133 |
| **Vice-President** | **Director** MARTIN BALDWIN 3109 GRAND AVENUE, #484 |
| City State/Pr Country Zip | City State/Pr Country Zip<br>COCONUT GROVE FL USA 33133 |



# West Virginia Secretary of State
## Business Organization Information Sy

| Home | | On-Line Reference | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | | ATLANTIC WIND & SOLAR, INC. | | | | | |
| Type: | C | Eff Date: | 1/13/1977 | Ch Type: | D | Term Date: | |
| Sec Type: | | Fil Date: | 1/13/1977 | Class: | P | Term Reas: | |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Amendment Information

| Amend Date | Amendment |
|---|---|
| 11/4/1997 | CHANGE OF NAME FROM AETNA OPERATING COMPANY, INC. TO DRAGON ENVIRONMENTAL (UK) LIMITED & ALSO INCREASED THE SHARES FROM 5,000 SHARES AT $1.00 PAR TO 50,000,000 SHARES AT $.0001 PAR, AUTH CAP STAYS AT $5,000.00 |
| 10/26/1998 | CHANGE OF NAME TO AQUATEK UK LTD. |
| 2/8/2002 | NAME CHANGE: FROM AQUATEK UK LTD. |
| 2/8/2002 | AMENDMENT OF CAPITAL STOCK FROM 50,000,000 VALUE OF CAPITAL FROM 0.0001 TO 500,000,000 SHARES AT A PAR VALUE OF 0.00001 AND THE TOTAL AUTHORIZED CAPITAL STOCK SHALL HEREAFTER BE: 5,000.00 |
| 9/19/2008 | NAME CHANGE: FROM ENVIRONMENTAL TECHNOLOGIES INTERNATIONAL, INC TO ATLANTIC WIND & SOLAR, INC. |
| 5/24/2010 | FILED UPDATING INFORMATION ON STOCK CERTIFICATES 6235 & 6237 |
| 5/24/2010 | FILED UPDATED INFORMATION ON STOCK CERTIFICATES 6216 |
| 5/24/2010 | FILED UPDATING INFORMATION ON STOCK CERTIFICATES 6236 & 6238 |
| 5/26/2010 | FILED UPDATED INFORMATION ON STOCK CERTIFICATE 6239 |

Records Found: 9



Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of
Process
Registered Agents
Get Corporate
Status
Submitting a
Request How to
Form a New
Business Entity
Certifications,
Apostilles &

Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

|  |  | Incorporation | **12/04/1998** |
| --- | --- | --- | --- |
| File Number: | **2974464** | Date / | (mm/dd/yyyy) |
|  |  | Formation Date: |  |

| Entity Name: | **MSE ENVIRO-TECH CORP.** | | |
| --- | --- | --- | --- |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| Name: | **THE COMPANY CORPORATION** | | |
| --- | --- | --- | --- |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5440** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like   Status   Status, Tax & History Information   [ Submit ]

[ Back to Entity Search ]

Authentication of
Documents

To contact a Delaware Online Agent click here.



**Riedlinger, Michael**

Subject:                    RE: Hsco

---

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Tuesday, March 02, 2010 11:47 AM
**To:** Eisler, Scott
**Subject:** Re: Hsco

Do them at. 1 16 buddy
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Tue, 2 Mar 2010 16:42:27
To: <mckeown.carol@sympatico.ca>
Subject: RE: Hsco

Currently 1.16/1.17 on 290,121 shares

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca <mailto:mckeown.carol@sympatico.ca> ]
Sent: Tuesday, March 02, 2010 11:26 AM
To: Eisler, Scott
Subject: Hsco

Hi Scott

Please sell 30000 @ 1.18.

Cheers

Dan
Sent from my BlackBerry device on the Rogers Wireless Network

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures <http://www.opco.com/EmailDisclosures>  for important information and further disclosures pertaining to this transmission.

