Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Friday, May 22, 2009 10:22 AM
To: Josh Carlson
Subject: Re: WDCO 19116

Try to rush it please.
------Original Message------
From: Josh Carlson
To: mckeown.carol@sympatico.ca
Sent: May 22, 2009 12:21 PM
Subject: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

The DWAC came in...  I just need to get it approved by compliance.

I'll let you know...

Josh
-----------------------------------------------------------


This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.


Sent from my BlackBerry device on the Rogers Wireless Network
-----------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.
---------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:**     "Josh Carlson" <jcarlson@wdco.com>
**To:**       <mckeown.carol@sympatico.ca>
**Sent:**     Tuesday, May 26, 2009 5:39 PM
**Subject:**  RE: Exp 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

If the tickets back from trading are accurate, I show you sold 3.45
million HYGN, 1.3 million CVRG, and bought 10,000 EXP.  None of those
other orders (USCN, SOCI, DGIN, PPTO) when through but are still in GTC.

Best,

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Tuesday, May 26, 2009 2:05 PM
To: Josh Carlson
Subject: Re: Exp 19116

Hi josh

Did you get some BEDA shares?

Thanks

Carol
------Original Message------
From: Josh Carlson
To: mckeown.carol@sympatico.ca
Sent: May 26, 2009 4:02 PM
Subject: RE: Exp 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Sorry Carol,

I missed this last order.  It just came in and the market has already closed.

Best,

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Tuesday, May 26, 2009 1:22 PM
To: Josh Carlson
Subject: Exp

Hi Josh

Please by 1000 shares of EXP.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
--------------------------------------------------------


This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or ómissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.


Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.

---------------------------------------------------------

This message (and any associated files) is intended only for the use of <u>mckeown.carol@sympatico.ca</u> and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

| | |
|---|---|
| **From:** | "Josh Carlson" <jcarlson@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Wednesday, May 27, 2009 7:36 PM |
| **Subject:** | RE:WDCO 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

I'll put these orders in now so they're ready in the morning.  Also, I'm putting them in GTC so don't forget that the SOCI is in there. :)

Have a good night!  I'm going home....

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, May 27, 2009 3:41 PM
To: Josh Carlson
Subject: (No subject header)

Hi josh

Please sell 50 000 cvrg @ .125. Cancel any outstanding sales above .13.

Please sell 10 000 soci @ 1.05.

Please cancel the ilvc @ .02 and buy 250 000 at .015.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
--------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
--------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca

and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**    "Josh Carlson" <jcarlson@wdco.com>
**To:**      <mckeown.carol@sympatico.ca>
**Sent:**    Thursday, May 28, 2009 1:03 PM
**Subject:** RE: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

I just put that sell order in...

As for x-clearing stock, you are never charged as a buyer, just as a
seller because you are responsible for delivering the stock.  On
x-clearing stock, you have to send the certificate to the transfer agent
and get it broken up and new certs issued to the firms of whoever bought
your stock.  That's where it can get really expensive because if more
than one firm bought your stock then you have to get a cert for each
firm and one for your remainder stock.  Some TA's only charge $20 a cert
and some are $50 so you can see how those fees can escalate quickly. But
the "charge" varies on how many certs need to be issued.  Plus, the
certs have to be sent overnight so you get hit there as well.

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, May 28, 2009 10:29 AM
To: Josh Carlson
Subject: Re: WDCO 19116

Thanks for the update Josh. Was I charged when buying also? What is the
charge per trade?

Please sell 100 000 cvrg at .11.

Thanks

Carol
------Original Message------
From: Josh Carlson
To: mckeown.carol@sympatico.ca
Sent: May 28, 2009 11:29 AM
Subject: WDCO 19116

5/26/2010

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hi Carol,

I just got informed by the back office that SOCI is not DTC-eligible and
so everything is going x-clearing. They just got a bunch of balance
orders from your sell yesterday so your account will probably be hit
with all those fees next week. And you'll be hit every time you sell as
well. Just something you should be aware of. The only way to avoid
these hundreds of dollars in fees is to have the company contact the
transfer agent and see what is amiss. More than likely they haven't
paid the transfer agent.

Best,

Josh
---------------------------------------------------------


This message (and any associated files) is intended only for the use of
mckeown.carol@sympatico.ca and may contain information that is
confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no
responsibility for virus contamination or other system loss or damage of
any kind.

We do not accept responsibility for any errors or omissions that are
present in this message, or any attachment, that have arisen as a result
of e-mail transmission. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the company.


Sent from my BlackBerry device on the Rogers Wireless Network
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------


This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca

5/26/2010

and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:** "Josh Carlson" <jcarlson@wdco.com>
**To:** <mckeown.carol@sympatico.ca>
**Sent:** Thursday, May 28, 2009 5:14 PM
**Subject:** RE: Buys and sells 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hey Carol,

This is what I got...

CVRG sells:
5,000 at .105
40,000 at .105
50,000 at .11
50,000 at .10412
100,000 at .11
50,000 at .111
25,000 at .1016
50,000 at .11
50,000 at .101
50,000 at .09925
100,000 at .10
41,000 at .125

EXP buys:
2,500 at .885
5,000 at .8654
2,500 at .877
3,000 at .877

SOCI sells:
2,500 at .96
3,000 at .95
3,035 at 1.02

USCN buys:
1,000 at .74
1,000 at .70

Orders still in from today:
9,000 CVRG at .125
250,000 ILVC at .015

2,500 SOCI at .96
6,965 SOCI at 1.02
10,000 SOCI at 1.05

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, May 28, 2009 2:12 PM
To: Josh Carlson
Subject: Buys and sells

Hi Josh

Can I please get a tally of the buys and sells for today.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
----------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
----------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any
attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are
solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**    "Josh Carlson" <jcarlson@wdco.com>
**To:**      <mckeown.carol@sympatico.ca>
**Sent:**    Friday, May 29, 2009 5:33 PM
**Subject:** RE: Cvrg 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

I've been told 400,000 at .10474 average. Also, there was a 100,000
share ticket at .10 that didn't post today so that will reflect in the
account on Monday. You also sold 5,000 SOCI at .90 and bought the 1,500
EXP at .894.

Have a great weekend!

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Friday, May 29, 2009 2:08 PM
To: Josh Carlson
Subject: Cvrg

hi Josh

How many did I sell today.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus

contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

| From: | "Carol MC KEOWN" <mckeown.carol@sympatico.ca> |
| To: | "Josh" <jcarlson@wdco.com> |
| Sent: | Monday, June 01, 2009 9:35 AM |
| Subject: | Monday |

Hi Josh,

Can you fax me  at 514-932-0547 a copy of the statements for Downshire for July and August 2008?

Wire the available funds to my bank.

and sell 50 000 cvrg @.11

Thanks

Carol

**From:**  "Josh Carlson" <jcarlson@wdco.com>
**To:**  <mckeown.carol@sympatico.ca>
**Sent:**  Monday, June 01, 2009 4:44 PM
**Subject:**  WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hey Carol,

I was just going through our commission report and it looks like you sold 1,000 PPTO at 1.05 on Friday.  As for today, you sold 100k CVRG at .09077 and .091 and 200k at .09125.

Best,

Josh

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:**     "Carol MC KEOWN" <mckeown.carol@sympatico.ca>
**To:**       "Josh" <jcarlson@wdco.com>
**Sent:**     Tuesday, June 02, 2009 8:56 AM
**Subject:**  Cvrg

Hi Josh,

Please sell the remaining cvrg at .09.

Thanks

Carol

**From:**    "Josh Carlson" <jcarlson@wdco.com>
**To:**      <mckeown.carol@sympatico.ca>
**Sent:**    Tuesday, June 02, 2009 9:44 AM
**Subject:** Cvrg 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Morning Carol!

All 94,000 is out at .09.

Josh

---

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Tuesday, June 02, 2009 6:56 AM
**To:** Josh Carlson
**Subject:** Cvrg

Hi Josh,

Please sell the remaining cvrg at .09.

Thanks

Carol

---

This message was received from outside of the company. Any information contained in this email is subject to review.

---

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**      "Carol MC KEOWN" <mckeown.carol@sympatico.ca>
**To:**        "Josh" <jcarlson@wdco.com>
**Sent:**      Friday, June 05, 2009 8:47 AM
**Subject:**   Change in banking info

Hi Josh,

Please send all future wires to the following accout. Just the account number has changed.

TD Canada Trust
1289 Greene Ave
Westmount Qc
Canada
H3Z 2A4

Account name: Downshire Capital
Acount # ▬▬5479

Branch # 4772

Swift: TDOMCATTTOR

ABA: 026009593

Thanks

Carol

| | |
|---|---|
| **From:** | "Josh Carlson" <jcarlson@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Thursday, June 11, 2009 1:35 PM |
| **Subject:** | RE: Cgaq hygn cvrg 19116 |

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


...what was the fax? :)

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, June 11, 2009 11:27 AM
To: Josh Carlson
Subject: Re: Cgaq hygn cvrg 19116

Hi Josh,

The only hygn and cgaq stock I own is with you. I will send more powers.
Did you get the fax yesterday?

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Josh Carlson" <jcarlson@wdco.com>

Date: Thu, 11 Jun 2009 11:23:06
To: <mckeown.carol@sympatico.ca>
Subject: RE: Cgaq hygn cvrg 19116


Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823


Hi Carol,

Compliance wants to know the total number of shares you own in CGAQ and HYGN in all your accounts everywhere. The CVRG is already approved and going out to transfer. I'm still waiting for the SDD form for PPTO and I need more stock powers sent please. The SDD form and another stock power are attached.

Josh

-----Original Message-----
From: mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, June 11, 2009 11:08 AM
To: Josh Carlson
Subject: Cgaq hygn cvrg

Hi josh

Are these out of compiance yet? Can we get a rush on it?

Thanks

Carol

Sent from my BlackBerry device on the Rogers Wireless Network
---------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
---------------------------------------------------------


This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.
---------------------------------------------------------

This message was received from outside of the company. Any information contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

| | |
|---|---|
| **From:** | "Josh Carlson" <jcarlson@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Friday, June 19, 2009 3:13 PM |
| **Subject:** | RE: WDCO 19116 |



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Okay, order is going in!

Josh

---

**From:** mckeown.carol@sympatico.ca [mailto:mckeown.carol@sympatico.ca]
**Sent:** Friday, June 19, 2009 1:06 PM
**To:** Josh Carlson
**Subject:** Re: WDCO 19116

Six cents bud

Sent from my BlackBerry device on the Rogers Wireless Network

---

**From:** "Josh Carlson"
**Date:** Fri, 19 Jun 2009 12:21:05 -0600
**To:** <mckeown.carol@sympatico.ca>
**Subject:** WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

We can sell 100,000 CVRG.  What price should you put it in at?

Josh

---

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result

of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

---

This message was received from outside of the company. Any information contained in this email is subject to review.

---

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

| | |
|---|---|
| **From:** | "Matt Gomez" <mgomez@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Thursday, July 16, 2009 5:32 PM |
| **Subject:** | WDCO 19116 |



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Updates:

MTRO buys:

5K @ .34
5K @ .34

AVOE buys:
5K @ .35
5K @ .35
5K @ .40
5K @ .50
10K @ .40

COYN sells:

10K @ .3025
20K @ .32


Thanks,
Matt

*This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.*

*We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*

**From:** "Matt Gomez" <mgomez@wdco.com>
**To:** <mckeown.carol@sympatico.ca>
**Sent:** Tuesday, July 21, 2009 5:53 PM
**Subject:** WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

updates:

NVSR buys:

500K @ .00849
500K @ .008
2 million @ .00766
500K @ .00821

COYN Sells:

50K @ .34

AVOE Buys:

2,500 @ .54

MTRO Buys:

2,500 @ .46

EGM Buys

50K @ .086
50K @ .084
50K @ .082

Thanks,
Matt

---

*This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.*

*We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*

| | |
|---|---|
| **From:** | "Matt Gomez" <mgomez@wdco.com> |
| **To:** | <mckeown.carol@sympatico.ca> |
| **Sent:** | Thursday, July 23, 2009 6:10 PM |
| **Subject:** | WDCO 19116 |



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Updates:

HRRN buys:

500,000 HRRN @ .0098

MTRO buys:

2,000 @ .38
2,500 @ .38

EGM buys:

49,000 @ .092
50,000 @ .095
40,000 @ .098
25,000 @ .097

AVOE buys:

2,000 @ .56
1,500 @ .57
1,500 @ .59
2,500 @ .57

COYN sells:

30,000 @ .32
30,000 @ .32
5,000 @ .33

Matt

*This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.*

*We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*

**From:** "Matt Gomez" <mgomez@wdco.com>
**To:** <mckeown.carol@sympatico.ca>
**Sent:** Monday, July 27, 2009 4:16 PM
**Subject:** WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Updates:

You sold 50,175 @ .29 and 10,000 CSRFF @ .909.

You bought 2,500 AVOE @ .62.

Thanks,
Matt

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

5/26/2010

**From:**     "Josh Carlson" <jcarlson@wdco.com>
**To:**       "Carol MC KEOWN " <mckeown.carol@sympatico.ca>
**Sent:**     Tuesday, August 11, 2009 9:50 AM
**Subject:**  RE: WDCO 19116

Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Morning Carol,

That sell order is in. Also, the transfer is of STZU to Barry Scharf.
The back office couldn't tell if it was 150,000 shares or 750,000
shares.

