# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-80748-CIV-COHN

SECURITIES AND EXCHANGE COMMISSION,  )
                                      )
           Plaintiff,                 )
                                      )
v.                                    )
                                      )
CAROL MCKEOWN, DANIEL F. RYAN,        )
MEADOW VISTA FINANCIAL CORP.,         )
AND DOWNSHIRE CAPITAL INC.,           )
                                      )
           Defendants.                )
_____)

### PLAINTIFF'S NOTICE OF FILING ADDITIONAL EVIDENCE IN PREPARATION OF THE PRELIMINARY INJUNCTION HEARING SCHEDULED JULY 6, 2010

Plaintiff Securities and Exchange Commission files the following materials in preparation of the preliminary injunction hearing the Court has scheduled for 9:30 a.m. on Tuesday, July 6, 2010 in this matter: Exhibit 34, Declaration of Michael L. Riedlinger; Exhibit 35, Supplemental Declaration of Timothy J. Galdencio; Exhibit 36, Declaration of Randy H. Carlson; Exhibit 37, Declaration of Joshua Carlson; and Exhibit 38, Decision No. 2010-024-001 dated June 25, 2010 by the Quebec Bureau de decision et de revision for Freeze Order, Prohibition to Trade Securities and to Operate as a Consultant (Decision in French and Certified English Translation). The Commission requests that the Court consider them, as they provide additional evidence supporting the entry of a preliminary injunction against the Defendants.

July 2, 2010                          Respectfully submitted,

                              By:     s/Christine Nestor
                                      Christine Nestor
                                      Senior Trial Counsel
                                      Florida Bar No. 597211

               Direct Dial:  (305) 982-6367
               E-mail:  nestorc@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on July 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               s/Christine Nestor
               Christine Nestor

## SERVICE LIST

Securities and Exchange Commission v. Carol McKeown, et al.
Case No. 10-CV-80748-COHN
United States District Court, Southern District of Florida

Jean-Francois Briere, Esq.
Spiegel Sohmer Inc.
5, Place Ville-Marie
Bureau 1203
Montreal, Quebec, CA
H38 262
Tel:  (514) 875-2100
Fax:  (514) 875-8237
Email:  jfbriere@spiegelsohmer.com
Canadian Counsel for Defendants
Service by Email

Patrick Ouellet, Esq.
James Wood, Esq.
Woods LLP
2000 McGill College Avenue
Suite 1700
Montreal, Quebec, CA
H3A 3H3
Tel:  (514) 982-2551
Fax:  (514) 284-2046
Email:  pouellet@woods.qc.ca
Canadian Counsel for Defendants
Service by Email