EXHIBIT
tabbies
34

## DECLARATION OF MICHAEL L. RIEDLINGER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Michael L. Riedlinger I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed as an attorney with the Miami Regional Office of the United States Securities and Exchange Commission ("SEC").  My office is located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.      Attached as Exhibit A through O are true, correct, and authentic copies of pages I printed from the stockreads.com website on June 28, 2010 and June 30, 2010.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

Michael L. Riedlinger

Executed on this /ST day of July 2010, in Miami, Florida.



**NEW!** Track Stocks on Your Homepage

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google    Free Penny Stock Picks    List of Penny Stocks    Under $5 Penny Stock    How to Buy Pen



**RSS Subscribe to Penny Stock Chaser**

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



June 30, 2010    @ quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

| AVOE | 0.1 | ▼ | -0.01 | (-9.01%) |

**More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

View More...

**Recent Newsletters**

NEW STOCK PICK + Penny Stock Quotes T...
Today 2:49 PM by Chart Poppers

# AVOE is a MUST have - OIL is still up over $70 will be

8/13/2009 10:29 AM    **Penny Stocks** by: Penny Stock Chaser

**Penny Stocks to Buy Now**
Explosive Stock System Use for Picking Hot Penny Stocks to Buy!
www.PennyPic.com

Hi AVOE is a MUST have - OIL is still up over $70.00 a barrel - AVOE has o
According to their news release yesterday they are going to start working
They hit a new 52 week high yesterday at $1.55 - it is realistic to think tha
MEMBERS NOT IN THIS HOT JUNIOR YET NEED TO TAKE A SECOND LOO
producing wells and are now getting ready to start production.

All of the NEWS they have been putting out shows they are going to be a s
AVOE is ready for a checkmate - they are building a GIANT! Analysts are p
upward trend! This makes the oil in the wells of AVOE more valuable! If yo
us @ www.pennystockchaser.com Please do your own due diligence on AV

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI



**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!



EXHIBIT A

MajorPennyStocks.com - "Into The Clos...
Today 2:49 PM by Major Penny Stocks

Daily Stock Alerts From Stock-PR. St...
Today 2:15 PM by CRWE Select

Stock Alerts for June 30: PEIX, MON, ...
Today 1:49 PM by Beacon Equity

News Alert: DND Technologies (DNDT)
R...
Today 1:29 PM by OTC Picks

HotOtc.com - Mid Day Update for
Wedne...
Today 1:00 PM by HotOTC

Introducing NewsworthyStocks.com
your...
Today 12:51 PM by Stocks Alarms

StockEgg.com - Mid Day Alert 6-30-201...
Today 12:49 PM by Stock Egg

OTCPicks.com Daily Market Movers Dige...
Today 12:49 PM by OTC Picks

SNRY Breaking High on News
Today 11:49 AM by Free Hot Penny Stocks



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



**NEW!** <u>Track Stocks on Your Homepage</u>

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google      Top Penny Stocks      Online Stock Trading      Stock Option Picks      Stock Recomme


**RSS Subscribe to Penny Stock Chaser**

<u>Buy AVOE Online for $0.</u> Trade stocks for free on <u>Zecco.com.</u>

AVOE - 1 Month Chart



June 30, 2010                    © quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

| | | | |
|---|---|---|---|
| AVOE | 0.1 | ▼ -0.01 | (-9.01%) |
| BUCKS | N/A | ▼ N/A | (N/A) |
| IFUS | 0.01 | ▼ -0.001 | (-9.09%) |

## 📶 More PennyChaser

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

## 📶 Recent Newsletters

NEW STOCK PICK + Penny Stock Quotes T...
Today 2:49 PM by Chart Poppers

# Strong oil prices drives AVOE higher today - A 8.7% at $1.25

8/19/2009 9:29 PM   **Penny Stocks** by: <u>Penny Stock Chaser</u>

**<u>Penny Stocks to Buy Now</u>**
Explosive Stock System Use for
Picking Hot Penny Stocks to Buy!
www.PennyPic.com

**<u>2 Stocks Ready to Explode</u>**
Get the daily list of active stock
to move up 300% a day.
www.stockegg.com

If you are having trouble viewing this message, please go to
http://community.icontact.com/p/pennystockchaser/newsletters/psc/posts/
closed-green-today-up-87-at-125 Hi <u>AVOE</u> closed GREEN today up 8.7% @
Monday`s losses today driven by higher energy demands.

Oil jumped up more than $3 to close at $72.42 a barrel as the US Energy D
barrels in their inventory - in just ONE WEEK! One report indicated that inv
sign that the economy is recovering! <u>AVOE</u> has been pumping barrels of O:
17th.

If the analysts are correct that economic recovery is going to drive energy
HUGE gains! The next resistance point for <u>AVOE</u> is $1.47 With the trend in
<u>AVOE</u> will have no problem breaking through any resistance.

