# SUPPLEMENTAL DECLARATION OF TIMOTHY J. GALDENCIO

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Timothy J. Galdencio. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am a certified public accountant in the State of Florida and am employed as a Staff Accountant for the Miami Regional Office of the U.S. Securities and Exchange Commission ("Commission").

3. This declaration is based upon my personal review and analysis of certain trading records of Meadow Vista Financial Corp ("Meadow Vista") and Downshire Capital Inc. ("Downshire"), and is a supplement to my Declaration executed on June 21, 2010.

## Review of Meadow Vista and Downshire Trading Records

4. My continued review and analysis of trading by Meadow Vista shows that Meadow Vista traded various stocks, including Avro Energy, Inc. ("Avro") and Converge Global, Inc. ("Converge") in at least one brokerage account, Oppenheimer & Co., Inc. As to Meadow Vista's trading in Avro and Converge the table attached as Exhibit A details, among other things, the number of shares transferred in, shares sold, the proceeds from sales, and the net proceeds (sales proceeds less cost of purchases).

5. My continued review and analysis of trading by Downshire shows that Downshire traded various stocks including those of Avro, in at least one brokerage account, Dundee Securities Corporation. As to Downshire's trading in Avro the table attached as Exhibit B details, among other things, the number of shares transferred in, shares sold, the proceeds from sales, and the net proceeds (sales proceeds less cost of purchases).

6. In total, my review and analysis of trading by Meadow Vista and Downshire in the stocks of Atlantic Wind & Solar, Inc., Avro Energy, Inc., Bluewave Group, Inc., MSE Enviro-Tech Corp., Biocentric Energy Holdings, Inc. and Converge Global, Inc. shows that Meadow Vista and Downshire received proceeds of at least $3,719,543.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith. Executed on this 1st day of July 2010, in Miami, Florida.

_____
Timothy J. Galdencio



## MEADOW VISTA TRADING

| Stock | Review Dates | Shares Transferred In | Shares Purchased | Cost of Shares Purchased | Shares Sold | Proceeds From Shares Sold | Shares Transferred Out | Net Proceeds |
|---|---|---|---|---|---|---|---|---|
| Avro | 9/8/09 to 11/23/09 | 1,000,000 (9/8/09) | | | 918,985 (9/9/09 to 11/23/09) | $653,589 | | $653,589 |
| Converge | 9/8/09 to 9/18/09 | 9,000,000 (9/8/09) | | | 9,000,000 (9/9/09 to 9/18/09) | $275,442 | | $275,442 |
| | | | | | | | | |



## DOWNSHIRE TRADING

| Stock | Review Dates | Shares Transferred In | Shares Purchased | Cost of Shares Purchased | Shares Sold | Proceeds From Shares Sold | Shares Transferred Out | Net Proceeds |
|---|---|---|---|---|---|---|---|---|
| Avro | 10/23/09 to 11/17/09 | 537,987 (10/23/09) | | | 537,987 (10/26/09 to 11/17/09) | $398,064 | | $398,064 |