**EXHIBIT 36**

## DECLARATION OF RANDY H. CARLSON

Pursuant to 28 U.S.C. 1746, the undersigned states as follows:

1. My name is Randy H. Carlson. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am employed as an account representative of Wilson-Davis & Co., Inc., a broker-dealer, in Salt Lake City, Utah.

3. Since approximately July 2008 Downshire Capital Inc. has held a brokerage account at Wilson-Davis. Since approximately March 2008 Meadow Vista Financial Corp. and Carol McKeown have held brokerage accounts at Wilson-Davis.

4. I am the account representative for Downshire Capital Inc., Meadow Vista Financial Corp., and Carol McKeown. Joshua Carlson is my assistant and we both service these accounts.

5. Daniel Ryan has authority to trade on the account of Downshire Capital Inc. pursuant to a power of attorney.

6. To the best of my recollection Carol McKeown and Daniel Ryan are the only individuals that have traded on the account of Downshire Capital Inc. and are the only individuals with authority to do so.

7. Carol McKeown and Daniel Ryan communicated with me via telephone and e-mail on a regular basis regarding trades. I last communicated with them approximately 2 or 3 weeks ago.

8. Both Carol McKeown and Daniel Ryan have purchased and sold securities on the account of Downshire Capital Inc.

9. Carol McKeown and Daniel Ryan instructed Wilson-Davis to wire proceeds from the sale of the securities to the Downshire Capital bank account at TD Bank in Canada.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of July, 2010, in Salt Lake City, Utah.

*[signature]*
Randy H. Carlson