**APPENDIX A**

| Account Name/Number | Location | Stock/Equities | Transfer Agent | Value of Stock/Equities | Cash |
|---|---|---|---|---|---|
| Downshire Capital Inc Ending 9116 | Wilson-Davis & Co. Inc. | Attitude Drinks Inc | Florida Atlantic Stock Transfer Inc Or Pacific Stock Transfer | $34,540.96 | $42,270.64 |
| | | Avro Energy Inc | Unknown | | |
| | | Bederra Corp | Unknown | | |
| | | Bio-Solutions Corp | Nevada Agency and Transfer Co. | | |
| | | Cambridge Resources Corp | Fairross Stock Transfer Company | | |
| | | China VOIP & Digital | Unknown | | |
| | | Diversity Group Int'l Inc. | Routh Stock Transfer | | |
| | | The Fight Zone Inc | Interwest Transfer Co. Inc | | |
| | | Frontier Energy Corp. | Standard Registrar and Transfer Co. | | |
| | | HE-5 Resources Corp | Manhattan Transfer Registrar Co. | | |
| | | Imagexpress Inc. | Signature Stock Transfer Inc. | | |
| | | Legacy Wine & Spirits Int'l | Manhattan Transfer Registrar Co. | | |
| | | Mantis Minerals Corp | CIBC Mellon Trust | | |
| | | Metro One Development | Intercontinental Registrar & Transfer Agency, Inc. | | |
| | | Optical Systems Inc | Interwest Transfer Co., Inc. | | |

1

| | | Registered Express Corp | President Stock Transfer | | |
| --- | --- | --- | --- | --- | --- |
| | | Signature Leisure | Corporate Stock Transfer, Inc. | | |
| | | Southern Energy Co Inc | Holladay Stock Transfer, Inc. | | |
| | | Southern Energy Co Lgl | Holladay Stock Transfer, Inc. | | |
| | | Virtual ED Link Inc | Signature Stock Transfer, Inc | | |
| | | VoxPop Worldwide Inc | Stocktrans, Inc. | | |
| | | XNE Inc | Standard Registrar and Transfer Co. | | |
| Carol McKeown Ending 6102 | Wilson-Davis & Co. Inc. | Asce Telecom Inc | Unknown | $10,400.05 | |
| | | Bluebear Inc | Unknown | | |
| | | Cannon Exploration Inc | Global Sentry Equity Transfer Inc. | | |
| | | D Mecatronics, Inc. | Global Sentry Equity Transfer Inc. | | |
| | | Viropro Inc | Jersey Transfer & Trust Co. | | |
| Meadow Vista Financial Corp Ending 0791 | Scottsdale Capital Advisors | Attitude Drinks Inc | Florida Atlantic Stock Transfer Inc or Pacific Stock Transfer | $8,615.67 | $15,110.43 (held in money market fund) |
| | Penson Financial Services (clearing firm) | China Food Services Corp | Guardian Registrar & Transfer, Inc | | |
| | | Ecologix Resources Group Inc | Nevada Agency and Transfer Co | | |
| | | Far Vista Interactive Corp | National Stock Transfer, Inc. | | |
| | | Marine Exploration Inc | Madison Stock Transfer Inc | | |

2

| | | | | |
|---|---|---|---|---|
| | | Registered Express Corp | President Stock Transfer | |
| | | Secure Path Technology | Island Stock Transfer | |
| | | Sohm Inc | Holladay Stock Transfer, Inc. | |
| | | Vital Products Inc | Intercontinental Registrar & Transfer Agency, Inc | |
| Meadow Vista Financial Corp. Ending 6850 | Alpine Securities | ASCE Telecom | Unknown | $34.06 |
| | | Club Resources Ltd | Heritage Transfer Agency | $742.62 (of which $382.71 is held in money market account) |
| | | D Mecatronics Inc | Global Sentry Equity Transfer Inc | |
| | | Diversity Group International Inc New | Routh Stock Transfer | |
| Downshire Capital Inc Ending 9580 | Alpine Securities | Bryn Resources Inc | X-Pedited Transfer Corp. | $2,114.87 |
| | | Level Vision Electronics Ltd | Stalt, Inc. | $1,488.14 |
| | | Lingo Media Corporation | Computershare Trust Company of Canada Inc. | |
| | | Southern Energy Company Inc | Holladay Stock Transfer, Inc. | |
| | | Sun Tzu Corp | PacWest Transfer | |
| | | Voxpop Worldwide Inc | Stocktrans, Inc. | |
| Daniel Ryan Ending 8128 | Alpine Securities | Hipso Multimedia Inc | Unknown | $3,920 |
| Meadow Vista Financial Corp. | Oppenheimer | Iceweb Inc. | Olde Monmouth Stock Transfer Co. | $884,176.88 |
| | | Las Vegas Cent. Reservation | Signature Stock Transfer, Inc. | $67,575.98 |

3

| Ending 2091 | | | |
|---|---|---|---|
| | Lighthouse Petroleum Inc. | Madison Stock Transfer Inc. | |
| | Registered Express Corp. | President Stock Transfer | |
| | Secure Path Tech. Holdings Inc. | Island Stock Transfer | |
| | Southern Energy Company In. | Holladay Stock Transfer, Inc. | |
| | Atlantic Wind & Solar Inc. | Pacific Stock Transfer Co. | |
| | Attitude Drinks Inc. Com | Florida Atlantic Stock Transfer Inc or Pacific Stock Transfer | |
| | Bryn Resources Inc. | X-Pedited Transfer Corp. | |
| | Global Gold Corp. Nev. | Holladay Stock Transfer, Inc. | |
| | Hybred International Inc. | X-Clearing Corporation | |
| | Bowmore Exploration Ltd. | CIBC Mellon Trust | |
| TOTAL | | $943,802.49 | $127,187.81 |