UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80748-CIV-COHN

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
            Plaintiff,                )
                                      )
v.                                    )
                                      )
CAROL MCKEOWN, DANIEL F. RYAN,        )
MEADOW VISTA FINANCIAL CORP.,         )
AND DOWNSHIRE CAPITAL INC.,           )
                                      )
            Defendants.               )
_____)

**PLAINTIFF'S NOTICE OF FILING CONSENTS OF DEFENDANTS
CAROL MCKEOWN AND DANIEL F. RYAN TO ENTRY OF JUDGMENT OF CIVIL
PENALTY AND OTHER RELIEF AND MOTION FOR ENTRY OF JUDGMENTS**

Plaintiff Securities and Exchange Commission files the Consents of Defendants Carol McKeown and Daniel F. Ryan to Entry of Judgment of Civil Penalty and Other Relief. The Commission respectfully requests entry of the proposed Judgments attached to this notice.

Respectfully submitted,

May 23, 2011        By:    s/Christine Nestor
                           Christine Nestor
                           Senior Trial Counsel
                           Florida Bar No. 597211
                           nestorc@sec.gov
                           Direct Dial: (305) 982-6367

                           Attorney for Plaintiff
                           **SECURITIES AND EXCHANGE COMMISSION**
                           801 Brickell Avenue, Suite 1800
                           Miami, Florida 33131
                           Telephone: (305) 982-6300
                           Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/Christine Nestor
Christine Nestor

## SERVICE LIST

Jeffrey L. Cox, Esq.
Sallah & Cox, LLC
Boca Corporate Center
2101 NW Corporate Blvd.
Suite #218
Boca Raton, FL 33431
Telephone: (561) 989-9080
Facsimile:  (561) 989-9020
jcox@sallahcox.com
*Counsel for Defendants Carol McKeown,*
*Daniel F. Ryan, Meadow Vista Financial Corp.,*
*and Downshire Capital Inc.*
Service by email and overnight mail