**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 10-80748-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

CAROL MCKEOWN, DANIEL F. RYAN,
MEADOW VISTA FINANCIAL CORP.,
DOWNSHIRE CAPITAL INC.,

    Defendants,

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO DISBURSE FUNDS TO PAY TAX**
**ADMINISTRATOR'S FEES AND EXPENSES**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Disburse Funds to Pay Tax Administrator Fees and Expenses ("Motion") [DE 68].  The Court has reviewed the Motion and the record in this case and is otherwise advised in the premises.  It is thereupon **ORDERED AND ADJUDGED** as follows:

    1.    The Motion [DE 68] is **GRANTED**.

    2.    The Clerk of the Court is directed to issue a check under the case name designation "<u>SEC v. Carol McKeown et al, Case No. 9:10CV80748-001</u>" for the amount of $850.00 payable to Miller Kaplan Arase LLP.  The check shall contain the notation "SEC v. Carol McKeown et al, Case No. 9:10-CV-80748-001, preparation and filing of the 2017 qualified settlement fund tax return."  The check shall be sent to: Miller Kaplan Arase LLP, 4123 Lankershim Boulevard, North Hollywood, CA 91602.

3. **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 13th day of June, 2018.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties at addresses on file