1

**Riedlinger, Michael**

**Subject:**                    RE: Hsco

---

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Wednesday, March 03, 2010 9:30 AM
**To:** Eisler, Scott
**Subject:** Re: Hsco

What is the cash balance.
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Wed, 3 Mar 2010 14:26:36
To: <mckeown.carol@sympatico.ca>
Subject: RE: Hsco

Dan or Carol, can you be more specific on "send me the balance".  You
mean the currently cleared money market,  right?

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca <mailto:mckeown.carol@sympatico.ca> ]
Sent: Wednesday, March 03, 2010 9:24 AM
To: Eisler, Scott
Subject: Hsco

Morning buddy. In barbados on a rour. Can t talk. Please sell 20 000
hsco at the open at one dollar and send me the balance. Thanks dan Sent
from my BlackBerry device on the Rogers Wireless Network

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures <http://www.opco.com/EmailDisclosures>  for important information and further disclosures pertaining to this transmission.

1

**From:**   "Josh Carlson" <jcarlson@wdco.com>
**To:**   <mckeown.carol@sympatico.ca>
**Sent:**   Monday, June 08, 2009 12:55 PM
**Subject:**   RE: Cgaq and hygn 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hey Carol,

I called the back office after speaking with Dan and found out that they
put in a bunch for another broker and forgot to do ours.  So they just
barely put that in five minutes ago.  I'll check in 15 and let you
know...

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, June 08, 2009 10:45 AM
To: Josh Carlson
Subject: Cgaq and hygn

Hi Josh

Any news on the dwacs?

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
-------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
-------------------------------------------------------


This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:** "Josh Carlson" <jcarlson@wdco.com>
**To:** <mckeown.carol@sympatico.ca>
**Sent:** Monday, June 15, 2009 5:24 PM
**Subject:** RE: Fills for today 116119

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Okay, here we go...

HYGN
200k at .0281
100k at .0281
200k at .0295
200k at .0288
200k at .029
200k at .0282
200k at .028
200k at .028
200k at .028
75,350 at .028

CGAQ
10k at .30
4,700 at .30
10k at .30
10k at .30
10k at .295
10k at .295
10k at .295
10k at .291
10k at .291
10k at .298

CVRG
100k at .0648
110k at .065
100k at .06638
100k at .065
100k at .062

VGPR
427,798 at .008

That's everything!

Josh


-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, June 15, 2009 1:49 PM
To: Josh Carlson
Subject: Re: Fills for today 116119

Thanks josh. Can u email me all fills at the end of the day. Cheers dan
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Mon, 15 Jun 2009 13:29:51
To: <mckeown.carol@sympatico.ca>
Subject: RE: Fills for today 116119


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hi Carol,

On the CVRG I found out that, similar to when we can't sell over 10
million shares, DTC is charging us large sums of money as collateral for
CVRG when we do more than a million shares.  We've been told by the
higher-ups of WD that we can't go over the 1 million share mark in a
three-day settlement period.  As for your sales as of 3:15pm...

500,000 CVRG at .06464
84,700 CGAQ at .29721
1.5 million HYGN at .02849

Josh


-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, June 15, 2009 1:10 PM
To: Josh Carlson
Subject: Re: Fills for today 116119

Can u give us an update on sales as of three fifteen josh. Thanks carol
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Mon, 15 Jun 2009 11:58:34
To: <mckeown.carol@sympatico.ca>
Subject: RE: Fills for today 116119


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Nope...the figures I just gave you are the most accurate.

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, June 15, 2009 11:54 AM
To: Josh Carlson
Subject: Re: Fills for today 116119

Thanks just trying to get it right Matt said 94000 cgaq. Just wondering
if there were outstanding orders that were filled.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Mon, 15 Jun 2009 11:53:15
To: <mckeown.carol@sympatico.ca>
Subject: RE: Fills for today 116119


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

I just checked with trading... She messed up. You've sold a total of 64,700 CGAQ and 425,000 CVRG today.