Best,

Josh

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Tuesday, August 11, 2009 5:31 AM
To: Josh Carlson
Subject:

Hi Josh

Please sell 40 000 shares of AVOE @ .87.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network
---------------------------------------------------------

This message was received from outside of the company. Any information
contained in this email is subject to review.
---------------------------------------------------------

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca
and may contain information that is confidential, subject to copyright or constitutes a trade secret. We
give no assurance that any communications is virus-free and accept no responsibility for virus
contamination or other system loss or damage of any kind.

5/26/2010

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:**    "Josh Carlson" <jcarlson@wdco.com>
**To:**      "Carol MC KEOWN " <mckeown.carol@sympatico.ca>
**Sent:**    Thursday, August 13, 2009 5:12 PM
**Subject:** WDCO 19116



Wilson-Davis & Co., Inc.
236 S Main
Salt Lake City, UT 84101
Tel: (801) 532-1313
Toll Free: (800) 621-1571
Fax: (801) 578-2823

Hi Carol,

Four more trades...

Bought
100,000 BLVI at .07645

Sold
86,000 OPSY at .077
52,400 OPSY at .074 (put in as day so the balance was cancelled)
2,000 AWSL at 1.32

Best,

Josh

This message (and any associated files) is intended only for the use of mckeown.carol@sympatico.ca and may contain information that is confidential, subject to copyright or constitutes a trade secret. We give no assurance that any communications is virus-free and accept no responsibility for virus contamination or other system loss or damage of any kind.

We do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**Riedlinger, Michael**

ubject:                    RE:

---

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Friday, April 16, 2010 12:43 PM
**To:** Eisler, Scott
**Subject:** Re:


Sorry about all the emails buddy. The sell reception is so bad in ny9.
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Fri, 16 Apr 2010 16:40:50
To: <mckeown.carol@sympatico.ca>
Subject: RE:

Sell of 225 shares @ 0.25

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Friday, April 16, 2010 12:40 PM
To: Eisler, Scott
ubject: Re:

What was the size of the last trade
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Fri, 16 Apr 2010 16:38:57
To: <mckeown.carol@sympatico.ca>
Subject: RE:

0.25/0.35 last trade 0.25 (down 0.07) on 138113 shares

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Friday, April 16, 2010 12:38 PM
To: Eisler, Scott
Subject: Re:

What is the market on blew buddy
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: mckeown.carol@sympatico.ca
Date: Fri, 16 Apr 2010 16:25:56
To: Eisler Scott<Scott.Eisler@opco.com>
bject: Re:

Cool what is the market on rgtx now. I would like to buy more. Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----

1

From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Fri, 16 Apr 2010 16:17:54
To: <mckeown.carol@sympatico.ca>
 ubject: RE:

Per our conversation you invested in 5000 shares of RGTX @ $1.00


-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Friday, April 16, 2010 12:00 PM
To: Eisler, Scott
Subject:

What happend to goldman?
Sent from my BlackBerry device on the Rogers Wireless Network


This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures for important information and further disclosures pertaining to this transmission.

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures for important information and further disclosures pertaining to this transmission.

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures for important information and further disclosures pertaining to this transmission.

**Riedlinger, Michael**

Subject:                          RE: VIVK

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Wednesday, April 28, 2010 3:32 PM
**To:** Eisler, Scott; Hall, DeeDee
**Subject:** Re: VIVK

Cool.

Can you please email Marco @ marco@pennystockchaser.com with your address.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Wed, 28 Apr 2010 19:28:19
To: <mckeown.carol@sympatico.ca>
Subject: RE: VIVK

.tegrity Stock Transfer is it :)

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, April 28, 2010 3:26 PM
To: Eisler, Scott
Subject: Re: VIVK

Thanks
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Wed, 28 Apr 2010 19:25:50
To: <mckeown.carol@sympatico.ca>
Subject: RE: VIVK

I will try and find out

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, April 28, 2010 3:25 PM
To: Eisler, Scott
Subject: Re: VIVK

I do not know.
 nt from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Wed, 28 Apr 2010 19:21:31

1

To: <mckeown.carol@sympatico.ca>
Subject: RE: VIVK

.iank you.......Coming from which firm??


----------------
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Wednesday, April 28, 2010 3:21 PM
To: Eisler, Scott; Hall, DeeDee
Subject: VIVK


Hi Scott/Deedee,

There is a DWAC of 1,750,000 shares of VIVK. Please pull it.

Thanks

Carol

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately. Please go to www.opco.com/EmailDisclosures <http://www.opco.com/EmailDisclosures> <http://www.opco.com/EmailDisclosures> for important information and further disclosures pertaining to this transmission.

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately. Please go to http://www.opco.com/EmailDisclosures for important information and further disclosures pertaining to this transmission.

This communication and any attached files may contain information that is confidential or privileged. If this communication has been ceived in error, please delete or destroy it immediately. Please go to http://www.opco.com/EmailDisclosures for important nformation and further disclosures pertaining to this transmission.

**Riedlinger, Michael**

**Subject:**                    RE: Aclh

**From:** Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
**Sent:** Monday, May 03, 2010 10:01 AM
**To:** Eisler, Scott
**Subject:** Re: Aclh

We twitted it out yesterday and today. Now @ .0405
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Mon, 3 May 2010 13:59:26
To: <mckeown.carol@sympatico.ca>
Subject: RE: Aclh

?? What?

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Monday, May 03, 2010 9:57 AM
  : Eisler, Scott
Subject: Aclh

We twittered out @ .035.
Sent from my BlackBerry device on the Rogers Wireless Network

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures for important information and further disclosures pertaining to this transmission.

**Riedlinger, Michael**

Subject:                    RE: Wiring instructions

**From:** Hall, DeeDee [mailto:DeeDee.Hall@opco.com]
**Sent:** Wednesday, January 06, 2010 3:21 PM
**To:** Eisler, Scott
**Subject:** FW: Wiring instructions


-----Original Message-----
From: suzie@downshirecapital.com [mailto:suzie@downshirecapital.com]
Sent: Wednesday, January 06, 2010 3:18 PM
To: Carol MC KEOWN; Hall, DeeDee
Subject: Re: Wiring instructions

Wire done!!!
-----Original Message-----
From: Carol MC KEOWN
To: DeeDee Hall
To: Suzie Ma
Subject: Re: Wiring instructions
Sent: Jan 6, 2010 11:29

Hi Deedee

Suzie will be sending it today. We are still in Mexico.

Thanks

Carol
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Hall  DeeDee <DeeDee.Hall@opco.com>
Date: Wed, 6 Jan 2010 15:22:33
To: <mckeown.carol@sympatico.ca>
Cc: <Scott.Eisler@opco.com>
Subject: Wiring instructions

Good morning Carol -  PLEASE WIRE $8,150 AS FOLLOWS:   J P MORGAN CHASE BANK   1 CHASE MANHATTAN
PLAZA  NEW YORK, N. Y. 10081  ABA# 021-000-021  FBO OPPENHEIMER & COMPANY INC.  A/C #█████-3234 FFC
MEADOW VISTA FINANCIAL A/C ██████-016-1-BU7.  Thank you and have a nice day.

DeeDee Hall
Registered Client Service Associate
Oppenheimer & Co., Inc.
561-620-3101
561-620-3140 Fax
This communication and any attached files may contain information that is confidential or privileged. If this communication has been
received in error, please delete or destroy it immediately. Please go to www.opco.com/EmailDisclosures for important information
and further disclosures pertaining to this transmission.


Sent on the TELUS Mobility network with BlackBerry

**Riedlinger, Michael**

ubject:                    RE: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

**From:** Eisler, Scott [mailto:Scott.Eisler@opco.com]
**Sent:** Thursday, January 07, 2010 12:41 PM
**To:** Carol MC KEOWN
**Subject:** RE: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

Per our conversation; you have sold 2000 AWSL @ 3.027.......... Smile, Scott

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca]
Sent: Thursday, January 07, 2010 12:33 PM
To: Eisler, Scott
Subject: Re: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

Please sell 2000 awsl at 3.02. Thanks carol Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Thu, 7 Jan 2010 17:25:41
To: <mckeown.carol@sympatico.ca>
·bject: RE: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

Modello....... Nice!

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca <mailto:mckeown.carol@sympatico.ca> ]
Sent: Thursday, January 07, 2010 12:25 PM
To: Eisler, Scott
Subject: Re: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

modello land is beautifullll
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>
Date: Thu, 7 Jan 2010 17:23:39
To: <mckeown.carol@sympatico.ca>
Subject: RE: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

Yes, thank you for following up. Suzie is awesome!! Hope your having a great trip, Scott

-----Original Message-----
From: Carol MC KEOWN [mailto:mckeown.carol@sympatico.ca <mailto:mckeown.carol@sympatico.ca>
<mailto:mckeown.carol@sympatico.ca <mailto:mckeown.carol@sympatico.ca> > ]
Sent: Thursday, January 07, 2010 12:23 PM
To: Eisler, Scott
Subject: Re: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

Hi scott. Did suzie send that wire . Thanks carol Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: Eisler  Scott <Scott.Eisler@opco.com>

1

Date: Thu, 7 Jan 2010 17:20:16
Subject: PANL PANL:so cool: The Invisible OLED Laptop to End All Laptops

----------------

----------------

The Invisible OLED Laptop to End All
  Laptops <http://gizmodo.com/5442217/the-invisible-oled-laptop-to-end-all-laptops > <http://gizmodo.com/5442217/the-invisible-oled-laptop-to-end-all-laptops > > >
‾‾

‾
  <http://cache.gawker.com/assets/images/4/2010/01/500x_500x_direct_tv_set_top-3.jpg >
<http://cache.gawker.com/assets/images/4/2010/01/500x_500x_direct_tv_set_top-3.jpg > > >

‾
  It's only a proof of concept, but this is laptop with a clear OLED screen-but a stone's throw from those floating 3D displays of
Avatar. Practical? Not necessarily. The future? OBVIOUSLY.
  The resolution, I don't know. It's pixely, but let's not quibble.
  You see right through the thing, then something appears on the screen (like a white background), and you can't see through it
anymore.
  Are you processing this? No, you can't be. It's only 2010. Man wasn't prepared for this kind of technology yet. The brain hasn't
evolved enough. We're primates. Squirrels. Slugs.
  Maybe in 100 or 200 years, the great artists of the world will reflect on what's happened today and make some sort of sense of it all.
  ̄ntil then, we'll just keep on breathing, in, out. Until then, we'll weep.
‾
  <http://gizmodo.com/5442208/transparent-oled-gallery > <http://gizmodo.com/5442208/transparent-oled-gallery > > >

‾

‾
  *
‾
  ' href="http://gizmodo.com/5442208/transparent-oled-gallery/gallery/1">
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top-2.jpg >
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top-2.jpg > > >
  *
  ' href="http://gizmodo.com/5442208/transparent-oled-gallery/gallery/2" sizset="40">
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top-3.jpg >
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top-3.jpg > > >
  *
  ' href="http://gizmodo.com/5442208/transparent-oled-gallery/gallery/3" sizset="41">
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top-4.jpg >
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top-4.jpg > > >
  *
  ' href="http://gizmodo.com/5442208/transparent-oled-gallery/gallery/4" sizset="42">
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top_01.jpg >
<http://cache.gizmodo.com/assets/images/4/2010/01/gallery_direct_tv_set_top_01.jpg > > >

‾

‾
----------------

‾

  This communication and any attached files may contain information that is confidential or privileged. If this communication has
‿een received in error, please delete or destroy it immediately. Please go to www.opco.com/EmailDisclosures
‹http://www.opco.com/EmailDisclosures> <http://www.opco.com/EmailDisclosures > > for important information and further
disclosures pertaining to this transmission.
‾

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures <http://www.opco.com/EmailDisclosures>  <http://www.opco.com/EmailDisclosures > >  for important information and further :closures pertaining to this transmission.

This communication and any attached files may contain information that is confidential or privileged. If this communication has been received in error, please delete or destroy it immediately.  Please go to http://www.opco.com/EmailDisclosures <http://www.opco.com/EmailDisclosures>  for important information and further disclosures pertaining to this transmission.