<u>AVOE</u> was alerted by PSC @ $.55 making 127% already! This Junior is goir
many winners - just today <u>IFUS</u> up 22.7% and <u>XCEL</u> up 8%! If you need m
www.pennystockchaser.com Please do your own due diligence on <u>AVOE</u>.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI

**FREE Stock Alerts By Email!**

enter email address here

**JOIN NOW!**



EXHIBIT
B

AAOE's LMU: Shave 'Oil is still up over $70.00 a bar on Thursday, August 13, 2009 ... Page 2 of 3

MajorPennyStocks.com - "Into The Clos...
Today 2:49 PM by Major Penny Stocks

Daily Stock Alerts From Stock-PR. St...
Today 2:15 PM by CRWE Select

Stock Alerts for June 30: PEIX, MON, ...
Today 1:49 PM by Beacon Equity

News Alert: DND Technologies (DNDT)
R...
Today 1:29 PM by OTC Picks

HotOtc.com - Mid Day Update for
Wedne...
Today 1:00 PM by HotOTC

Introducing NewsworthyStocks.com
your...
Today 12:51 PM by Stocks Alarms

StockEgg.com - Mid Day Alert 6-30-201...
Today 12:49 PM by Stock Egg

OTCPicks.com Daily Market Movers Dige...
Today 12:49 PM by OTC Picks

SNRY Breaking High on News
Today 11:49 AM by Free Hot Penny Stocks



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



EXHIBIT

C



NEW! Track Stocks on Your Homepage

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma

· Ads by Google | List of Penny Stocks | Free Penny Stock Tip | Top Stock Picks | Hot Penny P



**RSS Subscribe to Penny Stock Chaser**

Buy AVOE Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



| Today | 5d | 1m | 3m | 1y | 5y | 10y |
| AVOE | 0.1 | ▼ | -0.01 | (-9.01%) |

**More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

**Recent Newsletters**

NEW STOCK PICK + Penny Stock Quotes T...
Today 2:49 PM by Chart Poppers

# AVOE - The consolidation on AVOE is amazing member big mo

8/31/2009 10:29 PM  **Penny Stocks** by: Penny Stock Chaser



Hi AVOE - The consolidation on AVOE is amazing - This stock is making our cards All members should have exposure to the oil and gas sector. Oil is on from the rise in oil prices.

Goldman Sachs says oil is headed to $85.00 per barrel.

THE OIL BULL MARKET IS ON. Don`t wait !!! Invest in AVOE and benefit fr

The company is building a producing oil company which could be the targe

Members have watched AVOE move from .10 in July to a $1.99 close today

This is a move of 1890% in just two months. This stock could go past $5.0

WE THINK ALL MEMBERS SHOULD OWN SOME AVOE.

AVOE is doing what most OTCBB companies cannot do. They are executing and wealth for shareholders.

AVOE has all the goods to be a long term MONSTER STOCK and a potentia

Management has been buying producing and near producing oil wells on a

Their last acquisition was announced today http://www.stockwatch.com/ne U:AVOE-20090831&symbol=AVOE&news_region=U They are building a pr of company investors want to buy and other oil companies want to buy out

FST on the NYSE is in the same area as AVOE.

This kind of giant could be a buyer of AVOE if AVOE is successful in buildin

The management of AVOE is top notch. WE ARE CONFIDENT THAT THEY \

Case 9:10-cv-80748-JIC Document 18-1 Entered on FLSD Docket 07/02/2010 Page 7 of 32

AVOE - The consolidation on AVOE is amazing! This sto... Monday, August 31, 2009 :... Page 2 of 2

MajorPennyStocks.com - "Into The Clos...
Today 2:49 PM by Major Penny Stocks

Daily Stock Alerts From Stock-PR. St...
Today 2:15 PM by CRWE Select

Stock Alerts for June 30: PEIX, MON, ...
Today 1:49 PM by Beacon Equity

News Alert: DND Technologies (DNDT) R...
Today 1:29 PM by OTC Picks

HotOtc.com - Mid Day Update for Wedne...
Today 1:00 PM by HotOTC

Introducing NewsworthyStocks.com your...
Today 12:51 PM by Stocks Alarms

StockEgg.com - Mid Day Alert 6-30-201...
Today 12:49 PM by Stock Egg

OTCPicks.com Daily Market Movers Dige...
Today 12:49 PM by OTC Picks

SNRY Breaking High on News
Today 11:49 AM by Free Hot Penny Stocks

Management tells to expect BIG NEWS this week and next.

We are 100% behind AVOE.

THE CHART IS SCREAMING BUY.

The consolidation of the stock price tells us to expect a new breakout to ev

We think members should be buying more AVOE at these levels.

If you need more information on AVOE, please join us @ www.pennystock AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI

**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!

**Make Easy Money In 1 Hour**
Simple & New Options Trading Arena Deposit 550$
And Get 250$ Bonus.
www.eztrader.com

**Killer Penny Stock Alerts**
Returns of up to 7,500% Free & Profitable Alerts.
Try Now!
www.KillerPennyStocks.com

**Buy Stocks for $4**
No Account or Investment Minimums. No Inactivity
Fees. Start Today!
www.ShareBuilder.com

**5 Stocks To Buy Now**
These 5 Stocks Offer You The Chance To Make
300%... 500%... Or More!
www.taipanpublishinggroup.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks


**StockReads.com**
browse and search stock newsletters


NEW! <u>Track Stocks on Your Homepage</u>

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google     List of Penny Stocks      Free Penny Stock Tip      Under $5 Penny Stock      Nasdaq Stock


**RSS Subscribe to Penny Stock Chaser**

# AVOE AND TTEG - These are two stocks that We know Win

9/2/2009 1:29 AM    **Penny Stocks** by: <u>Penny Stock Chaser</u>

**Buy <u>AVOE</u> Online for $0.** Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



Today | 5d | 1m | 3m | 1y | 5y | 10y
AVOE    0.1    ▼   -0.01   (-9.01%)