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, June 15, 2009 11:21 AM
To: Josh Carlson
Subject: Re: Fills for today 116119

Can you doublecheck. Matt gave very diff numbers ------Original
Message------
From: Josh Carlson
To: mckeown.carol@sympatico.ca
Subject: RE: Fills for today 116119
Sent: Jun 15, 2009 1:14 PM

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hey Carol,

Here's the fills we have back so far.

HYGN
200k at .0281
100k at .0281
200k at .0295
200k at .0288
200k at .029

CGAQ
10k at .30
4,700 at .30
10k at .30

CVRG
100k at .0648
110k at .065

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, June 15, 2009 10:19 AM
To: Josh Carlson
Subject: Fills for today

Hi josh. Can u let me know what has been sold so far today. Cheers dan
Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
--------------------------------------------------------


This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.


Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
--------------------------------------------------------


This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.

---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

5/26/2010

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

| From: | "Josh Carlson" <jcarlson@wdco.com> |
|---|---|
| To: | <mckeown.carol@sympatico.ca> |
| Sent: | Tuesday, June 23, 2009 1:35 PM |
| Attach: | noreplyscanner@wdco.com_20090623_103220.pdf |
| Subject: | WDCO 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

Sorry...Scratch that last email.  The two stock powers I have here don't
look like they're signed by you.  They were sent in with a cert of yours
but it looks like it is signed by Ryan, not by you.  I've attached them
to this email so you can take a look.  So for the record I have no stock
powers for you but I need one for BEDA.

Best,

Josh
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any
attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are
solely those of the author and do not necessarily represent those of the company.

5/26/2010

| Off. | Acct. | T |
|------|-------|---|
| Acct. Number | | |
| | | |

## IRREVOCABLE STOCK POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sell, assign and transfer to

_____

_____

_____ shares of the _____ stock of _____
represented by Certificate(s) No(s). _____ inclusive, standing in the name of the undersigned
on the books of said Company.

The undersigned dos (do) hereby irrevocably constitute and appoint _____
attorney to transfer the said stock, as the case may be, on the books of said Company, with full power of
substitution in the premises.

DATE _____

X _____

X _____

(Person(s) executing this power sign(s) here)

**From:**    "Josh Carlson" <jcarlson@wdco.com>
**To:**      <mckeown.carol@sympatico.ca>
**Sent:**    Wednesday, June 24, 2009 12:12 PM
**Subject:** RE: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

No because it's a sole officer account and you're the only one on it so
it has to come from you.  Unless you wanted to re-paper the whole
account and send in update corporate paperwork with Daniel added on...

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, June 24, 2009 9:53 AM
To: Josh Carlson
Subject: Re: WDCO 19116

It was sigbed by daniel. Can we still use it?
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Wed, 24 Jun 2009 09:49:31
To: <mckeown.carol@sympatico.ca>
Subject: FW: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Did you get this email? I don't know whose signature this is, but I know
it's not yours.  Can you send another stock power?

Josh

-----Original Message-----
From: Josh Carlson
Sent: Tuesday, June 23, 2009 11:35 AM
To: 'mckeown.carol@sympatico.ca'
Subject: WDCO 19116

Hi Carol,

Sorry...Scratch that last email.  The two stock powers I have here don't
look like they're signed by you.  They were sent in with a cert of yours
but it looks like it is signed by Ryan, not by you.  I've attached them
to this email so you can take a look.  So for the record I have no stock
powers for you but I need one for BEDA.

Best,

Josh
----------------------------------------------------------

This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.
----------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
----------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any
attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are
solely those of the author and do not necessarily represent those of the company.

| | |
|---|---|
| **From:** | "Josh Carlson" <jcarlson@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Wednesday, June 24, 2009 1:22 PM |
| **Attach:** | Stock Power.doc.pdf |
| **Subject:** | RE: WDCO 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Sure! Also, we just got a fax to transfer that VTPK to Procom but there wasn't a purpose for the transfer.  Is it a cancellation of contract and you're just returning the shares?