EXHIBIT

33

tabbies





Home | Quotes & News | Market Activity | OTC Company Search | OTC Guide | Produc

Home >> Quotes & News >> Quote >> CVRG

## CVRG — Converge Global, Inc.
Common Stock
Par Value: 0.001

Quote    News    Charts    Company Info    Financials    Research    Short Sales    Insiders

| Contact Information | Business Description |
|---|---|
| Converge Global, Inc.<br>100 King St. West<br>Suite 5700<br>Toronto, ONT M5X 1C7<br>Canada<br><br>http://www.convergeglobalinc.com<br><br>Phone: 416-915-4152<br>Fax: 416-915-4153<br>E-mail:<br>info@convergeglobalinc.com | Converge Global, Inc. (CVRG) is a junior mining company engaged in the a exploration and development of properties containing principally gold as we metals. |

**OTC Market Tier**
Pink Sheets Limited

**Primary SIC — Industry Classification**
1000 - Metal Mining

**Business Stage**
Exploration Stage Company

**State Of Incorporation**
UT

**Jurisdiction Of Incorporation**
United States

**Year Of Incorporation**
1985

**Company Officers**
John Neufeld, Dir.
Cornelia Volino, President, CEO, Dir.

**Reporting Standard**
Alternative Reporting Standard
De-Registered from the SEC (Filed Nov 20, 2002)
**CIK**

**Company Notes**
Formerly=Capital Placement Specialists, Inc. until

**Transfer Agent**
Holladay Stock Transfer
2939 N. 67th Place
Scottsdale, AZ 85251

0001078799

**Fiscal Year End**
12/31

**Estimated Market Cap**
$1,526,444 as of Jun 18, 2010
**Outstanding Shares**
218,063,480 as of Mar 31, 2010
**Authorized Shares**
750,000,000 as of Mar 31, 2010
**Float(shares)**
81,995,800 as of Oct 23, 2009
**Number of Shareholders of Record**
277 as of Dec 31, 2009

The information provided here has been obtained from publicly available sources as well as directly from issuers in sor
Click here to update your company profile.

All information contained herein is provided "as is." Pink OTC Markets Inc. makes no representation or warranty,
as to the accuracy, timeliness, or completeness of the information provided herein. Neither Pink OTC Markets Inc
officers, employees, or third party data suppliers, shall bear any responsibility or liability to verify the informatior
for the use, misuse, or inability to use the information provided. None of the foregoing parties shall be liable to ar
or losses of any nature. Accordingly, investors should not use this information as the basis for making an investm
see Risk Warning and Terms of Service for more information.

Home | Quotes & News | Market Activity | OTC Company Search | Products & Services | OTC Guide | About Pin
Map | Contact Regulators

© 2009 Pink OTC Markets Inc.
Terms of Service | Linking Terms | Trademarks | Privacy Statement | Risk Warning | Investor Relations

# CONVERGE GLOBAL, INC.

## UNAUDITED CONSOLIDATED INTERIM FINANCIAL STATEMENTS

### MARCH 31, 2010

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
**CONSOLIDATED BALANCE SHEETS**

| | MARCH 31 2010 (Unaudited) | DECEMBER 31, 2009 (Unaudited) |
|---|---|---|
| **ASSETS;** | | |
| Current Assets: | | |
| Cash | $ 1,159 | $ 4,976 |
| Investment in subsidiary | 1,000 | 1,000 |
| Mining properties | 87,377 | 87,377 |
| **Total Current Assets** | 89,536 | 93,353 |
| Fixed Assets: | | |
| Computer equipment | 4,236 | 4,236 |
| | 4,236 | 4,236 |
| Accumulated Depreciation | (3,815) | (3,815) |
| **Total Fixed Assets** | 421 | 421 |
| **TOTAL ASSETS** | $ 89,957 | $ 93,774 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | |
| Current Liabilities: | | |
| Accounts Payable | 54,257 | 60,348 |
| Loan payable | 61,976 | 19,476 |
| Notes Payable - Stockholder | 451,432 | 443,132 |
| **Total Current Liabilities** | 567,665 | 522,956 |
| **Stockholders' Equity** | | |
| Preferred Stock - Class A, 5,000,000 shares authoriozed | | |
| at $.001 par value, 5,000,000 shares issued(December 31, 2009 - 5,000,000) | 5,000 | 5,000 |
| Common stock | | |
| 750,000,000 shares authorized at $.001 par value, | | |
| 218,063,480 shares issued and outstanding in March 31, 2010 | 218,063 | 207,563 |
| 207,563,480 shares issued and outstanding in December 31, 2009 | | |
| Additional Paid-In Capital | 2,254,105 | 2,254,105 |
| Deficit accumulated during the | | |
| development stage | (2,954,876) | (2,895,850) |
| **Total Stockholders' Equity** | (477,708) | (429,182) |
| **TOTAL LIABILITES & STOCKHOLDERS' EQUITY** | $ 89,957 | $ 93,774 |

The accompanying notes are an integral part of these financial statements.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
**CONSOLIDATED STATEMENT OF STOCKHOLDER DEFICIT**

| | PREFERRED STOCKS | | COMMON STOCKS | | Additional Capital | Deficit Accum. During Development Stage | Total Equity |
|---|---|---|---|---|---|---|---|
| | # of Shares | Amount | # of Shares | Amount | | | |
| Balance - December 31, 2008 | 7,000,000 | 7,000 | 127,544,520 | 127,545 | 1,934,679 | (2,428,359) | (359,135) |
| Issuance of stock for cash | - | - | 98,900,000 | 98,900 | 157,800 | - | 256,700 |
| Stock issued for services - net of stock previously issued for services and now canceled | - | - | (106,850,000) | (106,850) | - | - | (106,850) |
| Stock acquired on merger of company with Sparrowtech | - | - | 229,595,305 | 229,595 | - | (229,595) | - |
| Adjustment on merger of Sparrowtech stock - 30 shares of Sparrowtech stock for 1 share of Converge Global stock | - | - | (142,626,345) | (142,627) | 142,627 | - | - |
| Stock issued to reduce debt | - | - | 1,000,000 | 1,000 | 19,000 | - | 20,000 |
| Cancellation of preferred stock | (7,000,000) | (7,000) | - | - | - | - | (7,000) |
| New preferred stock issued for services | 5,000,000 | 5,000 | - | - | - | - | 5,000 |
| Net loss- December 31, 2009 | - | - | - | - | - | (237,896) | (237,896) |
| Balance - December 31, 2009 | 5,000,000 | 5,000 | 207,563,480 | 207,563 | 2,254,106 | (2,895,850) | (429,181) |
| Stock issed for services | - | - | 10,500,000 | 10,500 | - | - | 10,500 |
| Net Loss - March 31, 2010 | - | - | - | - | - | (59,026) | (59,026) |
| Balance - March 31, 2010 | 5,000,000 | $ 5,000 | 218,063,480 | $ 218,063 | $ 2,254,106 | $ (2,954,876) | $ (477,707) |

The accompanying notes are an integral part of these financial statements.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
**CONSOLIDATED INTERIM STATEMENT OF OPERATIONS**

| | THREE MONTHS ENDED MARCH 31, | | July 24, 2000 (Inception) to MARCH 31, |
|---|---|---|---|
| | 2010 | 2009 | 2010 |
| **Revenue:** | | | |
| Income | $        - | $        - | $        32,688 |
| | | | |
| **Total Income** | - | - | 32,688 |
| | | | |
| **Costs and Expenses:** | | | |
| Occupancy costs | 11,707 | 3,000 | 198,245 |
| Management fees | 15,000 | 22,500 | 547,500 |
| Advertising | 7,396 | - | 132,670 |
| Consulting Fees | 13,508 | 2,500 | 1,222,048 |
| General & Administrative | 8,300 | 1,969 | 231,756 |
| Vehicle | 798 | - | 32,983 |
| Travel | 317 | - | 69,413 |
| Dues & Subscriptions | - | - | 18,174 |
| Depreciation | - | 876 | 20,349 |
| Professional Fees | 2,000 | 750 | 194,021 |
| Sponsorship | - | - | 29,926 |
| | | | |
| **Total Operating Expenses** | 59,026 | 31,595 | 2,697,085 |
| | | | |
| **Other Income and Expenses:** | | | |
| Write-off of deposit | - | | 361,946 |
| Reimbursement | - | - | (71,467) |
| | | | |
| **Total Other Income & Expenses** | - | - | 290,479 |
| | | | |
| **Net Loss** | $        (59,026) | $        (31,595) | (2,954,876) |
| | | | |
| **Per Share Information:** | | | |
| | | | |
| Weighted average number of common shares outstanding | 207,913,480 | 127,544,520 | |
| | | | |
| Net Loss per common share | $        (0.000) | $        (0.000) | |

The accompanying notes are an integral part of these financial statements.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
**CONSOLIDATED INTERIM STATEMENT OF CASH FLOWS**

| | THREE MONTHS ENDED MARCH 31, | | July 24, 2000 (Inception) to MARCH 31, |
|---|---|---|---|
| | 2010 | 2009 | 2010 |
| **Cash Flows from Operating Activities:** | | | |
| Net Loss | $ (59,026) $ | (31,595) $ | (2,954,876) |
| Depreciation | - | 876 | 20,349 |
| Stock issued or issuable for services | 10,500 | - | 1,346,557 |
| Stock issued for deposits | - | - | 125,100 |
| Adjustments to reconcile net loss to net cash used in operating activities | | | |
| (increase) decrease in GST Receivable | - | (98) | - |
| Increase(decrease) in Accounts Payable | (6,091) | 5,317 | 54,257 |
| Increase(decrease) in Income Taxes Payable | - | - | - |
| **Net Cash Used in Operating Activities** | (54,617) | (25,500) | (1,408,613) |
| **Cash Flows from Investing Activities:** | | | |
| Acquisition of Mining Properties | - | - | (87,377) |
| Investment in subsidiary | - | - | (1,000) |
| Acquisition of Fixed Assets | - | - | (20,769) |
| **Net Cash Used in Investing Activities** | - | - | (109,146) |
| **Cash Flows from Financing Activities:** | | | |
| Increase(decrease) in Notes Payable | 8,300 | 25,500 | 451,432 |
| Increase in loan payable | 42,500 | - | 61,976 |
| Issuance of stock | - | - | 1,005,510 |
| **Net Cash Provided by Finacing Activities** | 50,800 | 25,500 | 1,518,918 |
| **Net Increase in Cash & Cash Equivalents** | (3,817) | - | 1,159 |
| **Beginning Cash & Cash Equivalents** | 4,976 | 234 | - |
| **Ending Cash & Cash Equivalents** | $ 1,159 $ | 234 $ | 1,159 |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION** | | | |
| Cash paid for interest | $ - $ | - $ | 2,936 |
| Cash paid for Income Taxes | $ - $ | - $ | - |

The accompanying notes are an integral part of these financial statements.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

## Note 1 - Organization and Summary of Significant Accounting Policies:

### Organization:

Converge Global, Inc.(the "Company") was incorporated in the State of Utah in October 1985. Sparrowtech Resources Inc. was organized in the State of Florida on July 24, 2000. These aforementioned companies merged in October 2009 to carry on business as Converge Global, Inc. The shareholders of Sparrowtech received one share of Converge Global for each 30 shares. The merged company's primary business activity is to acquire mining properties and/or claims for the purpose of exploration and development into a commercially viable operation.

The Company's fiscal year end is December 31.

In June 2009 the Company acquired 100% of the shares of ELMSWBA Investment Corporation an Ontario incorporated company so that it could acquire certain mining claims in Ontario. The purchase price for the shares was $1,000.

### Basis of Presentation – Development Stage Company:

The Company has not earned any revenues from limited principal operations. Accordingly, the Company's activities have been accounted for as those of a "Development Stage Enterprise" as set forth in Financial Accounting Standards Board Statement No. 7 ("SFAS 7"). Among the disclosures required by SFAS 7 are that the Company's financial statements be identified as those of a development stage company, and that the statements of operations, stockholders' equity (deficit) and cash flows disclose activity since the date of the Company's inception.

### Basis of Accounting:

The accompanying consolidated financial statements have been prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States. All intercompany transactions have been eliminated The Company has accounted for the merger as if it took place from commencement and as such includes the accumulated operations of Sparrowtech from inception July 24, 2000.

### Cash and Cash Equivalents:

The Company considers all highly liquid debt instruments, purchased with an original maturity of three months or less, to be cash equivalents.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Interim Consolidated Financial Statements
March 31, 2010
(Unaudited)

Use of Estimates:

These financial statements have been prepared in accordance with generally accepted accounting principles in the United States of America. Because a precise determination of assets and liabilities, and correspondingly revenues and expenses, depends on future events, the preparation of financial statements for any period necessarily involves the use of estimates and assumption an example being assumptions in valuation of stock options. Actual amounts may differ from these estimates. These financial statements have, in management's opinion, been properly prepared within reasonable limits of materiality and within the framework of the accounting policies summarized below.

Net Loss Per Share:

Net loss per share is based on the weighted average number of common shares and common shares equivalents outstanding during the period.

Other Comprehensive Income:

The Company has no material components of other comprehensive income (loss), and accordingly, net income(loss) is equal to comprehensive loss in all periods.

Fair Value of Financial Instruments:

The carrying amount of cash, GST receivable, subscriptions receivable, accounts payable, and due to a stockholder are considered to be representative of their respective fair values because of the short-term nature of these financial instruments.

Foreign Exchange Translation:

The accounts of the Company are accounted for in accordance with the Statement of Financial Accounting Statements No. 52 ("SFAS 52"), "Foreign Currency Translation".  The financial statements of the Company are translated into US dollars as follows:  assets and liabilities at year-end exchange rates; income, expenses and cash flows at average exchange rates; and shareholders' equity at historical exchange rate.