📶 **More PennyChaser**

<u>AVOE, The beast is roaring again, We ...</u>
4/23/2010 11:07 AM

<u>TPAC and AVOE - The wild twitter ri...</u>
4/22/2010 8:49 PM

<u>BLEW and AVOE, Time to make some mone...</u>
4/21/2010 9:07 AM

<u>BLEW, The company came out with anoth...</u>
4/21/2010 7:07 AM

<u>BLEW saw gains of 209% since our aler...</u>
4/20/2010 10:49 PM

**<u>View More...</u>**

📶 **Recent Newsletters**

<u>NEW STOCK PICK + Penny Stock Quotes T...</u>
Today 2:49 PM by <u>Chart Poppers</u>

Hi , <u>AVOE</u> AND <u>TTEG</u> - These are two stocks that you want to buy over and been on our buy list for over 3 months. These stocks have the momentum

BOTH <u>TTEG</u> AND <u>AVOE</u> ARE ON NEWS ALERT.

<u>AVOE</u> closed @ $2.36. The stock closed @ two cents off the 52 week high

We think the stock is headed to $5.00 or more.

<u>TTEG</u> has been on our watch list since $0.07 and has been a monster pick

The company tells us that we should expect huge news this week.

We think the stock will break $2.00.

If you need more information on <u>AVOE</u> or <u>TTEG</u>, please join us @ www.pe diligence on <u>AVOE</u> and <u>TTEG</u>.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI


**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!


EXHIBIT
**D**

These are two stocks that you want to b... - Wednesday, September 0... Page 2 of 2

MajorPennyStocks.com - "Into The Clos...
Today 2:49 PM by Major Penny Stocks

Daily Stock Alerts From Stock-PR. St...
Today 2:15 PM by CRWE Select

Stock Alerts for June 30: PEIX, MON, ...
Today 1:49 PM by Beacon Equity

News Alert: DND Technologies (DNDT)
R...
Today 1:29 PM by OTC Picks

HotOtc.com - Mid Day Update for
Wedne...
Today 1:00 PM by HotOTC

Introducing NewsworthyStocks.com
your...
Today 12:51 PM by Stocks Alarms

StockEgg.com - Mid Day Alert 6-30-201...
Today 12:49 PM by Stock Egg

OTCPicks.com Daily Market Movers Dige...
Today 12:49 PM by OTC Picks

SNRY Breaking High on News
Today 11:49 AM by Free Hot Penny Stocks

www.WallStreetsHottestStocks.com

**Killer Penny Stock Alerts**
Returns of up to 7,500% Free & Profitable Alerts.
Try Now!
www.KillerPennyStocks.com

**Best Penny Stocks To Buy**
Up To 3000% Returns. Free Sign Up. Simply The
Best Penny Stock Alerts.
www.OxOfWallstreet.com

**5 Stocks To Buy Now**
These 5 Stocks Offer You The Chance To Make
300%... 500%... Or More!
www.taipanpublishinggroup.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



**NEW!** <u>Track Stocks on Your Homepage</u>

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma

· Ads by Google    List of Penny Stocks    Free Penny Stock Tip    Stock Market News    Online Stock T

 **RSS Subscribe to Penny Stock Chaser**

# SOCI, AVOE, NGHI- PSC Has A Handful Of Wi

## Wednesday - Members Nee

9/2/2009 7:29 AM    **Penny Stocks** by: Penny Stock Chaser

<u>Buy **SOCI** Online for $0. Trade stocks for free on Zecco.com.</u>

SOCI - 1 Month Chart

Symbol
SOCI is
not valid.

Symbol
SOCI is
not valid.

| Today | 5d | 1m | 3m | 1y | 5y | 10y |
| SOCI | N/A | — | N/A | | (N/A) | |

**Top 10 Penny Stocks**
Hand-Picked Top Penny Stock Lists Delivered Directly to Your Inbo:
www.PennyPic.com

Hi , SOCI, AVOE, NGHI- PSC Has A Handful Of Winners For Trading On Thi These Stocks are Where the Profits Are SOCI leaps on strong volume on W close of the day. We have a special report coming out on the weekend on ; Members should grab any stock they can at these levels.

AVOE is the kind of stock you can only dream about. We think AVOE will ju tells us to expect amazing news before the end of the week.

NGHI is our new special play. The stock has what it takes to score a triple. early.

Gold is going higher and NGHI is going to benefit.

Please remember to do your due diligence on SOCI, AVOE, NGHI.