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, June 24, 2009 10:45 AM
To: Josh Carlson
Subject: Re: WDCO 19116

Can u resend a blank copy for me to sign Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Wed, 24 Jun 2009 10:12:17
To: <mckeown.carol@sympatico.ca>
Subject: RE: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

No because it's a sole officer account and you're the only one on it so it has to come from you.  Unless you wanted to re-paper the whole account and send in update corporate paperwork with Daniel added on...

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, June 24, 2009 9:53 AM
To: Josh Carlson
Subject: Re: WDCO 19116

It was sigbed by daniel. Can we still use it?
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Wed, 24 Jun 2009 09:49:31
To: <mckeown.carol@sympatico.ca>
Subject: FW: WDCO 19116


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Did you get this email? I don't know whose signature this is, but I know
it's not yours. Can you send another stock power?

Josh

-----Original Message-----
From: Josh Carlson
Sent: Tuesday, June 23, 2009 11:35 AM
To: 'mckeown.carol@sympatico.ca'
Subject: WDCO 19116

Hi Carol,

Sorry...Scratch that last email. The two stock powers I have here don't
look like they're signed by you. They were sent in with a cert of yours
but it looks like it is signed by Ryan, not by you. I've attached them
to this email so you can take a look. So for the record I have no stock
powers for you but I need one for BEDA.

Best,

Josh

-------------------------------------------------------

5/26/2010

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.
--------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.
--------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:**  "Josh Carlson" <jcarlson@wdco.com>
**To:**  "Carol MC KEOWN" <mckeown.carol@sympatico.ca>
**Sent:**  Thursday, June 25, 2009 10:07 AM
**Subject:**  WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Morning Carol,

Ask Dan how many EGM shares he wants Matt to buy...

Thanks,

Josh

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:** "Josh Carlson" <jcarlson@wdco.com>
**To:** <mckeown.carol@sympatico.ca>
**Sent:** Tuesday, June 30, 2009 4:06 PM
**Subject:** WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

We've got Downshire set up as a sole officer corporation but we just got a copy of a consulting agreement with Dan's signature. How is the corporation supposed to be set up? Do we need to update all the paperwork with Dan? Or should he not be signed consulting agreements for the company? ;)

Best,

Josh

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:**   "Josh Carlson" <jcarlson@wdco.com>
**To:**   <mckeown.carol@sympatico.ca>
**Sent:**   Monday, July 27, 2009 1:12 PM
**Subject:**   WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

Will you have Dan call Allen Hunter at 724-734-8564?  He's says he's trying to get a hold of Dan concerning a transfer of NYMH.

Thanks,

Josh

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:** "Josh Carlson" <jcarlson@wdco.com>
**To:** "Carol MC KEOWN " <mckeown.carol@sympatico.ca>
**Sent:** Tuesday, August 11, 2009 10:16 AM
**Subject:** RE: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Looks like there was an ACATS that brought in 5 million shares of NVSR
and that stock has been approved.  Dan told Matt to sell stock
throughout the day with an .025 limit.

Best,

Josh

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Tuesday, August 11, 2009 7:53 AM
To: Josh Carlson
Subject: Re: WDCO 19116

150000. Did the nvsr come in?

Thanks
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Josh Carlson <jcarlson@wdco.com>

Date: Tue, 11 Aug 2009 13:50:44
To: <mckeown.carol@sympatico.ca>
Subject: RE:  WDCO 19116


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Morning Carol,

That sell order is in. Also, the transfer is of STZU to Barry Scharf.
The back office couldn't tell if it was 150,000 shares or 750,000
shares.

Best,

Josh

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca
<mailto:mckeown.carol@sympatico.ca> ]
Sent: Tuesday, August 11, 2009 5:31 AM
To: Josh Carlson
Subject:

Hi Josh

Please sell 40 000 shares of AVOE @ .87.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**     "Josh Carlson" <jcarlson@wdco.com>
**To:**       <mckeown.carol@sympatico.ca>
**Sent:**     Wednesday, May 13, 2009 10:58 AM
**Subject:**  RE: Cvrg 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

The compliance officer is looking for a little more detail/explanation
with the CVRG stock.  You've indicated that you got the stock for
services rendered but then also put zero.  What is the value of your
services?