Monetary assets and liabilities, and the related revenue, expense, gain and loss accounts, of the Company are re-measured at year-end exchange rates. Non-monetary assets and liabilities, and the related revenue, expense, gain and loss accounts are re-measured at historical rates.  Adjustments which result from the re-measurement of the assets and liabilities of the Company are included in net income.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

Stock-Based Compensation

In December 2004, the Financial Accounting Standards Board (FASB) issued Statement of Financial Accounting Standards No. 123 (Revised 2004), "Share-Based Payment" (SFAS 123 (R)). SFAS 123 (R) requires companies to recognize compensation cost for employee services received in exchange for an award of equity instruments based on the grant-date fair value of the award. The Company adopted the provisions of SFAS 123 (R) on January 1, 2005 using the "modified prospective" application method of adoption which requires the Company to record compensation cost related to unvested stock awards as of January 1, 2005 by recognizing the unamortized grant date fair value of these awards over the remaining service periods of those awards with no change in historical reported earnings. The adoption of this standard did not affect the financial statements for the year ended December 31, 2005, since up to that date, no stock options had been issued. Awards granted after December 31, 2006 are valued at fair value in accordance with the provisions of SFAS 123 (R) and recognized on a straight line basis over the service periods of each award.

As of March 31, 2010 there was $Nil of unrecognized expense related to non-vested stock-based compensation arrangements granted. There have been no options granted during the year ended March 31, 2010.

Note 2 – Federal Income Taxes:

The Company has made no provision for income taxes because there have been no operations to date causing income for financial statements or tax purposes.

The Financial Accounting Standards Board (FASB) has issued Statement of Financial Accounting Standards Number 109 ("SFAS 109"). "Accounting for Income Taxes", which requires a change from the deferred method to the asset and liability method of accounting for income taxes. Under the asset and liability method, deferred income taxes are recognized for the tax consequences of "temporary differences" by applying enacted statutory tax rates applicable to future years to differences between the financial statement carrying amounts and the tax basis of existing assets and liabilities.

Deferred tax assets

| | |
|---|---|
| Net operating loss carry-forwards | $ 2,954,876 |
| Valuation allowance | (2,954,876) |
| Net deferred tax assets | $        0 |

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

**Note 2 – Federal Income Taxes**(continued)

At March 31, 2010, the Company had net operating loss carry forwards of approximately $2,954,876 for federal income tax purposes. These carry forwards if not utilized to offset taxable income will begin to expire in 2020.

**Note 3 – Going Concern**

The Company's financial statements have been prepared on the basis that it is a going concern, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business.

The Company has earned limited revenue from operations in the current period ended March 31, 2010, and as of this date current liabilities exceed current assets by $478,129. The Company's ability to continue as a going concern is dependent upon its ability to develop additional sources of capital and ultimately to achieve profitable operations. The accompanying financial statements do not include any adjustments that might result from the outcome of these uncertainties. Management is seeking new capital to revitalize the Company.

**Note 4 – Capital Stock Transactions:**

During the year ended December 31, 2009, the Company issued common stock as follows:

-Issuance of 98,900,000 shares of common stock for $256,700.

-Issuance of 1,000,000 shares of common stock in connection with the reduction of a debt owing by the Company for $20,000.

Cancelled 106,850,000 shares issued in prior years for services rendered.

Exchanged 147,544,520 of Sparrowtech stock for 4,918,175 shares of Converge stock on the merger in October 2009.

During the three months ended March 31, 2010, 10,500,000 shares of stock were issued for services rendered in the amount of $10,500.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

Note 5 – Segment Information

The corporate mission of Converge Global, Inc. is to establish itself as a leader of environmentally conscious mining operations and exploration opportunities.

Note 6 – Financial Accounting Developments:

Recently Issued Accounting Pronouncements

In June 2009, the Financial Accounting Standards Board (FASB) issued its final Statement of Financial Accounting Standards (SFAS) No. 168 – *The FASB Accounting Standards Codification and the Hierarchy of Generally Accepted Accounting Principles a replacement of FASB Statement No. 162.* SFAS No. 168 made the FASB Accounting Standards Codification (the Codification) the single source of U.S. GAAP used by nongovernmental entities in the preparation of financial statements, except for rules and interpretive releases of the SEC under authority of federal securities laws, which are sources of authoritative accounting guidance for SEC registrants. The Codification is meant to simplify user access to all authoritative accounting guidance by reorganizing U.S. GAAP pronouncements into roughly 90 accounting topics within a consistent structure; its purpose is not to create new accounting and reporting guidance. The Codification supersedes all existing non-SEC accounting and reporting standards and was effective for the company beginning July 1, 2009. Following SFAS No. 168, the Board will not issue new standards in the form of Statements, FASB Staff Positions, or Emerging Issues Task Force Abstracts; instead, it will issue Accounting Standards Updates. The FASB will not consider Accounting Standards Updates as authoritative in their own right; these updates will serve only to update the Codification, provide background information about the guidance, and provide the bases for conclusions on the change(s) in the Codification. In the description of Accounting Standards Updates that follows, references in "italics" relate to Codification Topics and Subtopics, and their descriptive titles, as appropriate.

**Accounting Standards Updates Not Yet Effective**

In June 2009, an update was made to *"Consolidation – Consolidation of Variable Interest Entities."* Among other things, the update replaces the calculation for determining which entities, if any, have a controlling financial interest in a variable interest entity (VIE) from a quantitative based risks and rewards calculation, to a qualitative approach that focuses on identifying which entities have the power to direct the activities that most significantly impact the VIE's economic performance and the obligation to absorb losses of the VIE or the right to receive benefits from the VIE. The update also requires ongoing assessments as to whether an entity is the primary beneficiary of a VIE (previously, reconsideration was only required upon the occurrence of specific events), modifies the presentation of consolidated VIE assets and liabilities, and requires additional disclosures about a company's involvement in VIEs. This update will be effective for the company beginning January 1, 2010. Management is currently evaluating the effect that adoption of this update will have, if any, on the company's consolidated financial position and results of operations when it becomes effective in 2010.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

**Note 6 – <u>Financial Accounting Developments:(continued)</u>**

Recently Issued Accounting Pronouncements(continued)

Effective January 1, 2010, the Company adopted the provisions in ASU 2009-17, "Consolidation (ASC Topic 810): Improvements to Financial Reporting by Enterprises Involved with Variable Interest Entities", which changes how a company determines when an entity that is insufficiently capitalized or is not controlled through voting (or similar rights) should be consolidated. The adoption of the provisions in ASU 2009-17 did not have an impact on the Company's consolidated financial statements.

Effective January 1, 2010, the Company adopted ASU 2010-01, "Equity (ASC Topic 505): Accounting for Distributions to Shareholders with Components of Stock and Cash", which clarifies that the stock portion of a distribution to shareholders that allow them to elect to receive cash or stock with a potential limitation on the total amount of cash that all shareholders can elect to receive in the aggregate is considered a share issuance that is reflected prospectively in earnings per share and is not considered a stock dividend for purposes of ASC Topic 505 and ASC Topic 260. The adoption of the provisions in ASU 2010-01 did not have an impact on the Company's consolidated financial statements.

Effective January 1, 2010, the Company adopted the provisions in ASU 2010-06, "Fair Value Measurements and Disclosures (ASC Topic 820): Improving Disclosures about Fair Value Measurements, which requires new disclosures related to transfers in and out of levels 1 and 2 and activity in level 3 fair value measurements, as well as amends existing disclosure requirements on level of disaggregation and inputs and valuation techniques. The adoption of the provisions in ASU 2010-06 did not have an impact on the Company's consolidated financial statements.

Other accounting standards that have been issued or proposed by the FASB or other standards-setting bodies that do not require adoption until a future date are not expected to have a material impact on the Company's Consolidated Financial Statements upon adoption.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

Note 7 – <u>Purchase of Mining Property Claims</u>

On February 27, 2009 the Company acquired six mining claims (named "Golden Tea Cup Project") located in Cairo and Alma Townships, in the Province of Ontario through its Ontario wholly owned subsidiary Elmswba Investment Corporation from Mr. John Rapski for $7,000 and two million shares of restricted common stock. The Company further agreed to grant the vendor a 3% net smelter return, with a buy back right for one third at any time for $4,000,000.

On March 24, 2009 the Company entered into an agreement to purchase 100% interest in certain unpatented mining claims located in La Paz County, in the State of Arizona collectively referred to as the "Eagle Nest" property claims. The Company paid the purchase price of $35,000 for these claims.

The vendor is entitled to a net smelter return of 3% of the revenues received from the claims. If the Eagle Nest property is not in production within one year of the closing date the Company will pay $10,000 to the vendor on its first two anniversary dates being May 1, 2010 and May 1, 2011. If the Company does not develop a drilling program or the property is not in production by May 2011, the vendor may request the claims to be returned or agree to receive $10,000 every year thereafter on the anniversary date.

On June 16, 2009 the Company acquired five mining claims (named " Golden Twist Property Claims") located in Powell Township, in the Province of Ontario through its Ontario subsidiary Elmswba Investment Corporation from Mr. John Rapski for $5,000 and $10,000 payable in restricted common stock. The Company further agreed to grant the vendor a 3% net smelter return, with a buy back right for one half at any time for $1,500,000.

On June 16, 2009 the Company acquired two additional claims adjacent to the Golden Twist Property Claims in Powell Township from Mr. Rapski for $1,000 through its Ontario subsidiary, Elmswba Investment Corporation.

Note 8 – <u>Acquiring and Granting of Options</u>

On March 18, 2009 the Company signed a Letter of Intent with Sarissa Resources, Inc. to acquire an initial option on the O'Connor Asqiuth property situated in the Province of Ontario, Canada for $25,000 and three million shares of common stock of the Company, plus a further $15,000 on the anniversaries of March 26, 2010, March 26, 2011 and March 26, 2012. In addition the Company was to expend $125,000 toward the exploration of the property within the first 18 months. The Company paid the initial $25,000 to Sarissa Resources, Inc., then opted to not proceed further and declined to enter into the Initial Option on the O'Conner Asquith property.

**CONVERGE GLOBAL, INC.**
**(A DEVELOPMENT STAGE COMPANY)**
Notes to Consolidated Interim Financial Statements
March 31, 2010
(Unaudited)

Note 8 – <u>Acquiring and Granting of Options(continued)</u>

On April 21, 2009 the Company granted an option to Uranium Hunter Corporation for 49% of the Eagle Nest property claims, whereby $10,000 to be paid upon signing, $35,000 by May 31, 2009 and two million shares of its restricted common stock (PINK SHEETS: URHN) to be issued to the Company by May 15, 2009. The Company received $45,000 and subsequently agreed to an amendment of five hundred thousand shares of URHN restricted common stock, which was also received. Furthermore, the Company was to receive $60,000 on July 21, 2009 and $90,000 on January 21, 2010 for exploration of the property in the first year, and an additional $15,000 was to be paid to the Company on the anniversary dates of the agreement for each of the first three years.

On October 13, 2009 the Company terminated its option agreement with Uranium Hunter Corporation for non-payment of the $60,000 due on July 21, 2009.

On June 16, 2009 the Company acquired five mining claims (named " Golden Twist Property Claims") located in Powell Township, in the Province of Ontario through its Ontario subsidiary Elmswba Investment Corporation from Mr. John Rapski for $5,000 and $10,000 payable in restricted common stock. The Company further agreed to grant the vendor a 3% net smelter return, with a buy back right for one half at any time for $1,500,000.

On June 16, 2009 the Company acquired two additional claims adjacent to the Golden Twist Property Claims in Powell Township from Mr. Rapski for $1,000 through its Ontario subsidiary, Elmswba Investment Corporation.

## CERTIFICATION

I, Cornelia Volino, President hereby certify that I have prepared the accompanying unaudited financial statements and notes hereto, and that these financial statements and accompanying notes present fairly, in all material  respects, the financial position of the issuer and the results of its operations and cash flows for the periods presented, in conformity with accounting principles generally accepted in the United States, consistently applied.