For more information on SOCI, AVOE and NGHI please join us @ www.pen Pennystockchaser, PennyStockChaser 220 E. DELAWARE AVENUE, Newark



**FREE Stock Alerts By Email!**

enter email address here

**JOIN NOW!**

 **More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

 **Recent Newsletters**

NEW STOCK PICK + Penny Stock Quotes T...
Today 2:49 PM by Chart Poppers



EXHIBIT
E

MajorPennyStocks.com - "Into The Clos...
Today 2:49 PM by Major Penny Stocks

Daily Stock Alerts From Stock-PR. St...
Today 2:15 PM by CRWE Select

Stock Alerts for June 30: PEIX, MON, ...
Today 1:49 PM by Beacon Equity

News Alert: DND Technologies (DNDT) R...
Today 1:29 PM by OTC Picks

HotOtc.com - Mid Day Update for Wedne...
Today 1:00 PM by HotOTC

Introducing NewsworthyStocks.com your...
Today 12:51 PM by Stocks Alarms

StockEgg.com - Mid Day Alert 6-30-201...
Today 12:49 PM by Stock Egg

OTCPicks.com Daily Market Movers Dige...
Today 12:49 PM by OTC Picks

SNRY Breaking High on News
Today 11:49 AM by Free Hot Penny Stocks

Up To 3000% Returns. Free Sign Up. Simply The
Best Penny Stock Alerts.
www.OxOfWallstreet.com

**Make Easy Money In 1 Hour**
Simple & New Stocks Trading Arena Up To %75
Return Every Hour
www.eztrader.com

**Top Lithium Miner**
This Stock is the Best Way to Profit from the
Lithium Boom.
www.WealthDaily.com/Lithium_Stock

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



NEW! <u>Track Stocks on Your Homepage</u>



| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google    Free Penny Stock Picks    List of Penny Stocks    OTC Hot Stocks    How to Buy Pen

 **RSS Subscribe to Penny Stock Chaser**

---

<u>Buy AVOE Online for $0.</u> Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



June 28, 2010

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

AVOE    0.11  ▼ -0.019  (-14.62%)

## More PennyChaser

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

## Recent Newsletters

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

---

# Oil closed at $81.45 today, We are all over AV stock to

10/22/2009 7:29 PM    **Penny Stocks** by: <u>Penny Stock Chaser</u>



Hi Oil closed at $81.45 today, We are all over <u>AVOE</u>, The time is right for th back to life today with a gain of 80% and a close of $1.17 on volume of 90 broke several resistance points and breached the $1.00 level. This stock is stock hit $2.46. We think <u>AVOE</u> will smash through $2.46 on this run and n

The chart is screaming, BUY !!! THIS STOCK COULD RUN HARD AND PUT

Momentum is the name of the game. The stock consolidated well and built evident in the last few days.

Oil is going crazy and today oil hit $81.45 per barrel.

Oil is on a roll and is going higher. T Boone Pickens likes oil for a move to

<u>AVOE</u> is the perfect way to play a move higher in oil. These guys have oil a

We were in this stock in the summer and saw it run to $2.46.

Things are much better than this summer at the company and we think an

Big news could make this stock go KABOOM.

The float is tiny on <u>AVOE</u> and real value could turn <u>AVOE</u> into a solid junior gain from the $1.17 level.

THE MOVE HIGHER TODAY IS NOTHING. OIL PRICES AND MORE ACQUIS

We think members should take a solid position here.

Dont fight the tape, <u>AVOE</u> wants to go higher.

We will be doing an extensive <u>AVOE</u> profile on the weekend.

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include
The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO
CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For
Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and
GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

If you need more information on AVOE, please join us @ www.pennystock
AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks





| NEW! Track Stocks on Your Homepage |
| --- |


EXHIBIT
G

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

**Ads by Google**  Free Penny Stock Picks   Stock Market News   List of Penny Stocks   Under $5 Penn


**RSS Subscribe to Penny Stock Chaser**

# MEVT and AVOE, Both these hot plays are rac

## PSC TRAIN KEE

10/22/2009 1:49 PM   **Penny Stocks** by: Penny Stock Chaser


Super Hot PennyStock Pick
Hot Penny Stock Nev
Blazing Returns Over 600% o

---

**Buy MEVT** Online for $0. Trade stocks for free on Zecco.com.

MEVT - 1 Month Chart



| Today | 5d | 1m | 3m | 1y | 5y | 10y |
| MEVT | 0.1 | — | 0.00 | | | (0.00%) |

📧 **More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

📧 **Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

---

Hi , MEVT and AVOE, Both these hot plays are racking up big gains today, is up 76% today @ .88 on massive volume of 1,202,000 shares. We like th into the company and will be bringing strong due diligence to members in t behind the company are planning big things for MEVT and we expect to se

Volume has exploded 1076% and we think momentum will get behind this members portfolios.

AVOE has also re-appeared on our to do list.

The stock is up 16.9% and is trading @ .76. The volume is stronger than a PSC knows the company well.

The old high on AVOE was $2.46. We think AVOE will crush the old high.

The company has been working on delivering solid news and when we get

Now is the time to buy. Members could make 300% to 400% from these le

The chart is screaming buy after the recent consolidation.

Please remember to do your due diligence on MEVT and AVOE.

For more information on MEVT and AVOE, please join us @ www.pennysto Pennystockchaser, PennyStockChaser 220 E. DELAWARE AVENUE, Newark

| **FREE Stock Alerts By Email!** |
| --- |
| enter email address here |

MSFT and AVOI, Both these hot plays are racking up big - Thursday, October 22, 2009 ...   Page 2 of 2

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select



JOIN NOW!

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



NEW! Track Stocks on Your Homepage



EXHIBIT

H

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma

Ads by Google    Free Penny Stock Picks    Stock Market News    List of Penny Stocks    Under $5 Penn

 **RSS Subscribe to Penny Stock Chaser**

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



1 Month Price - AVOE

June 28, 2010    © quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

AVOE   0.11  ▼ -0.019   (-14.62%)

**More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

**Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

## AVOE, Management is SUPER STRONG, They big $$, REVENUE

11/1/2009 11:49 AM   **Penny Stocks** by: Penny Stock Chaser

### 100% Accurate Penny Picks
Perfect 2010 Track Record! Possibly Never Lose Again
BestDamnPennyStocks.com

Hi AVOE, Management is SUPER STRONG, They have the goods to see AVO GOOD AVOE rallied 20% on Friday and closed @ .72.