Also, you indicated that Capital K purchased the stock from the company.
You can't get free-trading stock from the issuer.  How did the stock
become free-trading if Capital K has only owned the shares for three
months?

Thanks,

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, May 13, 2009 7:31 AM
To: Josh Carlson
Subject: Cvrg

Hi Josh

The stock opened at .10 today from .0565 yesterday. Did you get the
cert.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
--------------------------------------------------------

5/26/2010

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**     "Josh Carlson" <jcarlson@wdco.com>
**To:**         <mckeown.carol@sympatico.ca>
**Sent:**     Thursday, May 14, 2009 1:50 PM
**Subject:**  RE: Cvrg 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


I got a bunch of paperwork sent over and it all states you can't sell
any of the stock.  Am I okay to call Peter on this?

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, May 14, 2009 11:38 AM
To: Josh Carlson
Subject: Cvrg

Any news?

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------


This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any
attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are
solely those of the author and do not necessarily represent those of the company.

| From: | "Josh Carlson" <jcarlson@wdco.com> |
| To: | <mckeown.carol@sympatico.ca> |
| Sent: | Thursday, May 14, 2009 12:15 PM |
| Subject: | RE: Cvrg 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

Peter Kolacz called me this morning and then faxed over a ton of paperwork.  I just need to get through it all and then get approval by compliance.

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, May 14, 2009 9:43 AM
To: Josh Carlson
Subject: Cvrg

How is the clearing of the stock coming?

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

| | |
|---|---|
| **From:** | "Josh Carlson" <jcarlson@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Tuesday, May 19, 2009 4:57 PM |
| **Subject:** | RE: Any news? 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

As you know, the DWAC came in but I'm still in the process of getting compliance approval. Our attorney just responded concerning the Converge about 20 minutes ago and we have gotten approval. The stock will be overnighted to the transfer agent today. In the meantime, I'm going to try and get the transfer to Suzie Ma approved so it can go over when the stock gets back.

Best,

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Tuesday, May 19, 2009 2:35 PM
To: Josh Carlson
Subject: Any news?

Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**    "Josh Carlson" <jcarlson@wdco.com>
**To:**      <mckeown.carol@sympatico.ca>
**Sent:**    Wednesday, May 20, 2009 6:00 PM
**Subject:** RE: Soci 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hi Carol,

Just realized I never answered this question.  No, we can't sell the
CVRG yet.  Still waiting to get it back from transfer.

Best,

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, May 20, 2009 10:52 AM
To: Josh Carlson
Subject: Re: Soci 19116

Can I sell cvrg yet.
------Original Message------
From: Josh Carlson
To: mckeown.carol@sympatico.ca
Sent: May 20, 2009 12:34 PM
Subject: RE: Soci 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hi Carol,

The 200k at the beginning of the call went through at .049.  The second
200k went through at .049. I believe that brings your total to 1.6
million.  As for SOCI you bought 10,000 at .99 and 5,000 at 1.005.

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, May 20, 2009 10:06 AM
To: Josh Carlson
Subject: Soci

Buy another 2000 please.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.

Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any

5/26/2010

attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

| | |
|---|---|
| **From:** | "Josh Carlson" <jcarlson@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Friday, May 22, 2009 1:28 PM |
| **Subject:** | RE: WDCO 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Just took the orders in...

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Friday, May 22, 2009 11:18 AM
To: Josh Carlson
Subject: Re: WDCO 19116

Sell 50 000 at market and buy 2000 soci also at market. Are you there
until 4?

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Fri, 22 May 2009 11:04:10
To: <mckeown.carol@sympatico.ca>
Subject: RE: WDCO 19116


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Rushed.  Let me know what you want to do...