<u>s/s Cornelia Volino</u>
Cornelia Volino, President





| Home | Quotes & News | Market Activity | OTC Company Search | OTC Guide | Produc |

Home >> Quotes & News >> Quote >> BEHL

**BEHL — Biocentric Energy Holdings, Inc.**

Common Stock
Par Value: 0.001

Quote    News    Charts    Company Info    Financials    Research    Short Sales    Insiders

| Contact Information | Business Description |
|---|---|
| Biocentric Energy Holdings, Inc.<br>2400 South Garnsey<br>Unit D<br>Santa Ana, CA 90707<br><br>http://www.BioCentricEnergy.com<br><br>Phone: 714-966-1234<br>Fax: 714-966-9362<br>E-mail:<br>dennisfisher@biocentricenergy.com | The team of BioCentric Algae delivers cost-effective photobioreactor syste<br>loop environment, grow algae for production and harvest profitably. BioCe<br>Holdings, Inc. is dedicated to the development of new technologies as well<br>fostering companies with innovative technologies designed to provide uniq<br>green energy solutions for the 21st century. Along with the cultivation of ir<br>relationships and partnerships with synergistic entities, BioCentric Energy I<br>substantial time and effort in research and development in order to bring a<br>green alternatives to the marketplace. |

**OTC Market Tier**
Pink Sheets Current

**Primary SIC — Industry Classification**
5080 - Wholesale-Machinery, Equipment & Supplies

**Business Stage**
Development Stage Company

**State Of Incorporation**
FL

**Jurisdiction Of Incorporation**
United States

**Year Of Incorporation**
2006

**Company Officers**
Brian Goodall, CEO, Dir.
Alec Padilla, Dir.
Monique Berry, President, Dir.
Jose Sanchez, Director, New Projects
Dennis Fisher, Director, Bus. Dev.
Helmut Gass, Research & Development
Paul McGuire, Advisor

**Number of Employees**
17 as of Dec 30, 2009

**Current Capital Change**
shs decreased by 1 for 30 split
Pay Date: Jan 10, 2008

**Company Notes**
Formerly=Auto Max Group Holdings, Inc. until 10
Formerly=Brinkman Outdoors, Inc. until 1-2008

**Transfer Agent**
Securities Transfer Corp.
2591 Dallas Pky.
Suite 102
Frisco, TX 75034

**Auditor/Accountant**
Frank R. Rawson
13681 Newport Ave
Suite 8-452
Tustin, CA

**Reporting Standard**
Alternative Reporting Standard

**Fiscal Year End**
12/31

**Estimated Market Cap**
$5,371,965 as of Jun 18, 2010

**Outstanding Shares**
926,200,947 as of Mar 31, 2010

**Authorized Shares**
1,500,000,000 as of Jun 7, 2010

**Float(shares)**
873,243,159 as of Jun 11, 2010

**Number of Shareholders of Record**
7,312 as of Jun 11, 2010

**Legal Counsel**
Law Offices of Kristin M. Cano
One Corporate Plaza
Suite 110
Newport Beach, CA 92660

The information provided here has been obtained from publicly available sources as well as directly from issuers in so
Click here to update your company profile.

All information contained herein is provided "as is." Pink OTC Markets Inc. makes no representation or warranty,
as to the accuracy, timeliness, or completeness of the information provided herein. Neither Pink OTC Markets Inc
officers, employees, or third party data suppliers, shall bear any responsibility or liability to verify the information
for the use, misuse, or inability to use the information provided. None of the foregoing parties shall be liable to a
or losses of any nature. Accordingly, investors should not use this information as the basis for making an investm
see Risk Warning and Terms of Service for more information.

Home | Quotes & News | Market Activity | OTC Company Search | Products & Services | OTC Guide | About Pin
Map | Contact Regulators

© 2009 Pink OTC Markets Inc.
Terms of Service | Linking Terms | Trademarks | Privacy Statement | Risk Warning | Investor Relations



**4/10/2010**
Information compiled by Dennis Fisher Chairman of The Board

### Table of Contents

**Part A General Company Information** ..................................................................................................
Item I The exact name of the issuer and its predecessor (if any). ...................................................
Item II The address of the issuer's principal executive offices................................................................ ..
Item III The jurisdiction(s) and date of the issuer's incorporation or organization..........................................

**Part B Share Structure** .................................................................................................................
Item IV The exact title and class of securities outstanding. ............................................................
Item V Par or stated value and description of the security.................................................................
Item VI The number of shares or total amount of the securities outstanding for each class of securities authorized.......................

**Part C Business Information** .........................................................................................................
Item VII The name and address of the transfer agent.. ....................................................................
Item VIII The nature of the issuer's business................................................................................
Item IX The nature of products or services offered. ........................................................................
Item X The nature and extent of the issuer's facilities. .....................................................................

**Part D Management Structure and Financial Information** ....................................................................
Item XI The name of the chief executive officer, members of the board of directors, as well as control persons ..........................
Item XII Financial information for the issuer's most recent fiscal period. ..................................................
Item XIII Similar financial information for such part of the two preceding fiscal years as the predecessor has been in existence....
Item XIV Beneficial Owners. .......................................................................................................
Item XV The name, address, telephone number, and email address of each of the following outside providers that
advise the issuer on matters relating to the operations, business development and disclosure:...................
Item XVI Management's Discussion and Analysis or Plan of Operation................................................... ............

**Part E Issuance History** .............................................................................................................
Item XVII List of securities offerings and shares issued for services in the past two years. ................................

**Part F Exhibits**.........................................................................................................................
Item XVIII Material Contracts.........................................................................................................
Item XIX Articles of Incorporation and Bylaws.................................................................................
Item XX Purchases of Equity Securities by the Issuer and Affiliated Purchasers. .........................................
Item XXI Issuer's Certifications....................................................................................................

**Section Two: Issuers' Continuing Disclosure Obligations**......................................................................
*Quarterly Reporting Obligations*
Item I Exact name of the issuer and the address of its principal executive offices. ....................................
Item 2 Shares outstanding. ........................................................................................................
Item 3 Interim financial statements.................................................................................................
Item 4 Management's discussion and analysis or plan of operation. ......................................................
Item 5 Legal proceedings...........................................................................................................
Item 6 Defaults upon senior securities. ..........................................................................................
Item 7 Other information. ...........................................................................................................
Item 8 Exhibits.......................................................................................................................
Item 9 Certifications..................................................................................................................
*Annual Reporting Obligations*........................................................................................................
*Current Reporting Obligations*.......................................................................................................
1. Entry into a Material Definitive Agreement......................................................................................
2. Termination of a Material Definitive Agreement.................................................................................
3. Completion of Acquisition or Disposition of Assets, Including but not Limited to Mergers. ...............................
4. Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of an Issuer ..................
5. Triggering Events That Accelerate or Increase a Direct Financial Obligation or an Obligation under an Off-
Balance Sheet Arrangement.........................................................................................................
6. Costs Associated with Exit or Disposal Activities..............................................................................
7. Material Impairments. ...........................................................................................................
8. Sales of Equity Securities........................................................................................................
9. Material Modification to Rights of Security Holders............................................................................
10. Changes in Issuer's Certifying Accountant. ...................................................................................
11. Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review.................
12. Changes in Control of Issuer....................................................................................................
13. Departure of Directors or Principal Officers; Election of Directors; Appointment of Principal Officers.........................
14. Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year. ............................................
15. Amendments to the Issuer's Code of Ethics, or Waiver of a Provision of the Code of Ethics. ...............................

## Part A General Company Information

**Item I** The exact name of the issuer and its predecessor.
BioCentric Energy Holdings Inc.

**Names used by predecessor entities in the past five years and the dates of the name changes.**
F/K/A: Auto Max Group Holdings, Inc. Oct. 2008
F/K/A: Brinkman Outdoors, Inc. Jan. 2008

**Item II The address of the issuer's principal executive offices.**
2400 S. Garnsey, Unit D, Santa Ana California 92707
714-966-1234
www.biocentricenergy.com
www.biocentricalgae.com

**Name, title, and address of all officers of BEHL._**
**Company Officers**

Dennis Fisher, Executive Vice President Business Development, Brian Goodall, CEO, Alec Padilla, Director, Monique Berry, President, **All at... 2400 S. Garnsey, Unit D, Santa Ana California 92707**

**Name and address of all members of the Board or Directors._**
Dennis Fisher, Chairman of the Board and Executive Vice President Business Development, Brian Goodall, Board Member and CEO, Monique Berry, Board Member and President and Alec Padilla, Board Member, Director **All at... 2400 S. Garnsey, Unit D, Santa Ana California 92707**

**BioCentric Investor Relations**
Office: 714-966-1234

**Item III** The jurisdiction(s) and date of the issuer's incorporation or organization.
Florida Corporation, 2006

**Item IV** The exact title and class of securities outstanding.
Common Shares, CUSIP #: 09060S106 Symbol: BEHL

**Item V** Par or stated value and description of the security.
Common Stock: $.0001 Par Value

### B. Common or Preferred Stock.
1. For common equity, describe any dividend, voting and preemption rights.

Description of the Preferred Stock.  __Series A Preferred - 20-1 is changed to 2-1, however, voting to remain the same, 20-1. Full board approval required before conversion.

Series B Preferred - 1000-1 voting power, and 1000-1 conversion. Full board approval required before conversion._
2. For preferred stock, describe the dividend, voting, conversion and liquidation rights as well as redemption or sinking fund provisions. The shares of common stock presently outstanding, and any shares of common stock issued upon exercise of stock options and/or warrants, will be fully paid and non-assessable. Each holder of common stock is entitled to one vote for each share owned on all matters voted on by shareholders, and a majority vote is required for all actions to be taken by shareholders, with the exception that a plurality is required for the election of directors. The common stock has no preemptive rights, no cumulative voting rights, and no redemption, sinking fund, or conversion provisions. Since the holders of common stock do not have cumulative voting rights, holders of more than 50% of the outstanding shares can elect all directors, and the holders of the remaining shares by themselves cannot elect any directors. Holders of common stock are entitled to receive dividends, if and when declared by the board of directors, out of funds legally available for such purpose, subject to the dividend and liquidation rights of any preferred stock that may then be outstanding.

**Dividend Policy:** The current intention of the Board is to retain future earnings, if any, to finance the expansion of business and does not anticipate paying cash dividends on common shares for the foreseeable future. The Company may not have sufficient funds to legally pay dividends, and if funds are legally available the Board has sole discretion in deciding to, or not to, pay dividends.

**Material rights of common or preferred stockholders.**
None

**Describe any provision in issuer's charter or by-laws that would delay, defer or prevent a change in control of the issuer.**
None

**Item VI** The number of shares or total amount of the securities outstanding for each class of securities authorized.

- **Estimated Market Cap**
$8,512,239 as of Apr 1, 2010
- **Outstanding Shares**
773,839,875 as of Feb 24, 2010
- **Authorized Shares**
1,000,000,000 as of Feb 24, 2010
- **Float(shares)**
371,573,932 as of Jan 30, 2010
- **Number of Shareholders of Record**
7,493 as of Feb 24, 2010

Period end Date; March 31, 2010
Number of shares authorized; 1,000,000,000
Number of shares outstanding; 926,200,947
Freely tradable shares (public float); 853,728,152
Total beneficial shareholders; 3
Total number of shareholders of record; 7283
926,200,947 common issued and outstanding, including restricted
250,000 Series A Preferred Common
20,000,000 Series B Preferred Common

**Part C Business Information**

**Item VII** The name and address of the transfer agent.
Securities Transfer Corp. - transfer agent is registered under the Exchange Act, and state of Texas.
 (469)633-0101 FAX (469) 633-0088
2591 Dallas Parkway, Suite 102, Frisco TX 75034_www.sctransfer.com_Anita, George, or Marilyn

Item VIII The nature of the issuer's business.

A. Business Development of Green Energy Solutions.

1. The form of organization of the issuer;
Corporation

2. The year that the issuer was organized;
2006

3. The issuer's fiscal year end date;
December 31

4. Whether the issuer (or any predecessor) has been in bankruptcy, receivership or any similar proceeding;
No

5. Any material reclassification, merger, consolidation, or purchase or sale of a significant amount of assets;
No

6. Any default of the terms of any note, loan, lease, or other indebtedness or financing arrangement requiring the issuer to make payments;

No

7. Any change of control;
No

8. Any increase of 10% or more of the same class of outstanding equity securities;
Yes - authorized 1,000,000,000 common from 750,000,000 January 2010
http://www.sunbiz.org/pdf/68454042.pdf

Yes – authorized 750,000,000 common from 200,000,000 March 2009
http://www.sunbiz.org/pdf/43761294.pdf

9. Any past, pending or anticipated stock split, stock dividend, recapitalization, merger, acquisition, spin-off, or reorganization;
A Private Placement Memorandum is being authored for a total capital raise, including commissions of six million, five hundred thousand for a Series C Preferred.