This was a solid move in a down market. The chart on AVOE has been buil a strong leg up.

If get a close above $1.00 on AVOE we will be off to the races and the sto

The company is building a solid land position in the ArkLaTex Oil producing night which should give investors a good feel for the upside of their most r

http://www.stockwatch.com/newsit/newsit_newsit.aspxbid=U-z0177137-U 20091030&symbol=AVOE&news_region=U We suspect that the company i competitor. Small producers like AVOE are targets for acquisitions if and wl $10 million per year.

Many members have asked us to summarize the AVOE story in a nutshell.

PSC relayed that request to AVOE and they provided this synopsis for the k

Avro Energy was incorporated in 2006 for the purpose of becoming involve States, with a focus on the ArkLaTex oil-producing region. Currently the Cc in the Hosston, Louisiana, area, and has an agreement to acquire up to 18( currently producing, the leases were acquired because of the deeper rights potential. Production and additional workover programs are currently being began receiving production revenue from these wells around September 20

In addition, the Company has acquired four oil and gas leases in Caddo Pa wells are producing.

These wells have zones of interest in the Nachatosh Formation. These leas Paluxy Formation which is prolific in the area. The Company began receivir

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

October 2009.

Finally, the Company has entered into an agreement to acquire eleven pro
Seven of these wells are currently in production with the other four capable
addition, the Company will acquire three disposal wells with this package. T
Smackover formation at 7800 feet, which fits with the Company`s plan to l
larger production. The producing wells are productive from the Rodessa, P
Formations. The independent Petroleum Geologist hired to review the well
should be produced from the Rodessa Formation, which, as other wells in t
an initial production of 100-150 barrels of oil per day. This production alone
in gross revenue per year. The remaining shallow wells should be able to p
current production of approximately 20 barrels per day by completing a wo
replacing or upgrading the equipment. These shallow wells would represen

The Company is currently negotiating with a major oil producer to create a
producer`s oil and gas properties within the state of Louisiana THIS SUMM

PSC has had numerous conference calls with AVOE in the past. The story h
forecasted during our initial calls.

Next week, some members of our team will be meeting face to face with A
potential revenue numbers for the AVOE property portfolio. During these m
potential.

We really like what AVOE is doing and we think they have the correct man
line. Management gets results and results create profit. AVOE longs are on

If you just look at the CEO, Mike Kurtanjek, you have to be super impresse
with HSBC and Credit Lyonnais. With this kind of background, he can open

AVOE is going to be a very profitable investment for those who can see the

The story is, you can buy into an O&G buyout/jv target which growing by l
banker with a sterling background.

We like the odds and AVOE and we think members could make 300% to 4(

If you need more information on AVOE, please join us @ www.pennystock
AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. Di



**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!

AVOE, Management is SUPER STRONG, They have the goods :D Sunday, November 0... Page 5 of 3

Simple Stock System For Picking Tomorrow's Hot
Penny Stocks!
CheapStockAlert.com

**Best Penny Stock**
Trade stocks, options, futures and Bonds online
with optionsXpress.
optionsXpress.com

**2 Stocks Ready to Explode**
Get the daily list of active stocks set to move up
300% a day.
www.stockegg.com

**Penny Stocks Picks**
We Pick Penny Stocks For You Free Penny Stock
Newsletter - Here
LiquidTycoon.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks

 **StockReads.com**
browse and search stock newsletters

NEW! <u>Track Stocks on Your Homepage</u>


EXHIBIT
I

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google ·    Free Penny Stock Tip    List of Penny Stocks    Top Stock Picks    Under $5 Penn

 **RSS Subscribe to Penny Stock Chaser**

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



June 28, 2010

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

AVOE   0.11 ▼ -0.019   (-14.62%)

### 📶 More PennyChaser

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

### 📶 Recent Newsletters

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

## AVOE - We went hunting for more details on A
There is so

11/4/2009 6:49 AM    **Penny Stocks** by: Penny Stock Chaser

**100% Accurate Penny Picks**
Perfect 2010 Track Record! Possibly Never Lose Again
BestDamnPennyStocks.com

If you are having trouble viewing this message, please go to http://community.icontact.com/p/pennystockchaser/newsletters/psc/posts/ avoe-and-this-is-what-we-found-there-is Hi AVOE closed @ .74 last night. October 29, 2009. The chart seems be pointing to much higher ground. We $2.46.

The move has been news driven on AVOE since day one. The stock started stock is up 640% so far in 2009.

The action on AVOE has been driven by the acquisition program. Recent Pl right things.

11/03/2009 Avro Energy Begins Receiving Production From South Arkansas http://www.stockwatch.com/newsit/newsit_newsit.aspxbid=U-z0177426-U 20091103&symbol=AVOE&news_region=U 10/20/2009 Avro Energy Provio on South Arkansas Leases http://www.stockwatch.com/newsit/newsit_new 20091030&symbol=AVOE&news_region=U WE THINK THAT THERE IS MO FOR MORE INFO ON AVOE MANAGEMENT.