10. Any delisting of the issuer's securities by any securities exchange or deletion from the OTC Bulletin Board; and
No

11. Any current, past, pending or threatened legal proceedings or administrative actions either by or against the issuer that could have a material effect on the issuer's business, financial condition, or operations and any current, past or pending trading suspensions by a securities regulator. State the names of the principal parties, the nature and current status of the matters, and the amounts involved.
No

B. Business of Issuer.

1.The issuer's primary and secondary SIC Codes;
5080 – Wholesale – Machinery, Equipment & Supplies
8744 – Services – Facilities Support Management Services
8742 – Services – Management Consulting Services
8741 – Services – Management Services
8731 – Services – Commercial Physical and Biological Research
3590 - Misc Industrial & Commercial Machinery & Equipment

2. Is the company in the development stage, or is currently conducting operations;
Currently Conducting Operations

3. Whether the issuer is or has at any time been a "shell company";
NO

4. The names of any parent, subsidiary, or affiliate of the issuer, and its business purpose, its method of operation, its ownership, and whether it is included in the financial statements attached to this disclosure statement;
All items listed below are subsidiaries of BEHL and are run as separate business units… the financial statement below is inclusive of all separate business units listed…


a. BioCentric Energy, Incorporated was organized as a corporation under the laws of California on August 10th, 2006. The Company is managed by a Board of Directors, who are personally engaged on a daily basis with this enterprise. The initial Board of Directors, designated in the Company's Operating Agreement, consists of Dennis Fisher, Brian Goodall, Alec Padilla, and Monique Berry. The address and telephone number of the Company's principal office is 2400 S. Garnsey, Unit D, Santa Ana California 92707. Telephone number is 714-966-1234.
www.BioCentricEnergy.com. The Company was organized primarily as a research & development company, which is the culmination of 4 years of R & D, whose principals are involved in seeking innovative energy
solutions for the 21st Century. The Company mission is to increase the company's value through the discovery and development of renewable green energy projects. The strategy utilizes our extensive experience and
global contacts to uncover opportunities through joint ventures or acquisitions. Research projects with strong profitable production potential will be identified and funded. The Company investment philosophy is to only invest in projects located in stable geopolitical regions offering low risk while providing for a sustainable business model.

b. BioCentric Energy Algae, LLC. ("BioCentric Algae") was organized as a limited liability company under the laws of the State of Delaware on April 24, 2008.  The Company is managed by a Board of Directors who run the day-to-day operations.  The initial Board of Directors, designated in the Company's Operating Agreement, consists of Brian Goodall, Alec Padilla, and Monique Berry.  The address and telephone number of the Company's principal office is 2400 S. Garnsey, Unit D, Santa Ana California 92707.  Telephone 714-966-1234. www.BioCentricEnergyAlgae.com.  The LLC BioCentric Energy Algae LLC was organized to sell and build the Algae Pro Photobioreactor, and other associated products, both nationally and internationally.  Our Photobioreactor initially will cost our clients approximately twenty dollars per square yard to purchase.  Every install will have a five year maintenance contract to constantly monitor the farm remotely in real time.  The trigger functions within the system will also be remotely managed to maintain the environment for maximum efficiency. Since inception, BioCentric Algae has also been developing hard assets to accompany the Photobioreactor which include, cost reduction harvesting solutions, cost reduction oil extraction methodology, and other ancillary attributes to provide cost reductions.  With the BioCentric Algae Pro Photobioreactor BioCentric Algae can capture & sequester $CO_2$, NOX, and other emissions from smokestacks and optimize its utilization within the algae cultivation system, oil extraction, electrical generation, and biofuel refining technology.  BioCentric Algae also has Intellectual Properties that have been applied for and granted "Provisional Patent" status. The Company intends to apply for additional "Provisional Patent" status and install during this 'Phase Two" which will provide the implementation knowledge behind the additional applications. Integrating its unique IP technologies, while capturing carbon emissions only enhances what BioCentric Algae believes is the most efficient solution for being profitable and addressing global warming.

c. BioCentric Energy Consortium, Incorporated was organized as a corporation under the laws of the State of Delaware on October 15, 2007. The Company will be managed by a Board of Directors, who are intimately involved in the day-to-day operation. The initial Board of Directors, designated in the Company's Operating Agreement, consists of Brian Goodall, Alec Padilla, and Monique Berry. The address and telephone number of the Company's principal office is 2400 S. Garnsey, Unit D, Santa Ana California 92707. The telephone number is 714-966-1234. www.BCEConsortium.com . The company was organized to facilitate the global representation of both buyers and sellers of organic oils for the production of biodiesel and the wholesale of EN/ASTM spec biodiesel. BioCentric Energy Consortium, Inc. is an International consortium of companies which consists of businesses directly tied to the producers of Organic Oils, buyers of Organic Oils, and to buyers of Biodiesel through what is known in the industry as the "Seller's Mandate" or the "Buyers Mandate." This Consortium was constructed for a common purpose that would be beyond the capabilities of a single member of the group.

5. a. The effect of existing or probable governmental regulations on the business;
BioCentric Energy Inc., meets or exceeds all federal, state and local requirements for air quality and environmental regulations.  Presently, BioCentric Energy has been in contact with several city managers to educate, inform, and build the trust within the community and within all levels of the targets identified, to have the local agencies assist us in providing the necessary information for an expeditious approval.   Other cities are mired with protocols that inhibit investment, even in today's environment, which create jobs for the local community.   It has been this sporadic and unpredictability for locations identified which has been an impediment for achieving timelines.  This educational process has altered our method for identifying proposed locations.  No location is considered until a tear sheet is completed profiling all local, county, and state organizations that will be considered mitigating factors for final judgments.

b. An estimate of the amount spent during each of the last two fiscal years on research and development activities, and, if applicable, the extent to which the cost of such activities are borne directly by customers;
Advances from "Friends and Family" whom are now Stockholders as of July 15th, 2009 =$765,000.
504 Capital raise = $ 749,609.
No monies are borne directly from customers

6. Costs and effects of compliance with environmental laws (federal, state and local);
The Company's activities are subject to extensive air, water and other environmental regulations.  Future activities will necessitate applying for a number of environmental permits under both state and federal programs to construct and operate plants. In addition, distillation, transesterification, and/or gasification of BioFuels are required to satisfy the fuel quality standards of the Environmental Protection Agency. Company Management believes the facility will meet those standards; however, no assurance can be given that expectation will be correct. Further, such obligation is ongoing and no assurance can be given that it will comply in the future. There is no anticipation of any problem receiving any of the required environmental permits; however, if for any reason they are unable to obtain any of these permits, construction costs for the plant may increase or they may not be able to complete construction of the plants. Environmental laws and regulations, both at the federal and state level, are subject to change and changes can be required retroactively. Consequently, a requirement to invest or spend considerable resources to comply with future environmental regulations,

or new or modified interpretations of those regulations, may reduce profitability and result in the loss of some or all of investors' funds.

7. The number of total employees and number of full-time employee.
Total employees - 17
Full time Employees - 17

Item IX The nature of products or services offered.

Products and services of the issuer:
• principal products or services, and their markets;

• BioCentric Algae - Facilitating the sale, installation, and day-to-day remote management of the Algae Pro Photobioreactor to qualified national and international prospects with a desire to produce algae – market – global
• BioCentric Algae - Facilitating the sale of the Continuous Flow Algae System to educational institutions and other algae companies
• BioCentric Algae - Facilitating the sale of the Algae Culturing Station to educational institutions and other algae companies
• BioCentric Algae - Facilitating the sale of the Algae Pro Wall Reactor to educational institutions and other algae companies
• Consulting Services to educational institutions and other algae companies
• BioCentric Energy - Facilitating the sale of the finished products achieved from the Algae Pro Photobioreactor to qualified national and international prospects



Algae-Pro photobioreactor System



The Wall Reactor Unit



The Culturing Station

The Continuous Flow System

Projects in Process for BioCentric

a) North Palm Springs - 98 acres surrounding a natural gas supplemental energy compound (that turns on when the windmills are not creating sufficient energy) which will be subdivided into 10 acre increments for our select clients to produce high value nutraceutical products - full site assessment and the start of engineering are presently underway - market - identified, contracted, and awaiting fulfillment

b) Death Valley Junction, California – a historic village adjacent to Death Valley – in a Joint Venture with Armargosa and BioCentric, BioCentric will install and manage a beta unit to address environment engineering issues to ascertain whether a profitable Algae growth for production of algae for a nutritional supplement in DVJ can and will be profitable – specifically targeted species for Omega-3 with either EPA and DHA to market – global.

c) Kearny Park, Mississippi – a former munition factory this location provides fencing, water, electricity and an available labor pool to implement a multi-acre facility.  A profitable Algae growth for production of algae for a nutritional supplement can and will be profitable - specifically targeted species for – Omega 3 with either EPA and DHA - to fulfill in-house purchase order - market – global.

d) Inner Mongolia – in a Joint Venture with Gruppo Oil and Energy the Company will install and manage profitable Algae growth for production of algae to deliver an algae solution to reduce CO2 emissions, generating credits during the production of algae oil to be used for bio-diesel and/or ethanol – market – global.

e) North Las Vegas – in a Joint Venture with Envirotek the Company will install and manage profitable Algae growth for production of algae to deliver an algae solution to reduce CO2 emissions, generating credits during the production of algae oil to be used for bio-diesel and/or ethanol as well as a portion being devoted to fulfillment of nutracuetical demand – market – global.


B. Distribution methods of the products or services;

1) Licensed Value Added Resellers
2) In-house Representatives

- Status of any publicly announced new product or service;

- Software is completed which is designed to automatically enact when certain criteria or events occur within our Photobioreactor - a provisional patent is being completed for submission of patent pending status
- A seven component poly tubing is now being manufactured in Southern California as per the Company's design - the result will be a durable, UV resistant, solution - a provisional patent has been submitted for patent pending status
- Management has designed a solution to have #2C (above) attached four wide across on a protective bottom sheet to quickly and easily install up to 1000 square feet per hour - a provisional patent has been submitted for patent pending status
- The redesigned "180 degree turn" has been submitted to the engineers in China to facilitate the changes necessary for full scale implementation -  a provisional patent will be submitted for patent pending status upon completion
- Management has designed a simple and cost effective cleaning solution for the poly tubing that reverses when a complete sweep has been completed for maximum efficiency within the Photobioreactor - a provisional patent is being authored which will be submitted for patent pending status
- Management has designed a solution to have #2C (above) attached four wide across on a protective bottom sheet to quickly and easily install up to 1000 square feet per hour that has certain added features to enable the Photobioreactor to be installed in cold weather climate regions globally - a provisional patent has been submitted for patent pending status


D. Competitive business conditions, the issuer's competitive position in the industry, and methods of competition;

- BioCentric Algae charges less than two hundred thousand dollars per acre to install Algae Pro Photobioreactor - their nearest competitor charges well over six hundred thousand dollars per acre.
- The Algae Pro Photobioreactor can be installed, because of the Company's unique design, at up to 1000 square feet per hour – the Company's nearest competitor cannot accomplish 1000 square feet of install in a day.
- The Algae Pro Photobioreactor is monitored and managed both automatically and remotely by trained skilled

professionals. No competitor is known to have achieved this sophistication.
• Dennis Fisher, Executive Vice President of BioCentric Energy and Chairman of the Board is also the President of the West Coast Chapter of the National Algae Association providing lead generation through guest speaking and conference participation.

E. Sources and availability of manufacture of hard assets and the names of principal suppliers;
These are closely held company secrets and have great value

F. dependence on one or a few major customers;
 Presently the Company has identified and are in negotiations with, more than five qualified parties to either joint venture with or purchase their Algae Pro Photobioreactor - the need for our solution is increasing on a daily basis globally

G. patents, trademarks, licenses, franchises, concessions, royalty agreements or labor contracts, including their duration; and

Patent Pending
Application number - 61/208,354 - Algae Pro Closed Loop Photobioreactor

Submitted for Provisional Patent (awaiting return receipt from USPTO)
• Multiple Layered Poly Tubing for Algae Pro Photobioreactor
• Management has designed a solution to have #1(above, the poly tubing) attached four wide across on a protective bottom sheet to quickly and easily install up to 1000 square feet per hour
• Management has designed a solution to have #1 (above) attached four wide across on a protective bottom sheet to quickly and easily install up to 1000 square feet per hour that has certain added features to enable the Photobioreactor to be installed in cold weather climate regions globally and manage temperature
• A design and mold has been re-engineered in China to lessen hard costs of the "180 degree turns"

Not Yet Submitted for Provisional Patent Status
1) Software is being designed to automatically enact when certain criteria or events occur within the Photobioreactor - when completed, a provisional patent will be submitted for patent pending status
3) A simple and cost effective cleaning solution for the poly tubing that reverses when a complete sweep has been completed for maximum efficiency within the Photobioreactor - a provisional patent is being authored which will be submitted for patent pending status

H. The need for any government approval of principal products or services and the status of any requested government approvals.
n/a

Item X The nature and extent of the issuer's facilities.

The goal of this section is to provide a potential investor with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer. In responding to this item, please clearly describe the assets, properties or facilities of the issuer, give the location of the principal plants and other property of the issuer and describe the condition of the properties. If the issuer does not have complete ownership or control of the property (for example, if others also own the property or if there is a mortgage on the property), describe the limitations on the ownership.

The Management of BEHL has signed a multiple year lease for 2400 South Garnsey in Santa Ana California.  This location has 6400 square feet of office and laboratory space, and sufficient ground space to build a 6200 square foot Algae Pro Photobioreactor and one small beta unit for the next version.  At said location we have purchased four twenty foot containers to accommodate our skunk works for the next generation of our products and have all the necessary equipment to build our test components in house.   Rent for the first six months is $4000. and after the interim is completed, the rent has been negotiated at $ 5,500. per month for the duration of the lease.

## Part D Management Structure and Financial Information

Item XI The name of the chief executive officer, members of the board of directors, as well as control persons.
Dennis Fisher-Chairman of the Board, Brian Goodall – CEO, Monique Berry -Board Member, Alec Padilla - Board Member, All at...2400 South Garnsey, Unit D, Santa Ana California 92707

The goal of this section is to provide an investor with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as

well as the identity of any significant shareholders.

A.  Dennis Fisher - Chairman of the Board
B.  Brian Goodall - CEO
C.  Monique Berry - President
D.  Frank Rawson - Controller
E.  Jose Sanchez  - Field Director
F.  Helmut Gass - R&D Manager
G.  Patrick Kuydenhall - Skunk Works Manager
H.  Domini Maddox - In House Phycologist
I.   Paul McGuire - Chief Technical Advisor
J.  Russell D. Noel - Remote Construction Manager



**Dennis Fisher**
**Executive Vice President of Business Development**
**Chairman of the Board**

Dennis Fisher is a natural leader who excels at making crucial and necessary decisions under difficult conditions. Mr. Fisher has years of successful experience in the reorganization and the turnaround of many companies large and small. With a very quick insight for financials and value drivers, Dennis has the talent and uncanny ability for negotiating and creating valuable alliances. By all accounts, Dennis Fisher leads by example and is highly respected by those who have the privilege to work for him.