This what we got and we think it is an eye opener.

Dan Caldwell Recommendation - View PDF Ed Kozbial Letter - View PDF Ha - View PDF Parker Oil Letter - View PDF Synterra Recommendation - View I @ AVOE is very qualified and it also leads us to infer that something may b

Time will tell if something is going on.

WE THINK WHERE THERE IS SMOKE THERE IS FIRE.

Please remember to do your due diligence on AVOE.

If you need more information on AVOE, please join us @ www.pennystock

AVOE - We went hunting for more details on AVOE and th... Wednesday, November 04,... Page 2 of 2

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI

**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!

**Hot Penny Stock List**
Simple Stock System For Picking Tomorrow's Hot Penny Stocks!
CheapStockAlert.com

**Top Penny Stocks**
Gaining Top Penny Stock! Top Penny Stock Tips Over 600%
PennyStockPickAlert.com/TopTip

**2 Stocks Ready to Explode**
Get the daily list of active stocks set to move up 300% a day.
www.stockegg.com

**Free Penny Stock Alerts**
Money making penny stock alerts Huge Upside. Join Now for Free!
www.KillerPennyStocks.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks


EXHIBIT
J


**StockReads.com**
browse and search stock newsletters

NEW! <u>Track Stocks on Your Homepage</u>

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· **Ads by Google**   Free Penny Stock Picks      Stock Market News      List of Penny Stocks      Under $5 Penn

 **RSS Subscribe to Penny Stock Chaser**

<u>Buy AVOE Online for $0.</u> Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart


1 Month Price - AVOE

June 28, 2010
© quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |
AVOE   0.11 ▼ -0.019   (-14.62%)

📰 **More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

📰 **Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

# AVOE, THIS IS IT GUYS & GALS NOW IS THE
has done it again, W

11/5/2009 12:29 AM   **Penny Stocks** by: <u>Penny Stock Chaser</u>


Super Hot PennyStock Pick
**Hot Penny Stock Nev**
Blazing Returns Over 600% d

Hi <u>AVOE</u>, THIS IS IT GUYS & GALS NOW IS THE TIME TO DOUBLE DOWN, stock which will rock your world <u>AVOE</u> IS ON FIRE! THE STOCK WAS .10 IN OF $2.46. THIS WOULD BE A GAIN OF OVER 2400%.

<u>AVOE</u> closed up 28% today at .95. This has been a hard and rapid move fr constant accumulation and investors have been taking out the offers of eve

The chart keeps building and we think the stock is poised to crush the old I

The news flow on <u>AVOE</u> is super strong. The company keeps acquiring pro

Oil was up again today and is trading near $81 per barrel. The company`s press this evening about a negotiation with a Houston based oil and gas co financial/JV partner is the answer to all shareholders prayers. The company production without diluting the current shareholders.

SPECULATION WILL ABOUND AS TO WHO THIS POTENTIAL PARTNER IS / NEWS.

http://www.stockwatch.com/newsit/newsit_newsit.aspxbid=U-z0177578-U 20091104&symbol=<u>AVOE</u>&news_region=U AGAIN, DON`T SIT ON THE SII TO PROFIT WHEN THE STOCK RISES.

If you need more information on <u>AVOE</u>, please join us @ www.pennystock <u>AVOE</u>.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



NEW! Track Stocks on
Your Homepage



EXHIBIT
K

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google   Free Penny Stock Tip   List of Penny Stocks   Under $5 Penny Stock   Top Stock P

 **RSS Subscribe to Penny Stock Chaser**

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



| Today | 5d | 1m | 3m | 1y | 5y | 10y |

AVOE   0.11 ▼ -0.019   (-14.62%)

📶 **More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

View More...

📶 **Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

# AVOE, YUM YUM, PSC LOVES THE TASTE OF A
real and we should m

11/5/2009 11:29 AM   **Penny Stocks** by: Penny Stock Chaser



Super Hot PennyStock Pick
Hot Penny Stock New
Blazing Returns Over 600%

Hi AVOE, YUM YUM, PSC LOVES THE TASTE OF A WINNER, This move is f
very soon WHEN A STOCK STARTS TO RUN, YOU DON`T SELL YOU BUY N

AVOE is trading at $1.00 this Morning on solid volume. The stock closed at
stage is set for a move past the old high.

We have been banging the drums on this latest move on AVOE for two we
out.

The company released a significant PR yesterday and we think that this is ;
major deal.

http://www.stockwatch.com/newsit/newsit_newsit.aspxbid=U-z0177578-U
20091104&symbol=AVOE&news_region=U This deal could put AVOE in a v
The deep wells that they intend to drill could send the cash flow from AVO

Members need to accumulate stock here. This stock is up 1000% this year
from doubling and tripling from this price point.

If you need more information on AVOE, please join us @ www.pennystock
AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto
newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. D

**FREE Stock Alerts By Email!**

**Market ...**
Today 7:07 PM by Penny to Buck

**ORFG, CRWE, - Be Sure You Include The...**
Today 7:07 PM by PennyOmega

**Mon. June 28, 2010 HotShotStocks AT T...**
Today 6:49 PM by Hot Shot Stocks

**SNRY: Solar is Ready to Soar**
Today 6:29 PM by Free Hot Penny Stocks

**Stock Picks For Tuesday CRWE, SSHO CR...**
Today 6:07 PM by CRWE Select

**This penny play is a past Preacher TW...**
Today 5:49 PM by Stock Preacher

**ORFG, CRWE Hot Stock Picks For Tuesda...**
Today 5:49 PM by CRWE Select

**Gold companies to watch: ORFG and GOR...**
Today 5:49 PM by CRWE Select

**Hot Stock Picks For Tuesday, June 29,...**
Today 5:15 PM by CRWE Select

enter email address here

JOIN NOW!