Mr. Fisher took charge of a turbulent division with financial, operational, and organizational challenges, and made major changes in the sales and management team and rapidly establishing performance goals and standards. Dennis has personally implemented financial/investment risk management procedures to mitigating past errors in a very expensive and high-risk program and refocused the enterprise, increasing production 22%.

By re-energizing a $30 million division by upgrading the management team, Dennis Fisher was responsible for improving strategy, stripping unnecessary costs, and appropriately allocating capital - resulting in improved business performance. He increased capital efficiency by 25%, and raised production by 19%. Mr. Fisher revamped a "dying" business unit by divesting low value assets and re-allocating resources to high value return areas. Mr. Fisher is responsible for executing the most successful sales and marketing campaign in the company's history, personally generating over $50 million in earnings through negotiated strategic alliances. Mr. Fisher assumed leadership of a start-up algae company that had significant leadership, financial and organizational challenges. He implemented budgets, cost reductions and marketing discipline. Also, Dennis has greatly increased productivity through education and improved information flow.

**EXPERIENCE PROFILE**
Executive Vice President - BRI 04 - 06
Designed and implemented sales and marketing campaigns for my clients to penetrate Hazardous Remediation Markets

**Clients**
**Asbestos Instant Response, Inc.**
▪  HazMat O & M Certification Number 26038-OMI
▪  Independently identified and solicited alternative revenue streams to exceed sales targets within eight months.

- Memorialized specifics of remediation solutions, calculated estimates and authored proposals for GC's, local and state institutions to capture additional business.

## Concentrex Remediation Solutions
- Initiated contact and brought to negotiated alliance national and local firms with like target markets that enhanced CRS attributes for all encompassing solutions.
- Delivered contacts of the largest builders/developers in California to buy and remediate contaminated properties (Brownfield's).

## Allwest Remediation, Inc.
- Devised and implemented the sales and marketing campaign to double sales within the first year of contract.
- Authored the SOQ to empower Allwest to penetrate the hazardous gases barrier market in Southern California.
- Personally visited and built relationships with the top 100 builders and developers in the southland.
- Delivered financing to make it possible for this company to go to the next level.

In capsule, empowerment of this company to become one of the top three Hazardous gaseous barrier companies within eighteen months.

## Executive Vice President - Approved 1st 01- 04
- Authored training and sales materials and trained Lease Representatives to deliver custom solutions for clients.
- Envisioned and authored a prospectus generating internal financing to fund leasing solutions.
- Initiated the penetration of new markets throughout the southwest to deliver multiple financing solutions for clients.
- Initiated contact and brought to negotiated alliance, financial products and services, which created integrated solutions.

In essence was an integral component of client contact from inception through to financing.

## Division Vice President - 1st Net Technologies (OTC BB FNTT) 99 - 01
- Negotiated sales of a myriad of hybrid cutting edge technologies to deliver integrated cost effective sales solutions for clients.
- Envisioned, mapped and engineered marketing and sales solutions that resulted in clients' signature on contract agreements.
- Initiated the penetration of new markets to deliver both complex and subdued branding campaigns.
- Sold, authored and directed multiple multimedia projects simultaneously.
- Initiated contact and brought to negotiated alliance, products, services and software applications to provide complete and integrated solutions to interface video, audio, graphics, illustration, animation, and design.

In capsule, Mr. Fisher delivered a range of integrated sales and marketing solutions to increase return on investment for progressive businesses.

http://www.findarticles.com/p/articles/mi_m0EIN/is_1999_March_1/ai_53979399

## Vice President of Sales - Technology Guardian (OTC BB ASAT) 95 - 99
- Instrumental in providing sales and marketing plans to go public.
- Conceptualized, authored and implemented national VAR program for Satellite Internet Telephony, Broadcasting and Multicasting.
- Increased sales 23.5% annually.
- Negotiated and brought to fruition VAR relationships with Lucent, HP, COMPUSA, IBM and Galaxy Internet.
- Created and managed 32 VAR relationships in 16 western states.

In capsule, delivered a comprehensive set of sales and marketing solutions to enable the company to grow in valuation to over half a billion dollars.

## Additional Business Acumen:
Held both A & B Contractors Licenses from 86 to 95 - # 584294 - RDI - built this company from the ground up to become the largest and most sought after specialty contractor in the state.



**Nancy Lane-Fisher**
**Secretary**
**Vice President International Relations**

Nancy Lane-Fisher's primary focus will be in bringing BioCentric Energy's Solutions-28 and other large-scale humanitarian based projects to fruition. With a focus on developing countries and economically deprived regions throughout the US, Nancy will rely upon her extensive background in communications and performing arts to interact with individuals from a multitude of cultures in countries throughout the world.

Understanding the difficulties and challenges created by poor health and economic depression, Nancy has spent the past 6 years assisting and teaching children with special needs. Believing that these challenges can be easily met through BioCentric Energy's Solutions-28 program, Nancy will be utilizing her valuable experience and unwavering compassion to make positive changes for those in great need.

Similar to the Muhammad Yunus, Grameen Bank program, Nancy believes that Solutions-28 is a solid program giving individuals the opportunities to invest into a better quality of life.

With her vast career in performing arts, Nancy has the determination, discipline and most importantly the fortitude to encourage, support and inspire individuals and organizations to adopt BioCentric Energy's Solutions-28 program.



**Brian Goodall**
**CEO**
**Board Member**

Brian's career spans more than 30 years in leading positions, both in the USA and Europe, in the petrochemical, energy and renewable energy sectors. Brian brings with him a strong, proven record of launching new technologies and making them into sustained commercial successes on both sides of the Atlantic. Brian's strengths also include the ability to identify the right partners and developing long-term, mutually beneficial relationships.

He holds more than 80 patents and has published more than 60 papers in the scientific journals. After gaining his Ph.D. at the University of Bristol in England, a NATO postdoctoral fellowship and a brief stint in academia, Brian joined the Royal Dutch/Shell group in Amsterdam. During his time in the Netherlands he worked on a variety of different technologies across the industry and invented the SHAC (Super High Activity Catalyst) catalyst which is used commercially today to make more than 1/3 of the world's polypropylene. He left Shell to join the BFGoodrich Company in Brecksville, OH where he led corporate innovation and invented the breakthrough technology (over 40 patents) that resulted in a new division for the company, Electronic Materials Division which
was then spun-off as a successful new company, Promerus, subsequently purchased by Sumitomo Bakelite and still operating in Brecksville, OH (www.promerus.com). Subsequently, Brian led technology innovation at both Albemarle Corporation (Baton Rouge, LA) and Rohm and Haas Company (Spring House, PA): It was at Rohm and Haas Company that Brian first became engaged in biofuels.

In recent years, Brian worked at the Vice President level in two leading biofuels companies, Imperium Renewables (biodiesel) in Seattle, WA and Sapphire Energy (third generation drop-in fuels from algae) in San Diego, CA.  At Imperium, Brian led the team that made the jet fuel for the first ever commercial test flight (Virgin Atlantic, London, January 24 2008). At Sapphire Energy, Brian was instrumental in demonstrating that algal based jet fuel (HRJ, hydrotreated renewable jet fuel) can be used successfully on commercial airliners (the first and only United States demonstration flight, Continental Airlines, Houston, January 7 2009), and also in supplying the algal-derived fuel for the gasoline engine "Algaeus" that drove from the West Coast to the East Coast in the Fall of 2009. Brian's rich, varied and unique blend of leadership and technical skills in the biofuels sector and across the petrochemicals sector (from bulk commodity products, to specialties and fine chemicals) makes him both highly qualified and motivated to
drive Biocentric Energy to become a very successful commercial business in the near term.



**Monique Berry**
**President**
**Board Member**

Monique Berry began her career at BioCentric Energy as an executive in the sales and marketing department. Within a short period, Ms. Berry demonstrated an uncanny ability to interact and create new relationships with major clients and investors. As a strong and natural leader respected by her colleagues and clients, Ms. Berry is exceptionally hardworking and dedicated to the success of BioCentric Energy. With an extensive background in finance, packaging and chemical formulations, Ms. Berry has brought her expertise to help BioCentric Energy in developing algae based products for mass production and commercial use.

Monique Berry has over 20 years of experience in sales and marketing working for multinational corporations in the beauty, entertainment and finance industries. Previous companies include: Cosmolab Newell/Rubbermaid, Financial Network Investment Corporation, CardEx International, Bao Sheng Inc., Blue Nile Recording and Cantata Entertainment Group.

Prior to working for BioCentric Energy, Ms. Berry held the position of Vice President of Sales and Marketing for a financial company located in Southern California. This experience allowed Ms. Berry the opportunity to work with some brilliant pioneers who helped build the MasterCard and Visa platforms. This position also provided Ms. Berry with the experience of working in a technologically advanced environment in which the very latest engineered financial stored solutions were utilized. In the beauty industry, Ms. Berry traveled throughout the world spending a large portion of her time obtaining and managing multi-million dollar accounts.

Working in the South for an OEM and managing top beauty marketers in New York, California and Europe was not an easy task, especially when it came to communicating with a multitude of people from different cultures, many speaking different languages and dialects. Knowing that her basic French speaking skills were inadequate when dealing with decision makers at L'Oreal and Lancôme, for example, Ms. Berry spent her evenings and weekends learning business French and etiquettes at Nashville's Foreign language institute to aid her sales abilities. Securing new accounts and multi-million dollar business was a challenge that Ms. Berry quickly met. With a passion for innovation and a natural artistic talent, Ms. Berry began designing new cosmetic products and packages for the beauty industry. Many are still on the market today.

Additional Business Acumen:

BSBA-Kennedy Western UniversityCertificate of Completion-Musicians Institute Technology
Certificate of Completion-Tennessee Foreign Language Institute

---

**Mr. Paul J. McGuire**
**Chief Technical Officer**

Mr. McGuire has over forty-years of experience in the energy business. McGuire joins BioCentric Energy, Inc. from General Electric where he was the Senior Business Manager developing cogeneration, syngas and distributive power projects in the western United States and Canada. Mr. McGuire has received a B.S. in Mechanical Engineering from Villanova University and M.S. in Nuclear Engineering from New York University and received a Six Sigma – Green Belt

Certification from the General Electric Company. His responsibilities included, but were not limited to, identifying projects, analyzing energy usage, monitoring the installation and start-up of power projects. He has managed waste-to-energy projects in North America and Europe. Prior to General Electric, Mr. McGuire was Vice President at Touchstone Energy where he was responsible for the development of energy projects including performance contracting, CHP projects, operating and maintenance services and natural gas and electricity sales for the western United States. Previously Mr. McGuire was a Regional Manager for PG&E Energy Services Company where the responsibilities included performance contracting, energy analyzes CHP projects and natural gas and electricity sales.

Mr. McGuire's position with TRI International was Vice President for Energy Services where he developed energy projects and consulting services. Mr. McGuire was also a consultant with the Arizona Public Service Company where he reported to the CEO and President and was responsible for the oversight of the construction completion, start-up and initial operations of the Palo Verde Nuclear Power Plants. As a consultant and founder of United Energy Services, Mr. McGuire and his team of 150 employees provided management services to commercial nuclear power plants. Mr. McGuire was plant manager of the Pilgrim Nuclear Power Plant. While with Boston Edison Company his tasks included operations and maintenance, modifications and outages of the plant. After TMI, he was an INPO Evaluation Team Manager responsible for improving safety at commercial nuclear power plants. At General Electric Company, Mr. McGuire was a Shift Supervisor for construction and start-up of the Cooper Nuclear Plant In addition, as a Contract Service Engineer, he was responsible for outage planning and implementation at five sites, two of which were in Japan. Mr. McGuire started his career in the mid 1960's as a Plant Engineer for the Long Island Lighting Company responsible for I&C, maintenance and operations at the Northport Power Station.

**Russell D. Noel – Onsite Construction Manager**
Emcon/Turner Corporation 2000 – Present

**Cascade Recycling Center, Woodinville, WA – Sr. Superintendent**
Scheduled, coordinated and managed all subcontractors during the construction of the 85,000 SF recycling facility. Provided detailed inspections to ensure all contractual agreements were fulfilled and maintained site safety and OSHA compliance. Developed and maintained an exceptional relationship with Waste Management site representatives, coordinated and participated in inspections with local municipal authorities.

**Soldier Field Demolition and Abatement Project, Chicago, IL – Project Manager** Coordinated and effectively managed subcontractors during the aggressive schedule and high profile Soldier Field Renovation Project and the Abatement and Demolition of the adjacent Park District Headquarters Building. Effectively managed 12 junior managers throughout the stadiums 24/7 demolition phase. Management of subcontractor's abatement, demolition, excavation, high volume trucking activities and manifesting procedures. Scheduled and instructed site specific safety and awareness training for construction managers and all site subcontractors. Maintained all on-site regulatory documents and prepared closeout documentation.

**Cincinnati Museum of Natural History Demolition and Abatement Project, Cincinnati, OH - Project Manager**
Coordinated and managed the abatement and demolition of the Cincinnati Museum of Natural History. Managing both the abatement and demolition subcontractors while, successfully meeting an aggressively scheduled deadline. Provided OSHA monitoring and analysis throughout the project and maintained all on-site regulatory documents. Preparation of all close-out documentation.