**Penny Stock Brokers**
Trade stocks, options, futures and Bonds online with optionsXpress.
optionsXpress.com

**Killer Penny Stock Alerts**
Returns of up to 7,500% Free & Profitable Alerts. Try Now!
www.KillerPennyStocks.com

**100% Accurate Penny Picks**
Perfect 2010 Track Record! Possibly Never Lose Again
BestDamnPennyStocks.com

**5 Stocks To Buy Now**
These 5 Stocks Offer You The Chance To Make 300%... 500%... Or More!
www.taipanpublishinggroup.com

Ads by Google

See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks





NEW! Track Stocks on Your Homepage

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma

Ads by Google    Top Stock Picks    Free Penny Stock Tip    List of Penny Stocks    Under $5 Penn

 RSS Subscribe to Penny Stock Chaser

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



Today | 5d | 1m | 3m | 1y | 5y | 10y
AVOE     0.11   ▼  -0.019   (-14.62%)

## More PennyChaser

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

## Recent Newsletters

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

# AVOE WENT ON ANOTHER RIDE TODAY, This

# members over 300

11/5/2009 10:49 PM   **Penny Stocks** by: Penny Stock Chaser



Hi AVOE WENT ON ANOTHER RIDE TODAY, This stock is getting ready to $1.00 today. The stock has been on a steady climb since it hit a low of .47

The news flow has been steady from the company and the upside has bec

The buzz on the internet is super high. We are expecting big news from A\ members should have an energy play.

AVOE is our way to play the rise in oil prices. The company put out great n

http://www.stockwatch.com/newsit/newsit_newsit.aspxbid=U-z0177578-U 20091104&symbol=AVOE&news_region=U THIS STOCK WILL BREAK THE

We will be putting out a block buster email on AVOE for the close on Friday

If you need more information on AVOE, please join us @ www.pennystock AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. D



FREE Stock Alerts By Email!

enter email address here

JOIN NOW!

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks

 StockReads.com
browse and search stock newsletters

NEW! Track Stocks on Your Homepage



| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma

Ads by Google    Free Penny Stock Picks    Stock Market News    List of Penny Stocks    Under $5 Penn

 **RSS Subscribe to Penny Stock Chaser**

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart


1 Month Price - AVOE
June 28, 2010                    © quotemedia.com

| | Today | 5d | 1m | 3m | 1y | 5y | 10y |
|---|---|---|---|---|---|---|---|
| AVOE | 0.11 | ▼ | -0.019 | (-14.62%) | | | |
| RGTX | 0.05 | | 0.00 | (0.00%) | | | |
| HDUP | 0.04 | ▲ | 0.004 | (11.43%) | | | |

**More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

**Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

# AVOE, RGTX and HDUP- AVOE and RGTX Had expect More Of The

11/6/2009 8:49 AM    **Penny Stocks** by: Penny Stock Chaser


Super Hot PennyStock Pick
Hot Penny Stock New
Blazing Returns Over 600% c

Hi , AVOE, RGTX and HDUP- AVOE and RGTX Had A Super Strong Week an HDUP could also surprise next week.

AVOE rallied hard this week and traded over $1.00 yesterday. We are waiti get it we think the stock could still move 200-300%.

The company is building real value and shareholders are set to benefit.

We think all our members should own a gas & oil stock and our favorite oil

If we get the news next week, new investors should come into the stock ar rally.

RGTX is up 45% so far this week. The company puts out steady news flow The technology owned by RGTX is unique and can be highly profitable onc flow to continue and since their is no significant float on the stock the price last company managed by the CEO of RGTX soared over 12000%.

So we feel RGTX will do very very well for members.

HDUP was alerted by us at .10 two weeks ago. After our alert the stock ral down considerably so we think the stock is ready for a hard rebound. Any ι to the ..75-$1.00 range. All we need from HDUP is strong news and memb We have seen similar rebound rallies in AVOE, AWSL and WDAS and we th

Please remember to do your due diligence on AVOE, RGTX and HDUP.

For more information on AVOE, RGTX and HDUP, please join us on our wel

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. Di

ORFG.Pk and CRWE.OB After The Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

## FREE Stock Alerts By Email!

enter email address here

JOIN NOW!



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks





EXHIBIT

N

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google    Free Penny Stock Tip    How to Buy Penny Stock    Stock Trading Systems    Trade Sto

 **RSS Subscribe to Penny Stock Chaser**

# AVOE, We had our meeting with AVOE manag scoop for you

11/9/2009 10:29 PM    **Penny Stocks** by: Penny Stock Chaser

Buy **AVOE** Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



Today  5d  1m  3m  1y  5y  10y
AVOE    0.11  ▼  -0.019    (-14.62%)


Super Hot PennyStock Pick
**Hot Penny Stock New**
Blazing Returns Over 600%

📶 **More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

📶 **Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

Hi AVOE, We had our meeting with AVOE management today, PSC has got

AVOE closed at .72 today and PSC is looking for a massive move higher ba

This is our PLATINUM STOCK PICK. We think members should accumulate

Today we had a meeting with the company and they committed to a inves confirm a time with AVOE tomorrow and send it by mailer to everyone.