**Quinton Medical Building Abatement Project, Seattle, WA – Project Manager** Coordinated and managed the projects abatement phase prior to the sites demolition. Successfully managed the abatement subcontractor ensuring all contractual agreements were fulfilled as per the project specifications and schedule. Provided inspections, OSHA monitoring, bulk sampling and analysis throughout the project. Prepared and maintained all applicable regulatory and closeout documentation.

**Airport Facilities, Nationwide – Inspector**
Scheduled and performed inspections for environmental hazardous materials at over 35 airport facilities throughout the country in preparation for the installation of Explosive Tracing Devices (ETD). Prepared inspection documentation.

**Other Notable Projects**
- Walter Payton Center Renovation $10M, Chicago, Illinois
- Long Beach Children's Hospital $1.75M, Long Beach, California
- Russia Wharf Redevelopment $6.5M, Boston, Massachusetts
- T.A.E. Consultants 1997 - 2000
- Chicago Public Schools – Project Manager/Inspector

- Provide building inspections and management of environmental abatement projects throughout the Chicago Public School system. Preparation and maintenance of all applicable regulatory documents. Perform inspections, OSHA monitoring, analysis and clearance procedures.
- MACPAC, Inc., Salt Lake City, UT 1993 – 1997

Project Coordinator/Draftsman

Provided project coordination and support for the decommissioning, transportation and subsequent reassembly of commercial equipment and building materials to a variety of locations throughout the western United States.

**Military Experience -United States Marine Corps - Corporal 1983 – 1987**
**Aircraft Refueler / Motor Transport Dispatcher**
Licensed operator of all Marine Corps Semi-Trailer/5000 gal Refueler/Dragon Wagon Equipment. Squadron Transportation Dispatcher at Marine Corps Air Station, Tustin, CA.
Scheduling and dispatching all Motor pool vehicles and base refueling operations. I received 3 Meritorious Promotions and numerous Meritorious Masts for exemplary performance of duty.

**Education**
Chaffey College, Alta Loma, CA, Engineering/Mechanical Drafting 1988-91
Naperville North HS, Naperville, IL 1982

**Professional Licenses / Certifications**
- 40 hour HAZWOPER
- 30 hour OSHA
- Asbestos Building Inspector - Licensed / EPA Certified (IL, LA, MO, TX, NE, WI, IA, IN, RI, MI, CA, MA)
- Project Manager - Licensed / EPA Certified (IL, OH, CA)
- Project Designer – EPA Certified (UC Berkeley)
- Air Sampling Professional – Licensed / EPA Certified (IL, OH, CA)
- Lead Inspector / Risk Assessor – EPA Certified
- Indoor Air Quality- Microscopy of Dust, Spores and Pollen (McCrone Research Institute)
- NIOSH 582 – Sampling and Evaluating Asbestos Airborne Dust
- Mold Remediation – IAQ Certified (Mycotech Biological)



**Jose Sanchez Piña**
**Field Operations Director**

Jose Sanchez has more than 12 years of experience in the fields of Technology Business Development, Biofuels Production and Mechatronic design. Mr. Sanchez is an expert in Algae Systems for the production of biofuels, food, polymers, polyols and wood products. Mr. Sanchez is experienced in establishing the interactions between agricultural operations, mechanical/electronic energy systems, biofuels production and environmental/health benefits for all kinds of Energy projects.  Mr. Sanchez has wide knowledge on the operations required to carry on an algae project that are not related to actual algae production, such as selection of production sites, negotiations on land acquisition and water rights, procurement of proper permitting, negotiations on concessions/deals to assure $CO_2$ supply, selection of suppliers and management of construction projects.

Before having his own consulting practice, Mr. Sanchez was General Manager of Aurora Mexico, subsidiary of Aurora Biofuels Inc. During two years, Mr. Sanchez started up Aurora's operations in Mexico from scratch, managed its first scale-up endeavors, provided information to Aurora decision makers on site characteristics and its political/business environments to aid them in selecting sites; carried on negotiations on land acquisition and water rights and used/adapted current Mexican aquaculture legislation to immediately carry on the environmental, water management and land use operations of algae production systems.

Mr. Sanchez has also been CEO of AgroSens, a wireless Sensor, Actuator and Software Corporation specialized in Automation. During his tenure as AgroSens CEO, Mr. Sanchez gained hands on experience on financing Technology projects and created administration techniques to use these resources in such a way that it optimized the cost/benefit ratio of AgroSens product development operations.

While being in AgroSens, Mr. Sanchez volunteered to aid in the start up of Mexico's Center for Integration of Technology Innovation (CENI2T), a non-profit organization dedicated to the training of scientists and technologists to create corporations of Technological nature in the automation, electronics and biotechnological fields. There he volunteered his time as acting Product Development Director and Intellectual Property Manager.

Mr. Sanchez has also been Engineering Director of Good Companies, a furniture Corporation, and key player in the design team of some Delphi Automotive engine management systems from which he got several patents.  Mr. Sanchez has played a key role in the development of environmental technologies in Mexico, by designing the country's first biodiesel plant and advising Mexican lawmakers in the creation of policies to promote the development of a Biofuels Industry in Mexico. Mr. Sanchez was selected by the Mexican Government for its Environmental Health Program held along with Harvard and MIT, reason for which he has experience in the interactions between Science, Politics and Environmental Policy to make environmental projects/technologies to become reality.

**Additional Business Acumen:**
BS Mechanical Engineering- Instituto Tecnologico y de Estudios Superiores de Monterrey (ITESM), Campus Monterrey
Certification in Agricultural Engineering, ITESM Campus Monterrey
MS in Manufacturing Systems- ITESM Campus Monterrey
Certification in Biodiesel Production Systems and Biodiesel Business & Markets- Iowa State University
MS in Environmental Health Management- Harvard University

---



**Domini Maddox**
**Algae Specialist**

Ms. Domini Maddox, a graduate from the University of Texas, has extensive experience working with and identifying various strains of algae, lipid contents, DNA extractions, PCR amplification and creating laboratory protocols.

Ms. Maddox has worked on biofuel research projects sponsored by DARPA. Dr. Jerry Brand, the director of UTEX, who is well known and respected in the algae industry, highly recommended Ms. Maddox for the BioCentric Energy position. Ms. Maddox conducted algae research directly under Dr. Brand for two years. UTEX is the principal resource in the algae industry with approximately 2,300 different strains of algae in collection and an extensive library and research facility.

Bachelor of Science in Biochemistry (2005-2009) University of Texas, Austin TX Extensive educational classes involving chemistry, genetics and math, honor's awards, Pre-Veterinary Organization, Texas Rowing, involved in laboratory learning with biochemistry and organic chemistry.

- Associate of Science (2003-2005) Northwest Vista College, San Antonio, TX
- Phi Theta Kappa member (2003-2005), received Presidential and honor's awards, acquired experience in biology, physics and chemistry laboratories.

---

Alec Padilla - Board Member

Mr. Padilla's group invested $345,000 into the BEHL 504 and in turn, Mr. Padilla was granted a Board seat.

---

4. Board memberships and other affiliations;
n/a

5. Compensation by the issuer; and
n/a

6. Number and class of the issuer's securities beneficially owned by each such person.

Recipients Restricted Preferred
Nancy Fisher 2,000,000 125,000
Dennis Shen  2,000,000 125,000

Recipients Restricted
Attilio Tortorice, 21,730,000
Terry Adams 10,864,000
Steve Hayden 15,043,000

B. Legal/Disciplinary History. Please identify whether any of the foregoing persons have, in the last five years, been the subject of:
1. A conviction in a criminal proceeding or named as a defendant in a pending criminal proceeding (excluding traffic violations and other minor offenses);
None

2. The entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, or banking activities;
None

3. A finding or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, or a state securities regulator of a violation of federal or state securities or commodities law, which finding or judgment has not been reversed, suspended, or vacated; or None

4. The entry of an order by a self-regulatory organization that permanently or temporarily barred suspended or otherwise limited such person's involvement in any type of business or securities activities.
None

C. Disclosure of Family Relationships. Describe any family relationships among and between the issuer's directors, officers, persons nominated or chosen by the issuer to become directors or officers, or beneficial owners of more than five percent
(5%) of the any class of the issuer's equity securities.
None

D. Disclosure of Related Party Transactions. Describe any transaction during the issuer's last two full fiscal years and the current fiscal year or any currently proposed transaction, involving the issuer, in which (i) the amount involved exceeds the lesser of $120,000 or one percent of the average of the issuer's total assets at year-end for its last three fiscal years and (ii) any related person had or will have a direct or indirect material interest. Disclose the following information regarding the transaction:
1. The name of the related person and the basis on which the person is related to the issuer;
None
2. The related person's interest in the transaction;
None
3. The approximate dollar value involved in the transaction (in the case of indebtedness, disclose the largest aggregate amount of principal outstanding during the time period for which disclosure is required, the amount thereof outstanding as

of the latest practicable date, the amount of principal and interest paid during the time period for which disclosure is required, and the rate or amount of interest payable on the indebtedness);
N/A

4. The approximate dollar value of the related person's interest in the transaction; and
N/A

5. Any other information regarding the transaction or the related person in the context of the transaction that is material to investors in light of the circumstances of the particular transaction.
None to all


E. Disclosure of Conflicts of Interest. Describe any conflicts of interest. Describe the circumstances, parties involved and mitigating factors for any executive officer or director with competing professional or personal interests.
None to all


Item XII Financial information for the issuer's most recent fiscal period.

The issuer must state in its disclosure statement that such financial statements are incorporated by reference.

This compilation was completed by Frank Rawson, CPA (inactive) and in-house CFO.
Frank Rawson CPA (inactive)_License # 37172/California_Contracted by Company_Frank Rawson has a bachelor of arts from Stanford University in Economics. Post Graduate work in accounting and finance at Cal State University, Long Beach and Cal State University Fullerton. His CPA license was issued in 1980 and is currently inactive. Frank Rawson is not an officer of the company, but is employed by the company and is therefore, not independent._

1) Balance Sheet

**BioCentric Energy, Inc**

A Development Stage Company
**Balance Sheet**

| ASSETS | | March 31, 2008 | | December 31, 2008 |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash | $ | 68,783 | $ | 68,580 |
| Accounts receivable | | 6,000 | | |
| Inventory | | 56,735 | | |
| Loan receivables | | 37,200 | | 8,000 |
| Due from affiliates | | 484 | | 484 |
| Prepaid expenses | | 30,900 | | 38,149 |
| Deposits with vendors | | 92,520 | | 51,150 |
| Investment securities | | 600 | | 600 |
| | | 292,222 | | 166,963 |
| **Property and Equipment** | | 352,822 | | 248,236 |
| **Other Assets** | | | | |
| Deposits | | 5,000 | | 5,000 |
| Organizational costs | | 1,234 | | 1,234 |
| | | 6,234 | | 6,234 |
| **TOTAL ASSETS** | $ | 651,278 | $ | 421,433 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $ | 62,969 | $ | 58,671 |
| Accrued expense | | 913 | | 470 |
| Franchise tax payable | | 3,200 | | 2,400 |
| Advances from stockholders | | 25,765 | | 35,265 |
| | | 92,847 | | 96,806 |
| Notes payable | | 345,000 | | 345,000 |
| **Stockholders' Equity** | | | | |
| Common stock | | 1,413,559 | | 824,609 |
| Retained earnings (deficit) | | (1,200,128) | | (844,982) |
| | | 213,431 | | (20,373) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ | 651,278 | $ | 421,433 |

2) Statement of Income

**BioCentric Energy, Inc**

A Development Stage Company
**Statement of Income (Loss)**

| | Three Months Ended March 31, 2010 | | From (Date of Inception) to March 31, 2010 | |
|---|---|---|---|---|
| **Revenue** | | | | |
| Sales | $ | 5,000 | $ | 7,800 |
| Cost of Sales | | 6,604 | | 8,934 |
| **Gross Profit** | | (1,604) | | (1,134) |
| | | | | |
| **Operating Expenses** | | | | |
| Advertising | | 6,690 | | 29,940 |
| Consultants | | 18,000 | | 186,545 |
| Professional fees and other legal expense | | 38,676 | | 117,454 |
| Rent and occupancy expense | | 15,928 | | 131,204 |
| Office expense | | 26,988 | | 86,621 |
| Salaries, wages and management fees | | 120,069 | | 296,745 |
| Taxes, licensee and fees | | 2,650 | | 17,833 |
| Travel, meals and entertainment | | 48,691 | | 161,893 |
| Conferences, and seminars | | 15,951 | | 25,273 |
| Research and development | | 38,571 | | 71,620 |
| Other production type expense | | 15,654 | | 15,654 |
| Telephone and Internet | | 2,440 | | 26,198 |
| Automotive expense | | 2,434 | | 28,014 |
| | | 352,742 | | 1,194,994 |
| | | | | |
| **Provision For Taxes Based On Income** | | | | |
| Federal income tax | | | | |
| California franchise tax | | 800 | | 4,000 |
| | | 800 | | 4,000 |
| **NET LOSS** | $ | (355,146.00) | $ | (1,200,128) |