The company confirmed to us that they are closed to closing their deal witl last week.

We really like AVOE for a move back to the $2.46 level. The company has strong acquisitions to their property portfolio.

They are also executing on existing property and bringing all their assets ir

Today the company released news about bringing another well online. AVO

NOW IS THE TIME TO GET IN AVOE.

Members should re-read today`s news and get positioned for the expected

http://www.tradingmarkets.com/.site/news/Stock%20News/2638256/

If you need more information on AVOE, please join us @ www.pennystock AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. Di

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks



AVOE, This is our update from our meetings with AVOE on a Wednesday, November 1...



NEW! <u>Track Stocks on Your Homepage</u>

| Home | Today's Stock Newsletters | Search | Add Your Newsletter | Share or Bookma |

· Ads by Google    Free Penny Stock Picks    Stock Market News    List of Penny Stocks    Under $5 Penn



**RSS Subscribe to Penny Stock Chaser**

## AVOE, This is our update from our meetings w
## LIKE THE UPSIDE,

11/11/2009 12:29 PM    **Penny Stocks** by: <u>Penny Stock Chaser</u>



Super Hot PennyStock Pick
**Hot Penny Stock New**
Blazing Returns Over 600%

<u>Buy AVOE</u> Online for $0. Trade stocks for free on Zecco.com.

AVOE - 1 Month Chart



June 28, 2010

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

AVOE    0.11  ▼  -0.019    (-14.62%)

📶 **More PennyChaser**

AVOE, The beast is roaring again, We ...
4/23/2010 11:07 AM

TPAC and AVOE - The wild twitter ri...
4/22/2010 8:49 PM

BLEW and AVOE, Time to make some mone...
4/21/2010 9:07 AM

BLEW, The company came out with anoth...
4/21/2010 7:07 AM

BLEW saw gains of 209% since our aler...
4/20/2010 10:49 PM

**View More...**

📶 **Recent Newsletters**

WhisperfromWallStreet FMBV News
Today 7:07 PM by Whisper from Wall Street

ORFG.Pk and CRWE.OB After The

Hi , AVOE, This is our update from our meetings with AVOE management, before we break $2.46 PSC has been behind AVOE since the company liste listing and has moved from .10 to a high of $2.46.

The stock is churning in a channel of .70 to .80. We need a solid break of $

We like AVOE as our PLATINUM PICK. The fundamentals are solid and they each press release.

PSC held two meetings with AVOE this week to get a handle on the upside

The Company has three major goals:

Goal 1: The Company currently has a roster of properties that as they are net the company around 200 barrels per day. At this point, the Company w This would make the Company self-sufficient and allow it to start self finan Company has raised $1,500,000 through the Presidents hedge fund contac the market in the past few months to slowly put these wells back on produ through this manner. With $1,500,000 in financing, the Company will be ab from its shallow wells. This will provide a 3-4 month payback on the financ

Goal 2: Next, the Company wants to raise funds to start producing from th zones will produce around 100 barrels per day at the Rodessa Formation, a has identified, representing around $15M per year in revenue.

The cost of drilling to these deeper zones is approximately $500,000 per w $3,000,000 to drill these six wells to the deeper zones. The Company may financing the drilling.

Goal 3: The Companys ultimate goal with the JV in Louisiana is to not only major on the NYSE, but since that company has such vast leases in Louisia Shell and Anadarko have been doing in the Gulf of Mexico, which is doing

Market ...
Today 7:07 PM by Penny to Buck

ORFG, CRWE, - Be Sure You Include The...
Today 7:07 PM by PennyOmega

Mon. June 28, 2010 HotShotStocks AT T...
Today 6:49 PM by Hot Shot Stocks

SNRY: Solar is Ready to Soar
Today 6:29 PM by Free Hot Penny Stocks

Stock Picks For Tuesday CRWE, SSHO CR...
Today 6:07 PM by CRWE Select

This penny play is a past Preacher TW...
Today 5:49 PM by Stock Preacher

ORFG, CRWE Hot Stock Picks For Tuesda...
Today 5:49 PM by CRWE Select

Gold companies to watch: ORFG and GOR...
Today 5:49 PM by CRWE Select

Hot Stock Picks For Tuesday, June 29,...
Today 5:15 PM by CRWE Select

below the Salt Formation. As Anadarko and Shell have discovered, the oil f and are producing 4100 barrels per day per well.

(http://www.offshore-technology.com/projects/hickory/) . They have budg look below the Salt Formation.

Upon reaching goal number 3 the Company would either be bought out by partner.

THE END GAME HERE IS A BUYOUT.

We think there is a big bang in AVOEs stock. The run higher is matter of w

Accumulation is key and people who get a good position will make the mos

If you need more information on AVOE, please join us @ www.pennystock AVOE.

To ensure delivery to your inbox, please add [mailto:newsletter@pennysto newsletter@pennystockchaser.com to your address book.

This message was sent by: Pennystockchaser, PennyStockChaser 220 E. DI



**FREE Stock Alerts By Email!**

enter email address here

JOIN NOW!



See Penny Stock Chaser's website for full disclaimer. Penny Stock Chaser may have received compe

Penny Stock Picks